**O'CONNOR PLAYDON GUBEN & INOUYE LLP**
A LIMITED LIABILITY LAW PARTNERSHIP

JERROLD K. GUBEN      3107-0
JEFFERY S. FLORES      8691-9
Makai Tower, 24th Floor
733 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-8350
Facsimile: (808) 531-8628
jkg@opglaw.com
jsf@opglaw.com

Attorneys for Debtor,
ROLLOFFS HAWAII, LLC

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re | Case No. 16-01294 |
| ROLLOFFS HAWAII, LLC, | (Chapter 11) |
| | (Non-Hearing Motion) |
| Debtor and Debtor-in-Possession. | Judge: Honorable Robert J. Faris |

## DEBTOR ROLLOFFS HAWAII, LLC'S SUBMISSION OF SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

Rolloffs Hawaii, LLC., the Debtor and Debtor-In-Possession herein, hereby submits the attached Schedules and Statement of Financial Affairs, pursuant to 11 U.S.C. §521(1) and Rule 1007, F.R.Bk.P.

The undersigned has reviewed the Debtor's Schedules and Statement of Financial Affairs, but makes no representation that the entries contained in the Schedules and Statement of Financial Affairs are accurate or that the Schedules have been prepared in accordance with generally accepted accounting principles. The Schedules and Statement of Financial Affairs have been prepared with the records available to the Debtor at the time of preparation. The Debtor reserves the right to file amendments to the Schedules and Statement of Financial Affairs pursuant to Rule 1009, F.R.Bk.P.

DATED: Honolulu, Hawaii, January 18, 2017.

JERROLD K. GUBEN
JEFFERY S. FLORES
Attorneys for Debtor
ROLLOFFS HAWAII, LLC

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended Schedule ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **01/18/2016**
MM / DD / YYYY

✖ **/s/ Ari Bass**
Signature of individual signing on behalf of debtor

**Ari Bass**
Printed name

**Responsible Person**
Position or relationship to debtor

☐ Check if this is an
  amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

### Part 1:   Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**2. Cash on hand**   $ 250.00

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | American Savings Bank (Rolloffs HI) | Checking | 8 4 8 5 | $ 116,858.01 |
| 3.2. | | | | $ |

**4. Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | | $ 0 |
| 4.2. | | $ 0 |

**5. Total of Part 1**          $ 117,108.01

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

---

### Part 2:   Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

Current value of debtor's interest

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | [See Attachment 1] | $ 15,178.00 |
| 7.2. | | $ |

---

U.S. Bankruptcy Court - Hawaii  #16-01294   Dkt # 108   Filed  01/18/17   Page 4 of 168

# Attachment 1

Form 206A/B

**Part 2:**   **Deposits**

| | Holder of deposit | Value | |
|---|---|---|---|
| 7.1 Security Deposit - T. Durupt | Rex Schmidt | $ | 1,900.00 |
| 7.2 Security Deposit - C. Leonard | Carveil Sotheby | $ | 4,000.00 |
| 7.3 Security Deposit - HCDB | Hawaii Community Devel | $ | 9,278.00 |
| | | $ | **15,178.00** |

203181/16-160

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. [See Attachment 2] _____ $ 281,629.82

8.2. _____ $ _____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $ 296,807.82

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

|  |  |  |  | Current value of debtor's interest |
|---|---|---|---|---|

**11. Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | $2,185,458.67 | − | ($69,173.33) | = ......→ | $ 2,116,285.35 |
| 11b. Over 90 days old: | $253,878.54 | − | ($190,408.91) | = ......→ | $ 63,469.64 |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 2,179,754.98

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1. _____ | _____ | $ _____ |
|---|---|---|
| 14.2. _____ | _____ | $ _____ |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                              % of ownership:

| 15.1. _____ | _____ % | _____ | $ _____ |
|---|---|---|---|
| 15.2. _____ | _____ % | _____ | $ _____ |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1. _____ | _____ | $ _____ |
|---|---|---|
| 16.2. _____ | _____ | $ _____ |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $ _____

---

U.S. Bankruptcy Court - Hawaii  #16-01294  Dkt # 108  Filed  01/18/17  Page 6 of 168

# Attachment 2

Form 206A/B

**Part 2. 8. Prepayments**          **Holder of Prepayment**

| | | | |
|---|---|---|---:|
| 8.1 Prepaid Auto Policy (AIG) | Lockton Insurance Co. | $ | 102,089.17 |
| 8.2 Excess Auto Policy | IFPS | $ | 8,588.55 |
| 8.3 General & Commercial Liability | IFPS | $ | 1,607.13 |
| 8.4 Workman's Compensation | Pyramid Insurance Co. | $ | 96,565.97 |
| 8.5 Vehicle Registrations | City & County of Honolulu | $ | 56,617.56 |
| 8.6 Prepaid Heavy Vehicle Use Tax | U.S. Treasury | $ | 3,372.98 |
| 8.7 PC Scale maintenance | AMCS Resources Technology | $ | 919.00 |
| 8.8 Dynamics GP | Bond Technology | $ | 2,494.05 |
| 8.9.1 Monthly IT maintenance-Firewalls | Advantage Technology | $ | 413.54 |
| 8.9.2 Server Warranty | Advantage Technology | $ | 5,875.06 |
| 8.9.3 Fleetmind | Fleetmind Solutions | $ | 1,466.51 |
| 8.9.4 Telephone System Maintenance | Hawaiian Telcom | $ | 192.60 |
| 8.9.5 Screen Graphics | Signage Stickers | $ | 1,427.70 |
| | | $ | **281,629.82** |

302182/16-160

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | MM / DD / YYYY | $ | | $ 0 |
| **20. Work in progress** | MM / DD / YYYY | $ | | $ 0 |
| **21. Finished goods, including goods held for resale** | MM / DD / YYYY | $ | | $ 0 |
| **22. Other inventory or supplies** Truck & container parts, tires, etc. | 11/30/2016 MM / DD / YYYY | $ | | $ 198,859.91 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 198,859.91

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes. Book value _____ Valuation method Recent Cost   Current value $36,294.05

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $ | | $ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish | $ | | $ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| **31. Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

U.S. Bankruptcy Court - Hawaii  #16-01294  Dkt # 108  Filed  01/18/17  Page 8 of 168

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**
    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☐ No. Go to Part 8.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** Furniture | $ 14,822.39 | Liquidation | $ 6,200 |
| 40. **Office fixtures** Leasehold Improvements | $ 9,556.99 | Liquidation | $ 0 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Office Equipment (Computers) | $ 63,856.11 | Liquidation | $ 34,700 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $ | | $ 0 |
| 42.2 | $ | | $ 0 |
| 42.3 | $ | | $ 0 |

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.

$ 40,900.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

U.S. Bankruptcy Court - Hawaii  #16-01294   Dkt # 108   Filed  01/18/17   Page 9 of 168

| **Part 8:** | **Machinery, equipment, and vehicles** |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 See Attachment 3 | $ | | $ |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 | $ | | $ 0 |
| 48.2 | $ | | $ 0 |

**49. Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 | $ | | $ 0 |
| 49.2 | $ | | $ 0 |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| See Attachment 3 | $ | | $ |

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 1,629,011.90

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

U.S. Bankruptcy Court - Hawaii   #16-01294   Dkt # 108   Filed  01/18/17   Page 10 of 168

# Attachment 3

ROLLOFFS HAWAII, LLC
Attachment to Schedules A/B
PART 8: Machinery, requipment & vehicles

| Description | Asset ID | Qty | Cost Basis | Accum Depr | Net Book |
|---|---|---|---|---|---|
| 1998 Volvo WX64 FEL #253 | 000020-1 | 1 | $35,000.00 | $35,000.00 | $0.00 |
| 1999 Volvo-FL 90003 | 000066-1 | 1 | $95,145.80 | $95,145.80 | $0.00 |
| Rebuild engine FEL #90003 | 000066-2 | 1 | $19,691.55 | $10,666.22 | $9,025.33 |
| FL 90003 Floor & Hydraulics repl | 000066-3 | 1 | $17,566.58 | $2,195.85 | $15,370.73 |
| 2003 Autocar WX64 FEL #258 | 000070-1 | 1 | $85,000.00 | $85,000.00 | $0.00 |
| 2003 Autocar WX64 FEL #262 | 000090-1 | 1 | $85,000.00 | $85,000.00 | $0.00 |
| 2004 Autocar WX64 FEL #263 | 000110-1 | 1 | $100,000.00 | $94,791.67 | $5,208.33 |
| 2007 Autocar ACH64 FEL #268 | 000140-1 | 1 | $170,000.00 | $128,916.67 | $41,083.33 |
| 2007 Autocar ACH64 FEL #269 | 000150-1 | 1 | $195,000.00 | $149,157.09 | $45,842.91 |
| Replace Floor FL269 | 000150-2 | 1 | $5,000.00 | $1,541.63 | $3,458.37 |
| 1994 Ford F600 RO (Parts) #216 | 000160-1 | 1 | $6,500.00 | $6,500.00 | $0.00 |
| 1998 Western Star RO (trailer) # | 000260-1 | 1 | $35,000.00 | $35,000.00 | $0.00 |
| 1998 Western Star RO (Trailer) | 000270-1 | 1 | $35,000.00 | $35,000.00 | $0.00 |
| 2000 Volvo WG64 RO #235 | 000300-1 | 1 | $33,000.00 | $27,805.59 | $5,194.41 |
| RO 235 Engine Rebuild | 000300-2 | 1 | $16,128.10 | $5,712.03 | $10,416.07 |
| 2001 Volvo WG64 RO #230 | 000320-1 | 1 | $40,000.00 | $30,333.33 | $9,666.67 |
| 2001 Western Star RO #234 | 000330-1 | 1 | $40,000.00 | $30,333.33 | $9,666.67 |
| 2000 Spartan trailer | 000340-1 | 1 | $12,000.00 | $8,272.74 | $3,727.26 |
| 2003 Autocar RO #227 | 000350-1 | 1 | $65,000.00 | $41,076.42 | $23,923.58 |
| 2004 Volvo WG64 RO #229 | 000380-1 | 1 | $70,000.00 | $40,833.38 | $29,166.62 |
| 2005 Autocar WX64 RO #233 | 000400-1 | 1 | $75,000.00 | $42,250.58 | $32,749.42 |
| 2006 Ford F650 RO #214 | 000410-1 | 1 | $25,000.00 | $12,638.92 | $12,361.08 |
| 2007 Volvo VHD RO #237 | 000420-1 | 1 | $105,000.00 | $49,765.64 | $55,234.36 |
| capital repairs RO 237 | 000420-2 | 1 | $5,153.76 | $558.50 | $4,595.26 |
| 2000 Ford F350 FT #243 | 000450-1 | 1 | $15,000.00 | $15,000.00 | $0.00 |
| 2003 Chevrolet 3500 FT #245 | 000470-1 | 1 | $17,000.00 | $17,000.00 | $0.00 |
| 2004 Chevrolet 2500 FT #247 | 000490-1 | 1 | $10,000.00 | $10,000.00 | $0.00 |
| 2007 Chevrolet 2500 FT #248 | 000500-1 | 1 | $25,000.00 | $25,000.00 | $0.00 |
| Engine rebuild on FT 248 | 000500-2 | 1 | $4,811.67 | $4,811.67 | $0.00 |
| Capital Repairs & rebuild | 000500-3 | 1 | $10,246.48 | $1,850.65 | $8,395.83 |
| 2009 Chevrolet 3500 FT | 000520-1 | 1 | $45,000.00 | $45,000.00 | $0.00 |

302178/16-160

# Attachment 3

| Description | Asset ID | Qty | Cost Basis | Accum Depr | Net Book |
|---|---|---|---|---|---|
| capital repairs | 000520-2 | 1 | $4,240.00 | $765.84 | $3,474.16 |
| Shipping Charges for FT 110 | 000530-1 | 1 | $1,072.00 | $1,072.00 | $0.00 |
| Modifications to FT 110 | 000540-1 | 1 | $3,775.00 | $3,775.00 | $0.00 |
| Shipping - Fork Truck 2009 Ford | 000550-1 | 1 | $3,203.14 | $3,203.14 | $0.00 |
| 2004 Ford F350 FT209 | 000560-1 | 1 | $12,500.00 | $12,500.00 | $0.00 |
| FT 209 | 000560-3 | 1 | $12,559.99 | $3,453.96 | $9,106.03 |
| 2002 Ford F250 Support Truck | 000570-1 | 1 | $5,500.00 | $5,500.00 | $0.00 |
| 2005 Ford F150 Pickup - Support | 000590-1 | 1 | $10,686.44 | $10,686.44 | $0.00 |
| 2006 Ford F150 Xcab Pickup - | 000600-1 | 1 | $16,969.16 | $16,969.16 | $0.00 |
| General Excise Tax on Asset # 16 | 000610-1 | 1 | $2,164.98 | $2,164.98 | $0.00 |
| 1997 Chevrolet 2500 Welding Truc | 000620-1 | 1 | $6,000.00 | $5,687.50 | $312.50 |
| 2007 Silverado | 000640-1 | 1 | $20,075.00 | $14,888.95 | $5,186.05 |
| 2007 Fuso/Mitsubishi Service Tru | 000650-1 | 1 | $25,000.00 | $14,583.37 | $10,416.63 |
| Furniture & Fixtures - Bulk Acqu | 000670-1 | 1 | $2,500.00 | $2,500.00 | $0.00 |
| Office Chairs - Bulk Purchase | 000680-1 | 1 | $2,396.54 | $2,396.54 | $0.00 |
| Office Carpet | 000690-1 | 1 | $1,172.77 | $1,172.77 | $0.00 |
| 2 Yard Containers - Bulk Acquisi | 000710-1 | 1 | $40,050.00 | $40,050.00 | $0.00 |
| 2.5 Yard Containers - Bulk Acqui | 000720-1 | 1 | $2,632.00 | $2,632.00 | $0.00 |
| 3 Yard Containers - Bulk Acquisi | 000730-1 | 1 | $668,056.00 | $668,056.00 | $0.00 |
| 4 Yard Containers - Bulk Acquisi | 000740-1 | 1 | $224,400.00 | $224,400.00 | $0.00 |
| 5 Yard Containers - Bulk Acquisi | 000750-1 | 1 | $756.00 | $756.00 | $0.00 |

System:        1/13/2017 Rolloffs Hawai Page:      2
Fixed Assets Inventory List

| Description | Asset ID | Qty | Cost Basis | Accum Depr | Net Book |
|---|---|---|---|---|---|
| 6 Yard Containers - Bulk Acquisi | 000760-1 | 1 | $145,800.00 | $145,800.00 | $0.00 |
| 8 Yard Conainers - Bulk Acquisi | 000770-1 | 1 | $114,600.00 | $114,600.00 | $0.00 |
| Flattrack - Bulk Acquisition - 1 | 000780-1 | 1 | $2,200.00 | $2,200.00 | $0.00 |
| Tilt Hoppers - Bulk Acquisition- | 000790-1 | 1 | $1,400.00 | $1,400.00 | $0.00 |
| Container repairs to purchased c | 000800-1 | 1 | $77,799.35 | $77,799.35 | $0.00 |
| FL Containers - 70 Units- Variou | 000810-1 | 1 | $4,590.00 | $4,590.00 | $0.00 |
| Compactors - 10 - Bulk Acquisiti | 000820-1 | 1 | $150,000.00 | $150,000.00 | $0.00 |
| Compactor Receiver - Bulk Acquis | 000830-1 | 1 | $7,500.00 | $7,500.00 | $0.00 |
| Bailers - Bulk Acquisition - 3 U | 000840-1 | 1 | $15,000.00 | $15,000.00 | $0.00 |
| 10 Yard Containers - Bulk Acquis | 000850-1 | 1 | $520,800.00 | $520,800.00 | $0.00 |
| 15 Yard Containers - Bulk Acquis | 000860-1 | 1 | $39,000.00 | $39,000.00 | $0.00 |
| 20 Yard Containers - Bulk Acquis | 000870-1 | 1 | $247,000.00 | $247,000.00 | $0.00 |

302178/16-160

# Attachment 3

| | | | | | |
|---|---|---|---|---|---|
| 30 Yard containers - Bulk Acquis | 000880-1 | 1 | $1,568,000.00 | $1,568,000.00 | $0.00 |
| 35 Yard Container - Bulk Acquisi | 000890-1 | 1 | $2,200.00 | $2,200.00 | $0.00 |
| 40 Yard Container - Bulk Acquisi | 000900-1 | 1 | $850,000.00 | $850,000.00 | $0.00 |
| 2 Yard Containers - 26 Units - K | 000910-1 | 1 | $3,120.00 | $3,120.00 | $0.00 |
| 3 Yard Containers - 646 Units - | 000920-1 | 1 | $68,100.00 | $68,100.00 | $0.00 |
| 4 Yard Containers - 150 Units - | 000930-1 | 1 | $18,750.00 | $18,750.00 | $0.00 |
| 6 Yard Containers - 243 Units - | 000940-1 | 1 | $40,095.00 | $40,095.00 | $0.00 |
| 8 Yard Containers - 42 Units - K | 000950-1 | 1 | $16,800.00 | $16,800.00 | $0.00 |
| 15 Yard - 11 units - KNG | 000960-1 | 1 | $22,000.00 | $22,000.00 | $0.00 |
| 20 Yard - 3 units - KNG | 000970-1 | 1 | $7,500.00 | $7,500.00 | $0.00 |
| 25 Yard - 7 units - KNG | 000980-1 | 1 | $17,500.00 | $17,500.00 | $0.00 |
| 30 Yard - 32 units - KNG | 000990-1 | 1 | $96,000.00 | $96,000.00 | $0.00 |
| 40 Yard - 28 units - KNG | 001000-1 | 1 | $91,000.00 | $91,000.00 | $0.00 |
| 45 Units | 001010-1 | 1 | $4,050.00 | $4,050.00 | $0.00 |
| 2005 Auto Car WX64 #311 | 001060-1 | 1 | $101,000.00 | $101,000.00 | $0.00 |
| 2005 Auto Car WX64 VIN 1884 #312 | 001070-1 | 1 | $101,000.00 | $101,000.00 | $0.00 |
| Replace Body on FL 312 | 001070-2 | 1 | $104,980.83 | $39,805.22 | $65,175.61 |
| 2007 Auto Car WX64 90005 | 001090-1 | 1 | $171,000.00 | $154,714.27 | $16,285.73 |
| Engine repair 90005 | 001090-2 | 1 | $4,973.82 | $4,973.82 | $0.00 |
| 2007 Auto Car WX64  #90004 | 001100-1 | 1 | $171,000.00 | $154,714.27 | $16,285.73 |
| Engine Replacement FL90004 | 001100-2 | 1 | $24,847.24 | $8,489.47 | $16,357.77 |
| Capital repairs FL90004 | 001100-3 | 1 | $2,111.00 | $381.26 | $1,729.74 |
| 2007 Auto Car WX64  #90006 | 001110-1 | 1 | $174,000.00 | $157,428.56 | $16,571.44 |
| Engine Rebuild 90006 | 001110-2 | 1 | $10,050.01 | $5,108.75 | $4,941.26 |
| Capital repairs | 001110-3 | 1 | $4,326.69 | $781.48 | $3,545.21 |
| 2000 Freightliner FE70 #205 | 001140-1 | 1 | $31,500.00 | $31,500.00 | $0.00 |
| 1987 Volvo Fuel Truck #206 | 001150-1 | 1 | $8,000.00 | $8,000.00 | $0.00 |
| 1998 Volvo WG-64 #207 | 001160-1 | 1 | $31,500.00 | $31,500.00 | $0.00 |
| Auto Tarp for RO 207 | 001160-2 | 1 | $6,000.00 | $850.17 | $5,149.83 |
| 2008 Peterbilt 340 #208 | 001170-1 | 1 | $109,000.00 | $69,033.33 | $39,966.67 |
| Auto Tarp for RO 208 | 001170-2 | 1 | $6,000.00 | $850.17 | $5,149.83 |
| 2005 Sterling LT8501 #209 | 001180-1 | 1 | $87,500.00 | $69,270.85 | $18,229.15 |
| Auto Tarp for RO 209 | 001180-2 | 1 | $6,000.00 | $850.17 | $5,149.83 |
| Capital Repairs | 001180-3 | 1 | $5,137.74 | $927.96 | $4,209.78 |
| 2002 Ford F-350 4*4 #109 | 001230-1 | 1 | $17,500.00 | $17,500.00 | $0.00 |
| 2000 Ford F-650 #110 KNG | 001240-1 | 1 | $28,000.00 | $28,000.00 | $0.00 |
| 1982 Caterpiller V80 KNG | 001250-1 | 1 | $3,700.00 | $3,700.00 | $0.00 |

302178/16-160

# Attachment 3

| Description | Asset ID | Qty | Cost Basis | Accum Depr | Net Book |
|---|---|---|---|---|---|
| 1999 Peterbilt 320 #403 | 001280-1 | 1 | $89,500.00 | $89,500.00 | $0.00 |
| Capital Repairs | 001280-2 | 1 | $2,776.07 | $501.42 | $2,274.65 |
| VIN TKGL102005HONKP T01 | 001290-1 | 1 | $1,500.00 | $1,500.00 | $0.00 |
| 1999 International 2654 #501 | 001300-1 | 1 | $35,000.00 | $35,000.00 | $0.00 |
| 2002 Ford F-450 #601 | 001310-1 | 1 | $15,500.00 | $15,500.00 | $0.00 |
| 2002 Ford F-150 #004 | 001350-1 | 1 | $10,470.00 | $10,470.00 | $0.00 |
| 1994 Ford F-250 #005 | 001360-1 | 1 | $4,525.00 | $4,525.00 | $0.00 |
| 1989 GMC 2500 #006 | 001370-1 | 1 | $9,500.00 | $9,500.00 | $0.00 |
| 2002 Ford Ranger 4*4 #007 | 001380-1 | 1 | $11,012.00 | $11,012.00 | $0.00 |
| 2001 Chevrolet Express #008 | 001390-1 | 1 | $4,850.00 | $4,850.00 | $0.00 |
| KNG Acquisition F&E | 001410-1 | 1 | $10,000.00 | $10,000.00 | $0.00 |
| Computer Installation | 001420-1 | 1 | $6,972.00 | $6,972.00 | $0.00 |
| Front Load Truck purchased on 03 | 001430-1 | 1 | $3,000.00 | $3,000.00 | $0.00 |

System: 1/13/2017 Rolloffs Hawai Page: 3

Fixed Assets Inventory List

| Description | Asset ID | Qty | Cost Basis | Accum Depr | Net Book |
|---|---|---|---|---|---|
| AP Bill #T299638-IN | 001440-1 | 1 | $5,508.76 | $5,508.76 | $0.00 |
| AP Bill #T299636-IN | 001450-1 | 1 | $5,508.76 | $5,508.76 | $0.00 |
| AP Bill #T299638-IN | 001460-1 | 1 | $17,928.23 | $17,928.23 | $0.00 |
| Makepono TS - Site Improvements | 001500-1 | 1 | $191,853.24 | $88,652.19 | $103,201.05 |
| MTS Building | 001510-1 | 1 | $1,418,123.87 | $655,291.36 | $762,832.51 |
| MTS Computer Hardware | 001520-1 | 1 | $2,226.23 | $2,226.23 | $0.00 |
| MTS Computer Software | 001530-1 | 1 | $5,083.52 | $5,083.52 | $0.00 |
| MTS Microcool Mist System | 001540-1 | 1 | $16,730.31 | $16,730.31 | $0.00 |
| MTS Truck Scales | 001550-1 | 1 | $60,589.01 | $27,997.17 | $32,591.84 |
| MTS Yard Tractor | 001560-1 | 1 | $6,421.60 | $6,421.60 | $0.00 |
| MTS Tractors (2) | 001570-1 | 1 | $25,430.72 | $19,337.93 | $6,092.79 |
| MTS Walking Floor Trlrs (2) | 001580-1 | 1 | $83,888.40 | $63,790.14 | $20,098.26 |
| Fork Truck Fork Scale | 001670-1 | 1 | $16,202.46 | $16,202.46 | $0.00 |
| 9/30 Containers | 001680-1 | 1 | $60,000.00 | $60,000.00 | $0.00 |
| 12/31 Containers | 001690-1 | 1 | $15,000.00 | $15,000.00 | $0.00 |
| Balance to match GL Books | 001710-1 | 1 | $5,846.09 | $2,665.29 | $3,180.80 |
| Capitalized Interest | 001730-1 | 1 | $25,865.66 | $11,792.40 | $14,073.26 |
| Storm Water Improvement | 001740-1 | 1 | $500.00 | $227.78 | $272.22 |
| Balance Detail to GL | 001750-1 | 1 | $44,614.00 | $44,614.00 | $0.00 |
| Balance Detail to GL | 001760-1 | 1 | $300.00 | $300.00 | $0.00 |

302178/16-160

# Attachment 3

| | | | | | |
|---|---|---|---|---|---|
| Balance Detail to GL | 001770-1 | 1 | $463.00 | $463.00 | $0.00 |
| Asphalt Patches | 001780-1 | 1 | $3,987.00 | $3,987.00 | $0.00 |
| Asphalt Pot Hole Repair | 001810-1 | 1 | $3,500.00 | $3,500.00 | $0.00 |
| Loadman LM200 A | 001820-1 | 1 | $14,387.99 | $14,387.99 | $0.00 |
| Loadman LM200 B | 001830-1 | 1 | $14,387.99 | $14,387.99 | $0.00 |
| MIS Soil Sampling | 001840-1 | 1 | $2,926.70 | $2,926.70 | $0.00 |
| Computer Hardware 02/28/2011 | 001850-1 | 1 | $14,544.65 | $14,544.65 | $0.00 |
| 2004 Yale Forklift | 001860-1 | 1 | $19,800.00 | $15,888.10 | $3,911.90 |
| CAT 315CL Excavator W/36 INCH BU | 001870-1 | 1 | $107,371.94 | $66,212.68 | $41,159.26 |
| Rebuild Hydraulic pumps | 001870-2 | 1 | $12,297.20 | $3,996.55 | $8,300.65 |
| EXCAVATOR OVERHAUL | 001870-3 | 1 | $33,127.31 | $8,743.49 | $24,383.82 |
| Cat 624G Loader | 001880-1 | 1 | $108,192.10 | $64,915.25 | $43,276.85 |
| Mid-Life Overhaul | 001880-2 | 1 | $18,927.65 | $6,466.94 | $12,460.71 |
| 25 3yrd FL Containers | 001920-1 | 1 | $10,412.50 | $7,375.49 | $3,037.01 |
| 5 4yrd FL Containers | 001930-1 | 1 | $2,475.00 | $1,753.13 | $721.87 |
| Sand Island Lights | 001940-1 | 1 | $2,788.00 | $2,788.00 | $0.00 |
| R&W Concrete Slab Westyard | 001960-1 | 1 | $5,480.00 | $5,480.00 | $0.00 |
| Capitalize PC Tower Software and | 001970-1 | 1 | $74,637.59 | $74,637.59 | $0.00 |
| 2 PC Tower User Licences | 001970-2 | 2 | $3,990.00 | $3,990.00 | $0.00 |
| Dave Foster Builders Final Payme | 001990-1 | 1 | $21,705.75 | $9,091.93 | $12,613.82 |
| Major Repiar FL 269 | 002000-1 | 1 | $2,473.89 | $2,473.89 | $0.00 |
| FL Container Repair FL | 002020-1 | 1 | $29,916.28 | $29,916.28 | $0.00 |
| West Yard Improvements | 002040-1 | 1 | $21,316.81 | $21,316.81 | $0.00 |
| PC Tower | 002050-1 | 1 | $1,020.00 | $1,020.00 | $0.00 |
| Admin Furniture | 002060-1 | 1 | $18,704.82 | $9,820.01 | $8,884.81 |
| Computer Upgrades West Yard | 002070-1 | 1 | $3,075.00 | $3,075.00 | $0.00 |
| Capitalize Major Container Repai | 002080-1 | 1 | $32,348.13 | $32,348.13 | $0.00 |
| Software Licenses | 002090-1 | 1 | $5,985.00 | $5,985.00 | $0.00 |
| 24x72 worksurface and two shelve | 002100-1 | 1 | $669.51 | $669.51 | $0.00 |
| Capitalized Container Rebuilds | 002110-1 | 1 | $30,311.00 | $19,891.62 | $10,419.38 |
| Barrel Route Truck #311 | 002130-1 | 1 | $35,000.00 | $25,833.34 | $9,166.66 |
| Capitalized Labor & Parts | 002150-1 | 1 | $31,244.00 | $31,244.00 | $0.00 |
| Rehrig Pacific Company Purchased | 002160-1 | 1 | $5,130.00 | $5,130.00 | $0.00 |
| Rehrig Pacific Company Purchased | 002170-1 | 1 | $9,685.00 | $9,685.00 | $0.00 |
| Truck Repair #404 | 002180-1 | 1 | $8,387.17 | $5,990.86 | $2,396.31 |
| Capitalize CS Labor & Parts | 002190-1 | 1 | $21,427.00 | $21,427.00 | $0.00 |
| Capitalize Repiars on truck 269 | 002200-1 | 1 | $14,237.97 | $14,237.97 | $0.00 |

302178/16-160

U.S. Bankruptcy Court - Hawaii #16-01294 Dkt # 108 Filed 01/18/17 Page 15 of 168

# Attachment 3

| Description | Asset ID | Qty | Cost Basis | Accum Depr | Net Book |
|---|---|---|---|---|---|
| IMCO Transfer Trailer #3 | 002220-1 | 1 | $85,106.75 | $53,191.71 | $31,915.04 |
| Compactor - Ward 1 | 002230-1 | 1 | $29,055.52 | $28,831.01 | $224.51 |
| Compactor - Ward 2 | 002240-1 | 1 | $29,055.53 | $28,831.05 | $224.48 |
| Compactor - Ward 6 | 002250-1 | 1 | $29,055.52 | $28,831.01 | $224.51 |
| Compactor - Ward 7 | 002260-1 | 1 | $29,269.03 | $29,042.91 | $226.12 |

System: 1/13/2017 Rolloffs Hawai Page: 4

Fixed Assets Inventory List

| Description | Asset ID | Qty | Cost Basis | Accum Depr | Net Book |
|---|---|---|---|---|---|
| Capitalized Container Rebuilds | 002270-1 | 1 | $22,227.00 | $22,227.00 | $0.00 |
| West Yard Computer Wiring | 002280-1 | 1 | $1,701.60 | $1,701.60 | $0.00 |
| 5 Office Chairs - Admin | 002290-1 | 1 | $1,030.21 | $1,022.28 | $7.93 |
| Frt for s/l truck | 002300-1 | 1 | $9,740.01 | $6,783.19 | $2,956.82 |
| Use Tax Trailer #3 | 002310-1 | 1 | $4,643.82 | $2,829.80 | $1,814.02 |
| Computer Switches | 002320-1 | 1 | $929.05 | $929.05 | $0.00 |
| Freight #404 | 002330-1 | 1 | $500.00 | $363.09 | $136.91 |
| 100 vehicle system, training vid | 002340-1 | 1 | $3,280.50 | $3,198.54 | $81.96 |
| Container Repairs 73 Containers | 002350-1 | 1 | $19,796.44 | $19,796.44 | $0.00 |
| 74 FL Container Refurbishments | 002360-1 | 1 | $20,400.58 | $20,400.58 | $0.00 |
| 65 gal NB cart, 65 gal lid | 002370-1 | 1 | $7,123.17 | $6,707.65 | $415.52 |
| Capitalize 10 new 4yrd FEL Conta | 002380-1 | 1 | $6,696.00 | $4,424.09 | $2,271.91 |
| Capitalize 57 FEL Container Refu | 002390-1 | 1 | $20,342.70 | $20,342.70 | $0.00 |
| New Truck 10050 w/accesories | 002400-1 | 1 | $19,837.04 | $9,174.63 | $10,662.41 |
| Truck 235 Improvements | 002410-1 | 1 | $1,427.07 | $720.09 | $706.98 |
| RJ-250 Compactor for Ward Villas | 002420-1 | 1 | $20,583.33 | $18,696.59 | $1,886.74 |
| 62 FEL Container Rebuilds | 002430-1 | 1 | $24,506.75 | $24,506.75 | $0.00 |
| Caplitalized Asphault Repairs | 002440-1 | 1 | $1,500.00 | $1,500.00 | $0.00 |
| MTS Fuel Trailer | 002460-1 | 1 | $0.00 | $0.00 | $0.00 |
| 1990 Ford 9000 | 002490-1 | 1 | $0.00 | $0.00 | $0.00 |
| 1996 Ford F800 | 002500-1 | 1 | $0.00 | $0.00 | $0.00 |
| 2000 GMC C/K3500 | 002520-1 | 1 | $0.00 | $0.00 | $0.00 |
| 1999 Ford Ranger | 002530-1 | 1 | $0.00 | $0.00 | $0.00 |
| 1986 Ford F360 4X4 | 002540-1 | 1 | $0.00 | $0.00 | $0.00 |
| Ward Villas Compactor Freight | 002550-1 | 1 | $9,479.35 | $8,452.43 | $1,026.92 |
| 18 new FL Containers | 002560-1 | 1 | $10,710.36 | $6,821.43 | $3,888.93 |
| Repairs 63 FL | 002570-1 | 1 | $18,445.24 | $18,445.24 | $0.00 |
| 18 4 Yard Plastic Containers | 002580-1 | 1 | $14,010.00 | $3,123.12 | $10,886.88 |

302178/16-160

# Attachment 3

| Description | Asset ID | Qty | Cost Basis | Accum Depr | Net Book |
|---|---|---|---|---|---|
| 12 Repaired 10CY RO Containers | 002590-1 | 1 | $3,512.00 | $3,512.00 | $0.00 |
| Capitalized Container Builds 6 | 002600-1 | 1 | $3,961.32 | $2,475.83 | $1,485.49 |
| Capitalized Container Builders 6 | 002610-1 | 1 | $20,264.61 | $20,264.61 | $0.00 |
| Capitalize Container Builders 1 | 002620-1 | 1 | $1,756.00 | $1,756.00 | $0.00 |
| Capitalize Container Rebuilds - | 002630-1 | 1 | $15,157.19 | $15,157.19 | $0.00 |
| Capitalize Container Rebuilds 17 | 002640-1 | 1 | $11,808.80 | $7,239.90 | $4,568.90 |
| Capitalize Container Rebuilds - | 002650-1 | 1 | $4,032.33 | $4,032.33 | $0.00 |
| 2 New FL Containers | 002660-1 | 1 | $1,339.32 | $805.14 | $534.18 |
| Rebuild 45 FL Containers | 002670-1 | 1 | $13,597.95 | $13,597.95 | $0.00 |
| Rebuild 1 10CY RO Box | 002680-1 | 1 | $1,756.00 | $1,756.00 | $0.00 |
| 20 New FL containers | 002690-1 | 20 | $15,299.34 | $8,833.60 | $6,465.74 |
| 50 Refurbished FL containers | 002695-1 | 50 | $21,464.61 | $21,464.61 | $0.00 |
| Used Intl Mstr Tractor | 00270-1 | 1 | $42,399.82 | $1,060.70 | $41,339.12 |
| 3 RO Rebuilds | 00270-1 | 3 | $4,374.00 | $3,535.65 | $838.35 |
| 4 NEW FL containers | 002705-1 | 4 | $3,533.76 | $2,040.33 | $1,493.43 |
| Dell Laptop - CLEONARD | 00271-1 | 1 | $3,738.49 | $467.60 | $3,270.89 |
| 48 Refurbished FL containers | 002710-1 | 48 | $14,257.61 | $14,257.61 | $0.00 |
| Frontloader 90008 | 002715-1 | 1 | $235,863.35 | $93,362.61 | $142,500.74 |
| Resi FL 95001 | 002720-1 | 1 | $117,730.14 | $66,573.59 | $51,156.55 |
| Resi Frontload 95002 | 002725-1 | 1 | $117,730.14 | $66,573.59 | $51,156.55 |
| Capital repairs 95002 | 002725-2 | 1 | $3,679.75 | $664.64 | $3,015.11 |
| Resi Frontloader 95003 | 002730-1 | 1 | $117,730.15 | $66,573.59 | $51,156.56 |
| Dynamics GP | 002735-1 | 1 | $57,296.46 | $45,359.68 | $11,936.78 |
| 16 New FL Containers | 002745-1 | 1 | $11,576.52 | $6,546.30 | $5,030.22 |
| 72 refurbished FL | 002750-1 | 1 | $28,922.47 | $28,922.47 | $0.00 |
| 1 New FL Container | 002755-1 | 1 | $883.44 | $499.61 | $383.83 |
| 8 New RO Boxes | 002760-1 | 1 | $64,000.00 | $50,666.70 | $13,333.30 |
| 5 Carts for Honolulu Tower | 002765-1 | 5 | $299.85 | $247.40 | $52.45 |
| 51 Refurbished FL conatiners | 002766-1 | 51 | $14,124.23 | $14,124.23 | $0.00 |
| 8 new FL containers | 002767-1 | 8 | $5,464.04 | $3,024.76 | $2,439.28 |
| Enclosed RO Box | 002768-1 | 1 | $2,623.31 | $1,989.32 | $633.99 |
| 39 FL Containers-Typical Refurbs | 002769-1 | 1 | $11,082.84 | $11,082.84 | $0.00 |
| 11 FL Full Refurbs | 002770-1 | 1 | $5,252.78 | $5,252.78 | $0.00 |
| 5 FL New Containers | 002771-1 | 1 | $3,348.30 | $1,813.66 | $1,534.64 |

System: 1/13/2017 Rolloffs Hawai Page: 5

Fixed Assets Inventory List

| Description | Asset ID | Qty | Cost Basis | Accum Depr | Net Book |
|---|---|---|---|---|---|

302178/16-160

U.S. Bankruptcy Court - Hawaii  #16-01294  Dkt # 108  Filed  01/18/17  Page 17 of 168

# Attachment 3

| | | | | | |
|---|---|---|---|---|---|
| FL #90009 | 002772-1 | 1 | $99,815.14 | $37,014.74 | $62,800.40 |
| Dell Laptop-Terri Lo | 002773-1 | 1 | $1,725.13 | $1,725.13 | $0.00 |
| 47 FL containers-typical refurb | 002774-1 | 1 | $13,365.17 | $7,080.37 | $6,284.80 |
| 7 FL Containers-Full Refurb | 002775-1 | 1 | $3,234.44 | $1,713.53 | $1,520.91 |
| April 2013 Office Remodel | 002776-1 | 1 | $11,691.90 | $8,476.68 | $3,215.22 |
| April 2013 Office Remodel | 002776-2 | 1 | $759.16 | $537.71 | $221.45 |
| 8 40-CY Rolloff Boxes | 002777-1 | 1 | $64,800.00 | $46,980.00 | $17,820.00 |
| Computer servers & migration | 002778-1 | 1 | $86,024.67 | $62,367.83 | $23,656.84 |
| Computer Servers & Migration | 002778-2 | 1 | $18,832.41 | $13,339.58 | $5,492.83 |
| Server Conversion-Bond & ATS | 002778-3 | 1 | $2,711.30 | $1,875.33 | $835.97 |
| PC Tower Integration to Dynamics | 002778-4 | 1 | $1,400.00 | $1,400.00 | $0.00 |
| 54 FL Container Refurbs | 002779-1 | 54 | $16,312.98 | $16,312.98 | $0.00 |
| 8 new FL containers | 002780-1 | 8 | $5,164.80 | $2,674.68 | $2,490.12 |
| 2 RO box Refurbs | 002781-1 | 2 | $3,880.00 | $2,813.04 | $1,066.96 |
| Laptop & PC Rebuilds | 002782-1 | 1 | $5,430.75 | $5,430.75 | $0.00 |
| 41 REFURB FL CONTAINERS | 002783-1 | 1 | $12,801.19 | $12,801.19 | $0.00 |
| 18 NEW FL CONTAINERS | 002784-1 | 1 | $14,274.40 | $7,222.13 | $7,052.27 |
| 50 Refurbished FL Containers | 002785-1 | 50 | $15,050.64 | $15,050.64 | $0.00 |
| 11 new FL Containers | 002786-1 | 11 | $7,140.20 | $3,527.58 | $3,612.62 |
| Refurbish 49 FL containers | 002787-1 | 49 | $15,398.16 | $15,398.16 | $0.00 |
| 12 New FL Containers | 002788-1 | 12 | $7,268.76 | $3,504.54 | $3,764.22 |
| Refurb 3 RO Boxes | 002789-1 | 3 | $5,427.00 | $5,427.00 | $0.00 |
| MTS dashboard Computer Program | 002790-1 | 1 | $14,400.00 | $14,400.00 | $0.00 |
| 66 Used FEL Containers | 002791-1 | 1 | $20,443.73 | $20,443.73 | $0.00 |
| 3 New FEL Containers | 002792-1 | 1 | $2,008.98 | $944.74 | $1,064.24 |
| Fleetmind Install 5 Trucks | 002793-1 | 1 | $88,731.04 | $88,731.04 | $0.00 |
| SW Intergration, Rev/Prof Calcul | 002794-1 | 1 | $5,560.00 | $5,560.00 | $0.00 |
| 54 Refurb FL containers | 002795-1 | 54 | $18,931.96 | $18,931.96 | $0.00 |
| 7 new FL containers | 002796-1 | 7 | $4,479.44 | $2,053.11 | $2,426.33 |
| 70 Refurb FL containers | 002797-1 | 70 | $23,031.72 | $23,031.72 | $0.00 |
| Refurb 1 10yd RO | 002798-1 | 1 | $1,756.00 | $1,097.54 | $658.46 |
| 49 New FL Containers | 002799-1 | 1 | $22,271.08 | $9,942.42 | $12,328.66 |
| 91 Refurb FEL Containers | 002800-1 | 91 | $26,356.92 | $26,002.11 | $354.81 |
| 4 New FEL Containers | 002801-1 | 4 | $3,533.76 | $1,493.44 | $2,040.32 |
| 3 new computers | 002802-1 | 3 | $2,025.08 | $1,997.82 | $27.26 |
| 53 Refurb FL Containers | 002803-1 | 53 | $15,679.30 | $15,026.04 | $653.26 |

302178/16-160

| Description | Asset ID | Qty | Cost Basis | Accum Depr | Net Book |
|---|---|---|---|---|---|
| 15 Refurb FEL containers | 002804-1 | 15 | $5,936.64 | $5,689.32 | $247.32 |
| 08 FORD F350  FT85102 | 002805-1 | 1 | $24,317.42 | $8,485.81 | $15,831.61 |
| Replace Engine FT 85102 | 002805-2 | 1 | $8,865.91 | $3,768.06 | $5,097.85 |
| 03 PTRB FEL 90010 | 002806-1 | 1 | $101,269.11 | $28,270.97 | $72,998.14 |
| 43 REFURB FL CONTAINERS | 002807-1 | 43 | $13,315.53 | $12,390.89 | $924.64 |
| SUMP DRAIN-SI CONTAINER SHOP | 002808-1 | 1 | $5,100.00 | $2,847.50 | $2,252.50 |
| 11 REFURB FL CONTAINERS | 002809-1 | 11 | $4,089.52 | $3,805.55 | $283.97 |
| 54 REFURB FL CONTAINERS | 002810-1 | 54 | $17,010.11 | $15,356.32 | $1,653.79 |
| 4 NEW FL CONTAINERS | 002811-1 | 4 | $4,114.50 | $1,591.90 | $2,522.60 |
| FL95004 | 002813-1 | 1 | $152,956.49 | $138,085.71 | $14,870.78 |
| 2 laptops | 002815-1 | 2 | $3,466.81 | $3,033.45 | $433.36 |
| setup labor | 002815-2 | 2 | $903.74 | $790.73 | $113.01 |
| 11 PC replacements | 002816-1 | 11 | $9,117.55 | $7,977.90 | $1,139.65 |
| setup labor | 002816-2 | 11 | $4,970.60 | $4,349.25 | $621.35 |
| 27 FL Refurbishments | 002817-1 | 27 | $9,429.11 | $8,250.48 | $1,178.63 |
| 5 new FL containers | 002818-1 | 5 | $4,417.20 | $1,656.50 | $2,760.70 |
| 9 refurb FL for new customers | 002819-1 | 9 | $3,668.22 | $3,209.75 | $458.47 |
| 5 new FL containers for new cust | 002820-1 | 5 | $2,575.60 | $965.83 | $1,609.77 |
| 1 RO refurb | 002821-1 | 1 | $2,886.00 | $1,515.15 | $1,370.85 |
| Refurb 23 FEL containers | 002822-1 | 23 | $7,077.33 | $5,996.04 | $1,081.29 |
| 2 New FEL containers | 002823-1 | 2 | $1,544.16 | $560.64 | $983.52 |
| Refurb 2 RO containers | 002824-1 | 2 | $3,800.00 | $3,219.50 | $580.50 |
| Refurb 28 FEL containers | 002825-1 | 28 | $8,749.17 | $7,412.46 | $1,336.71 |
| 14 New FEL Containers | 002826-1 | 14 | $9,478.32 | $3,441.57 | $6,036.75 |
| 2008 Ford F350  FT85103 | 002827-1 | 1 | $20,118.87 | $6,182.35 | $13,936.52 |
| Capital Repiars | 002827-2 | 1 | $5,448.61 | $984.13 | $4,464.48 |

System:                               1/13/2017 Rolloffs Hawai Page:                                  6
Fixed Assets Inventory List

| Description | Asset ID | Qty | Cost Basis | Accum Depr | Net Book |
|---|---|---|---|---|---|
| 2005 Peterbilt FL - FL90011 | 002828-1 | 1 | $82,213.00 | $20,210.71 | $62,002.29 |
| Capital Repairs | 002828-2 | 1 | $3,317.31 | $599.16 | $2,718.15 |
| 23 Used FL containers | 002829-1 | 1 | $8,313.18 | $6,812.17 | $1,501.01 |
| 43 used FL containers | 002830-1 | 1 | $15,197.68 | $12,453.68 | $2,744.00 |
| West Yard Electrical Upgrade | 002831-1 | 1 | $19,252.00 | $15,241.19 | $4,010.81 |
| PRC Compactor-Longs MSW | 002832-1 | 1 | $31,911.87 | $15,158.08 | $16,753.79 |
| PRC Compactor-Mauka Tunnel Recyc | 002833-1 | 1 | $33,119.85 | $15,731.96 | $17,387.89 |

302178/16-160

# Attachment 3

| | | | | | |
|---|---|---|---|---|---|
| PR Compactor-Makai Tunnel Recycl | 002834-1 | 1 | $33,119.85 | $15,731.96 | $17,387.89 |
| PRC Compactor-Longs Recycle | 002835-1 | 1 | $33,119.85 | $15,731.96 | $17,387.89 |
| PRC Compactor-Denny's MSW | 002836-1 | 1 | $33,119.85 | $15,731.96 | $17,387.89 |
| PRC Compactor-Longs Chute MSW | 002837-1 | 1 | $31,228.17 | $14,833.38 | $16,394.79 |
| 17 FL Cans Refurbished | 002838-1 | 17 | $4,748.18 | $3,758.94 | $989.24 |
| 24 FL Cans Refurbished | 002839-1 | 1 | $7,756.68 | $6,140.67 | $1,616.01 |
| 2 RO Cans Refurbished | 002840-1 | 2 | $3,800.00 | $1,804.96 | $1,995.04 |
| 50 95-Gal grey Carts | 002841-1 | 50 | $2,070.72 | $949.05 | $1,121.67 |
| 6 refurb FEL containers | 002843-1 | 6 | $2,072.74 | $1,583.38 | $489.36 |
| 3 refurb RO containers | 002844-1 | 3 | $5,015.00 | $3,830.96 | $1,184.04 |
| 22 refurb FL containers | 002845-1 | 22 | $6,843.00 | $5,227.26 | $1,615.74 |
| Refurb 2 RO Boxes | 002846-1 | 2 | $2,250.00 | $1,656.25 | $593.75 |
| 20 FL Refurb | 002847-1 | 20 | $6,582.56 | $4,845.51 | $1,737.05 |
| 8 FEL Refurb-New Cust | 002848-1 | 8 | $3,229.99 | $2,377.61 | $852.38 |
| 16 New FL Containers | 002849-1 | 16 | $10,018.72 | $3,160.67 | $6,858.05 |
| 52 Refurb FL containers | 002850-1 | 52 | $17,194.87 | $12,179.75 | $5,015.12 |
| 4 Refurb FL Containers | 002851-1 | 4 | $1,587.76 | $1,124.61 | $463.15 |
| 30 New FL Containers | 002852-1 | 30 | $19,961.46 | $6,059.77 | $13,901.69 |
| 3 refurb RO Boxes | 002853-1 | 3 | $5,715.00 | $2,428.88 | $3,286.12 |
| 14 FEL refurbishments | 002854-1 | 14 | $4,663.08 | $3,173.49 | $1,489.59 |
| 2003 Volvo FEL 90001 | 002855-1 | 1 | $107,502.32 | $21,948.36 | $85,553.96 |
| 13 FEL Refurbishments | 002856-1 | 13 | $4,531.46 | $3,083.87 | $1,447.59 |
| 44 New FEL Containers | 002857-1 | 44 | $28,581.76 | $8,336.36 | $20,245.40 |
| FEL 90002 | 002858-1 | 1 | $149,867.47 | $29,349.10 | $120,518.37 |
| DM & MV Desks | 002859-1 | 2 | $2,059.45 | $806.57 | $1,252.88 |
| 25 Refurb FEL Containers | 002860-1 | 25 | $8,092.78 | $5,282.79 | $2,809.99 |
| 2 Refurb RO containers | 002861-1 | 2 | $4,165.00 | $1,631.33 | $2,533.67 |
| Refurb 23 Used FEL Containers | 002862-1 | 23 | $8,338.90 | $5,443.49 | $2,895.41 |
| 43 New FEL Containers | 002863-1 | 43 | $28,652.72 | $8,015.90 | $20,636.82 |
| 16 FEL Refurbed Containers | 002864-1 | 16 | $5,089.80 | $3,181.09 | $1,908.71 |
| 21 FEL Refurb Containers | 002865-1 | 21 | $7,230.34 | $4,518.93 | $2,711.41 |
| 56 NEW FEL Containers | 002866-1 | 56 | $34,480.64 | $9,235.84 | $25,244.80 |
| 1 30cy FEL box Refurb | 002867-1 | 1 | $2,568.00 | $963.00 | $1,605.00 |
| Desks in Cust Srvc | 002868-1 | 3 | $1,254.59 | $449.56 | $805.03 |
| 40CY RO Boxes | 002869-1 | 4 | $33,600.00 | $12,040.00 | $21,560.00 |
| 33 Refurb FL Containers | 002870-1 | 33 | $10,940.60 | $6,534.02 | $4,406.58 |
| 15 Refurb FL Containers | 002871-1 | 15 | $5,014.42 | $2,994.73 | $2,019.69 |

302178/16-160

# Attachment 3

| Description | Asset ID | Qty | Cost Basis | Accum Depr | Net Book |
|---|---|---|---|---|---|
| 5 New FL Containers | 002872-1 | 5 | $2,354.72 | $602.67 | $1,752.05 |
| Scansnap Scanner | 002873-1 | 1 | $1,530.87 | $871.70 | $659.17 |
| 19 Refurb FL Containers | 002874-1 | 19 | $6,083.95 | $3,464.49 | $2,619.46 |
| 4 new FL containers | 002875-1 | 4 | $3,533.76 | $862.42 | $2,671.34 |
| 13 Refurb FL Containers | 002876-1 | 13 | $5,163.88 | $2,940.53 | $2,223.35 |
| 11 New FL Containers | 002877-1 | 11 | $7,490.64 | $1,828.03 | $5,662.61 |
| Refurb 1 20CY RO box | 002878-1 | 1 | $1,915.00 | $654.33 | $1,260.67 |
| 11 Refurbished FEL containers | 002879-1 | 11 | $3,208.20 | $1,737.81 | $1,470.39 |
| 33 Refurbished FEL Containers | 002880-1 | 33 | $11,328.74 | $6,136.43 | $5,192.31 |
| 6 New FEL Containers | 002881-1 | 6 | $4,564.00 | $1,059.46 | $3,504.54 |
| 5 Refurbished RO Containers | 002882-1 | 5 | $10,215.00 | $3,319.88 | $6,895.12 |
| refurb 13 FL containers | 002883-1 | 13 | $4,064.15 | $2,088.49 | $1,975.66 |
| 16 New FL Containers | 002884-1 | 16 | $11,341.44 | $2,497.85 | $8,843.59 |
| refurb 5 used RO boxes | 002885-1 | 5 | $10,245.00 | $3,158.88 | $7,086.12 |
| 2 laptop computers | 002886-1 | 2 | $3,856.65 | $1,981.90 | $1,874.75 |
| 30 New FL Containers | 002887-1 | 30 | $19,867.92 | $4,375.64 | $15,492.28 |
| 4 New RO Boxes-40CY | 002888-1 | 4 | $33,600.00 | $10,360.00 | $23,240.00 |
| 2 Used 40CY RO Boxes | 002889-1 | 2 | $8,500.00 | $2,479.20 | $6,020.80 |

System:                     1/13/2017 Rolloffs Hawai Page:          7

Fixed Assets Inventory List

| Description | Asset ID | Qty | Cost Basis | Accum Depr | Net Book |
|---|---|---|---|---|---|
| 1 Used 30CY RO box | 002890-1 | 1 | $2,255.71 | $657.97 | $1,597.74 |
| 16 Refurb FEL Containers | 002891-1 | 16 | $6,460.24 | $3,140.38 | $3,319.86 |
| 13 New FEL Containers | 002892-1 | 13 | $10,506.28 | $2,188.76 | $8,317.52 |
| 13 New FEL Containers | 002892-2 | 13 | $1,903.80 | $396.58 | $1,507.22 |
| 13 Refurb FEL Containers | 002893-1 | 13 | $5,415.20 | $2,632.36 | $2,782.84 |
| 10 New FEL Containers | 002894-1 | 10 | $7,403.68 | $1,542.44 | $5,861.24 |
| 10 New FEL Containers | 002894-2 | 10 | $1,359.15 | $283.15 | $1,076.00 |
| 4 Refurb RO boxes | 002895-1 | 4 | $7,677.00 | $2,239.13 | $5,437.87 |
| 3 New FL Containers | 002896-1 | 3 | $1,669.56 | $347.87 | $1,321.69 |
| 34 Used FEL containers | 002897-1 | 34 | $11,434.92 | $5,241.04 | $6,193.88 |
| 1 used 30CY RO Box | 002898-1 | 1 | $2,250.00 | $618.75 | $1,631.25 |
| 38 New FEL Containers | 002899-1 | 38 | $33,034.56 | $6,488.95 | $26,545.61 |
| 7 New FEL Containers | 002900-1 | 7 | $5,189.55 | $1,019.37 | $4,170.18 |
| 6 Used FEL Containers | 002901-1 | 6 | $2,434.54 | $1,115.87 | $1,318.67 |
| 4 40CY RO boxes | 002902-1 | 4 | $33,600.00 | $9,240.00 | $24,360.00 |

302178/16-160

# Attachment 3

| | | | | | |
|---|---|---|---|---|---|
| 39 Used FEL Cans | 002903-1 | 39 | $13,974.26 | $6,016.65 | $7,957.61 |
| 1 used RO Box | 002904-1 | 1 | $2,250.00 | $581.25 | $1,668.75 |
| 38 new FEL Containers | 002905-1 | 38 | $29,959.86 | $5,528.36 | $24,431.50 |
| 12 New FEL Containers | 002906-1 | 12 | $8,836.48 | $1,630.58 | $7,205.90 |
| 12 Used FEL Containers | 002907-1 | 12 | $4,177.56 | $1,798.64 | $2,378.92 |
| 4 New RO Boxes | 002908-1 | 4 | $33,600.00 | $8,680.00 | $24,920.00 |
| 2004 Autocar Frontloader #90012 | 002909-1 | 1 | $90,654.49 | $15,648.69 | $75,005.80 |
| Capital Repairs | 002909-2 | 1 | $10,542.67 | $1,904.15 | $8,638.52 |
| 2005 Peterbilt Frontload #90013 | 002910-1 | 1 | $126,845.99 | $21,896.02 | $104,949.97 |
| Capital Repairs | 002910-2 | 1 | $14,707.08 | $2,656.30 | $12,050.78 |
| 16 used FEL containers | 002911-1 | 16 | $5,056.85 | $2,036.81 | $3,020.04 |
| 42 new FEL Containers | 002912-1 | 42 | $37,743.64 | $6,515.28 | $31,228.36 |
| Tires Cat Loader | 002913-1 | 4 | $19,104.48 | $7,694.86 | $11,409.62 |
| DLA Macbook Air | 002914-1 | 1 | $2,916.23 | $1,174.63 | $1,741.60 |
| 12 New FL Containers | 002915-1 | 12 | $9,822.15 | $1,695.49 | $8,126.66 |
| 7 Used FEL Containers | 002916-1 | 7 | $2,730.22 | $1,099.68 | $1,630.54 |
| AMC Compactor | 002917-1 | 1 | $32,200.51 | $7,245.17 | $24,955.34 |
| AMC Comp Receiver Box | 002918-1 | 1 | $17,318.01 | $3,896.51 | $13,421.50 |
| AMC Stationary Compactor | 002918-2 | 1 | $17,626.72 | $3,966.03 | $13,660.69 |
| PC Tower V7 Upgrade | 002919-1 | 1 | $7,440.00 | $2,790.04 | $4,649.96 |
| 7 used FEL containers | 002920-1 | 7 | $2,352.38 | $882.10 | $1,470.28 |
| 16 Used FL Containers | 002921-1 | 16 | $6,465.78 | $2,424.72 | $4,041.06 |
| 25 New FEL Containers | 002922-1 | 25 | $22,748.42 | $3,655.95 | $19,092.47 |
| 28 Used FEL Containers | 002923-1 | 28 | $15,325.72 | $5,321.38 | $10,004.34 |
| 15 New FEL containers | 002924-1 | 15 | $12,948.34 | $1,926.87 | $11,021.47 |
| 7 used FEL containers | 002925-1 | 7 | $4,373.28 | $1,518.50 | $2,854.78 |
| 3 new FEL Containers | 002926-1 | 3 | $3,361.26 | $500.24 | $2,861.02 |
| 1 Used RO Can | 002927-1 | 1 | $3,217.50 | $670.37 | $2,547.13 |
| 40 FEL containers | 002928-1 | 40 | $89,314.78 | $31,012.12 | $58,302.66 |
| Phone system expansion | 002929-1 | 1 | $1,156.73 | $369.50 | $787.23 |
| 28 used FEL cans | 002930-1 | 28 | $11,804.64 | $3,770.96 | $8,033.68 |
| 100 new FL cans | 002931-1 | 100 | $50,762.59 | $6,949.68 | $43,812.91 |
| 8 40CY new RO Cans | 002932-1 | 8 | $67,200.00 | $12,880.00 | $54,320.00 |
| 2004 Autocar Xpeditor-RO #40001 | 002933-1 | 1 | $99,081.55 | $8,670.86 | $90,410.69 |
| 60 USED FEL CANS | 002934-1 | 60 | $22,947.86 | $6,694.04 | $16,253.82 |
| 16 NEW FEL CANS | 002935-1 | 16 | $13,966.66 | $1,746.10 | $12,220.56 |
| 3 USED FEL CANS | 002936-1 | 3 | $1,569.88 | $457.98 | $1,111.90 |

302178/16-160

U.S. Bankruptcy Court - Hawaii  #16-01294  Dkt # 108  Filed  01/18/17  Page 22 of 168

# Attachment 3

| Description | Asset ID | Qty | Cost Basis | Accum Depr | Net Book |
|---|---|---|---|---|---|
| 8 NEW FEL CANS | 002937-1 | 8 | $6,691.40 | $836.56 | $5,854.84 |
| 2 computers | 002938-1 | 2 | $2,124.75 | $560.76 | $1,563.99 |
| 4 40CY RO Boxes | 002939-1 | 4 | $33,600.00 | $5,320.90 | $28,279.10 |
| 14 Used FEL containers | 002940-1 | 14 | $5,461.48 | $1,441.48 | $4,020.00 |
| 16 New FEL containers | 002941-1 | 16 | $13,868.46 | $1,568.73 | $12,299.73 |
| 2007 Sideloader #50002 | 002942-1 | 1 | $91,471.40 | $9,053.46 | $82,417.94 |
| 1 40CY RO BOX | 002944-1 | 1 | $5,256.00 | $832.38 | $4,423.62 |
| 4 USED FEL CONTAINERS | 002945-1 | 4 | $2,261.28 | $596.83 | $1,664.45 |
| 15 NEW FEL CONTAINERS | 002946-1 | 15 | $14,993.42 | $1,695.97 | $13,297.45 |
| 2005 Autocar RO #40002 | 002947-1 | 1 | $103,339.24 | $7,321.32 | $96,017.92 |

System: 1/13/2017 Rolloffs Hawai Page: 8

Fixed Assets Inventory List

| Description | Asset ID | Qty | Cost Basis | Accum Depr | Net Book |
|---|---|---|---|---|---|
| 75 Used FEL containers | 002948-1 | 75 | $33,819.06 | $7,986.68 | $25,832.38 |
| 11 New FEL containers | 002949-1 | 11 | $8,874.43 | $898.20 | $7,976.23 |
| 10 New FEL containers | 002950-1 | 10 | $8,246.30 | $834.58 | $7,411.72 |
| 1 RO Box | 002951-1 | 1 | $5,256.00 | $744.74 | $4,511.26 |
| 2007 Peterbilt FL90014 | 002952-1 | 1 | $130,954.48 | $11,692.35 | $119,262.13 |
| PC's West YaRD | 002953-1 | 1 | $1,178.97 | $245.62 | $933.35 |
| 62 Used FEL cans | 002954-1 | 62 | $26,800.59 | $5,583.45 | $21,217.14 |
| 36 Used FEL | 002954-2 | 36 | $12,562.36 | $2,617.13 | $9,945.23 |
| 7 Used FEL cans | 002955-1 | 7 | $3,427.78 | $714.15 | $2,713.63 |
| 11 New FEL cans | 002956-1 | 11 | $8,122.15 | $725.18 | $7,396.97 |
| 3 Used RO cans | 002957-1 | 3 | $7,787.00 | $973.35 | $6,813.65 |
| FT85104 - 2015 Ford F-350 | 002958-1 | 1 | $51,998.62 | $3,521.90 | $48,476.72 |
| 4-40CY RO BOXES | 002959-1 | 4 | $33,600.00 | $3,641.21 | $29,958.79 |
| 35 USED FEL CONTAINERS | 002960-1 | 35 | $17,511.14 | $3,162.80 | $14,348.34 |
| 2 NEW FEL CONTAINERS | 002961-1 | 2 | $2,153.76 | $166.75 | $1,987.01 |
| 8 USED FEL CONTAINERS | 002962-1 | 8 | $4,320.92 | $780.44 | $3,540.48 |
| 5 NEW FEL CONTAINERS | 002963-1 | 5 | $3,759.40 | $291.01 | $3,468.39 |
| Capital Labor-Container Builds | 002964-1 | 1 | $15,801.90 | $2,854.07 | $12,947.83 |
| Capital labor-container builds | 002965-1 | 1 | $4,990.07 | $386.28 | $4,603.79 |
| 7 New FEL cans | 002966-1 | 7 | $8,128.16 | $532.18 | $7,595.98 |
| 22 Used Cans | 002967-1 | 22 | $11,666.87 | $1,782.44 | $9,884.43 |
| 2 New Cans | 002968-1 | 2 | $1,181.59 | $77.38 | $1,104.21 |
| Used Intl Mstr Transfer Truck | 002969-1 | 1 | $42,399.82 | $1,060.70 | $41,339.12 |

302178/16-160

# Attachment 3

| | | | | | |
|---|---|---|---|---|---|
| FEL Containers - Refurbished | 002970-1 | 1 | $50,110.00 | $4,876.80 | $45,233.20 |
| Banner Assembly Transmission | 002971-1 | 1 | $5,083.14 | $296.83 | $4,786.31 |
| Laptop - Director of Ops | 002972-1 | 1 | $2,383.64 | $165.53 | $2,218.11 |
| Capitalized Container Shop Labor | 002973-1 | 1 | $23,829.85 | $1,654.85 | $22,175.00 |
| Container Repairs Capitalized | 002974-1 | 1 | $14,384.82 | $998.95 | $13,385.87 |
| Container refurbs; parts and lab | 002975-1 | 1 | $26,653.00 | $1,115.30 | $25,537.70 |
| Rebuilt Transmission-HD4500 | 002976-1 | 1 | $7,188.55 | $90.24 | $7,098.31 |
| Container Refurbs | 002977-1 | 1 | $33,480.00 | $465.00 | $33,015.00 |
| Turbocharger Truck #85100 | 002978-1 | 1 | $2,343.00 | $19.53 | $2,323.47 |
| 46 FL Refurbs | 02740-1 | 1 | $12,732.76 | $12,732.76 | $0.00 |
| New Engine | 1070-21 | 1 | $24,445.50 | $8,759.69 | $15,685.81 |
| FT 85101 | 2800-1 | 1 | $16,950.00 | $6,444.50 | $10,505.50 |
| FT 85101 | 2800-2 | 1 | $12,401.76 | $3,035.90 | $9,365.86 |
| 41 FL containers Refurbished | 2801-1 | 41 | $12,013.50 | $12,013.50 | $0.00 |
| 13 New FL Containers | 2802-1 | 13 | $9,263.66 | $4,025.26 | $5,238.40 |
| refurb 1 20CY RO box | 2803-1 | 1 | $1,915.00 | $1,165.00 | $750.00 |
| ------ | ------------------ | ------------------ | | | |
| | 463 Assets | | $16,423,844.02 | $11,654,553.10 | $4,769,290.92 |

302178/16-160

## Part 9:  Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 1020 Ulupono St. | lease | $ 7,158.09 | | $ 0 |
| 55.2 1114 Makapono St. | lease | $ 107,647.56 | | $ 0 |
| 55.3 1115 Makepono St. | lease | $ 798,903.21 | | $ 0 |
| 55.4 91-1085 Enterprise Ave | lease | $ 0 | | $ 0 |
| 55.5 1061 Mikole St. | lease | $ 0 | | $ 0 |
| 55.6 | | $ | | $ 0 |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:  Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | $ | | $ 0 |
| 61. Internet domain names and websites<br>rolloffshawaii.com (suspended for non-payment) | $ | | $ unknown |
| 62. Licenses, franchises, and royalties | $ | | $ 0 |
| 63. Customer lists, mailing lists, or other compilations<br>Customer list | $ | | $ Unknown |
| 64. Other intangibles, or intellectual property | $ | | $ 0 |
| 65. Goodwill<br>Debtor's goodwill and KNG goodwill | $ 4,605,616 | | $ unknown |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ unknown

U.S. Bankruptcy Court - Hawaii  #16-01294  Dkt # 108  Filed  01/18/17  Page 25 of 168

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ − _____ = ➜   $_____
                              Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

$_____

74. **Causes of action against third parties** (whether or not a lawsuit has been filed)

_____   $_____

Nature of claim    _____

Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $_____

Nature of claim    _____

Amount requested   $_____

76. **Trusts, equitable or future interests in property**

$_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____   $_____
_____   $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No
☐ Yes

U.S. Bankruptcy Court - Hawaii  #16-01294  Dkt # 108  Filed 01/18/17  Page 26 of 168

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 117,108.01 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 296,807.82 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 2,179,754.98 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 198,859.91 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 40,900.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 1,629,011.90 | |
| 88. **Real property.** *Copy line 56, Part 9.* ......................................→ | | $ 0 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 4,461,442.62 | + 91b. $ 0 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................. $ 4,461,442.62

U.S. Bankruptcy Court - Hawaii   #16-01294   Dkt # 108   Filed 01/18/17   Page 27 of 168

Fill in this information to identify the case:

Debtor name  Rolloffs Hawaii, LLC

United States Bankruptcy Court for the: _____ District of Hawaii
(State)

Case number (If known): 16-01294

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**

Creditor's name
American Savings Bank, E.S.B.

Creditor's mailing address
P.O. Box 3200
Honolulu, HI 96804-2300

Creditor's email address, if known
_____

Date debt was incurred  Various
Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

Describe debtor's property that is subject to a lien
Property managements, contracts, accounts, general intangibles, personal property, etc.

Describe the lien
UCC Financing Statements

Is the creditor an Insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6,388,121.00    $ _____

**2.2**

Creditor's name
_____

Creditor's mailing address
_____
_____

Creditor's email address, if known
_____

Date debt was incurred  _____
Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an Interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
_____
_____

Describe the lien
_____

Is the creditor an Insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____    $ _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**
   $ 6,388,121.02

U.S. Bankruptcy Court - Hawaii  #16-01294  Dkt # 108  Filed 01/18/17  Page 28 of 168

Debtor  Rolloffs Hawaii, LLC
_____
Name

Case number (if known) 16-01294
_____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Wayne Mau, Esq. <br> 1003 Bishop Street, Suite 2600 <br> Honolulu, HI 96813 | Line 2. 1 | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

U.S. Bankruptcy Court - Hawaii  #16-01294  Dkt # 108  Filed  01/18/17  Page 29 of 168

**Fill in this information to identify the case:**

Debtor    Rolloffs Hawaii, Inc.

United States Bankruptcy Court for the: _____ District of **Hawaii**
                                                     (State)

Case number   16-01294
(if known)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1** Priority creditor's name and mailing address
Hawaii State Collector
P.O. Box 1425
Honolulou, HI 96806-1425

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( ___ )

As of the petition filing date, the claim is: $ 85,086.83
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Taxes

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Priority amount $ 85,086.83

---

**2.2** Priority creditor's name and mailing address
Acidera, Benny
1940 Kuapapa Place
Honolulu, HI 96819

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is: $ 1,268.25
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Wages

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Priority amount $ 1,268.25

---

**2.3** Priority creditor's name and mailing address
Akiona, William
91-719 Pohakupuna Road
Ewa Beach, HI 96706

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is: $ 546.87
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Wages

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Priority amount $ 546.87

---

U.S. Bankruptcy Court - Hawaii   #16-01294   Dkt # 108   Filed 01/18/17   Page 30 of 168

| Part 1. | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.4** Priority creditor's name and mailing address

Aleki, Aviata T.

46-265 Punawai St.

Kaneohe, HI 96744

$ 1,158.26   $ 1,158.26

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number  _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.5** Priority creditor's name and mailing address

Alob, Egmedio L.

921 Akau Lane

Honolulu, HI 96817

$ 1,041.88   $ 1,041.88

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number  _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.6** Priority creditor's name and mailing address

Auwae, Eric-Shane P.

860 Halekauwila St. Apt# 708

Honolulu, HI 96813

$ 745.00   $ 745.00

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number  _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.7** Priority creditor's name and mailing address

Baptista, Herschel P.

1109 Acacia Road, #123

Pearl City, HI 96782

$ 1,000.71   $ 1,000.71

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number  _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

U.S. Bankruptcy Court - Hawaii  #16-01294  Dkt # 108  Filed  01/18/17  Page 31 of 168

| Part 1. | Additional Page |
| --- | --- |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

---

**2.8** Priority creditor's name and mailing address     $ 130.63     $ 130.63

Bautista, Mariano I.

94-789 Kupuohi Street

Waipahu, HI 96797

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Wages

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( _4_ )**

---

**2.9** Priority creditor's name and mailing address     $ 1,071.71     $ 1,071.71

Bernabe, Leonard P.

85-1350 Halapoe Pl.

Waianae, HI 96792

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Wages

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( _4_ )**

---

**2.10** Priority creditor's name and mailing address     $ 553.93     $ 553.93

Bethea, Nicholas

299 Thomas Paine Ct. Unit 101

Wahiawa, HI 96786

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Wages

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( _4_ )**

---

**2.11** Priority creditor's name and mailing address     $ 323.14     $ 323.14

Bokin, Leekey

94-1041 Kahumoku St., #301

Waipahu, HI 96797

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Wages

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( _4_ )**

---

170

U.S. Bankruptcy Court - Hawaii  #16-01294  Dkt # 108  Filed  01/18/17  Page 32 of 168

| Debtor | Rolloffs Hawaii, LLC | | Case number (if known) | 16-01294 |
|---|---|---|---|---|
| | Name | | | |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2._12** Priority creditor's name and mailing address

$ 728.02      $ 728.02

Brand, Catherine J.
94-1145 Eleu St
Waipahu, HI 96797

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Wages

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2._13** Priority creditor's name and mailing address

$ 467.04      $ 467.04

Brown, Jennifer
95-1025 Kaapeha St. #203
Mililani, HI 96789

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Wages

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2._14** Priority creditor's name and mailing address

$ 1,309.16      $ 1,309.16

Burgess, Amani
87-1673 Mohihi Street
Waianae, HI 96792

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Wages

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2._15** Priority creditor's name and mailing address

$ 892.86      $ 892.86

Byrd, Jared R.
922 Maunakea Apt. F
Honolulu, HI 96817

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Wages

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

U.S. Bankruptcy Court - Hawaii  #16-01294  Dkt # 108  Filed  01/18/17  Page 33 of 168

| Debtor | Rolloffs Hawaii, LLC | Case number (if known) | 16-01294 |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.16** Priority creditor's name and mailing address

Cabalar, Eddie C.
91-693 Kilinahe Street
Ewa Beach, HI 96706

Total claim: $ 759.21
Priority amount: $ 759.21

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( __4__ )

---

**2.17** Priority creditor's name and mailing address

Clement, Steven
98-474 Hoono Street
Pearl City, HI 96782

Total claim: $ 471.43
Priority amount: $ 471.43

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( __4__ )

---

**2.18** Priority creditor's name and mailing address

Correa, Clyde
P.O. Box 700327
Kapolei, HI 96709

Total claim: $ 737.55
Priority amount: $ 737.55

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( __4__ )

---

**2.19** Priority creditor's name and mailing address

Damalerio, Glenn
95-122 Kuahelani Ave
Mililani, HI 96789

Total claim: $ 733.70
Priority amount: $ 733.70

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( __4__ )

U.S. Bankruptcy Court - Hawaii   #16-01294   Dkt # 108   Filed  01/18/17   Page 34 of 168

| Part 1. | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**    **Priority amount**

---

**2.20** Priority creditor's name and mailing address

$ 365.00    $ 365.00

Durham, Jessie L.
1134 Kinau Street, Apt. 704
Honolulu, HI 96814

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Wages

Is the claim subject to offset?
☐ No
☐ Yes

---

**2.21** Priority creditor's name and mailing address

$_____    $_____

Durupt, Thomas
1020 Ulupono St.
Honolulu, HI 96819

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Wages

Is the claim subject to offset?
☐ No
☐ Yes

---

**2.22** Priority creditor's name and mailing address

$ 1,1101.95    $ 1,1101.95

Eligio, Mario T.
91-1200 Keaunui Drive #309
Ewa Beach, HI 96706

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Wages

Is the claim subject to offset?
☐ No
☐ Yes

---

**2.23** Priority creditor's name and mailing address

$_____    $_____

Eligio, Michael B.
91-1200 Keaunui Drive #309
Ewa Beach, HI 96706

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Wages

Is the claim subject to offset?
☐ No
☐ Yes

---

U.S. Bankruptcy Court - Hawaii  #16-01294  Dkt # 108  Filed  01/18/17  Page 35 of 168

| Part 1. | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**   **Priority amount**

---

**2.24** Priority creditor's name and mailing address

Espinda, Paul
1550 Ala Amo Amo Street
Honolulu, HI 96819

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Wages

Is the claim subject to offset?
☐ No
☐ Yes

$ _____   $ _____

---

**2.25** Priority creditor's name and mailing address

Faumui, Faaleleina F.
1247 Ala Kapuna Street
Honolulu, HI 96819

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Wages

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,272.14   $ 1,272.14

---

**2.26** Priority creditor's name and mailing address

Felisi, Randy A.
87-122 Helelua Street Apt. C101
Waianae, HI 96792

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Wages

Is the claim subject to offset?
☐ No
☐ Yes

$ 724.50   $ 724.50

---

**2.27** Priority creditor's name and mailing address

Frank, Lisa
535 Kraus Street
Honolulu, HI 96813

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Wages, vacation, sick leave

Is the claim subject to offset?
☐ No
☐ Yes

$ 549.45   $ 549.45

---

170

U.S. Bankruptcy Court - Hawaii  #16-01294  Dkt # 108  Filed  01/18/17  Page 36 of 168

## Part 1. Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
| --- | --- | --- |

**2.28** Priority creditor's name and mailing address — $ 1,174.72 — $ 1,174.72

Garlasa, Thomas K.
1825 Makuahine Street
Honolulu, HI 96817

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Wages

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.29** Priority creditor's name and mailing address — $ 2,598.60 — $ 2,598.60

Gasper, Dennis K.
98-204 #C Aiea Kai Place
Aiea, HI 96701

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Wages

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.30** Priority creditor's name and mailing address — $ 480.77 — $ 480.77

Gonzales, Caryn
91-1058 Polea Street, Apt. J
Ewa Beach, HI 96706

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Wages, vacation, sick leave

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.31** Priority creditor's name and mailing address — $ 681.32 — $ 681.32

Gonzalez, Daira
5602 Kalanianaole Hwy
Honolulu, HI 96821

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Wages, vacation, sick leave

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

U.S. Bankruptcy Court - Hawaii  #16-01294  Dkt # 108  Filed  01/18/17  Page 37 of 168

| Part 1. | Additional Page |
|---------|-----------------|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.32** Priority creditor's name and mailing address

Total claim: $ 1,596.00    Priority amount: $ 1,596.00

Greer, Joel M.
1020 Ulupono Street
Honolulu, HI 96819

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Wages

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.33** Priority creditor's name and mailing address

Total claim: $ 1,168.80    Priority amount: $ 1,168.80

Gumbs, Headley P.
94-819 Awanei St. Apt 4
Waipahu, HI 96797

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Wagese

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.34** Priority creditor's name and mailing address

Total claim: $ 1,047.36    Priority amount: $ 1,047.36

Gusman, Paul D.
2221 Anianiku Street
Honolulu, HI 96813

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Wages, vacation, sick leave

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.35** Priority creditor's name and mailing address

Total claim: $ 1,158.27    Priority amount: $ 1,158.27

Kamakeeaina, Ikaika
92-759 Palailai Street
Kapolei, HI 96707

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Wages, vacation, sick leave

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

170

U.S. Bankruptcy Court - Hawaii   #16-01294   Dkt # 108   Filed  01/18/17   Page 38 of 168

| Debtor | Rolloffs Hawaii, LLC | Case number (if known) | 16-01294 |
|---|---|---|---|
| | Name | | |

## Part 1.  Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Total claim    Priority amount

**2.36** Priority creditor's name and mailing address

$ 1,002.21    $ 1,002.21

Kaneholani-Cummings, Jacob K.
92-682 Wainohia Place
Kapolei, HI 96707

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.37** Priority creditor's name and mailing address

$ 1,49.51    $ 1,49.51

Kaululaau, Roy O.
P.O. Box 2131
Waianae, HI 96792

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.38** Priority creditor's name and mailing address

$ 641.50    $ 641.50

Kealoha, Zechariah K.
94-817 Kuhaulua St., #21813
Waipahu, HI 96797

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.39** Priority creditor's name and mailing address

$ 1,484.29    $ 1,484.29

Keermann, Wjachaslaff J.
P.O Box 2195
Honolulu, HI 96805

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

U.S. Bankruptcy Court - Hawaii  #16-01294  Dkt # 108  Filed  01/18/17  Page 39 of 168

| Debtor | Rolloffs Hawaii, LLC | Case number (if known) 16-01294 |
|---|---|---|
| | Name | |

x

**Part 1.**   **Additional Page**

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Total claim          Priority amount

**2.40** Priority creditor's name and mailing address

$ 552.32          $ 552.32

Kitien, Alijen

94-1041 Kahumoku Street #301

Waipahu, HI 96797

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.41** Priority creditor's name and mailing address

$ 1,690.64          $ 1,690.64

Kocher, Kory K.

68-619 Crozier Dr Apt. A

Waialua, HI 96791

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.42** Priority creditor's name and mailing address

$ 1,579.67          $ 1,579.67

Kojima, John

44-311 Kaneohe Bay Drive

Kaneohe, HI 96744

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages, vacation, sick leave

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.43** Priority creditor's name and mailing address

$ 379.50          $ 379.50

Kuewa, Francis N.

98-091 Lokowai Pl. #C

Aiea, HI 96701

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

170

x

| Part 1. | Additional Page |
| --- | --- |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**    **Priority amount**

---

**2.44**   Priority creditor's name and mailing address    $ 528.84    $ 528.84

Lanoza, Tanya

P.O. Box 2131

Waianae, HI 96792

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.45**   Priority creditor's name and mailing address    $ 1,473.57    $ 1,473.57

Lasalo, Fatu

1438 Ahonui Street Apt 15C

Honolulu, HI 96819

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.46**   Priority creditor's name and mailing address    $ 1,247.49    $ 1,247.49

Lauititi, Vilivili

2238 Kaluaopalena St A101

Honolulu, HI 96819

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.47**   Priority creditor's name and mailing address    $ 686.81    $ 686.81

Leclerc, Guillermo

2205 A Fern Street

Honolulu, HI 96826

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

170

U.S. Bankruptcy Court - Hawaii   #16-01294   Dkt # 108   Filed 01/18/17   Page 41 of 168

| Part 1. | Additional Page |
| --- | --- |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
| --- | --- | --- |

**2.48** Priority creditor's name and mailing address    $ 494.51    $ 494.51

Lee, Janina
91-1782 Pualoalo Place
Ewa Beach, HI 96706

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.49** Priority creditor's name and mailing address    $ 281.68    $ 281.68

Linkee, Mervin
2233 Anianiku Street
Honolulu, HI 96813

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages, vacation, sick leave

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.50** Priority creditor's name and mailing address    $ 165.29    $ 165.29

Lokebol, Swington Jr.
91-1159 Keahumoa Parkway Unit 901
Ewa Beach, HI 96706

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.51** Priority creditor's name and mailing address    $ 264.64    $ 264.64

Magpoc, Glenn
320 D Kawaihae Street
Honolulu, HI 96825

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

U.S. Bankruptcy Court - Hawaii   #16-01294   Dkt # 108   Filed 01/18/17   Page 42 of 168

**Part 1.**    **Additional Page**

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.52** Priority creditor's name and mailing address

Mahelona, Lydia
725 Piikoi Plaza, #603
Honolulu, HI 96814

$ 780.22     $ 780.22

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**2.53** Priority creditor's name and mailing address

Mauga, Pamela
95-1005 Koolani Drive E505
Mililani, HI 96789

$ 480.77     $ 480.77

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**2.54** Priority creditor's name and mailing address

McCarthy, Alexander
P.O. Box 1072
Pearl City, HI 96782

$ 619.36     $ 619.36

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages, vacation, sick leave

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**2.55** Priority creditor's name and mailing address

Mclouth, Curtis K.
86-055 Farrington Hwy.
Waianae, HI 96792

$ 935.21     $ 935.21

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

U.S. Bankruptcy Court - Hawaii  #16-01294  Dkt # 108  Filed  01/18/17  Page 43 of 168

| Debtor | Rolloffs Hawaii, LLC | Case number (if known) | 16-01294 |
|---|---|---|---|
| | Name | | |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

---

**2.56** Priority creditor's name and mailing address

$ 1,634.50      $ 1,634.50

Mclouth, Dickie K.

P.O. Box 2131

Waianae, HI 96792

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Wages

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.57** Priority creditor's name and mailing address

$ 1,051.12      $ 1,051.12

Mills, Caney K.

1231 Ala Alii Street

Honolulu, HI 96818

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Wages

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.58** Priority creditor's name and mailing address

$ 1,071.25      $ 1,071.25

Mills, Jerry

1933 Ahuahu Place

Honolulu, HI 96819

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Wages

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.59** Priority creditor's name and mailing address

$ 975.27      $ 975.27

Mills, Susan M.

1231 Ala Alii St. #19

Honolulu, HI 96818

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Wages, vacation, sick leave

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

170

U.S. Bankruptcy Court - Hawaii  #16-01294  Dkt # 108  Filed  01/18/17  Page 44 of 168

| | Debtor | Rolloffs Hawaii, LLC | Case number (if known) | 16-01294 |
|---|---|---|---|---|

Name

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.60 Priority creditor's name and mailing address**

$ 493.00    $ 493.00

Moisa Jr., Manuel
87-2148 Farrington Hwy.
Waianae, HI 96792

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Wages

**Last 4 digits of account number** _ _ _ _

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.61 Priority creditor's name and mailing address**

$ 805.35    $ 805.35

Nishimura, William K.
P.O. Box 52
Waianae, HI 96792

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Wages

**Last 4 digits of account number** _ _ _ _

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.62 Priority creditor's name and mailing address**

$ 927.20    $ 927.20

Norris, Charles
526 Oneawa Place
Kailua, HI 96734

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Wages

**Last 4 digits of account number** _ _ _ _

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.63 Priority creditor's name and mailing address**

$ 511.00    $ 511.00

Ofoia, Francis
2069 California Avenue Apt. 21-C
Wahiawa, HI 96786

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Wages

**Last 4 digits of account number** _ _ _ _

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

U.S. Bankruptcy Court - Hawaii   #16-01294   Dkt # 108   Filed 01/18/17   Page 45 of 168

| Debtor | Rolloffs Hawaii, LLC | Case number (if known) 16-01294 |
|---|---|---|
| | Name | |

## Part 1.   Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.64** Priority creditor's name and mailing address

Olimba, Rogelio G.

P.O. Box 19171

Honolulu, HI 96817

$ 624.75    $ 624.75

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.65** Priority creditor's name and mailing address

Pacheco, Michael

91-1063 Hamana Street

Ewa Beach, HI 96706

$ 642.29    $ 642.29

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.66** Priority creditor's name and mailing address

Palencia, Sherwin

1119 Puolo Drive

Honolulu, HI 96818

$ 267.14    $ 267.14

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages, vacation, sick leave

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.67** Priority creditor's name and mailing address

Perreira, Prince F.

87-1898 Farrington Hwy APT A

Waianae, HI 96792

$ 1,394.91    $ 1,394.91

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

U.S. Bankruptcy Court - Hawaii  #16-01294  Dkt # 108  Filed  01/18/17  Page 46 of 168

| Debtor | Rolloffs Hawaii, LLC | Case number (if known) | 16-01294 |
|---|---|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.68** Priority creditor's name and mailing address

Pilar, Claire
95-320 Kaona Place
Mililani, HI 96789

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $ 942.66
Priority amount $ 942.66

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( __4__ )

---

**2.69** Priority creditor's name and mailing address

Ramboyon, Bonnie R.
1805 Hoolaulea St
Pearl City, HI 96782

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $ 657.14
Priority amount $ 657.14

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( __4__ )

---

**2.70** Priority creditor's name and mailing address

Rowland, Garrick
92-1096 Palahia St. J202
Kapolei, HI 96707

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $ 576.92
Priority amount $ 576.92

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( __4__ )

---

**2.71** Priority creditor's name and mailing address

Salazar, Rogelio V.
1856 Kalihi Street, #101
Honolulu, HI 96819

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $ 770.71
Priority amount $ 770.71

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( __4__ )

U.S. Bankruptcy Court - Hawaii  #16-01294  Dkt # 108  Filed  01/18/17  Page 47 of 168

| Part 1. | Additional Page |
|---------|-----------------|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total claim** | **Priority amount** |
|--|--|--|

**2.72** Priority creditor's name and mailing address     $ 1,007.38     $ 1,007.38

Samuelu, Sandy
94-1146 Kaloli Loop
Waipahu, HI 96797

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Wages

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__4__)**

---

**2.73** Priority creditor's name and mailing address     $ 2,946.70     $2,946.70

Schreiner-Andrew, Rechell M.
2290 Aupaka Street
Pearl City, HI 96782

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Wages

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__4__)**

---

**2.74** Priority creditor's name and mailing address     $ 1,146.29     $ 1,146.29

Silva, Louis A.
94-979 Kauolu Place, #1010
Waipahu, HI 96797

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Wages

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__4__)**

---

**2.75** Priority creditor's name and mailing address     $ 1,585.39     $ 1,585.39

Teixeira, Stephen
1215 Ala Aolani Street
Honolulu, HI 96819

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Wages, vacation, sick leave

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__4__)**

---

170

U.S. Bankruptcy Court - Hawaii  #16-01294  Dkt # 108  Filed  01/18/17  Page 48 of 168

| Part 1. | Additional Page |
| --- | --- |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
| --- | --- | --- |

**2.76** Priority creditor's name and mailing address

$ 1,545.33    $ 1,545.33

Tengan, Kirk

113 Uluwehi Place

Wahiawa, HI 96786

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** Wages

Last 4 digits of account number ___ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( _4_ )

---

**2.77** Priority creditor's name and mailing address

$ 271.00    $ 271.00

Thompson, Hi'ilei

1412 Lusitana Street, #7

Honolulu, HI 96813

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** Wages

Last 4 digits of account number ___ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( _4_ )

---

**2.78** Priority creditor's name and mailing address

$ 440.00    $ 440.00

To, Bradshaw

91-951 Ololani Street

Ewa Beach, HI 96706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** Wages

Last 4 digits of account number ___ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( _4_ )

---

**2.79** Priority creditor's name and mailing address

$ 908.97    $ 908.97

Toa, Ioane

94-351 Pupumomi St., #B

Waipahu, HI 96797

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** Wages

Last 4 digits of account number ___ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( _4_ )

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |

**2.80** Priority creditor's name and mailing address

$ 644.18    $ 644.18

Torres, Heath H.
89-226 Pililaau Avenue
Waianae, HI 96792

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.81** Priority creditor's name and mailing address

$ 575.50    $ 575.50

Torres, Timothy
95-122 Kuahelani Avenue
Mililani, HI 96789

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.82** Priority creditor's name and mailing address

$ 1,160.45    $ 1,160.45

Troche, Anthony R.
94-344 Pupumomi Street Apt# 205
Waipahu, HI 96797

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.83** Priority creditor's name and mailing address

$ 296.57    $ 296.57

Uraia, Middle
94-110 Pupukahi St., Apt. 303
Waipahu, HI 96797

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

U.S. Bankruptcy Court - Hawaii  #16-01294  Dkt # 108  Filed  01/18/17  Page 50 of 168

**Part 1.**    **Additional Page**

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**      **Priority amount**

---

**2.84**    **Priority creditor's name and mailing address**

$ 881.50      $ 881.50

Vee, Alesana

94-569 Palai Street

Waipahu, HI 96797

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Wages

**Last 4 digits of account number** — — — —

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.85**    **Priority creditor's name and mailing address**

$ 1,210.74      $ 1,210.74

White, Joe S.

1612 Haupu Place

Honolulu, HI 96819

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Wages

**Last 4 digits of account number** — — — —

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.86**    **Priority creditor's name and mailing address**

$ 509.30      $ 509.30

Willing Jr., Fred K.

89-126 Kawao Ave

Waianae, HI 96792

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Wages

**Last 4 digits of account number** — — — —

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.87**    **Priority creditor's name and mailing address**

$ 511.01      $ 511.01

Yoshimura, Guy Y.

1734 Beckley Street

Honolulu, HI 96819

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Wages

**Last 4 digits of account number** — — — —

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

170

U.S. Bankruptcy Court - Hawaii  #16-01294  Dkt # 108  Filed  01/18/17  Page 51 of 168

| Part 1. | Additional Page |
| --- | --- |

| | Total claim | Priority amount |
| --- | --- | --- |
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.88** Priority creditor's name and mailing address

Cruz, Henry
45-939 Keaahala Place
Kaneohe, HI 96744

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____    $ _____

Date or dates debt was incurred
_____

Basis for the claim:
Wages

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.89** Priority creditor's name and mailing address

Shigemura, Michael
1266 Akamai Street
Kailua, HI 96734

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____    $ _____

Date or dates debt was incurred
_____

Basis for the claim:
Wages

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.90** Priority creditor's name and mailing address

Wilson, Anthony
794 Pahumele Place
Kailua, HI 96734

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 955.44    $ 955.44

Date or dates debt was incurred
_____

Basis for the claim:
Wages

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2._** Priority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____    $ _____

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( ___ )

U.S. Bankruptcy Court - Hawaii  #16-01294  Dkt # 108  Filed  01/18/17  Page 52 of 168

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|--|--|---------------------|

**3.1** Nonpriority creditor's name and mailing address

Access Lock & Key

P.O. Box 17626

Honolulu, HI 96817

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 68.06

---

**3.2** Nonpriority creditor's name and mailing address

Advantage Technology Systems LLC

P.O. Box 10458

Honolulu, HI 96816

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 6,586.83

---

**3.3** Nonpriority creditor's name and mailing address

Affordable Towing Service

P.O. Box 29698

Honolulu, HI 96820

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

$ 12,329.89

---

**3.4** Nonpriority creditor's name and mailing address

Airgas Gaspro

PO Box 31000

Honolulu, HI 96849-5494

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

$ 12,578.06

---

**3.5** Nonpriority creditor's name and mailing address

Aloha Waste Systems, Inc.

68 Kaupoku Loop

Puunene, HI 96784

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

$ 15,172.15

---

**3.6** Nonpriority creditor's name and mailing address

ALSCO

P.O. Box 3020

Honolulu, HI 96802-3020

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 17,475.00

U.S. Bankruptcy Court - Hawaii  #16-01294  Dkt # 108  Filed 01/18/17  Page 53 of 168

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** Nonpriority creditor's name and mailing address
Alston Hunt Floyd & Ing

1001 Bishop Street, Suite 1800
Honolulu, HI 96819

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$ 1,020.94

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address
Altus Global Trade Solutions

P.O. Box 1389
Kenner, LA 70063

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 217.79

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address
AMCS Resource Technology
119 South Fifth St.
P.O. Box 98
Oxford, PA 19363

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 1,267.75

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address
Amrep
1555 S. Cucamonga
Ontario, CA 91761

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 1,748.68

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address
AT&T 030-015-9752-001
PO Box 105068
Atlanta, GA 30348-5068

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 793.02

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.12** Nonpriority creditor's name and mailing address
__Bert's Towing__

__91-259 Olai Street__

__Kapoplei, HI 96707__

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 375.00

---

**3.13** Nonpriority creditor's name and mailing address
__Capital Industries Inc.__
__5801 3rd Ave So.__
__PO Box 80983__
__Seattle, WA 98108__

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 6,747.00

---

**3.14** Nonpriority creditor's name and mailing address
__Cartridge World Honolulu__

__1124 Kohu Street__

__Honolulu, HI 96817__

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,269.12

---

**3.15** Nonpriority creditor's name and mailing address
__Central Pacific Rebuilders, Inc.__

__1824 Dillingham Blvd.__

__Honolulu, HI 96819__

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,230.26

---

**3.16** Nonpriority creditor's name and mailing address
__Cintas__

__P.O. Box 631025__

__Cincinnati, OH 45263-1025__

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 613.35

---

| Debtor | Rolloffs Hawaii, LLC | Case number (if known) | 16-01294 |
|---|---|---|---|
| | Name | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.17**   Nonpriority creditor's name and mailing address

City & County of Honolulu LF
Division of Treasury
530 S. King Street, Room 115
Honolulu, HI 96813

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,736,399.81

---

**3.18**   Nonpriority creditor's name and mailing address

City Mill
P.O. Box 1559
Honolulu, HI 96806

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 684.99

---

**3.19**   Nonpriority creditor's name and mailing address

Concentra
PO Box 3700
Rancho Cucamonga, CA 91729-3700

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☑ Yes

$ 814.81

---

**3.20**   Nonpriority creditor's name and mailing address

Continental Tire The Americas LLC
P.O. Box 60049
Charlotte, NC 28260-0049

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 12,454.90

---

**3.21**   Nonpriority creditor's name and mailing address

Coverall North American, Inc.
438 Hobron Lane, PH4
Honolulu, HI 96815

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,170.40

---

U.S. Bankruptcy Court - Hawaii  #16-01294  Dkt # 108  Filed 01/18/17  Page 56 of 168

| Debtor | Rolloffs Hawaii, LLC | Case number (if known) | 16-01294 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** Nonpriority creditor's name and mailing address
CTP Solutions

5236 Colodny Drive, Suite 200

Agoura Hills, CA 91301

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,664.03

**3.23** Nonpriority creditor's name and mailing address
Cummins Pacific, LLC

P.O. Box 848731

Los Angeles, CA 90084-8731

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

$ 5,820.08

**3.24** Nonpriority creditor's name and mailing address
Cutter Ford Mitsubishi

98-015 Kamehameha Highway

Aiea, HI 96701

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

$ 89.62

**3.25** Nonpriority creditor's name and mailing address
CWR Hawaii, Inc.

120 Mokauea Street, #F

Honolulu, HI 96819-3156

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number _ _ _ _

Is the claim subject to offset?
☐ No
☑ Yes

$ 2,701.83

**3.26** Nonpriority creditor's name and mailing address
D & M Hydraulic Sales and Service Inc.

94-148 Leowaena Street

Waipahu, HI 96797

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number _ _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

$ 6,085.77

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27** | Nonpriority creditor's name and mailing address
Dependable Hawaiian Express

P.O. Box 513370

Los Angeles, CA 90051-3370

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 9,547.10

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.28** | Nonpriority creditor's name and mailing address
Fastenal Company

P.O. Box 978

Winona, MN 55987-0978

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,535.53

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.29** | Nonpriority creditor's name and mailing address
First Insurance Co of Hawaii
Attn: Derek Sakamoto
1100 Ward Ave
Honolulu, HI 96814

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,162.96

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.30** | Nonpriority creditor's name and mailing address
Gamma Corporation

850 West Hind Drive #214

Los Angeles, CA 90074-6893

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 471.20

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.31** | Nonpriority creditor's name and mailing address
Garlow Petroleum, Inc

P.O. Box 29967

Honolulu, HI 96820-2367

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 231,264.12

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**Part 2:  Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

### 3.32  Nonpriority creditor's name and mailing address

Genuine Parts Company

1488 Hart Street

Honolulu, HI 96817

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 459.01

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

### 3.33  Nonpriority creditor's name and mailing address

GP Roadway Solutions

P.O. Box 4319

Honolulu, HI 96820

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 20.89

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

### 3.34  Nonpriority creditor's name and mailing address

GPS Heroes

29975 Technology Drive #101

Murrieta, CA 92563

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 1,401.97

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

### 3.35  Nonpriority creditor's name and mailing address

Grainger

Dept. 873493217

Palatine, IL 60038-0001

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 69.91

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

### 3.36  Nonpriority creditor's name and mailing address

Hawaii Nut & Bolt

905 Ahua Street

Honolulu, HI 96819

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 49.01

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

| Debtor | Rolloffs Hawaii, LLC | Case number (if known) | 16-01294 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| | Amount of claim |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.37** Nonpriority creditor's name and mailing address

Hawaii Spring Supply, Inc.

63 Silva Street

Hilo, HI 96720-4727

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 4,877.52

---

**3.38** Nonpriority creditor's name and mailing address

Hawaii Truck Parts, Sales & Service

91-361 Kaiholo Street

Kapolei, HI 96707

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,386.93

---

**3.39** Nonpriority creditor's name and mailing address

Hawaiian Earth Recycling

91-400 Malakole Rd.

Kapolei, HI 96707

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 6,670.82

---

**3.40** Nonpriority creditor's name and mailing address

Hawaiian Electric Company

P.O.Box 3978

Honolulu, HI 96812 96812-3978

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

$ 924.77

---

**3.41** Nonpriority creditor's name and mailing address

Hawaiian Telcom Print & Digital

P.O. Box 790250

St. Louis, MO 63179-0250

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,568.58

---

U.S. Bankruptcy Court - Hawaii  #16-01294  Dkt # 108  Filed 01/18/17  Page 60 of 168

| Debtor | Rolloffs Hawaii, LLC | Case number (if known) | 16-01294 |
|---|---|---|---|
| | Name | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.42** Nonpriority creditor's name and mailing address

Hawthorne Pacific Corp

16945 Camino San Bernardo

San Diego, CA 92127-2405

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,882.14

---

**3.43** Nonpriority creditor's name and mailing address

Honolulu Ford

1370 N. King Street

Honolulu, HI 96817

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☑ Yes

$ 18.90

---

**3.44** Nonpriority creditor's name and mailing address

Hoxie Termite & Pest Control

150 Hamakua Drive #345

Kailua, HI 96734

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 141.36

---

**3.45** Nonpriority creditor's name and mailing address

HT&T Truck Center

311-A Pacific Street

Honolulu, HI 96817

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,932.02

---

**3.46** Nonpriority creditor's name and mailing address

Industrial Hardware Hawaii, Inc.
P.O. Box 30245
701 Puuloa Road
Honolulu, HI 96820-0245

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 155.26

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.47** | Nonpriority creditor's name and mailing address

International Trucks of Hawaii

91-230 Kalaeloa blvd.

Kapolei, HI 96707

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 808.66

---

**3.48** | Nonpriority creditor's name and mailing address

Interstate Batteries Systems of Hawaii

94-120 Leokane Street

Waipahu, HI 96797-6000

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 465.76

---

**3.49** | Nonpriority creditor's name and mailing address

Kleen Sweeps LLC

1188 Bishop Street, Suite 2601

Honolulu, HI 96819

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 975.00

---

**3.50** | Nonpriority creditor's name and mailing address

Kloeckner Metals Corp - HON
NC Receivables Corporation
91-104 Kalaeloa Blvd.
Kapolei, HI 96707

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,586.81

---

**3.51** | Nonpriority creditor's name and mailing address

Larry's Auto Parts, Inc.

3562 Waialae Avenue

Honolulu, HI 96816

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 29,578.24

---

| Debtor | Rolloffs Hawaii, LLC | Case number (if known) | 16-01294 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.52** Nonpriority creditor's name and mailing address
M4 Services LLC

P.O. Box 4499

Kaneohe, HI 96744

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,513.08

**3.53** Nonpriority creditor's name and mailing address
Marathon Equipment Company

P.O. Box 409565

Atlanta, GA 30384-9565

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

$ 26,250.96

**3.54** Nonpriority creditor's name and mailing address
McNeilus Truck & MFG Co.

14201 Collections Center Dr.

Chicago, IL 60693

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

$ 167.82

**3.55** Nonpriority creditor's name and mailing address
Mid Pacific Steel

3169 Ualena Street

Honolulu, HI 96819-1917

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

$ 5,215.11

**3.56** Nonpriority creditor's name and mailing address
Midpac Business Forms and Supplies, LLC

P.O. Box 29024

Honolulu, HI 96820

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

$ 652.66

U.S. Bankruptcy Court - Hawaii  #16-01294  Dkt # 108  Filed 01/18/17  Page 63 of 168

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.57** Nonpriority creditor's name and mailing address

Moo's Machine Works, Inc

685 Mapunapuna Street

Honolulu, HI 96819

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 9,652.24

**3.58** Nonpriority creditor's name and mailing address

National Industrial Tire of Hawaii, Inc

P.O. Box 17826

Honolulu, HI 96817

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☑ Yes

$ 35,109.88

**3.59** Nonpriority creditor's name and mailing address

Office Depot Credit Plan

P.O. Box 689020

Des Moines, IA 50368-9020

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 600.28

**3.60** Nonpriority creditor's name and mailing address

OfficeTeam

P.O. Box 743295

Los Angeles, CA 90074-3295

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 5,212.41

**3.61** Nonpriority creditor's name and mailing address

O'Reillys Auto Parts

P.O. Box 9464

Springfield, MO 65801-9464

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 982.31

| Debtor | Rolloffs Hawaii, LLC | Case number (if known) 16-01294 |
| --- | --- | --- |
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.62** Nonpriority creditor's name and mailing address

Outrigger Reef on the Beach

2169 Kalia Road

Honolulu, HI 96815

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 238.48

---

**3.63** Nonpriority creditor's name and mailing address

Pacific Truck Centers

277 Steward Road SW

Pacific, WA 98047

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,563.46

---

**3.64** Nonpriority creditor's name and mailing address

Paradise Lua, Inc.

P.O.Box 700490

Kapolei, HI 96709-0490

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 424.26

---

**3.65** Nonpriority creditor's name and mailing address

Performance Truck Repair Inc.

892 W. 10th Street

Azusa, CA 91702

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 7,94.38

---

**3.66** Nonpriority creditor's name and mailing address

Propane Man

94-171 Leonui St.

Waipahu, HI 96797

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 3,545.06

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.67** Nonpriority creditor's name and mailing address
PVT Land Company LTD

87-2020 Farrington Hwy

Waianae, HI 96792

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 42,138.80

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.68** Nonpriority creditor's name and mailing address
Pyramid Insurance Honolulu Branch

420 Waiakamilo Road, Suite 411

Honolulu, HI 96817-4950

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 50,361.00

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.69** Nonpriority creditor's name and mailing address
Reyes Hog Farm

85-721 Waianae Valley Road
Waianae, HI 96792

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,023.00

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.70** Nonpriority creditor's name and mailing address
Roy's Auto Glass Shop, Inc.

1224 N School Street
Honolulu, HI 96817-7105

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,909.45

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.71** Nonpriority creditor's name and mailing address
RYAN'S GRAPHICS CORPORATION
Transaction Processing
P.O. Box 112
Honolulu, HI 96807-1120

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 326.70

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**Part 2:** Additional Page

| | Amount of claim |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.72** Nonpriority creditor's name and mailing address
Schnitzer Steel Industries

91-056 Hanua St

Kapolei, HI 96707

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$ 1,256.54

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.73** Nonpriority creditor's name and mailing address
Screen Graphics of Florida, Inc

1801 N. Andrews Avenue

Pompano Beach, FL 33309

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 1,427.70

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.74** Nonpriority creditor's name and mailing address
T & C Plumbing

P.O. Box 75400

Kapolei, HI 96707

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 169.58

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.75** Nonpriority creditor's name and mailing address
Tajiri Demolition & Disposal LLC

P.O. Box 19039

Honolulu, HI 96817

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 12,958.11

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.76** Nonpriority creditor's name and mailing address
Unitek Solvent Services Inc

P.O. Box 700370

Kapolei, HI 96709

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 1,975.41

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.77** Nonpriority creditor's name and mailing address

Vision Windward I LLC

   c/o Evolution West Mgtm Svcs

   P.O. Box 894845

   Los Angeles, CA 90189-4845

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☐ No
☑ Yes

$ 1,047.12

---

**3.__** Nonpriority creditor's name and mailing address

Wells Fargo Vendor Fin Serv

   PO Box 51043

Los Angeles, CA 90051-5343

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 640.86

---

**3.78** Nonpriority creditor's name and mailing address

West Oahu Aggregate Co., Inc.

   855 Umi Street

Honolulu, HI 96819

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 40,157.08

---

**3.79** Nonpriority creditor's name and mailing address

YMCA of Honolulu

   1441 Pali Hwy

Honolulu, HI 96813

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 1,250.00

---

**3.80** Nonpriority creditor's name and mailing address

Zep Sales & Services

   File 50199

1310 Seaboard Industrial Dr
Atlanta, GA 30318

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 4,745.21

---

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.81** Nonpriority creditor's name and mailing address
All Hawaii Hydraulics, LLC

P.O. BOX 2906

Waianae, HI 96792

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 6,968.75

---

**3.82** Nonpriority creditor's name and mailing address
Board of Water Supply

630 S. Beretania Street

Honolulu, HI 96843

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,215.81

---

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. _____ _____ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2. _____ _____ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3. _____ _____ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4. _____ _____ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 41. _____ _____ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5. _____ _____ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6. _____ _____ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7. _____ _____ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.8. _____ _____ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.9. _____ _____ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.10. _____ _____ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.11. _____ _____ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

U.S. Bankruptcy Court - Hawaii  #16-01294  Dkt # 108  Filed 01/18/17  Page 70 of 168

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5. Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

5a. Total claims from Part 1
5a. $ 74,137.26

5b. Total claims from Part 2
5b. + $ 3,513,261.17

5c. Total of Parts 1 and 2
Lines 5a + 5b = 5c.
5c. $ 3,587,398.43

U.S. Bankruptcy Court - Hawaii   #16-01294   Dkt # 108   Filed  01/18/17   Page 71 of 168

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Lease for Real Property | HAST Properties, LLC<br>1010 Pa'apu Street<br>Honolulu, HI 96819 |
| | State the term remaining | Through January 31, 2018 | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Lease for Real Property | Rolloffs Hawaii, Inc.<br>22 Burlingame<br>Irvine, CA 92602 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Lease for Real Property | Hawaii Community Development Board<br>1188 Bishop Street, Suite 907<br>Honolulu, HI 96813 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Copier Lease | Toshiba Business Solutions<br>590 Paiea St., Suite A<br>Honolulu, HI 96819 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Postage and Folding Machine | Integrated Business Solutions<br>99-1046 Iwaena St.<br>Aiea, HI 96701 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Rolloffs Hawaii, LLC | Case number (if known) | 16-01294 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.6** State what the contract or lease is for and the nature of the debtor's interest | IT Support | Advantage Technology Systems |
| | | P.O. Box 11510 |
| State the term remaining | | Honolulu, HI 96828-0510 |
| List the contract number of any government contract | | |
| **2.7** State what the contract or lease is for and the nature of the debtor's interest | PC Tower-Dispatch & Billing Software | AMCS Group |
| | | 119 South Fifth Street |
| | | P.O. Box 98 |
| State the term remaining | | Oxford, PA 19363 |
| List the contract number of any government contract | | |
| **2.8** State what the contract or lease is for and the nature of the debtor's interest | Insurance Premium Finance Agreement | IPFS Corporation |
| | | 1055 Broadway, 11th Floor |
| | | Kansas City, MO 64105 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.9** State what the contract or lease is for and the nature of the debtor's interest | See Attachment 4 (Recycling and Disposal Service Agreements) | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2._** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2._** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2._** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |

U.S. Bankruptcy Court - Hawaii  #16-01294  Dkt # 108  Filed 01/18/17  Page 73 of 168

# ATTACHMENT 4

Form 206G
No. 2.9

Access Information Corp
91-238 KAUHI ST.
KAPOLEI, HI 96707

Times Super Market (Kahala)
3375 Koapaka St Ste D108
Honolulu, HI 96819-1865

11TH AVENUE BUSINESS PLAZA
2153 N. KING ST. #321-B
Honolulu, HI 96819

Covan World Wide Moving
1043 Opule St
Kapolei, HI 96707-1813

Times Super Market (Kailua)
3375 Koapaka  St. D #108
Honolulu, HI 96819

1218 Waimanu, LLC
Mike Hicks
1218 Waimanu St
Honolulu, HI 96814

Holiday Retirement Corp
446 Kawaihae Street
Honolulu, HI 96825

Times Super Market (Kaim)
3375 Koapaka St. Unit D108
Honolulu, HI 96819

1251 HEULU ST. AOAO
Marge Mattos
P.O. Box 4009
Honolulu, HI 96812

Marukai Wholesale Mart
Wes Oshima
2310 Kamehameha Hwy
Honolulu, HI 96819-2310

Times Super Market (Ko'o
47-388 Hui Iwa Street
Kaneohe, HI 96744

1260 Richard
Brian Akahoshi
737 Bishop St # 3100
Honolulu, HI 96813-3201

Pacific Cup
Bob
91-312 Komohana Street
Kapolei, HI 96707

Times Super Market (Mili
3375 Koapaka St. Unit D 108
Honolulu, HI 96819

12th Avenue Grill
Kevin Hanney
1120 12th Ave Ste 100
Honolulu, HI 96816-3790

Schofield Main Store
Monica
694 Schofield Barracks, Hawaii 96857

1001 Wilder
Lisa
1520 Liliha St Ste 711
c/o City Properties, Inc.
Honolulu, HI 96817-3564

1350 Ala Moana Condominium
Ron Komine
1350 ALA MOANA BLVD.
ATTN:  RON KOMINE
HONOLULU, HI 96814

State of Hawaii Kauikeao
1111 Alakea St
Honolulu, HI 96813-2801

100th Infantry Clubhouse
Kristen Pao
1505 Dillingham Blvd Ste 302
c/o Newmark Grubb CBI, Inc.
Honolulu, HI 96817-4899

1360 S Beretania
Nelson
120 Ward Ave #102
Honolulu, HI 96814

Times Super Market #4
3375 Koapaka St. Unit D108
Honolulu, HI 96819

1012 PIIKOI STREET
1012 Piikoi St
Honolulu, HI 96814-1955

1377 KAPIOLANI, LLC
40 KAMEHAMEHA AVE.
HILO, HI 96720

Times Super Market ( Waimalu)
3375 Koapaka St. Unit D108
Honolulu, HI 96819

1122 Makepono LLC
Raymond Suiter
1122 Makepono St #200
Honolulu, HI 96819-4341

1402 PIIKOI STREET
LOUIE SHIRAISHI
1150 S KING ST #SUITE 11
HONOLULU, HI 96814-1968

Times Super Market ( Waipahu)
Generic Invoice
Waipahu, HI

1144 9th Ave
Corwin Taketa
615 Piikoi St # 1211
HAF, LLC
Honolulu, HI 96814-3116

1421 S. Beretania Street
Bryon Gibbons
10 Marin Ln
Honolulu, HI 96817-5112

148 Mokauea Street Apts
Em
156 B Mokauea Street
Honolulu, HI 96819

1518 Makaloa Building
Jackie Rabaino
1440 Kapiolani Blvd Ste 1503
Honolulu, HI 96814-3613

1603 NIMITZ APARTMENTS
P.O. BOX 179367
HONOLULU, HI 96817

1621 Anapuni St.
Lisa
PO Box 61224
Honolulu, HI 96839-1224

1635 Kewalo
Wayson Lee
2558 Date St #101
Honolulu, HI 96826

1741 Nuuanu
Brian Pang
2932 Park St
Honolulu, HI 96817-1190

1753 NANEA
44-014 Aumoana Pl
Kaneohe, HI 96744-2603

2033 NUUANU
Beverly
P.O. BOX 4009
HONOLULU, HI 96812

2121 ALA WAI AOAO
2121 ALA WAI BLVD.
HONOLULU, HI 96815

220 Auto
Nikola Saban
1554 Kalakaua Ave
Honolulu, HI 96826-2401

2211 Date
Jon Kunimura
818 Moowaa St
Honolulu, HI 96817-4407

232 KALIHI APARTMENTS
PO Box 179367
Honolulu, HI 96817-8367

24 Hour Fitness
PO Box 2998
Phoenix, AZ 85062-2998

2412 ROSE STREET
PO Box 4009
Honolulu, HI 96812-4009

2550 Kuhio
Jon Kunimura
818 Moowaa St
Honolulu, HI 96817-4407

30 3rd EOD - Post Blast
187 Sutton St #Bldg 865
30 3rd EOD-Post Blast: Attn: Brigade S4
Schofield Barracks, HI 96857

3019 Kalakaua Ave
Mike Oxley
711 Kapiolani Blvd Ste 700
Honolulu, HI 96813-5249

3019 Kalakaua Avenue
Mike Oxley
3019 Kalakaua Ave.
Honolulu, HI 96815

3133 Waialae Center LLC
Joe Leonardo
4144 Akulikuli Ter
Honolulu, HI 96816-4811

3134 MONSARRAT / C.W. LEE
PO Box 10250
Honolulu, HI 96816-0250

318 Magellan
Kai Lin
1118 Waiholo St
Honolulu, HI 96821-1229

320 Ward
Nelson Jones
320 Ward Ave Ste 102
Honolulu, HI 96814-4016

333 Hobron
Hansa Deen
23622 Calabasas Rd Ste 337
Calabasas, CA 91302-1594

350 Ward
Nelson Jones
320 Ward Ave
Honolulu, HI 96814-4001

3G Enterprises, LLC
Colin Ching
98-121 Kamehameha Hwy
Aiea, HI 96701

40 SCHOOL STREET ACQUISITION C
40 SOUTH SCHOOL ST #110
HONOLULU, HI 96813

404 MAGELLAN
4781 AUKAI AVE.
Honolulu, HI 96816

444 NAHUA ST.
PO Box 4009
Honolulu, HI 96812-4009

495 PRODUCTIONS INC
4222 BURBANK BLVD
BURBANK, CA 91505

516 Kamoku
Kristen Pao
1505 Dillingham Blvd Ste 302
c/o Newmark Grubb CBI, Inc.
Honolulu, HI 96817-4899

57 Builders, Ltd.
Minna
900 N Nimitz Hwy Ste 208
Honolulu, HI 96817-6504

590 Dillingham
Naomi Suto
2153 N. KING ST. #321-B
Honolulu, HI 96819

614 COOKE STREET
909 Kapahulu Ave #5
Honolulu, HI 96816-1472

66-526 Kamehameha
Corinna Bayley
3375 Koapaka St #238-6
Honolulu, HI 96819-1800

677 Ala Moana
677 Ala Moana Blvd Ste 611
Honolulu, HI 96813-5416

707 Richards Holdings LLC
Suzie Seltzer
820 MILILANI ST. #100
c/o Jones Lang LaSalle Americas, Inc.
Honolulu, HI 96813-2924

710 UMI ST., #B
7800 NE 143rd St
Kirkland, WA 98034

711 Queen Street
909 Kapahulu Ave # 5
Honolulu, HI 96816-1472

768 Kapahulu
Karen
PO Box 161149
Honolulu, HI 96816-0925

776 Kailua
Toni Cofran
PO Box 257
ABL Exchange LLC
Honolulu, HI 96809-0257

777 Paani
Jon Kunimura
818 Moowaa St
Honolulu, HI 96817-4407

808 AUTOMOTIVE, INC.
94-875 FARRINGTON HWY
Waipahu, HI 96797

809 KINAU APT.
LEONARD JAFFE
44-014 Aumoana Pl
809 KINAU STREET
Kaneohe, HI 96744-2603

850 WEST HIND, LLC
Lori Okazaki
4211 Waialae Ave Ste 33
Honolulu, HI 96816-5322

904 KOHOU STREET
MOLLY ROBERTS
P.O. BOX 257
HONOLULU, HI 96809

909 KAPAHULU
Michelle Trinh
909 Kapahulu Ave # 5
Honolulu, HI 96816-1472

941 Hausten
Naomi Suto
2153 N King St Ste 321-B
Honolulu, HI 96819-4559

94-333 Waipahu Depot Rd. LLC
Kris Louie
1924 Republican St
Honolulu, HI 96819-2205

98-064 Kamehameha
Lee
PO Box 240835
Honolulu, HI 96824-0835

98-425 Kamehameha
Cary Murakami
1045 Mapunapuna St
c/o Marcus Property Management, LLC
Honolulu, HI 96819-4423

999 WILDER, AOAO
999 WILDER AVE.
Honolulu, HI 96822

A & B IMPORT & EXPORT
1818 N KING ST.
Honolulu, HI 96819

A & E EQUIPMENT
1019 ULUPONO ST.
Honolulu, HI 96819

A AMERICAN CUSTOM FLOORING
7777 NORTH CALDWELL AVE.
NILES, IL 60714

A Caring Place
Karen
260 N Kainalu Dr
Kailua, HI 96734-2333

A Group Services
John Baker
PO Box 860954
Wahiawa, HI 96786-0954

A.Y. Wong Bldg
Gloria Kim
PO Box 23179
Honolulu, HI 96823-3179

A1 Auto Repair
Bubba
740 Moowaa St #D
Honolulu, HI 96817-4428

A-1 ELECTRICIAN
2849 KAIHIKAPU ST.
HONOLULU, HI 96819

A-1 EXTRACTION
PO Box 860878
Wahiawa, HI 96786-0878

A-1 Extraction RO (Iriquois Pt
P.O. Box 860878
Wahiawa, HI 96786

Abhe & Svoboda (91-161 Olai St
91-161 Olai St
Kapolei, HI 96707

Ace Auto Glass - Kalihi
Calvin Tamaye
2250 Kamehameha Hwy
Honolulu, HI 96819-2308

A-1 WHEEL ALIGNMENT
2156 Kamehameha Hwy
Honolulu, HI 96819-2306

ABL Hamakua LLC
Toni Cofran
PO Box 257
Honolulu, HI 96809-0257

ACE TOWING CO.
1040 MAKEPONO ST.
Honolulu, HI 96819

AAA SIGNS
1240 MOOKAULA ST. #A
Honolulu, HI 96817

ABP Windward LLC
Kevin Keaveney
PO Box 257
Honolulu, HI 96809-0257

Acura of Honolulu
Ruben Lactaoen
3251 N Nimitz Hwy
Honolulu, HI 96819-1907

AAFES
Ulex Abalo
Flagview Mall Building
3320 Glennan Street, Schofield,
Wahiawa, HI 96857

AC WAREHOUSE
670 Auahi St Ste I10
Honolulu, HI 96813-5166

Adam Yamamoto
Adam Yamamoto
1132 Kaumoku St
Honolulu, HI 96825-1304

AALA MEAT MARKET, INC.
JONATHAN MORIBE
751 WAIAKAMILO ROAD
Honolulu, HI 96817-4312

ACADEMY OF THE PACIFIC - ON CA
1 Ohana Nui Way
Attn: Business Office
Honolulu, HI 96818-4414

Admiral Thomas
Tom Anderson
1221 Victoria St
Attn: Tom Anderson
Honolulu, HI 96814-1430

Aala Ship Service (Pier 34) FL
869 N Nimitz Hwy
Honolulu, HI 96817-4517

ACADEMY TOWER
Sasha Tsuda
737 Bishop St #3100
C/O Associa Hawaii  (cmi1264-31231)
Honolulu, HI 96813

ADMOR HVAC
GINNIE
815 Waiakamilo Rd
Honolulu, HI 96817-4337

Aala Ship Service (Pier 35)
869 N Nimitz Hwy
Honolulu, HI 96817-4517

ACCESS INFORMATION MANAGEMENT
91-238 KAUHI STREET
KAPOLEI, HI 96707

Advantage Auto
Jay Brown / Christian
674 Ahua St
Honolulu, HI 96819-2041

ABBEY CARPET
DEBRA TOKUHAMA
560 N. Nimitz Hwy Ste #106
Honolulu, HI 96817

ACCESS INFORMATION MANAGEMENT
91-238 KAUHI ST.
KAPOLEI, HI 96707

Affordable Towing
Devin
151 Puuhale Rd
Honolulu, HI 96819-4921

ABC Furniture
94-137 Leoleo Street
Waipahu, HI 96797

Access Information Management
Chris
91-238 Kauhi St
Kapolei, HI 96707-1803

Agsalud Construction
Lois
91-294 Kauhi St #A
Kapolei, HI 96707-1846

ABC SUPPLY
749 MAPUNAPUNA ST.*
HONOLULU 96819

Access Information Management
Byron Tolbe
91-238 Kauhi St
Kapolei, HI 96707-1803

AHUNA SPECIAL EFFECTS
91-1642 Kamaaha Ave
Kapolei, HI 96707-3269

AIEA COLLISION CENTER
98-107 A LIPOA ST.
AIEA, HI 96701

AIRGAS USA LLC
CAROLYN TRELOAR
PO Box 93500
Long Beach, CA 90809-3500

ALA MOANA HOTEL CONDO- BALER
Teri Tanaka
711 Kapiolani Blvd
Honolulu, HI 96813-5237

AIEA HEIGHTS SENIOR LIVING
1517 MAKIKI ST #1604
HONOLULU, HI 96822

AJ & W Incorporated
Winnie
221 Kalihi St
Honolulu, HI 96819-3924

ALA MOANA HOTEL CONDOMINIUM
711 KAPIOLANI BLVD. #700
HONOLULU, HI 96813

AIEA HEIGHTS SENIOR LIVING
SCOTT
1517 Makiki St Apt 1604
Honolulu, HI 96822-4526

AKAHI SERVICES, INC.
Jenn Jones
PO Box 235
Kunia, HI 96759-0235

ALA NAPUA APARTMENTS
RUBY
P.O.Box #37175
Honolulu, HI 96837

Aiea Medical Building
Alette Kanakaole
98-030 Hekaha St Unit #12
Aiea Medical Building
Aiea, HI 96701-4900

AKAMAI BUILDERS, INC.
1602 AUIKI ST. #C
Honolulu, HI 96819-3957

ALA WAI COVE
P.O. BOX 4009
HONOLULU, HI 96812

Aikahi Park Holdings LLC
Kevin Keaveney
PO Box 257
Honolulu, HI 96809-0257

AKAMAI GLASS
1024 Kikowaena Pl
DO NOT MAIL INVOICES
Honolulu, HI 96819-4420

Ala Wai East
Suzanne Nakashima
737 Bishop St Ste #3100
Honolulu, HI 96813

AINAHAU GARDENS
1150 S King St Ste 1101
Honolulu, HI 96814-1968

AKAMAI LANDSCAPE, INC.
3615 HARDING AVE., SUITE #205
HONOLULU, HI 96816

ALA WAI PALMS
Jonathan Mosqueda
Po Box 38078
C/O HAWAIIAN PROPERTIES LTD
Honolulu, HI 96837-1078

AIPA Properties LLC
3375 Koapaka St Ste C300
Honolulu, HI 96819-1862

Akamai Pacific
Sher Nago
98-1277 Kaahumanu St Ste 321
Aiea, HI 96701-5314

ALA WAI PLAZA SKYRISE
Mano Nguyen
P.O. BOX 4009
HONOLULU, HI 96812

Air Conditioning Essential Ser
1750 Auiki St
Honolulu, HI 96819-3101

AKANA TRUCKING
209 HAO ST.
HONOLULU, HI 96821

Ala Wai Terrace
TROY
332 N School St
c/o Cadmus Properties
Honolulu, HI 96817-3101

AIR ENGINEERING
MARK KANESHIRO
1032 PUUWAI STREET
Honolulu, HI 96819

Ala Ilima Apartments
Perry Lara
PO Box 30836
c/o R2KM
Honolulu, HI 96820-0836

ALA WAI, THE
44-014 AUMOANA PL.
Kaneohe, HI 96744

AIR SOURCE, LLC
2007 Republican St
Honolulu, HI 96819-2210

Ala Imua LLC
Erik 478-5101
91-168 Malakole St
Kapolei, HI 96707-1870

Alakai Vending
Ivo
2696 Kilihau St Ste D
Honolulu, HI 96819-2047

Alakea Corporate Tower
Larry Ignas
1100 Alakea St.
Honolulu, HI 96813

ALL THE WAY BUILDERS
91-024 POPOI PL
Ewa Beach, HI 96706

Aloha Flea Market
Po Box 30666
Honolulu, HI 96820-0666

Albert Silva
Albert
P.O. Box 161
Waianae, HI 96792

All Trades Craftman (Ulunahele
91-1019 Mikohu St. # C
Ewa Beach, HI 96706

ALOHA HYUNDAI, LTD. - NIMITZ
2841 N NIMITZ HWY.
Honolulu, HI 96819

Albert Silva - R/O
Albert
P.O.Box 161
Waianae, HI 96792

All World Glass
Lucy Rammirez
1314 Liona St Ste 5
Honolulu, HI 96814-2354

Aloha International Movers RO
91-291 Kalaeloa Blvd. #D-1
Kapolei, HI 96707

ALCANTRA, ANACLETO JOEY
P.O. BOX 970011
Waipahu, HI 96797-0011

Allied Building Products
Jennifer
LOC: 3516 P.O. BOX 30
Rutherford, NJ 07070

ALOHA LANI
Jacob Roller
2211 ALA WAI BLVD.
Honolulu, HI 96815-2440

ALERT ALARM OF HAWAII
Patty Calvan
3210 Ualena St
Honolulu, HI 96819-1918

ALLIED FLOOR CORPORATION
PO Box 17882
Honolulu, HI 96817-0882

Aloha Nursing Rehab Centre
DUANE ICHIMURA
45-545 Kamehameha Hwy
Kaneohe, HI 96744-1943

ALEX CONSTRUCTION FKA WHS CONS
1602 MALIU STREET
HONOLULU, HI 96819

Allied Security Fence Company
Patrick Delany
91-444 Komohana St
Kapolei, HI 96707-1703

ALOHA PACIFIC CREDIT UNION
832 S Hotel St
Honolulu, HI 96813-2573

ALII GLASS
2159 LAUWILIWILI ST.
Kapolei, HI 96707

ALLURE WAIKIKI
Leland Nye
P.O. BOX 4009
HONOLULU, HI 96812

ALOHA PARTY RENTALS
Sue
1365 Colburn St
Honolulu, HI 96817

Alii Manor
CJ Paet
332 N School St
Honolulu, HI 96817-3101

ALLUVION, INC.
P.O. BOX 820
HALEIWA, HI 96712

Aloha Power Equipment -Waipahu
Michael Ward
330 Sand Island Access Rd
Honolulu, HI 96819-2269

ALII PLACE
PAUL ARAGAKI
1099 ALAKEA ST
SUITE 2120
Honolulu, HI 96813

ALOHA AUTO AUCTION
P.O. BOX 77587
C/O RUBICON GLOBAL
Atlanta, GA 30357

ALOHA SHOYU CO., LTD.
David Morikawa
91-041 Malakole St Bldg B
Kapolei, HI 96707-1810

All Hawaii Hydraulics
Todd
PO Box 2906
Waianae, HI 96792-8906

ALOHA AUTO GROUP - 94-081 FARR
2841 N Nimitz Hwy
Honolulu, HI 96819-1902

Aloha Tower Market Place
1 Aloha Tower Dr #3200
Honolulu, HI 96813-4809

Altitude, Inc
Roman
736 Piikoi St # A
Honolulu, HI 96814-2827

American Marine Corp--F/L
65 N Nimitz Hwy Pier 14
Honolulu, HI 96817-5021

ANY CAR AUTO SALES INC
Charlie Jong
2232 Kamehameha Hwy
Honolulu, HI 96819-2308

American Cancer Society
Jan April
251 Vineyard St
Honolulu, HI 96813

AMOR NINO FOODS
RICHIE NINO
1928 Homerule St
Honolulu, HI 96819-2243

AOAO 1134 Kinau
RESIDENT MANAGER
711 Kapiolani Blvd
Honolulu, HI 96813-5237

AMERICAN CANCER SOCIETY, THE
P.O. BOX 720310
OKLAHOMA CITY, OK 73172-0310

AMPCO EXPRESS-HONOLULU INT'L
302 RODGERS BLVD #202
HONOLULU, HI 96819

AOAO 1426 KEEAUMOKU STREET
Brenda-Property Mgr.
PO Box 38078
Honolulu, HI 96837-1078

American Carpet One - Upstairs
David
4577 Bougainville DR
Honolulu, HI 96818

Anheuser Busch
Nofo Lilo
99-877 Iwaena St
Aiea, HI 96701-3220

AOAO ISLAND COLONY
445 SEASIDE AVE. #101
HONOLULU, HI 96814

AMERICAN CARPET ONE (Malaai FL
Rico
302 Sand Island Access Rd
Honolulu, HI 96819-2229

Anheuser Busch
Andy Garcia
99-877 Iwaena St
Aiea, HI 96701-3220

AOAO Kalakaua Sands
mnger: Eric Yamaguchi; a/p: Fe
PO Box 38078
Honolulu, HI 96837-1078

AMERICAN CARPET ONE-R/O
LARRY
302 Sand Island Access Rd
Honolulu, HI 96819-2229

ANIMAL QUARANTINE STATION
99-951 Halawa Valley St
Aiea, HI 96701-5602

AOAO NANI KOOLAU
P.O. BOX 38078
Honolulu, HI 96837

AMERICAN COATING
850 MOOWAA ST.
Honolulu, HI 96817

ANI'S BAKE SHOP
99-840 IWAIWA ST.
AIEA, HI 96701

AOAO PARKVIEW INC.
737 Bishop St Ste 3100
Honolulu, HI 96813-3285

AMERICAN COMMUNICATIONS
615 PIIKOI ST.
HONOLULU, HI 96815

ANN PEARL CARE HOME
45-181 WAIKALUA RD.
Kaneohe, HI 96744

A-PRIME, INC.
Karen Froio
210 Bodwell St.
Avon, MA 02322

AMERICAN ELECTRIC
LUANA
799 Kahelu Ave
Mililani, HI 96789

Ansaldo Honolulu
Timothy Giertz
PO Box 607
Pearl City, HI 96782-0607

AQUA CERTIFIED OPERATIONS
BRENDA & SID
99-049 Nalopaka Pl
Aiea, HI 96701-4129

American Industrial, LLC
Cheryl Morales
91-505 Awakumoku St
Kapolei, HI 96707-1891

ANUENUE FISHERIES RES. CNT.
DAVID
1039 SAND ISLAND PARKWAY
Honolulu, HI 96819

AQUA ENGINEERS - FT. SHAFTER F
1395 Sassafras Dr
Honolulu, HI 96818-4318

AQUA ENGINEERS, INC
PO BOX 861561
Wahiawa, HI 96786

Ashley Furniture - Ward
Jason Matsumoto
702 S Beretania St
Honolulu, HI 96813-2599

ATKINSON TOWER
737 Bishop St Ste 3100
Honolulu, HI 96813-3285

AQUA ENGINEERS, INC.
P.O. BOX 861561
WAHIAWA, HI 96786

ASIG ( 3201 Aolele St. )
3201 Aolele St.
Honolulu, HI 96819

ATTCO
PO Box 17865
Honolulu, HI 96817-0865

AQUA ENGINEERS, INC. - ON CALL
3560 KOLOA RD.
KALAHEO, HI 96741

ASIG 1 - STORAGE TANK FARM
1211 SEMORAN BLVD STE #295
Casselberry, FL 32707

Aulani
Ken Poynter
92-1185 Aliinui Dr - Engineering Svcs.
Attention:  Ken Poynter
Kapolei, HI 96707-4434

Aqua Lung Pacific
Jerrod Kowalski
2340 Cousteau Ct
Vista, CA 92081-8346

ASIG 3
Josephine
3201 Aolele St
Honolulu, HI 96819-1866

Aulani
Ken Poynter
92-1185 Aliinui Dr  - Engineering Svcs
Attention:  Ken Poynter
Kapolei, HI 96707-4434

AQUA WAIKIKI PEARL
415 NAHUA ST.
HONOLULU, HI 96815

ASSETS SCHOOLS
1 Ohana Nui Way
Assets Schools - Alewa Dr.
Honolulu, HI 96818-4414

Au's Garden
Ken Nagai
1350 Mookaula St
Honolulu, HI 96817-4338

ARCADIA RETIREMENT
1434 PUNAHOU ST.
Honolulu, HI 96822

Associa Hawaii
Rose Young
737 Bishop St Ste 3100
Honolulu, HI 96813-3285

AUTO AIR CLINIC, INC.
2066 Dillingham Blvd
Honolulu, HI 96819-4023

ARCADIA RETIREMENT
1434 Punahou St
Honolulu, HI 96822-4754

ASSOCIA ON-CALL
Darlene
737 Bishop St Ste 3100
Honolulu, HI 96813-3285

Auto Customs
Jubahl
743 Waiakamilo Rd #C
Honolulu, HI 96817-4336

Architectural Glass & Aluminum
TARYN PERRY
6400 Brisa St
Livermore, CA 94550-2516

ASSOCIA ON-CALL
JAMIE LEE PIRES
3179 Koapaka St
Honolulu, HI 96819-1927

AUTOMATIC CONTROLS ENGINEERING
80 SAND ISLAND ACCESS RD, BAY 123
HONOLULU, HI 96819

Army - Service Contract Branch
Richard Kauahi
947 Wright  Ave
Wheeler Army Airfield
Schofield Barracks, HI 96857-5013

ATKINSON CENTER
P.O. BOX 257
HONOLULU, HI 96809

Avis
Earl Inouye
PO Box 2998
Phoenix, AZ 85062-2998

ARTESIAN AUTO REPAIR, LLC
Kristine Bates
1012 Artesian St
Honolulu, HI 96826-2130

ATKINSON PLAZA
Gary Kurtelawizc
PO Box 4009
Honolulu, HI 96812-4009

Awakea at Mehana
Malcolm
711 Kapiolani  Blvd
Honolulu, HI 96813-5237

AXIOM DESIGN
TERRY DOYLE
905 KALANIANAOLE Hwy #2701
Kailua, HI 96734-4646

BB AUTOMOTIVE
ROBERT BARDO
967 Kawaiahao St
Honolulu, HI 96814-4115

BEST BUY #852
PO Box 2998
Phoenix, AZ 85062-2998

B and B Auto Repair / John Starkey
John Starkey
1336 Dillingham Blvd., Suite F
Honolulu, HI 96817

BB EMBROIDERY
Todd/Mike
1711 Hoe St
Honolulu, HI 96819-3125

Best Buy# 981546
Deborah Cress
PO Box 2998
Phoenix, AZ 85062-2998

BAD BOY HAWAII
Jay
916 Kaamahu Pl
Honolulu, HI 96817

BCP CONSTRUCTION OF HAWAII
Deja Malepe
91-162 MALAKOLE ST
KAPOLEI, HI 96707-1870

BEST WESTERN COCONUT WAIKIKI H
450 LEWERS ST.
HONOLULU, HI 96815

BALL CORP/Heritage Interactive
3719 W. 96TH ST.
INDIANAPOLIS, IN 46268

Beachside Roofing Hawaii 2 R/O
91-522 Nukuawa
Kapolei, HI 96707

Beth Theoret
Beth
122 Ulupa St
Kailua, HI 96734-2399

BANYAN TREE PLAZA
Ron Grimes
1212 PUNAHOU ST.
Honolulu, HI 96826-1031

BEL AIR PLAZA, THE
P.O. BOX 4009
HONOLULU, HI 96812

BETHEL CONTRACTING
DAVID
2605 Denali St Ste 100
Anchorage, AK 99503-2749

BANYAN TREE PLAZA
1212 PUNAHOU ST.
Honolulu, HI 96826-1031

BELFOR USA GROUP, INC.
Frank
99-833 Iwaena St
Aiea, HI 96701

Beyond Limits
Kathy Gunderson
PO Box 25651
Honolulu, HI 96825-0651

Bardo's Auto Haus
961 Kawaiahao St
Da Spirit Market
Honolulu, HI 96814-4114

BELFOR USA GROUP, INC.
Manu
99-833 Iwaena St
Aiea, HI 96701

BIG ROCK
1050 Kikowaena Pl
Honolulu, HI 96819-4413

Barney's Rolloff Service
P.O. Box 812
Aiea, HI 96701

BELLO'S MILLWORKS
401 N Cane St
Wahiawa, HI 96786-2177

Biohitech America, LLC
Michael Buonanno
80 Red Schoolhouse Rd Ste 101
Chestnut Ridge, NY 10977-7052

Battery Bill's
960 Ahua St
Honolulu, HI 96819-4419

Beretania Florist
Celeste
1293 S Beretania St
Honolulu, HI 96814

Bionic Chevron Harding
Landon Yamamoto
3541 Harding Ave
Honolulu, HI 96816-2436

Bay Drive Market
Alex
44-740 Kaneohe Bay Dr
Kaneohe, HI 96744-2558

BEST BUY #763
PO Box 2998
Phoenix, AZ 85062-2998

Bionic Chevron S. King
Landon Yamamoto
3541 Harding Ave
Honolulu, HI 96816-2436

Bionic Chevron Waipahu
Landon Yamamoto
3541 Harding Ave
Honolulu, HI 96816-2436

Blue Water Glass
Dave Palombo
PO Box 892
Kaneohe, HI 96744-0892

BRETTHILL CONSTRUCTION - R/O
88 PIIKOI ST. STE. #303
HONOLULU, HI 96814

BISHOP GARDENS
PO BOX 38078
Bishop Gardens
Honolulu, HI 96837-1078

BLUE WATER MARINE
5806 Anne Dr
Wilmington, NC 28403-6500

Brian King
Brian King
PO Box 892
Waialua, HI 96791-0892

Bishop Museum
Etta Mata'utia
1525 Bernice St
Honolulu, HI 96817-2704

Board of Water Supply
Leland How
2442 Kini Pl
Honolulu, HI 96819-2601

BRITT'S AUTO SERVICE
45-558 KAM HWY. UNIT C-1
Kaneohe, HI 96744

BISHOP PLACE
Leslie Forest
1132 Bishop St Ste 1404
Honolulu, HI 96813-2823

BOB'S BBQ
1366 DILLINGHAM BLVD.
Honolulu, HI 96817

Broken Arrow Communications
Matthew Haagenson
8316 Corona Loop NE
Albuquerque, NM 87113-1665

BISHOP SQUARE
Levy Bethke
1003 Bishop St Ste 440
Honolulu, HI 96813-6411

BONEZA, PETER
2106 Young St Ste 102
Honolulu, HI 96826-2238

BUBBIES ICE CREAM
99-1267 Waiua Pl Ste B
Aiea, HI 96701-5642

BIVENS ELECTRIC, INC.
P.O.BOX 487
PEARL CITY, HI 96782

BOTTLING GROUP, LLC
1320 HART ST., STE. #201
HONOLULU, HI 96817

Buca di Beppo
Tina Kulvete
415 Day Hill Rd
Windsor, CT 06095-1712

BKA Builders - F/L
CAROLYN ADACHI
PO Box 241019
Honolulu, HI 96824

BRE/Pearlridge LLC
Kendall Doi
415 Day Hill Rd
Windsor, CT 06095-1712

BUCKMAN'S BOAT YARD
3010 Kaunaoa St
Honolulu, HI 96815-4257

Blended Screen Printing
Stacy
680 Kakoi St Ste G
Honolulu, HI 96819-2019

Breezway North America
Darryl DeMello
99-1451 Koaha Pl #1
Aiea, HI 96701-5627

Budget - Kalakaua
Tanya Ugale
PO Box 2998
Phoenix, AZ 85062-2998

Blood Bank of Hawaii
Mike Ludwig
2043 Dillingham Blvd
Honolulu, HI 96819

Brendan West
Brendan
571 Kumukahi Pl
Hawaii Kai, HI 96825

Budget - Kalewa
Earl Inouye
PO Box 2998
Phoenix, AZ 85062-2998

Blue Planet Surf Hawaii
Robert Stehlik
540 Ward Ave
Honolulu, HI 96814-3311

BRETT HILL CONSTRUCTION, INC.
88 PIIKOI ST. #303
Honolulu, HI 96814-4245

BungoBox
Joshua Rosen
740 Moowaa St Ste F
Honolulu, HI 96817-4428

BURDG DUNHAM & ASSOCIATES
Sherilyn
920 S Hughes St
Hamilton, MO 64644-8301

c/o Management Specialits Co.
Lester Higa
1330 South Beretania St. Ste #200
(Plantation View Hale)
Honolulu, HI 96814

Cadmus Properties Corp.
Casey Paet
332 N School St
Honolulu, HI 96817-3101


BURT'S UNION SERVICE
1342 N School St
Honolulu, HI 96817-1905

CABANA AT WAIKIKI
P.O. Box 4009
Honolulu, HI 96812

Cadmus Properties Corp.
CJ Paet
332 N School St
Honolulu, HI 96817-3101


Buzz's Lanikai
Scott
33 Aulike St
Kailua, HI 96734-2767

CABINETS HAWAII
44-720 Alakai St
Kaneohe, HI 96744-2411

CAFE ANASIA
2227 S Beretania St
Honolulu, HI 96826-1409


C & C Cabinets
William Cao
500 Alakawa St #106
Honolulu, HI 96819

Cabinets Incorporated
PO Box 4647
Kaneohe, HI 96744-8647

CAFE OLIVE
Mr. Choy/KAC Int'l
1822 Metcalf St # 1822
KAC BUILDING
Honolulu, HI 96822-3331


C & C ELECTRICAL
1321 MOONUI ST.
HONOLULU, HI 96817

Caddell Construction Company
2700 Lagoon Park Drive
Montgomery, AL 36109-1110

Calvin Mann (645 Ahua St,)
Chris Ajirogi
1045 Mapunapuna St
c/o Marcus Property Management, LLC
Honolulu, HI 96819-4423


C C Engineering & Construction
Chris Cheung
328 Hookela Pl
Honolulu, HI 96819-4316

Cadmus Properties
Casey Paet
332 N School St
Honolulu, HI 96817-3101

CAMP MOKULEIA
68-729 FARRINGTON HWY.
Wailua, HI 96791


C Walla Buidling Materials
Rick
PO Box 3949
Spokane, WA 99220-3949

Cadmus Properties
Casey Paet
332 N School St
Honolulu, HI 96817-3101

Campbell High School
Shirley Alegado or Sandy M.
91-980 North Rd
Ewa Beach, HI 96706-2746


C&C Dept. Facility Maintenance
Nestor Idica
455 Kokea St
Honolulu, HI 96817-4953

Cadmus Properties Corp.
Casey Paet
332 N School St
Honolulu, HI 96817-3101

CANTERBURY PLACE
1910 ALA MOANA BLVD.
HONOLULU, HI 96815


C&C Enterprise Services
777 Ward Ave
NEAL BLAISDELL CENTER
Honolulu, HI 96814-2166

Cadmus Properties Corp.
Casey Paet
332 N School St
Honolulu, HI 96817-3101

CANUSA HERSMAN RECYCLING
Tony DeNello
45 NORTH EAST INDUSTRIAL  RD
BRANFORD, CT 06405


Cadmus Properties Corp.
Casey Paet
332 N School St
Honolulu, HI 96817-3101

Cape Environmental Management
Vernelle McElfresh
155 Kapalulu Pl #111
Honolulu, HI 96819-1806

C&J CONTRACTING, INC.
CLIFTON CRAWFORD
PO Box 1421
Kailua, HI 96734-1421

CAPITAL BODY SERVICES
1729 HOMERULE ST.
Honolulu, HI 96819-3129

CASTLE & COOKE COMMERCIAL / 65
680 IWILEI RD., BOX 540A
HONOLULU, HI 96817

CENTURY PARK PLAZA AOAO
680 IWILEI RD #777
DOLE OFFICE BUILDING
Honolulu, HI 96817

CAPITOL PLACE
Marni
1200 Queen Emma St #201
Honolulu, HI 96813-6300

CASTLE & COOKE COMMERCIAL / 65
680 IWILEI RD., BOX 540A
HONOLULU, HI 96817

CEVA FREIGHT, LLC
2815 KAIHIKAPU ST. #B
HONOLULU, HI 96819

CAPITOL PLACE
KRISTIN BRIONES(EXECUTIVE ADMI
1200 QUEEN EMMA ST. #201
HONOLULU, HI 96813

CASTLE & COOKE COMMERCIAL / 68
BERTA
680 IWILEI RD., BOX 540A
HONOLULU, HI 96817

CHABAD OF HAWAII - ALA MOANA H
410 Atkinson Dr Ste 2e1
Honolulu, HI 96814-4730

CAR DEPOT
HOWARD FINLAY
2841 N Nimitz Hwy
Honolulu, HI 96819-1902

CASTLE & COOKE COMMERCIAL / 73
680 IWILEI RD., BOX 540A
HONOLULU, HI 96817

CHAMBA, LLC dba CAFE PANINI
3375 Koapaka St Ste D135
Honolulu, HI 96819-1868

Cardinal Showers
Nathan Weber
99-1450 Koaha Pl Ste D
Aiea, HI 96701-5617

CASTLE & COOKE COMMERCIAL / 80
680 IWILEI RD., BOX 540A
HONOLULU, HI 96817

CHATEAU WAIKIKI
Maria C Duncza
P.O.BOX 4009
HONOLULU, HI 96812

CARRIER CORP - VARIOUS LOCATIO
94-496 UKEE ST., #301
WAIPAHU, HI 96797

CASTLE & COOKE- COMP REPAIRS
BERTA
680 Iwilei Rd Ste 540
Honolulu, HI 96817-5390

CHEF CHAI
CHAI CHAOWASAREE
1009 Kapiolani Blvd
Honolulu, HI 96814

CARS FOR LESS
402 Kamehameha Hwy
Pearl City, HI 96782-3216

CASTLE SURF
P.O. BOX 4009
HONOLULU, HI 96812

CHEF MAVRO RESTAURANT
JO-ANN
1969 S King St
Honolulu, HI 96826-2139

CASABLANCA
19 HOOLAI ST.
KAILUA, HI 96734

CATES INTERNATIONAL, INC.
27 SAND ISLAND ACCESS ROAD
BOX 27
Honolulu, HI 96819

Chefzone
Matt Bono
285 Sand Island Access Rd
Honolulu, HI 96819-2227

CASH IN ADVANCE
Kristen Green
2028 Dillingham Blvd Ste D
Honolulu, HI 96819-4009

Centerline Solutions
Frank Lazzara
16035 Table Mountain Pkwy
Golden, CO 80403

CHELSEA FOOD SERVICES
129 IAKO PLACE
Honolulu, HI 96819

Cash Register Systems
Ward Mukai
1022 Akoko St
Honolulu, HI 96814-1902

Centric Elevator
Mona Umayam
523 Mokauea St
Honolulu, HI 96819-3278

CHELSEA FOOD SERVICES
FAUSTO SIGRAH
129 IAKO PLACE
Honolulu, HI 96819-1857

CHEMI-TOI
91-316 KOMOHANA STREET
Kapolei, HI 96707

Chinese Lutheran Church
1640 Liliha St
Honolulu, HI 96817

City Mill
Po Box 1559
Honolulu, HI 96806-1559

CHEMSYSTEMS
P.O. BOX 17716
Honolulu, HI 96817

Christ Church Uniting
Dana Pagalaboyd
1300 Kailua Rd
Kailua, HI 96734-4368

City Mill
660 N Nimitz Hwy
Honolulu, HI 96817-5032

CHEN, CHRISTOPER C/O ROONEY CH
1585 Kapiolani Blvd
Honolulu, HI 96814-4522

Christopher Tran
Christopher
1628 Bertram St
Honolulu, HI 96816-1929

City Mill - Kaimuki Stor
P.O. Box 1559
Honolulu, HI 96806

CHEVRON PRODUCTS CO. F/L
91-480 MALAKOLE STREET
Kapolei, HI 96707

CHUCK'S CORVETTE
Chuck/Gloria
505 Kamani St
Honolulu, HI 96813-5227

CITY MILL-EWA
FRANK SUSTER
P.O. BOX 1559
Honolulu, HI 96806

CHEVRON PRODUCTS COMPANY - 10 Acre Site
91-480 MALAKOLE STREET
Kapolei, HI 96707

CINTAS HAWAII CORP
Minoaka Dias
544 Ohohia St.
Honolulu, HI 96819-1966

CJ PETERSON
PO Box 971056
Waipahu, HI 96797-1056

CHEVRON PRODUCTS COMPANY-BIN R
91-480 MALAKOLE STREET
Kapolei, HI 96707

City & County of Honolulu
1000 Uluohia St #212
Dept. of Environ. Services Div. - Refuse Division
Kapolei, HI 96707-2040

CJ Service
CJ BUSH
46-026    ALAOA ST #H
Kaneohe, HI 96744

Chevron Waiakamilo
Ken Yonemitsu
PO Box 240607
Honolulu, HI 96824-0607

City & County Refuse Collectio
Richard Crabbe
Refuse Division / 1000 Uluohia St #Ste 201
ATTN:  STEVE KELSEY
Kapolei, HI 96707

Classic Sales
Esther
2846 Ualena St
Honolulu, HI 96819-1943

Chevron-Waialae
Ula Taiese
4117 Waialae Ave
Honolulu, HI 96816-4662

City & County Transfer Station
Brian or Kelly
100 Kapaa Quarry  Rd
Kailua, HI 96734

CLEAN ISLAND COUNCIL
179 Sand Island Access Rd Ste A
Honolulu, HI 96819-4936

CHIEKO TAKAHASHI FAMILY
Cathy Lopez
PO Box 36
Haleiwa, HI 96712-0036

City and County of Honolulu Dpt of Facility Maintanence
Road Division
Anthony Quimpo Jr.
99-1077 Iwaena St Bldg C
Aiea, HI 96701-3251

CLINICAL LABORATORY OF HAWAII
33 LANIHULI STREET
HILO, HI 96720

Chinatown Cultural Plaza
100 N Beretania St, Ste 304
Honolulu, HI 96817

CITY AUTO SUPPLY - F/L
BLAISE BROWN
445 Littlefield Ave
South San Francisco, CA 94080-6106

Closet Systems Supply
99-860 Iwaena St Ste 203
c/o Aiea Realty, Inc.
Aiea, HI 96701-5608

CLOUDBREAK HAWAII, LLC
414 S. MARENGO AVE.
Pasadena, CA 91101-3113

Coca-cola Hawaii - O/C temp
Darin
415 Day Hill Rd
Windsor, CT 06095-1712

CONSTRUCTORS HAWAII
1728 KAHAI ST.
HONOLULU, HI 96819

Club Femme Nu
1673 Kapiolani Blvd
Honolulu, HI 96814-4725

Coffee Systems Hawaii (Home Ru
CHANEY/STACY CARNES
2002 Homerule St
Honolulu, HI 96819-2247

CONTINENTAL BUILDING
P.O. BOX 257
HONOLULU, HI 96809

Club Ruby
Dave
94-839 Farrington Hwy ##102
Waipahu, HI 96797

Colliers International
Mandy Phan
220 S King St
Honolulu, HI 96813-4526

Continental Mechanical
Troy Lee
2146 Puuhale Pl
Honolulu, HI 96819-3291

CM CULTURED MARBLE INC.
John/Debbie
1726 Republican St
Honolulu, HI 96819-3111

Colliers International
Jimmy Ventura
151 Hekili St Ste 230
Kailua, HI 96734-2820

Contract Glazing Hawaii
Char
1074 Mikole St #3
Honolulu, HI 96819-4302

CN Plumbing
3349 Pawaina St
Honolulu, HI 96822-1349

COLOR DYNAMICS, INC.
816 GULICK AVENUE
HONOLULU, HI 96819

CONTROL TECH LCC/SUE, MELVIN
P.O. Box 30992
Honolulu, HI 96820

COAST PRODUCTS
817 Okra Ct
Carlsbad, CA 92011-4728

COMMERCIAL MANAGEMENT SYSTEMS
SARAH CHAZIN / RON
1521 Concord Pike Ste 301
Wilmington, DE 19803-3644

COPART.COM
PO Box 2998
Phoenix, AZ 85062-2998

Coastal Pacific Food Dist.,Inc
Marlin Van Vleet
Po Box 30910
Stockton, CA 95213-0910

COMMUNICATIONS CONSULTING SERV
1605 COLBURN ST.
HONOLULU, HI 96817

Coral Pacific Construction (Au
1020 Auahi St Ste 5050
Honolulu, HI 96814

COASTAL WINDOWS - SHOP
94-553 PUAHI ST.
Waipahu, HI 96797-4208

COMPLETE COMMERCIAL FLOORING
98-747 KUAHAO PL UNIT #C
Pearl City, HI 96782

CORNERSTONE AIR CONDITIONING
1318 D HART STREET
Honolulu, HI 96817

COCA COLA OF HI - CKR000059
Walter or Marsh
415 Day Hill Rd
Windsor, CT 06095-1712

CONCENTRA MEDICAL CENTER
545 Ohohia St
Honolulu, HI 96819-1935

Cosentino Hawaii
Frank Kimbrell
2245 Texas Dr Ste 600
Sugar Land, TX 77479-2190

COCA COLA of HI - CKR000203
415 Day Hill Rd
Windsor, CT 06095-1712

CONSTRUCTION SYSTEMS HAWAII LL
94-150 LEOLEO ST #B10
WAIPAHU, HI 96797

Costco #1038 - Kapolei
Kim
PO Box 34788
Seattle, WA 98124-7291

COSTCO WHOLESALE RECYCLING
Kim Howick, AP
PO Box 34788
Seattle, WA 98124-1788

CRESCENT PARK
P.O. Box 4009
Honolulu, HI 96812

Daeho Builders
Jenny Kim
2696 Kilihau St Ste E
Honolulu, HI 96819-2047

COSTCO WHOLESALE RECYCLING
P.O. BOX 34788
SEATTLE, WA 98124-7291

Crossfit Waialua
Levi
67-239 FARRINGTON  HWY
WAIALUA, HI 96791-9644

Dahl Electric
Chris
521 E Victoria Ave
Burlington, WA 98233

COSTCO WHOLESALE RECYCLING
P.O. BOX 34788
SEATTLE, WA 98124-7291

CROWN RELOCATIONS
600 KAHELU AVE.
MILILANI, HI 96789-3900

Dahl Electric
Chris
521 E Victoria Ave
Burlington, WA 98233

COSTCO WHOLESALE RECYCLING
Kim Howick, AP
PO Box 34788
Seattle, WA 98124-1788

CROWN RELOCATIONS
600 KAHELU AVE.
MILILANI, HI 96789-3900

Dal Tile International
John Pasternak
1200 N Nimitz Hwy
Honolulu, HI 96817-4523

COURIER CORPORATION OF HAWAII
P.O. BOX 30507
Honolulu, HI 96820

Custom Fleet Auto
Vernon Clarke
2020 AUIKI St
Honolulu, HI 96819-2252

Damponia, Willette - COD
Willette
99-1019 Aiea Heights Dr
Aiea, HI 96701-3083

COY LONG TILE
2033 Kalani St
Honolulu, HI 96819-3220

CVS/LONG'S - AIEA  c/o REPUBLIC SERVICES
PAUL RAMUN
18500 N Allied Way
Phoenix, AZ 85054-6164

DANA JENNINGS
95-124 Waikalani Dr
Mililani, HI 96789-3340

Crab House Makino
Jeff
1910 Ala Moana Blvd
Honolulu, HI 96815-1814

CWR WIRE ROPE
120 MOKAUEA STREET, SUITE F
Honolulu 96819

DANA LABELS
1920 COLBURN ST.
Honolulu, HI 96819

CRAIGSIDE RETIREMENT RESIDENCE
Paul Burnham
15 CRAIGSIDE PLACE
Honolulu, HI 96817-1799

D & N AUTO BODY
1937 DEMOCRAT ST.
Honolulu, HI 96819

DANE UPERESA
DANE
98-1754 HALAKEA ST
Aiea, HI 96701

Creative Malnove Int'l  LLC
91-310 KAUHI ST
Kapolei, HI 96707

D Suehiro Electric, Inc.
Daryl Suehiro
1009 Kapiolani Blvd #2907
Honolulu, HI 96819-4324

Daniel Pasion FHB
Daniel Pasion
1734 Makuahine St
Honolulu, HI 96817-1820

Crescent Lane (Holiday)
STACEY TOKARIN
737 Bishop St Ste #3100
Honolulu, HI 96813

D&M Hydraulics
Micheal
94-148 Leowaena St
Waipahu, HI 96797

Daniel, Johnathan
1192 KOA ST
Pearl City, HI 96782

Darrel's Custom Auto
Darrel Crail
91-226 Kauhi St
Kapolei, HI 96707-1884

Del Rosario Medical
Ruben Del Rosario
94-939 Kahuailani St
Waipahu, HI 96797-3326

DFAS DEPT. OF FINANCE/ACCTG-DP
DFAS INDY CTR/ DEP 3800 8899 EAST 56TH
INDIANAPOLIS, IN 46249-3800

DAVE FOSTER BUILDERS, INC.
2290 ALAHAO PLACE #400
Honolulu, HI 96819-2283

DELLEW CORPORATION
Larry
P.O. BOX 700459
KAPOLEI, HI 96709

DGML, LLC
Robert Dalinoc
91-1013 Kamaehu St
Ewa Beach, HI 96706-5924

Dave's Icecream, Inc.
96-1361 Waihona St.
Pearl City,, HI 96782

DENNY'S RESTAURANT #DEN203006
Victor Masino
106 Apple St Ste 225
Tinton Falls, NJ 07724-2670

DIAGNOSTIC LABORATORY SERVICES
99-859 IWAIWA ST
AIEA, HI 96701

DAVEY TREE EXPERT COMP.
CINDE YORK
PO Box 861640
Wahiawa, HI 96786-8562

DENTSMITH
2020 AUIKI St
Honolulu, HI 96819-2252

DIAMOND HEAD CENTER
P.O. BOX 257
HONOLULU, HI 96809

David Boland, Inc
Dan
P.O. Box 1870
Titusville, FL 32781-1870

Department of Public Safety
99-902 Moanalua Rd
Aiea, HI 96701-3252

DIAMOND HEAD MARKET & GRILL
3158 MONSARRAT AVE.
Honolulu, HI 96815

David Boland, Inc (F/L)
Jason Whitworth
PO Box 1870
Titusville, FL 32781-1870

Department of Public Safety (P
1177 Alakea St #418
Honolulu, HI 96813

DIAMOND HEAD MEMORIAL PARK
529 18th Ave
Honolulu, HI 96816-4443

Davis Design Center
Paul Custino
669 Ahua St
Honolulu, HI 96819-2004

DEPOT METAL INC.
94-037 Waipahu Depot St
Waipahu, HI 96797-3007

Diamond Head Memorial Park R/O
Amy
529 18th Ave
Honolulu, HI 96816-4443

Dawn Pacific
John Mayeda
2016 Democrat St.
Honolulu, HI 96819

Dept. of Health State Laborat
2725 Waimano Home Rd
Pearl City, HI 96782

Diamond Head Seafood - Olai
Gayle Shinatani
966 Robello Ln
Honolulu, HI 96817-4545

DAY, CANA
45-224 HIKIWALE ST
Kaneohe, HI 96744

DESIGNER MARBLE & COUNTERTOPS
94-165 LEOKANE ST. #1
Waipahu, HI 96797

DIAMOND HEAD SEAFOOD - ROBELLO
966 Robello Lane
Honolulu, HI 96817

DEBIASI PACIFIC
3620 WAIALAE AVE., SUITE 205
HONOLULU, HI 96816

DFAS - REQUESTORS CC
DFAS PACIFIC PC FPVA 477 ESSEX ST.
PEARL HARBOR, HI 96860-5806

Diamond Head Windows & Doors
Jorge Espinosa
99-1093 Iwaena St
Aiea, HI 96701-3265

Dignity Senior Living Ltd.
Albert Chen
53-594 Kamehameha Hwy
Hauula, HI 96717-9648

DON QUIJOTE - WAIPAHU
Lavelle / Jan
94-144 Farrington Hwy
Waipahu, HI 96797-1918

Down to Earth
2525 S. King Street
Honolulu, HI 96826

DILLINGHAM BUSINESS CENTER
PO Box 257
DILLINGHAM BUSINESS CENTER
Honolulu, HI 96809-0257

Door of Faith Church
Darrin Lum
1161 Young St
Honolulu, HI 96814-1914

Downtown Office & Storage
P.O.BOX 2800
HONOLULU, HI 96803

DILLINGHAM SELF STORAGE
935 DILLINGHAM BLVD.
Honolulu, HI 96817-4539

DORAKU SUSHI
KAI SUZUKI
1009 Kapiolani Blvd
Honolulu, HI 96814

Dowsett Point
Jose
1165 Bethel St. Floor #2nd
Honolulu, HI 96813

Discovery Bay
Bill
1778 ALA MOANA BLVD
Honolulu, HI 96815

DORVIN LEIS CO., INC.
202 LALO STREET
KAHULUI, MAUI, HI 96732

Dowsett Point
Charles Graham
1165 Bethel St
Honolulu, HI 96813-2205

Disney Vacation Club - Aulani
Kristi Ahuna
PO BOX 10420
Lake Buena Vista, FL 32830

DORVIN LEIS CO., INC. - HOOKEL
202 LALO STREET
KAHULUI, MAUI,, HI 96732

Dragon's Group
Jeff
1600 Kapiolani Blvd Ste 623
Honolulu, HI 96814-3802

DLNR 94-143 Leokane St Whse
1151 Punchbowl St # 220
Honolulu, HI 96813-3047

DOTA - Dillingham Airfield
2919 AOLELE ST.
Honolulu, HI 96819-1861

DRAIME, GWYN - F/L
John Draime
120 S Kalaheo Ave
Kailua, HI 96734-2932

DM Builders
Dave
PO Box 25074
Honolulu, HI 96825-0074

Douangchan Luangrath
Benji Yogayog
67-152 Kuhi St
Waialua, HI 96791-9634

DREAL HAWAII, LLC
Brian Sekiguchi
2153 N. KING ST. #201
Honolulu, HI 96819-4554

Dock Makers - COD
Nery
1676 Kalakaua Ave Apt 4
Honolulu, HI 96826-2479

Dougherty, Suwanna
Allan Burgess
94-979 Kahuamoku St #101
Waipahu, HI 96797-3486

DREAMLAND BLDRS/DALE MARON
Dale Maron
PO Box 62267
Honolulu, HI 96839-2267

DOMINIS WEST, AOAO
680 Iwilei Rd #777
c/o Touchstone Properties Ltd.
Honolulu, HI 96817-5390

Douglas Emmett Mngt Hawaii LLC
Feb Espelita
1003 Bishop St Ste #440
Honolulu, HI 96813-6411

DRM Waste Management
Avonlea Nelson
P.O. Box 659
Forked River, NJ 08731

DON MAKIKI'S HAULING
2894 Oahu Ave
Honolulu, HI 96822-1726

Dow Distribution
Craig or Heidi
524 Ohohia St
Honolulu, HI 96819-1934

DRM Waste Management
Avonlea (136) or John (135)
PO Box 659
Forked River, NJ 08731-0659

DRM Waste Management
Trevor Rogers
PO Box 659
Forked River, NJ 08731-0659

EATON SQUARE SHOPPING CENTER
P.O. BOX 4009
HONOLULU, HI 96812

EKO PAINTING, INC.
3363 Campbell Ave
Honolulu, HI 96815-4127

Ds Plastering LLC
Dene Shimabukuro
1314 Liona St Apt 1
Honolulu, HI 96814-2354

Eckard Brandes, Inc (EBD)
101-D North Kainalu Dr
Kailua, HI 96734

Electrical Contractors Hi.,LLC
Casey Wood
8100 N Highway 81 Ste 17
Duncan, OK 73533-8764

DUARTE'S CONSTRUCTION
610 ULUOA ST.
KAILUA, HI 96734

ECO Floors & Cabinets
Daryl Kim
98-019 Kamehameha Hwy #2
Aiea, HI 96701

Electronic Business Machines
Ragan Shirai
1448 Liliha St
Honolulu, HI 96817-3589

DUDDEN, DAN
122 KAAPUNI DRIVE*
Kailua, HI 96734

ECOLOGICAL CONCEPT, INC.
717 A N. KING ST.
Honolulu, HI 96817

Elite Parking - King Kalakaua
Sandi Makaiau
900 Fort Street Mall Ste 1045
c/o Elite Parking Services
Honolulu, HI 96813-3700

DUNCAN MACNAUGHTON ESTATE
4339 PANINI LOOP
HONOLULU, HI 96816

Economy Plumbing
Joyce
1029 Ulupono St
Honolulu, HI 96819-4334

EMBASSY SUITES/BEACHWALK
201 BEACHWALK AVE.
HONOLULU, HI 96815

Dust Tex  R/O
210  Puuhale St
Honolulu, HI 96819

ED & DON'S OF HAWAII, INC.
4462 MALAAI ST.
HONOLULU, HI 96818

EMBASSY SUITES/BEACHWALK
KAREN #931-3522
201 Beach Walk
Honolulu, HI 96815-1953

DUST TEX HONOLULU, INC.
210 C PUUHALE RD
Honolulu, HI 96819

EGG SHELL LIGHTING
243 Puuhale Rd
Honolulu, HI 96819-2236

EMCC Hawaii
Jeanelle Kikawa
1633 Kahai St
Honolulu, HI 96819-3913

E NOA CORP.
PRISCILLA OASAY
PO Box 30526
Honolulu, HI 96820-0526

Ekahi Fire Protection, LLC.
Jan Cabansag
91-329 Kauhi St #D-1
Kapolei, HI 96707-1818

EMCC Hawaii
Jeanelle Kikawa / Erika
1633 Kahai St
Honolulu, HI 96819-3913

E.K. Fernandez
Matt Adams
91-246 Oihana St
Kapolei, HI 96707-1815

EKI CYCLERY
1603 DILLINGHAM BLVD.
Honolulu, HI 96817

EMS DESIGN & CONSTRUCTION
99-630 Pohuli St
Aiea, HI 96701-3340

EAST - WEST CENTER
1711 EAST-WEST ROAD
HONOLULU, HI 96848

EKO PAINTING, INC.
3363 Campbell Ave
Honolulu, HI 96815-4127

Energy Guard
Norman Sugai
98-795 Naalii St
Aiea, HI 96701

EPC SERVICES
JESUS HO'OMALU
98-021 KAMEHAMEHA HWY #203
Aiea, HI 96701

EWA VILLAGES GOLF COURSE
91-1760 PARK ROW STREET
EWA BEACH, HI 96706

Family Housing Department - MC
Family Housing MCBH Kaneohe Bay Bldg 455
Kaneohe, HI 96863

ERICH'S EUROCARS
2011 REPUBLICAN ST.
Honolulu, HI 96819

EWA VILLAGES GOLF COURSE
HEIDE MADRIGAL
404 Kapahulu Ave
Honolulu, HI 96815

FARM INC. -Originally New Hope Leeward
PO Box 970510
Waipahu, HI 96797-0510

Ernest Lum (1811 Bingham St)
750 Amana St Rm 212
Honolulu, HI 96814

EXCELLENT MOTOR GROUP
1190 DILLINGHAM BLVD. BLDG 2
HONOLULU, HI 96817

Fastenal #HIPEA
PO Box 2998
Phoenix, AZ 85062-2998

Ernest Lum (94-035 Leokane St)
750 Amana St, Room 212
Honolulu, HI 96814

Exhaust Systems - Kalihi Kai
623 Mokauea St
Honolulu, HI 96819-4050

FEDERAL DETENTION CENTER
JEFF GREENE
PO Box 30547
Honolulu, HI 96820-0547

Ernest Lum: 2989 Ala Ilima St
750 Amana St Rm 212
Honolulu, HI 96814

EXHAUST SYSTEMS HAWAII
94-095 LEONUI ST.
Waipahu, HI 96797

FEDERAL DETENTION CENTER-HPH
RICHARD KEOLA
P.O. BOX 30547
Honolulu, HI 96820

Estate Administrative Services
Tara
1100 Alakea St #600
Honolulu, HI 96813-2845

EYE PRODUCTIONS, INC. - R/O
Kelly Tolar
510 18th Ave
Honolulu, HI 96816-4442

FedEx Express
129 POHAKULANA PLACE
Honolulu, HI 96819

Events International
Jeri
306 Kamani St
Honolulu, HI 96813-5313

FAIRWAY HOUSE, AOAO
P.O. BOX 38078
HONOLULU, HI 96837-1078

FedEx Ground Honolulu
Alfred Scott
110 Palekona
Honolulu, HI 96819-1807

Evergreen Pacific Steel
Dave Miller
905 Kalanianaole Hwy #2603
Kailua, HI 96734-4645

FAIRWAY VILLAS
P.O.BOX #4009
HONOLULU, HI 96812

FERGUSON - MOOWAA
415 Pisgah Church Rd
PMB # 354
Greensboro, NC 27455-2590

Evertrust Plumbing
Nathan Hem
730 Moowaa St
Honolulu, HI 96817-4429

Fairway Villas
Tom Hinkle
PO Box 4009
Honolulu, HI 96812-4009

FERGUSON-MOOWAA  ST
415 Pisgah Church Rd Pmb 308
Greensboro, NC 27455-2590

EWA HOTEL
2555 Cartwright Rd
Honolulu, HI 96815-3725

FAIRWAYS AT KO'OLINA
PO Box 4009
c/o HAWAIIANA MANAGEMENT CO.
Honolulu, HI 96812-4009

Fermahins Auto
Donnie
2938 Ualena St
Honolulu, HI 96819-5100

FERN GARDEN
1440 KAPIOLANI BL #106
HONOLULU, HI 96814

Foodland Main Office
Chrissy
3536 Harding Ave #100
Honolulu, HI 96816-7416

Forest City (Catlin Comm Cente
Christopher Silva
4401 N Mesa St
El Paso, TX 79902-1150

FEWELL GEOTECHNICAL ENGINEERIN
Jim
96-1416 Waihona Pl
Pearl City, HI 96782-1973

Foodland Super Market, Limited
Krisha
3536 Harding Ave Ste 100
Honolulu, HI 96816-7416

Forest City (Ford Island Commu
Christopher Silva
4401 N Mesa St
El Paso, TX 79902-1150

FIBERGLASS HAWAII
1377 COLBURN ST
HONOLULU, HI 96817

FOPCO, INC.
2149 Lauwiliwili St
Kapolei, HI 96707-1844

Forest City (Manana Comm Cente
Christopher Silva
4401 N Mesa St
El Paso, TX 79902-1150

First Insurance Center
SECURITY
PO Box 560261
The Colony, TX 75056-0261

FOPCO, INC. - ON CALL
2149 LAUWILIWILI ST.
KAPOLEI, HI 96707

Forest City (Sweepings)
Christopher Silva
4401 N Mesa St
El Paso, TX 79902-1150

First Insurance Company - R/O
Susan Week-Pell
1100 Ward Ave
Honolulu, HI 96814

FORD ISLAND VENTURES
931 UNIVERSITY AVE SUITE 105
HONOLULU, HI 96826

Forest City Res (Radford FL)
4401 North Mesa
El Paso, TX 79902

FIRST UNITED METHODIST CHURCH
PASTOR AMY
1020 S. BERETANIA ST.
Honolulu, HI 96814-1428

Ford Painting Pros, Inc.
Dean Ford
225 Kellog St
Wahiawa, HI 96786-2210

FOREST CITY RESIDENTIAL MGMT.
Christopher Silva
4401 N Mesa St
El Paso, TX 79902-1150

Fitted
Keola Rapozo
1438 Kona St
Honolulu, HI 96814-4518

Forensic Toxic Drug Test Lab
Georgina Talavera
1 Jarrett White Rd
Tripler Amc, HI 96859-5001

Forest City Residential Mgmt.
4401 N Mesa St
El Paso, TX 79902-1150

FLAGSHIP LOGISTICS, LLC
1035 N. Black Horse Pike #7
Williamstown, NJ 08094-2840

Forest City - sideload
Christopher Silva
4401 N Mesa St
El Paso, TX 79902-1150

Forest City Residential Mgmt.
4401 N Mesa St
El Paso, TX 79902-1150

FLOOR STORE, THE - ON CALL
120 SAND ISLAND ACCESS RD., BAY 7
HONOLULU, HI 96819

Forest City ( McGrew Comm. Cen
Christopher Silva
4401 N Mesa St
El Paso, TX 79902-1150

Forest City Residential Mgmt.
Hannah Pascual
4401 N MESA ST
El Paso, TX 79902-1107

Foodland - ALA MOANA Compactor
Krisha Arnobit
1450 Ala Moana Blvd
Honolulu, HI 96814

Forest City (5151 Nimitz Bldg
Christopher Silva
4401 N Mesa St
El Paso, TX 79902-1150

FOREST CITY WAREHOUSE (NIMITZ)
Melinda Ughrin
4401 N Mesa St
El Paso, TX 79902-1150

Forest City(Radford Community
Christopher Silva
4401 N Mesa St
El Paso, TX 79902-1150

FRITZ WAREHOUSE
PO Box 257
Honolulu, HI 96809-0257

Gearheads Oahu
Kevin Sia
905 Spencer St Apt 302
Honolulu, HI 96822-3737

Foster Botanical Garden
Justin Rickard
50 N Vineyard Blvd
Honolulu, HI 96817-3759

FUTURA STONE OF HAWAII
Torin
2333 Ala Hao Pl #1F
HONOLULU, HI 96819

Gecko Enterprise
PO Box 903
Waialua, HI 96791-0903

FOSTER GARDENS ESTATES
P.O. BOX 38078
Honolulu, HI 96837

G1 Auto Body
Sam
1757 Hoe St
Honolulu, HI 96819-3125

Geo Yeong Educational Fdn.
Ann Park or Mr. Ku / OH 387-64
311 Saratoga Rd
Honolulu, HI 96815-1943

Foxx Trucking
92-1262 Hookeha St
Kapolei, HI 96707

Game Stop #6969
PO Box 2998
Phoenix, AZ 85062-2998

Geobunga
Kasey Baldonado
560 N Nimitz Hwy Ste # 107 B
Honolulu, HI 96817-5330

FRESH CATCH
EDDIE
P.O. BOX 4660
KANEOHE, HI 96744

GARDENIA MANOR
Chester Amodo
737 Bishop St Ste 3100
Honolulu, HI 96813-3285

GEORGE SORONAKA CONSTRUCTION
1315 MOOKAULA ST.
HONOLULU, HI 96817

FRESH CATCH - KANEOHE
P.O. BOX 4660
KANEOHE, HI 96744

GARLOW PETROLEUM, INC.
P.O. BOX 29967
Honolulu, HI 96820

GeoTek Hawaii, Inc.
PO Box 1555
Pearl City, HI 96782-8555

FRIENDS OF HOKULEA
1329 MALEKO ST.
KAILUA, HI 96734

Garris, Julie - COD
6370 Hawaii Kai Dr
Honolulu, HI 96825-1261

Gill Island Motors, Inc. DBA Windward Ford of Hawaii
725 KAILUA RD.
Kailua, HI 96834

Friendship Christian School
Angie Calamaan
91-1130 Renton Rd
Ewa Beach, HI 96706-1949

GAVIN WOOD
905 Kalanianaole Hwy #2601
KAILUA, HI 96734

GINO MARENA ENTERPRISE
111 STARLIGHT ST.
SAN FRANCISCO, CA 94080

Friendship Christian School
Angie Calamaan
91-1130 Renton Rd
Ewa Beach, HI 96706-1949

GB Management
Ling Chen
PO Box 61224
Honolulu, HI 96839-1224

GIOVANI PASTRAMI
227 LEWERS ST., SUITE #118
HONOLULU, HI 96815

FRITO LAY
Chris
94-120 MALAKEKE PLACE
WAIPAHU, HI 96797

GB Management
Ling Chen
PO Box 61224
Honolulu, HI 96839-1224

Glass Guru
Garrick
2412 Rose St # 2
Honolulu, HI 96819-2479

Glidewell Commercial Plumbing, LLC
Dusky
1714 Kahai St
Honolulu, HI 96819-3133

Gourmet Events Hawaii
Kittie Wu
1917 Colburn St
Honolulu, HI 96819

Greenleaf Compaction
James Knauff
222 S Mills Ave Ste #333
Tempe, AZ 85281

GLORY HERB HAWAII LLC
PO BOX 894138
Mililani, HI 96789

GOVERNOR CLEGHORN
P.O. BOX 4009
HONOLULU, HI 96812

Greenleaf Compaction Inc
222 S Mill Ste #333
Tempe, AZ 85281

GLP Asphalt Hawaii LLC.
Ed Au
PO Box 78
Honolulu, HI 96810-0078

GRABBER PACIFIC - F/L
MARISA TOYOSATO
2970 Mokumoa St
Honolulu, HI 96819-4425

Greenleaf Compaction Inc.
James Knauff
222 S Mill Ave Ste 333
Tempe, AZ 85281-6472

Go Banana's Watersports
John Enomoto
799 Kapahulu Ave
Honolulu, HI 96816-6036

GRACE CHAPEL OF HONOLULU
5275 Kalanianaole Hwy
Honolulu, HI 96821-1840

Greenleaf Compaction, Inc
4001 N 3rd St. ste. #480
Phoenix, AZ 85012

GOC TECHNOLOGIES
2706 KILIHAU ST #BAY 1
HONOLULU, HI 96819

Grace Lee
Grace P.A. Lee
1815 Alaweo St
Honolulu, HI 96821-1301

Greenleaf Compaction, Inc.
Ligia
4001 N 3rd St # 3480
Phoenix, AZ 85012-2060

Goedde, James
750 Amana St Apt 308
Honolulu, HI 96814-5003

GRASS SKIRT DIGITAL PRODUCTION
510 18TH AVE.
Honolulu, HI 96816

Greenleaf Compaction, Inc.
George Jindo
4001 N. 3rd  Street Suite #480
Phoenix, AZ 85012

GOLDEN PROPERTIES
P.O. BOX 10246
Honolulu, HI 96816

Great Enterprise
Ken Phung
Po Box 10063
Honolulu, HI 96816-0063

Greenleaf Compaction, Inc.
Jennifer Wagner
4001 N 3rd St Ste 480
Phoenix, AZ 85012-2081

GOLDEN STATE FOODS
Luther Williams
94-554 UKEE ST.
Waipahu, HI 96797

Great Lines
Shiela
306 Kalihi St
Honolulu, HI 96819-3259

Greenleaf Compaction, Inc.
Barbara Newton
4001 N 3rd St
Phoenix, AZ 85012-2060

Goldwings Supply Service
Kelvin Lee
P.O. Box 11037
Honolulu, HI 96828

Green Recycling LLC
Walter
92-1071 Koio Dr Apt E
Kapolei, HI 96707-2266

GREENWAY APTS.
P.O. BOX 38078
Honolulu, HI 96837

Goto Construction
Kara Hirao
42-273 Old Kalanianaole Rd
Kailua, HI 96734-5707

Green Recycling LLC
Kim Nurss
92-1071 Koio Dr Apt E
Kapolei, HI 96707-2266

GREGORY DESIGN BUILD, INC.
John Gregory
7192 Kalanianaole Hwy
PMB 308
Honolulu, HI 96825-1800

Grondin
Jennifer
1515 Nuuanu Ave Unit 55
Honolulu, HI 96817-3717

HALE HO ALOHA, AOAO
P.O. BOX 38078
Honolulu, HI 96837

Hale Nani (F/L)
PO Box 2009
Salt Lake City, UT 84110

GS Auto Center
Glen
94-478 Ukee St #4-5
Waipahu, HI 96797-4462

HALE KA LAE, LLC
6700 KALANIANAOLE HWY. #122
Honolulu, HI 96825-1278

Hale Nani Realty (F/L)
Debby Ide
PO Box 22022
Honolulu, HI 96823-2022

Guava Smoked
1637 Republican St
Honolulu, HI 96819-3959

Hale Kaloapau
Roy Dela Cruz
3179 Koapaka St
Honolulu, HI 96819-1927

HALE O PUMEHANA
P O BOX #4009
HONOLULU, HI 96812

Gulick Deli
Cory Mikishi
1512 Gulick Ave
Honolulu, HI 96819

HALE KUIKE
95 KAWANANAKOA PI
Honolulu, HI 96817

HALE PAUAHI TOWERS
155 N. BERETANIA ST.
Honolulu, HI 96817

H & R BLOCK
98-019 Kamehameha Hwy 214 #A
Aiea, HI 96701

Hale Kulanui Condominium
680 Iwilei Rd #777
c/o Touchstone Properties Ltd.
Honolulu, HI 96817-5390

Hale Pawaa
1401 S Beretania St # 390
Honolulu, HI 96814-1870

H I C SURF - KAILUA
Leigh Tonai
348 Hahani St
Kailua, HI 96734-2801

HALE LOA II
1330 S BERETANIA ST., SUITE 200
HONOLULU, HI 96814

HALEIWA JOE'S SEAFOOD GRILL
Tim
46-336 HAIKU ROAD
Kaneohe, HI 96744

HAIKU GARDENS
JOHN OLIVERA
737 Bishop St #3100
Honolulu, HI 96813

Hale Maha
Corwin Taketa
615 Piikoi St Ste 1211
Honolulu, HI 96814-3116

Haleiwa Joe's Seafood Grill
Joe Lazar
66-011 Kamehameha Hwy
Haleiwa, HI 96712-1408

HAKIPU'U LEARNING CENTER
P.O. BOX 1159
Kaneohe, HI 96744

Hale Mauliola (Contract No. MA-DCS-1600044)
Ed Manglallan
650 S King St # Fl 4
Honolulu, HI 96813-3078

Haleiwa Store Lots
Collier
PO Box 257
c/o Colliers International
Honolulu, HI 96809-0257

HALE  LIU
53-103 Kamehameha Hwy
Hauula, HI 96717-9726

Hale Mohalu
Greg
1010 Racquet Club Dr Ste 108
Auburn, CA 95603-3060

Haleiwa Surfboard Company
Jennifer Klein
PO Box 112
Haleiwa, HI 96712-0112

HALE HO ALOHA
2670 PACIFIC HTS RD
HONOLULU, HI 96813

Hale Nani (Comp)
JANELLE BERMUDEZ
206 North 2100 West
Salt Lake City, UT 84116-4740

HANA HOU PAINTING COMPANY
708 QUEEN ST,
Honolulu, HI 96813

Hana Like Housing Maintinance
Lenny
Box 63003  Bldg #460
Maintinance Bldg.# 460
Mcbh Kaneohe Bay, HI 96863-3003

HARBOR COURT - COMMERCIAL
LEILANI CLAYTON
55 Merchant St Ste C100
Honolulu, HI 96813-4381

Havens at I'i Vistas
737 Bishop St #3100
Honolulu, HI 96813

HANAHAUOLI SCHOOL
1922 Makiki St
Honolulu, HI 96822-2032

HARBOR COURT - RESIDENTIAL
SECURITY
66 QUEEN ST. #SUITE M5
HONOLULU, HI 96813

Havens at I'i Vistas
737 Bishop St Ste 3100
c/o Associa Hawaii
Honolulu, HI 96813-3285

HANK WUH
HANK/STACY
650 IWALEI RD #218
HONOLULU,, HI 96817

HARBOR SQUARE
Ben Merritt
700 Richards St
Honolulu, HI 96813-4605

HAWAII 5-0 PROPERTIES
GARY SAKAI
1500 Kapiolani Blvd #Suite 206
Honolulu, HI 96814

Han's Metal Inc.
Daniel Han
94-170 Leokane St
Waipahu, HI 96797-2211

HARBOR VIEW PLAZA
P.O. BOX 4009
HONOLULU, HI 96812

Hawaii Air Cargo
2938 Ualena St
Honolulu, HI 96819-5100

Hans Vending
Anthony Han
1827 Republican St
Honolulu, HI 96819-3114

HARBOUR RIDGE
P.O.BOX 4009
HONOLULU, HI 96812

HAWAII BIO WASTE, INC.
1084 Puuwai St
Honolulu, HI 96819-4330

Hanyang Restaurant
David Cho
1311 N King St
Honolulu, HI 96817-3351

Harrington Industrial Plastics LLC
415 Day Hill Rd
Windsor, CT 06095-1712

Hawaii Bio Waste, Inc.
Eswin Arellano
1084 Puuwai St
Honolulu, HI 96819-4330

Hapa Landscaping
Brant Brown
1009 Kapiolani Blvd Apt 1010
Honolulu, HI 96814-2127

Harris Rebar South Pacific Inc
P.O. BOX 700028
KAPOLEI, HI 96709

Hawaii Dredging - Hale Ka Lae
Daniel Nakagawa
PO Box 4088
Honolulu, HI 96812-4088

HAPPY DAYS RESTAURANT
Maggie Kwong
3553 WAIALAE AVE.
Honolulu, HI 96816

Harry Asato Painting, Inc.
P.O. BOX 17596
Honolulu, HI 96817

Hawaii Energy Systems
Russell Sakoda
99-970 Iwaena St Ste A
Aiea, HI 96701-5641

Happy Valley Service
Cathy Thyne
PO Box 2422
Wailuku, HI 96793-7422

Harry's Music - R/O
Clay
3270 Waialae Ave
Honolulu, HI 96816-5836

Hawaii Film Studio
Tammy Hasegawa
510 18th Ave
Honolulu, HI 96816-4442

HARBOR COURT
66 QUEEN ST. #M 5
Honolulu, HI 96813

HAUPU AEA
HAUPU AEA
920 KAHEKA ST.
Honolulu, HI 96814

Hawaii Hochi
Larry Lyons
917 Kokea St
Honolulu, HI 96817-4528

HAWAII INDEPENDENT ENERGY
Michael Regan
PO Box 1899
Fort Lee, NJ 07024-8399

Hawaii Nutrition Co.
Monika kathuria
318 Kamani St
Honolulu, HI 96813-5313

Hawaii State Veterans Cemetery
Willie Hirokane
45-349 Kamehameha Hwy
Kaneohe, HI 96744

HAWAII INDEPENDENT ENERGY, LLC
Walter Albertson
PO Box 1899
Fort Lee, NJ 07024-8399

Hawaii Pacific Glass
Rena Yockman
289 Pakana St
Wailuku, HI 96793-8396

HAWAII WSH
315 Saratoga Rd
Saratoga Building
Honolulu, HI 96815

HAWAII INDEPENDENT ENERGY, LLC
WALTER ALBERTSON
PO Box 1899
Fort Lee, NJ 07024-8399

Hawaii Pacific Solar -
Shannon
2010 Honoapiilani Hwy # C1
Lahaina, HI 96761-1877

HAWAII YOUTH CORRECTIONAL
42-477 KALANIANAOLE HWY.
Kailua, HI 96734-4302

Hawaii Industrial Services F/L
3049 Ualena St Ste 709
Honolulu, HI 96819-1949

Hawaii Pacific Solar R/O
Rob
2010 Honoapiilani Hwy # C1
Lahaina, HI 96761-1877

Hawaiia Periodical Distributor
Craig / Michelle
98-780 Oihana Pl
Aiea, HI 96701-5321

HAWAII KAI SHOPPING CENTER
Adrian / Rebecca
377 Keahole St
Honolulu, HI 96825

HAWAII PILOTS ASSOCIATION
P.O. BOX 721
HONOLULU, HI 96808

Hawaiian Airlines
Keith
3755 Koapaka St
Honolulu, HI 96819

Hawaii Korean Cultural Center
Tina Bae
1311 Kapiolani Blvd Ste #200
Honolulu, HI 96814

HAWAII PRO SOUND & VIDEO RENTA
2645 KILIHAU ST.
HONOLULU, HI 96819-2066

HAWAIIAN AIRLINES
Manager office
391 Aokea Pl
Honolulu, HI 96819-1828

Hawaii Lifestyle Retail Prop.
Marlene Daley
1 Aloha Tower Dr Ste 3000
Honolulu, HI 96813-4809

Hawaii Skylights & Solar Fans
Kari
937 22nd Ave
Honolulu, HI 96816-4631

Hawaiian Building Maintenance
Jodi Okada
1001 Bishop St Ste 955
Honolulu, HI 96813-3491

HAWAII MEDIA
Lee Ann Concepcion
99-1245 Halawa Valley St
Aiea, HI 96701-3281

HAWAII SPA / SMILE SPA
BEBE TO
555 W Northern Lights Blvd Ste 104
Anchorage, AK 99503-2501

HAWAIIAN DREDGING
P.O. BOX 4088
HONOLULU, HI 96812

Hawaii Mega Cor
Craig Yoshitake
822 7th St Ste 650
Attn: Nancy Romero
Greeley, CO 80631-3946

HAWAII STATE HOSPITAL
CARA (P)
45-710 Keaahala Rd
Kaneohe, HI 96744-3528

HAWAIIAN DREDGING
P.O.  Box  4088
Attn: Accounting Dept-Accounts Payable
Honolulu, HI 96812-4088

Hawaii Natural Energy Institut
1680 East-West Road, Post 109
Honolulu, HI 96822

Hawaii State Teacher's Assoc.
1200 Ala Kapuna St
Honolulu, HI 96819-4651

HAWAIIAN DREDGING - MOANA VIST
P.O. BOX 4088
HONOLULU, HI 96812

HAWAIIAN DREDGING - PH - CDC-
P.O. BOX 4088
HONOLULU, HI 96812

HCC-Operations Maint - Bldg 18
Stephanie
874 DILLINGHAM BLVD
BUSINESS OFFICE
Honolulu, HI 96817

HH ELECTRIC, INC
1320 KALANI ST room  #306
Honolulu, HI 96817

HAWAIIAN DREDGING R/O
Joven
PO Box 4088
ATTN:ACCOUNTS PAYABLE
Honolulu, HI 96812-4088

HEAD HUNTERS
148 Mokauea St Ste A
Honolulu, HI 96819-3161

HI 1st Samoan Assembly of God
Mua Samoa
1420 Palama St
Honolulu, HI 96817-3491

HAWAIIAN EBBTIDE AOAO
Clifford Peanflor-AP
737 BISHOP ST #3100
C/O Associa Hawaii (cmi1040-31231)
HONOLULU, HI 96813

HEALY TIBBITS BUILDERS - F/L
99-994 IWAENA STREET SUITE A
Aiea, HI 96701

HI SIERRA
3350 Sierra Dr
Honolulu, HI 96816-3240

HAWAIIAN ELECTRIC - WAIAU PP -
P.O. BOX 2750
HONOLULU, HI 96840-0001

Healy Tibbits Builders - R/O
99-994 IWAENA STREET SUITE A
Aiea, HI 96701

Higa, Kim
Kim Higa
41-850 Ala Koa St
Waimanalo, HI 96795-1731

HAWAIIAN LIFT TRUCK
1250 MIKOLE ST.
Honolulu, HI 96819-4321

HEALY TIBBITS BUILDERS-F/L OC
99-994 IWAENA ST. #A
Aiea, HI 96701

HIGHWIRE INC.
STEPHANIE
1901 Jefferson Ave
Tacoma, WA 98402-1611

HAWAIIAN SUN PRODUCTS, INC.
259 SAND ISLAND ACCESS ROAD
Honolulu, HI 96819

HEAVY METAL BARBELL CO.
627 SOUTH ST., SUITE 102
HONOLULU, HI 96813

HILL - ROM
96-1173 Waihona St Unit B1
Pearl City, HI 96782-1932

HAWAIIAN TELCOM
DEBRA WONG
P.O. BOX 4158
HONOLULU, HI 96812

Hee Hing Plaza
Michael Lee
449 Kapahulu Ave #101
Honolulu, HI 96815-3850

Hillside Terrace I
Chentelle Brooks
737 Bishop St Ste 3100
c/o Associa Hawaii
Honolulu, HI 96813-3285

HAWAIIAN TELCOM-ACCTS PAYABLE
MARK YANG
PO Box 4158
Honolulu, HI 96812-4158

Henry Lamond Company, Ltd.
Henry Challacombe
91-188 Kalaeloa Blvd
Kapolei, HI 96707-1873

Hillside Terrace IV
Joyce Weiscopf
737 Bishop St Ste 3100
Honolulu, HI 96813-3285

HAWAIIANA GARDENS
Robert Sablan (RM)
737 Bishop St Ste 3100
Honolulu, HI 96813-3285

Hensel Phelps Construction Co.
Mariano Ponciano
P.O BOX 349000 #363
Kailua, HI 96734

HINOKAWA'S CONSTRUCTION
94-168 LEOLEO STREET
Waipahu, HI 96797

HAWAIIANTELCOM-ALAKEAProcessin
PO Box 4158
Honolulu, HI 96812-4158

HERBIAS ELECTRICAL & ELECTRONI
1320 Kalani Street, Suite 212
Honolulu, HI 96817-4920

HI'PAKA LLC dba WAIMEA VALLEY
Kat
59-864 KAMEHAMEHA HWY.
Haleiwa, HI 96712-8411

HIRATA, ERNEST & ASSOCIATES
99-1433 KOAHA PLACE
Aiea, HI 96701

Holiday Apartments
Raymond Oishi
750 Amana St
c/o Oishi Property Management
Honolulu, HI 96814-5025

Homeowners Design Center
Richard
1030 Kohou St
Honolulu, HI 96817

HIROSHI PERFORMANCE, LLC
156 Mokauea St Ste H
Honolulu, HI 96819-3164

Holiday Manor
Derek
737 Bishop St #3100
C/O Associa Hawaii  (cmi1304-31231)
Honolulu, HI 96813

HOMEWORKS CONSTRUCTION
2111 S Beretania St
Honolulu, HI 96826-1417

HIROTA PAINTING CO., INC.
MILLIE KIYONO
96-1219 WAIHONA  ST
PEARL CITY, HI 96782-1969

HOLIDAY RETIREMENT #HMS005581
415 Day Hill Rd
Windsor, CT 06095-1712

Hon Graphics
Francis Park
832 Queen St
Honolulu, HI 96813-5204

HI-TECH COATINGS, INC.
91-202 KALAELOA
KAPOLEI, HI 96707

Holiday Retirement (HMS005581)
Miles
222 S MILL AVE Ste. #333
Tempe, AZ 85281-6472

HONGWANJI MISSION SCHOOL
1728 PALI HIGHWAY
Honolulu, HI 96817

Ho Farms LLC
Neil
PO Box 569
Kahuku, HI 96731

Holiday Surf
Patrick Chun
2303 Ala Wai Blvd
Honolulu, HI 96815-2628

HONO HALE TOWERS
P.O. BOX 4009
HONOLULU, HI 96812

HOALA SCHOOL - 2
1067 California Ave Ste A
Wahiawa, HI 96786-2398

HOLIDAY VILLAGE, AOAO
Brigitta Roberts
680 Iwilei Rd Ste 777
C/O Touchstone Properties
Honolulu, HI 96817-5317

HONOLULU BAKING COMPANY, THE
ALAN
523 AHUI STREET
Honolulu, HI 96813

HOKONDO WAIKIKI BEACHSIDE HOST
Chris Davis
2556 LEMON RD
Honolulu, HI 96815

HOLOMOANA AT SEA COUNTRY
EDD LAUER
711 Kapiolani Blvd Ste 700
Honolulu, HI 96813-5249

Honolulu Beer Works
Charmayne Malloy
328 Cooke St
Honolulu, HI 96813-5531

Hokua AOAO
Adela Bolle
1288 Ala Moana Blvd
Honolulu, HI 96814-4206

Holomua
Bob Christensen
1315 KALAKAUA AVE
HONOLULU, HI 96826-1909

Honolulu Comm College - R/O
Alan Kimura
874 DILLINGHAM BLVD
Honolulu, HI 96817

HOKUA COMMERCIAL/PF CHANG - ON
Jason Souki
1003 BISHOP ST STE #1800
HONOLULU, HI 96813

Home Depot - R/O
415 Day Hill Rd
Windsor, CT 06095-1712

Honolulu Community College
Cindy
874 DILLINGHAM BLVD
BUSINESS OFFICE
Honolulu, HI 96817

Hokuala Hale
Chentelle
737 Bishop St #3100
Attn:Ryan Gilardy
Honolulu, HI 96813-3201

Home World Pearl City - CS Wo & Sons
Philip Detol
702 S Beretania St
Attn: Accounts Payable
Honolulu, HI 96813-2599

Honolulu Community College-R/O
874 DILLINGHAM BLVD
Honolulu, HI 96817

Honolulu Container Sales
Bob Kinoshita
1051 Mikole St
Honolulu, HI 96819-4324

HONOLULU TOWER
Jennifer Lynch / Resident Mgr.
60 N Beretania St
Honolulu, HI 96817-4752

HSI  MECHANICAL, INC.
227 Puuhale Rd
Honolulu, HI 96819-2235

HONOLULU FREIGHT SERVICE
933 A North Nimitz Hwy
Honolulu, HI 96817

Honolulu Tower
Jennifer Lynch 489-2207
60 N Beretania St
Honolulu, HI 96817-4752

HSI MECHANICAL, INC.
Ryan
227 Puuhale RD.
Honolulu, HI 96819

Honolulu Freight Service
Brandon Vierra
933 N Nimitz Hwy Unit A
Honolulu, HI 96817-4580

HONOLULU ZOO-DEPT OF BUDGET %
151 KAPAHULU AVE
Honolulu, HI 96815

HTH Asset Management LLC
Juan Siliezan
1668 S King St Ste 230
Honolulu, HI 96826-2040

HONOLULU MARATHON ASSOC.
Rick Tanigucji
3435 Waialae Ave
Honolulu, HI 96816

HONOULIULI WASTEWATER TREATMEN
91-1000 GEIGER ROAD
EWA BEACH, HI 96706

HTM CONTRACTORS, INC.
1816 Auiki  St.
Honolulu, HI 96819

HONOLULU MUSEUM OF ART
2411 MAKIKI HTS DR
SPALDING HOUSE
Honolulu, HI 96822

HOTEL RENEW
129 PAOAKALANI AVE.
Honolulu, HI 96815

HUI KU MAOLI OLA
46-403 HAIKU RD.
KANEOHE, HI 96744

HONOLULU MYOHOJI
500 Alakawa St.
c/o Equity Properties Inc.
Honolulu, HI 96817

House of Wong
Michael Wang
477 Kapahulu Ave
Honolulu, HI 96815-3819

HVAC GUARD  (FORMERLY THERMOGU
1021 KAMALU RD.
KAPAA, HI 96746

HONOLULU PROPERTY MANAGERS LTD
1003 Bishop St.
Honolulu, HI 96813-3719

HPD Helicopter Unit
Sgt. Lloyd Keliinui
120 Kapalulu Pl
Honolulu, HI 96819-1819

HYATT PLACE
Stephen Weldon Ops. Engineer
175 Paoakalani Ave
Honolulu, HI 96815-3743

HONOLULU ROOFING CO.
Dora
94-260 Pupuole St
Waipahu, HI 96797-2329

HPHA - AMP 30 - PMB 14-12 SC01
Rick Sogawa
P.O. Box 17907
Honolulu, HI 96817-0907

HY'S STEAK HOUSE
2440 KUHIO AVE
Honolulu, HI 96815

Honolulu Roofing Company, Inc
Sasha Kahunahana
94-260 Pupuole St
Waipahu, HI 96797-2329

HPHA - AMP 44 - PMB 14-12 SC-02
Rick Sogawa
P.O. Box 17907
Honolulu, HI 96817-0907

I Trampoline
Neal Sklodowski
PO Box 700459
Kapolei, HI 96709-0459

HONOLULU TILE & MARBLE
1602B AUIKI ST.
Honolulu, HI 96819

HPM Building Supply
91-302 Hanua Street
Kapolei, HI 96707

IDEAL CONSTRUCTION
1038 Ulupono St
Honolulu, HI 96819-4333

IEM-Ala Moana Shopping Center
415 Day Hill Rd
Windsor, CT 06095-1712

IMPERIAL AUTO BODY
Taewoo Om
803 Waimanu St
Honolulu, HI 96813-5298

International Outreach Svc.
Susan Pascua
94-491 Ukee St
Waipahu, HI 96797

IG Steel, LLC
Armando Simon-Perez
91-202 Kalaeloa Blvd
Kapolei, HI 96707-1821

IMPERIAL PLAZA
725 KAPIOLANI BLVD.
Honolulu, HI 96813-6012

INTERSTATE RESTORATION HAWAII LLC
Scott
94-1388 Moaniani St #220
Waipahu, HI 96797-6602

IG Steel, LLC
Armando Simon-Perez
91-202 Kalaeloa Blvd
Kapolei, HI 96707-1821

Imperial Plaza
Roy Bumgarner
725 Kapiolani Blvd
Honolulu, HI 96813-6012

INT'L CONVENTION & EVENT SVCS
1004 MAKEPONO ST
HONOLULU, HI 96819

IHG ARMY HOTELS - FT.SHAFTER
P.O. BOX 2998
PHOENIX, AZ 85062

INDUSTRIES FOR THE BLIND, INC.
445 S. CURTIS ROAD
West Allis, WI 53214-1016

Iolani Regent
Jonathan Mosqueda
PO Box 38078
Honolulu, HI 96837-1078

IHG ARMY HOTELS - TAMC
P.O. BOX 2998
Phoenix, AZ 85062

INN ON THE PARK
1920 Ala Moana Blvd # 100
Attn. Office Manager
Honolulu, HI 96815-1865

IRONHORSE DEVELOPMENT
64-1550 Kamehameha Hwy
C/O Dole Plantation Attn: Mike Moon
Wahiawa, HI 96786

IKAIKA BUILDERS
99-1240 Halawa Heights Rd
Aiea, HI 96701-3112

INSPIRATIONS FURNITURE
1250 Kapiolani Blvd
Honolulu, HI 96814-2803

ISLAND AIR/HAWAII ISLAND AIR
550 Paiea St Ste 236
Airport Trade Center
Honolulu, HI 96819-1837

IKEDA'S AUTO/TRUCK REPAIR
710 Umi St
Honolulu, HI 96819-2302

INSTALLATION SERVICES, INC.
1088 BISHOP ST. #411
HONOLULU, HI 96813

Island Awning Shop
Coreen Jara
912 Hikina Ln #A
Honolulu, HI 96817-5775

ILANIWAI, AOAO
332 N. SCHOOL ST.
Honolulu, HI 96817

INTEGRATED BUSINESS SOLUTIONS
99-1046 Iwaena St
Aiea, HI 96701-3250

ISLAND BRAKE & ALIGNMENT
98-019 KAMEHAMEHA HWY
AIEA, HI 96701

Ilima Hotel
Jay Takamiya
445 Nohonani St
Honolulu, HI 96815-2622

International Market Place
Richard Chilton
415 Day Hill Rd
Windsor, CT 06095-1712

Island Club & Spa
Randy Otto
1177 Queen St
Honolulu, HI 96814-4138

ILIMA WEST
737 Bishop St #3100
Honolulu, HI 96813

International Market Place
James Knauff
415 Day Hill Rd
Windsor, CT 06095-1712

ISLAND COLORS AND COATINGS
96-1348 WAIHONA ST
PEARL CITY, HI 96786

Island Cooling
Ivan Whitworth
44-155 Mikiola Dr
Kaneohe, HI 96744-2440

ISLAND MOVERS
Dallas Silva
P.O. BOX #17865
Attn: Accounts Payable
Honolulu, HI 96817-0865

Island X Hawaii
Bill Martin
PO Box 622
Haleiwa, HI 96712-0622

Island Cylinder Head
Charmaine
94-478 Ukee St #1
Waipahu, HI 96797-4462

ISLAND MOVERS -F/L
PO Box 17865
Honolulu, HI 96817-0865

J & D BUILDERS
94-515 UKEE ST. #303
Waipahu, HI 96797

Island Demo
27-969 KILIHAU ST
Honolulu, HI 96819

ISLAND READY MIX
PO Box 2230
Pearl City, HI 96782-9230

J & D Builders F/L
94-515 Ukee St #303
Waipahu, HI 96797

Island Elite
Leisa Weaver
1357 Kapiolani Blvd #1015
Honolulu, HI 96814-4549

Island Recycling
91-140 Kaomi Loop
Kapolei, HI 96707-1712

J & J Maintenance
Raymund Felix
1 Jarrett White Road   G1C #Rm.101-H
Tripler Amc, HI 96859

Island Flooring
Mike Hirokawa
411 Alakawa St
Honolulu, HI 96817-5763

Island Screen
Cindy Matsumoto
94-410 Koaki St
Waipahu, HI 96797-2874

J&J Worldwide Service
Tim Ames
3375 Koapaka St Ste B205
Honolulu, HI 96819-1862

Island Flooring
Mike Hirokawa
411 Alakawa St
Honolulu, HI 96817-5763

ISLAND SEAPLANE SERVICE
85 LAGOON DRIVE
HONOLULU, HI 96819

Jade Painting Inc
Lia
94-1410 Moaniani St
Waipahu, HI 96797-6207

Island Green Landscaping Main.
Susano Saoit
94-913 Lumihoahu St
Waipahu, HI 96797-3927

Island Shutters Inc
P.O. Box 700880
Kapolei, HI 96709-0880

JAMES KELLAR & ASSOCIATES
6244 MILOLII PLACE
Honolulu, HI 96825

Island Heritage Builders, Inc
Roland Santiago
94-147 Leokane St
Waipahu, HI 96797-2227

ISLAND SIGN SERVICE, INC.
1404 MIDDLE ST.
Honolulu, HI 96819-2501

James Patterson
James
149A Kahako St Apt A #
Kailua, HI 96734-4195

Island Home Building Materials
Sandy Ford
PO Box 75606
Kapolei, HI 96707-0606

ISLAND SIGNAL & SOUND, INC.
335 HOOKELA PL.
HONOLULU, HI 96819

JASON APARTMENTS
1750 Kalakaua Ave Apt 3804
Honolulu, HI 96826-3754

ISLAND MAID - LEOKANE
94-125 LEOKANE ST.
WAIPAHU, HI 96797

ISLAND WIDE TOWING
Sandy Yoshimi
2669 KILIHAU ST
HONOLULU, HI 96819

JBL HAWAII, LTD.
905 KOKEA ST.
Honolulu, HI 96817

Jean Robinson
Jean
2942 Kahawai ST
HONOLULU, HI 96822

JN CHEVROLET DBA JN CONSTRUCTI
2999 N Nimitz Hwy
Honolulu, HI 96819-1903

JV MFG. / CRAM-A-LOT
PO Box 229
Springdale, AR 72765-0229

Jerry's Pizza
67-292 GOODALE AVE.
Waialua, HI 96791

JN Land Rover Jaguar Maint.
Lynn Heroux
2999 N Nimitz Hwy
Honolulu, HI 96819-1903

JV MFG. / CRAM-A-LOT
P.O. BOX 229
Springdale, AR 72765-0229

Jim Bruihl
Jim
1000 Bishop St Ste 909
Honolulu, HI 96813-4209

JN Land Rover Jaguar Showroom
Lynn Heroux
2999 N Nimitz Hwy
Honolulu, HI 96819-1903

JV MFG. / CRAM-A-LOT
P.O. BOX 229
Springdale, AR 72765-0229

Jimbo
Mr. Motojima
1936 S King St #103
Honolulu, HI 96826-2156

JOHN A BURNS SCHOOL ofMEDICINE
651 Ilalo St. CP #107
Honolulu, HI 96813

JV MFG. / CRAM-A-LOT
P.O. BOX 229
Springdale, AR 72765-0229

JM GLASS
2015 Colburn St
Honolulu, HI 96819

John Fujieki
John
7217 Hawaii Kai Dr
Honolulu, HI 96825-3119

JV MFG. / CRAM-A-LOT
P.O. BOX 229
Springdale, AR 72765-0229

JM Inc
Joe Manalo
67-165 Farrington  Hwy
Waialua, HI 96791

Johnson Controls
Shawn Dodson
1350 NORTH MEADOW PKWY STE #100
0PX0 Lighting Svcs. West Hub
Roswell, GA 30076-5703

JV MFG. / CRAM-A-LOT
P.O. BOX 229
Springdale, HI 72765-0229

JN Automotive Group
Robert Ramirez
600 Puuloa Rd
Honolulu, HI 96819-2003

Johnson Controls
Larry Neitzel
66 Queen St
Honolulu, HI 96813-4410

JV MFG. / CRAM-A-LOT
P.O. BOX 229
Springdale, AR 72765-0229

JN AUTOMOTIVE GROUP
VANESSA LUCERO
600 PUULOA RD
ATTN: ACCTS PAYABLE  C/O Cycle City, Ltd
Honolulu, HI 96819

JOHNSON, CRAIG
4443 AUKAI AVE.
HONOLULU, HI 96816

JV MFG. / CRAM-A-LOT
P.O. BOX 229
Springdale, AR 72765-0229

JN Automotive Group/Audi Hawaii
VANESSA LUCERO
600 PUULOA RD
ATTN: ACCTS PAYABLE  C/O Cycle City, Ltd
Honolulu, HI 96819

JROTC /JUNIOR ROTC
BLDG. S-330, RM. 104
FORT SHAFTER, HI 96858-5000

JW, INC.
Heleen
630 LAUMAKA ST.
HONOLULU, HI 96819

JN AUTOMOTIVE GROUP/JN MAZDA
VANESSA LUCERO
600 PUULOA RD
ATTN: ACCTS PAYABLE  C/O Cycle City, Ltd
Honolulu, HI 96819

JULIANA TOWERS APARTMENTS
98-139 Kanuku St Ste 105
Aiea, HI 96701-5139

K & S CREATIONS
255 SAND ISLAND ACCESS RD.
Honolulu, HI 96819

K & S Hawaiian Creations
KALEO
255 Sand Island Access Rd
Honolulu, HI 96819-2267

K&H Pacific
Francis Asato
PO Box 30805
Honolulu, HI 96820-0805

K&K Kitchen
Carmen
1221 Ahiahi St
Honolulu, HI 96817-2012

Ka Makua Mau Loa Church
632 Mokauea St
Honolulu, HI 96819-4075

Ka Malanai
711 Kapiolani Blvd Ste 700
Honolulu, HI 96813-5249

KAGAMI, INC.
Jean
PO Box 17129
Honolulu, HI 96817-0129

Kahala Surf Corp
Allicia Kinoshita
99 Mokuea Pl
Honolulu, HI 96819

Kahala View Estates
Carlos
737 Bishop St Ste 3100
Honolulu, HI 96813-3285

Kahe Kai
Chentelle Ramos
800 Bethel St Ste 501
Honolulu, HI 96813-4338

Kahiku at Mehana
John Croker
711 Kapiolani Blvd
Honolulu, HI 96813-5237

Kahiwelo
Alvin Doi
711 Kapiolani Blvd Ste 700
Honolulu, HI 96813-5249

Kai Aloha
Ann Chang
235 Saratoga Rd
Honolulu, HI 96815-1942

KAI NANI
500 ALAKAWA ST. #214
Honolulu, HI 96817-4576

Kailua Beach Center #286
Toni Cofran
PO Box 257
ABL Kelo LLC
Honolulu, HI 96809-0257

Kailua Racquet Club
Bruce
629 Oneawa St
Kailua, HI 96734

Kailua Shopping Center #282
Jimmy Ventura
PO Box 257
Kailua Shopping Center #282
Honolulu, HI 96809

Kaimala Marina
444 Lunalilo Home Rd
Honolulu, HI 96825-1751

Kaimala Marina
Guido (Guy)
PO Box 4009
c/o Hawaiiana Management
Honolulu, HI 96812-4009

Kaimuki Business Plaza
Leilani Gasper
1045 Mapunapuna St
Honolulu, HI 96819-4423

Kaimuki Christian
Lee
1117 Koko Head Ave
Honolulu, HI 96816-3709

KAIMUKI SHOPPING CENTER
1505 Dillingham Blvd Ste 302
Honolulu, HI 96817-4899

Kaimuki Square
Corwin Taketa
615 Piikoi St Ste #1211
Honolulu, HI 96814

KAIO'O TERRACE
P.O. BOX 4009
HONOLULU, HI 96812

KAIULANI PROPERTIES
92-802 PALAILAI ST.
Kapolei, HI 96707

KALAKAUA PLAZA
1440 KAPIOLANI BL #106
HONOLULU, HI 96814

KALAKAUA VISTA
1628 Kalakaua Ave
Honolulu, HI 96826-2420

KALAKAUAN
Leslie Chang
PO Box 38078
Honolulu, HI 96837-1078

KALANI IKI
P.O. Box #4009
KALANI-IKE ESTATES
Honolulu, HI 96812

KALELE KAI
1 KEAHOLE PL.
HONOLULU, HI 96825

KALIHI GARDENS
1451 S. KING ST. #409
Honolulu, HI 96814

Kalu Glass
Clarissa Stevenson
99-1405 Koaha Pl Ste B
Aiea, HI 96701-5613

Kamehameha Kahuluu Preschool
PO Box 3466
Honolulu, HI 96801-3466

KAPALAMA MAKAI
737 Bishop St Ste 3100
Honolulu, HI 96813-3285

Kaluanui Condo
Norman Shigemura
PO Box 38078
Honolulu, HI 96837-1078

KAMEHAMEHA KAWAIHAO PLAZA
DANA HUDDEY (BOSS)
P.O. BOX 3466
Honolulu, HI 96801

KAPALAMA SHOPPING CENTER
P.O. BOX 257
HONOLULU, HI 96809

Kamaaina Flooring
Linda
 P O BOX 30594
Honolulu, HI 96820

KAMEHAMEHA PUNALUU FARM LAND
DARREL
567 S. KING ST.
Honolulu, HI 96813

Kapalama Shopping Plaza
Cathy Miguel
PO Box 257
Honolulu, HI 96809-0257

Kamaaina K9 Adventures
Maile Fong
P.O. BOX 3056
Honolulu, HI 96802

Kamehameha Pu'ukahea pre-schoo
PO Box 3466
Honolulu, HI 96801-3466

KAPALAMA UKA CONDO
Landon Leu
737 Bishop St Ste 3100
Honolulu, HI 96813-3285

Kamaaina Tinting
Howard
1848 Kahakai Drive Suite #1103
Honolulu, HI 96814-4837

Kamehameha Schools -R/O
Mark Taba
PO Box 3466
Honolulu, HI 96801-3466

Kapiolani Community College
JOANNE (P) / Danielle
4303 Diamond Head Rd
ATTN: Facilities Mgmt & Auxiliary Svcs.
Honolulu, HI 96816-4421

Kamaka Air
JASMINE-AFTER 8AM
144 Palekona St
Honolulu, HI 96819

Kamehameha Waimanalo Preschool (B15ADM002)
P.O. BOX 3466
HONOLULU, HI 96801

KAPIOLANI DC INC (DEWCARET)
725 KAPIOLANI STE C109
HONOLULU, HI 96813

Kamehameha Community Learning
Bonnie Abe
P.O Box 3466
Honolulu, HI 96801

Kaneohe Atrium
Merle Sen
PO Box 1030
Kaneohe, HI 96744-1030

KAPOLEI PARK SQUARE
1287 KALANI ST., SUITE #201
Honolulu, HI 96817

Kamehameha Haleiwa Preschool
P O BOX #3466
HONOLULU, HI 96801

KANEOHE BAKERY
45-1026 KAMEHAMEHA HWY
Kaneohe, HI 96744

Kauhale Beach Club - HPH
Joe Nagi
45-180 Mahalani Pl
Kaneohe, HI 96744-2763

Kamehameha Heeia Preschool
P.O. BOX 3466
HONOLULU, HI 96801

Kaneohe Self Storage
Marlene
46-025 Alaloa St
Kaneohe, HI 96744

KAUHALE BEACH COVE R/O
LARRY
680 Iwilei Rd Ste 777
Honolulu, HI 96817-5317

Kamehameha Hoaliku Drake Presc (B15ADM002)
P.O. BOX 3466
HONOLULU, HI 96801

Kapalama Chevron
In Chul Kang
1402 N School St
Honolulu, HI 96817-1914

KAUHALE BEACH COVE, AOAO
Clifford Penaflor
680 Iwilei Rd Ste 777
C/O Touchstone Properties
Honolulu, HI 96817-5317

Kawamoto Orchids
Carol
2630 Waiomao Rd
Honolulu, HI 96816-3428

KENEKE'S
Keith
1403 Makiki St Apt 505
Honolulu, HI 96814-1377

KIEWIT PACIFIC CO.- MAKAPUU RE
1001 KAMOKILA BLVD. STE. 303
KAPOLEI, HI 96707

KBC PARTNERS
Leolani Kini
600 Kapiolani Blvd Ste 200
C/O Sofos Realty
Honolulu, HI 96813-5139

Keneke's Waimanalo
Keith
1403 MAKIKI ST #505
HONOLULU, HI 96814

KIEWIT PACIFIC CO.-VARIOUS LOC
1001 KAMOKILA BLVD. STE.305
Kapolei, HI 96707

KC Company
45-525 Luluku Street
Kaneohe, HI 96744

KEN'S AUTO FENDER
2833 KILIHAU ST.
Honolulu 96819

KIKUYA JAPANESE RESTAURANT
1311 N KING ST., #B-1
Honolulu, HI 96817

Nui Construction - F/L
Eric
PO Box 1659
Aiea, HI 96701-7659

KEOLA LA'I
Kawelu Medeiros (Res Mng)
600 QUEEN ST. #301
HONOLULU, HI 96813

Kila Construction
Melissa Whitney
91-064 Kaomi Loop
Kapolei, HI 96707-1710

Kealoha Seafood
Lyn Pasion
1328 Middle St
Honolulu, HI 96819-2403

Kevin Otto
Kevin Otto
1711 Mikahala Way
Honolulu, HI 96816-3323

Kila Construction
Melissa
91-064 Kaomi Loop
Kapolei, HI 96707-1710

Kealohi Hale Patio Homes
680 Iwilei Rd #550
Honolulu, HI 96817

KEYSTON BROTHERS
1000 HOLCOMB WOODS PKWY #STE 111
ROSWELL, GA 30076

Kila Construction
Scott
91-252 Kauhi St
Kapolei, HI 96707-1803

Kealohi Hale Patio Homes (R/O)
680 Iwilei Rd #550
Honolulu, HI 96817

Khamphou, Khouthong
Ola
PO Box 502
Kahuku, HI 96731-0502

KINAU LANAIS AOAO
775 KINALAU PLACE
Honolulu, HI 96813-2656

KEK, LLC
1045 MAPUNAPUNA ST.
HONOLULU, HI 96819

KHNL / KFVE NMC
P.O. BOX 257
HONOLULU, HI 96809

KINAU REGENT, AOAO
P.O. BOX 22752
HONOLULU, HI 96823

Kelleher
91-241 Kalaeloa Blvd # B
Kapolei, HI 96707-1817

Kid's Garden Preschool
Yuki Shoji
1339 Hunakai St
Honolulu, HI 96816-5541

Kinau Villa
Gani
332 N School St
Honolulu, HI 96817-3101

Kendall Landscaping Services
Wendi Lishman
PO Box 1103
Kailua, HI 96734-1103

KIEWIT INFRASTRUCTURE WEST
1001 KAMOKILA BLVD. #303
Kapolei, HI 96707-2092

KINAU VISTA
ADORA
1150 Kinau St # 201
Honolulu, HI 96814-1118

King Polynesian Market
Jenny
1829 Palolo Ave
Honolulu, HI 96816

KOA PANCAKE HOUSE
1139 12TH AVE.
Honolulu, HI 96816-3711

Koolau Builders
Chris Tang
730 Moowaa St Ste I
Honolulu, HI 96817-4429

KING STREET PET HOSPITAL
2016 S KING ST.
HONOLULU, HI 96817

KOA PANCAKE HOUSE - 12TH AVE.
Mr. & Mrs. Chung
1139 12TH AVE.
Honolulu, HI 96816-3711

Koolau Golf Club LLC
Ken Terao
Email Invoices to: agm@koolaugolfclub.com
Kaneohe, HI 96744-4506

Kingdom of Jesus Christ
Nora or Vinie
94-378 Pupupani St
Waipahu, HI 96797-2603

Koha Foods
Nathan Kim
500 Alakawa St Rm 104
Honolulu, HI 96817-4576

Koon ChucK Wong Inc
Michelle Gill
1451 S King St #504
C/O Koon Chuck Wong Inc
Honolulu, HI 96814-2509

KING'S GATE
P.O. BOX 4009
HONOLULU, HI 96812

KOKEA CONSTRUCTION
1602 Auiki St
Honolulu, HI 96819-3957

KRAFT HEINZ COMPANY
PO Box 982140
El Paso, TX 79998-2140

Kipuka at Hoakalei
RICHARD PORTER
737 Bishop St Ste 3100
Honolulu, HI 96813-3285

KOKO MARINA 76
234 Lunalilo Home Rd
Honolulu, HI 96825-1807

KS Kapalama PreSchool
P O BOX #3466
HONOLULU, HI 96801

KLINE - WELSH BEHAVIORAL HEALT
P.O. BOX 3045
Honolulu, HI 96820

Kokua Medical
Jonathan Neely
5314 S YALE AVE STE #420
TULSA, OK 74135-6271

KS MARKET
1330 Middle St
Honolulu, HI 96819-5618

KMart #7680
Christopher Wu
4561 Salt Lake Blvd
Honolulu, HI 96818

Kong, Richard **CUSTOMER ACCT
Richard
PO Box 5425
Kaneohe, HI 96744-9165

KUA AINA SANDWICH SHOP
P.O. BOX 932
HALEIWA, HI 96712

KNC Autoworx
Christian Ibara
96-1272 Waihona St Unit 2
Pearl City, HI 96782-1977

Kong, Richard**PERSONAL ACCT
RICHARD KONG
PO Box 5425
Kaneohe, HI 96744-9165

Kuahelani Apartments
Mike
737 Bishop St Ste 3100
c/o Associa Hawai
Honolulu, HI 96813-3285

KO ALOHA, INC.
744 KOHOU ST.
Honolulu, HI 96817

Koolani
Walters Miranda or Mike Souza
1177 Queen St
Honolulu, HI 96814-4138

KUAKINI PHYSICIANS TOWER
C/O Marcus Property Management LLC
1045 Mapunapuna St
Honolulu, HI 96819-4423

KOA APARTMENTS
2420 KOA AVE.
HONOLULU, HI 96815

KOOLANI
ED BRONSON
1177 Queen St
Honolulu, HI 96814-4138

Kuan Enterprise
Larry
1737 Silva St
Honolulu, HI 96819-3167

Kuapa Isle
Howard Tocman
156 Opihikao Way
Honolulu, HI 96825-1125

Kumelewai Court
Ismael
500 Alakawa St Rm 214
Honolulu, HI 96817-4576

Lakeview Plaza
Roy Umehira
711 Kapiolani Blvd Ste 700
Honolulu, HI 96813-5249

Kuhale Kapahulu AOAO
Clifford Penaflor
737 Bishop St #3100
C/O Associa Hawaii  (cmi1301-31231)
Honolulu, HI 96813

Kunia Farms
Kyle / Jason Brand
PO Box 227
Kunia, HI 96759-0227

Lakeview Properties LLC.
Maria Santos
PO Box 75698
Honolulu, HI 96836-0698

KUNIA GARDENS
1451 S. KING ST. #409
Honolulu, HI 96814

Lalawai Hale
Larry Tucker (PM)
PO Box 38078
Honolulu, HI 96837-1078

Kuhio Park Terrace Towers I
Tom Szabo
1475 Linapuni St Ofc 100
Honolulu, HI 96819-3577

KUKILAKILA COMMUNITY ASSOC.
525 KEOLU DR.
Kailua, HI 96734

Kunia Palms
Gerrie
332 N School St
c/o Cadmus Properties
Honolulu, HI 96817-3101

Lani Properties
50 SO BERETANIA ST #C209
˙Honolulu, HI 96813

KUKILAKILA COMMUNITY ASSOC.
Kyle Kilgreen
525 KEOLU DR.
Kailua, HI 96734

KURISU & FERGUS
1000 BISHOP ST. #810
HONOLULU, HI 96813

Lani Properties
Clinton Ho
50 S Beretania St
Honolulu, HI 96813-2208

KUKUI GARDENS-MAKAI
Billy Grutter Maint. Super
1103 LILIHA ST. #102
Honolulu, HI 96817

Kuulako Town Houses
Ryan
737 Bishop St Ste 3100
Honolulu, HI 96813-3285

LANI PROPERTIES - NANAKULI
50 S. BERETANIA ST. #C209
HONOLULU, HI 96813

Kukui Meat Market
Jonathan Lee
428 Kalihi St
Honolulu, HI 96819-3265

Kuulako Townhouses
Ryan Gilardy
737 Bishop St Ste 3100
c/o Associa Hawaii
Honolulu, HI 96813-3285

LANIAKEA PLAZA - BUILDING B
P.O. BOX 2410 Ave
C/O ECOVA
Spokane, WA 99210-2410

KUKUI PLAZA
Jeff
1255 Nuuanu Ave
Honolulu, HI 96817-4017

L A PAINTING
Amore
94-295 PUPUOLE ST., UNIT A
Waipahu, HI 96797

LANIAKEA PLAZA - GOODYEAR BIN
P.O. BOX  2410
C/O ECOVA
Spokane, WA 99210-2410

Kulana Knolls (Holiday Pick Up)
737 Bishop St Ste 3100
Honolulu, HI 96813-3285

Lake View Royal
500 ALA KAWA ST Bldg #214
Honolulu, HI 96817

LANIAKEA PLAZA - STARBUCKS
BRIANNA (MANAGER)
P.O. BOX 2410
C/O ECOVA
Spokane, WA 99210-2410

Kulana Nani
Reynaldo Dalinoc
46-229 Kahuhipa St
Kaneohe, HI 96744

Lakeview Gardens
MICHELLE
332 N School St
Honolulu, HI 96817-3101

Lanikuhana Patio Homes
Roy Dela Cruz
3179 Koapaka St
Honolulu, HI 96819-1927

Larry's Auto Parts
Vern Isono
3562 Waialae Ave
Honolulu, HI 96816-2780

Leeward Community College
Grant Okamura
96-045 Ala Ike Rd
Facilities Mgmt.& Auxiliary Services office
Pearl City, HI 96782

LEND LEASE (US) CONSTR INC.
ICARUS WAY RED HILL
, HI

LARUE, SCOTT J.
792 Mokapu Rd
Kailua, HI 96734-1629

Leeward Schools
Leeward Schools: CO-10543
729-B  Kakoi Street
Honolulu, HI 96819

Lend Lease (US) Pub.Part.LLC
Craig Constant
2104 Ulrich Way
Schofield Barracks, HI 96857

LAU LAU PROPERTIES
2920 S KING ST., SUITE #1001
HONOLULU, HI 96826

Legacy Wireless - COD
Jesse
1321 Hart St #8
Honolulu, HI 96817

LEND LEASE (US) PUBLIC PART.
Chas Nakaahiki
201 Ohana Nui Cir
Hickam AFB-(No.#1210456
Honolulu, HI 96818-4503

LAU LAU PROPERTIES, INC.
2920 S KING ST., SUITE #1001
HONOLULU, HI 96826

Legacy Wireless Construction
Lisa Taumuli
1321 Hart St #8
Honolulu, HI 96817

LEND LEASE (US) PUBLIC PART.
2104 Ulrich Way
Schofield Barracks, HI 96857

Laulea Townhouse
Honcho
737 Bishop St Ste 3100
Honolulu, HI 96813-3285

LEHUA NANI
P.O. BOX 4009
HONOLULU, HI 96812

LEND LEASE (US) PUBLIC PART.
JENNIFER SENATORE
2104 Ulrich Way
Schofield Barracks, HI 96857

Laverne's Catering
Renee
94-491 Ukee St
Waipahu, HI 96797-6203

Leisure Heritage AOAO
Marcelino Ramos
711 Kapiolani Blvd Ste 700
Honolulu, HI 96813-5249

Lend Lease Public Partnerships
2104 Ulrich Way
Schofield Barracks, HI 96857

Ledford, Cathy
98-1982 Hapaki St.
Aiea, HI 96701

LEND LEASE - F/L
2104 ULRICH WAY
SCHOFIELD BARRACKS, HI 96857

LEND LEASE- RED HILL
2104 ULRICH WAY
SCHOFIELD BARRACKS, HI 96857

LEE, FRANCIS
153 WEST SWEETBRIAR LANE
SAROTOGA, UT 84045

LEND LEASE - R/O COMMUNI
2104 ULRICH WAY
SCHOFIELD BARRACKS, HI 96857

Lend Lease(US)Part.Part.LLC
Adel Tabor
2104 Ulrich Way  ATTN:  Accts  Payable
Schofield Barracks, HI 96857

Lee's Garage
Bruce Lee
844 Ilaniwai St
Honolulu, HI 96813-5223

LEND LEASE - R/O LYMAN R
2104 ULRICH WAY
SCHOFIELD BARRACKS, HI 96857

Le's Transmission
Le
1409 Colburn St #C
Honolulu, HI 96817-4968

Leeward Comm. College- (Comp)
Grant Okamura
96-045 Ala Ike Rd.
Facilties Mgmt. & Auxiliary Services
Pearl City, HI 96782

Lend Lease - Santa Fe IPC
Julio Landivar
2104 Ulrich Way
Service Order #1250685
Schofield, HI 96857

LEVLYN CORPORATION
99-1233 HALAWA VALLEY ST., UNIT B
Aiea, HI 96701

LEVLYN CORPORATION - 99-1444
99-1233 HALAWA VALLEY
AIEA, HI 96701

Lion's Limousine
Sung Kim
1038 Kapahulu Avenue
Honolulu, HI 96816

Lone Star Motosports
Linne
1006 Mikole St
Honolulu, HI 96819-4317

LEVLYN CORPORATION - KOAHA
99-1233 HALAWA VALLEY
AIEA, HI 96701

LISA LLEWELLYN
LISA
5962 Haleloa St
Honolulu, HI 96821

Longevity International Ent.
Rico Del Rosario
100 N Beretania St Ste 304
Honolulu, HI 96817-4724

Likini West
Leo Tom
737 Bishop St #3100
C/O Associa Hawaii   (cmi1180-31231)
Honolulu, HI 96813

Lithia Auto Group
Charlie Wong
PO Box 2410
Spokane, WA 99210-2410

Longs - Kahala
Steve
4211 Waialae Ave
Honolulu, HI 96816-5319

LILIHA HEALTH CARE CENTER
1814 LILIHA ST.
Honolulu, HI 96817

Lithia Automotive
Bob Risner
PO Box 2410
Spokane, WA 99210-2410

Longs / CVS Pharmacy - R/O
415 Day Hill Rd
Windsor, CT 06095-1712

LILIHA SQUARE SHOPPING CENTER
1314 S. KING ST. #314
HONOLULU, HI 96814

LITTLE VILLAGE NOODLE HOUSE
1113 SMITH ST.
HONOLULU, HI 96817

LONGS KAIMUKI CVS# 9164
Po Box 3227
c/o Olympic Wire and Equipment
Newport Beach, CA 92659-0859

LILIHA SQUARE, AOAO
711 KAPIOLANI BLVD #700
Honolulu, HI 96813-5249

LIU TRADING COMPANY
638 N. KING ST
HONOLULU, HI 96817

Longs Moiliili
2220 South King St.
Honolulu, HI 96826

LINDEMANN, WILLIAM
500 ALA KAWA ST., UNIT 216-J
Honolulu, HI 96817

LLMC
Michael Twu
P.O. BOX 1599
KANEOHE, HI 96744

LOVE'S BAKERY
Rob Hicks
911 Middle St
Honolulu, HI 96819-2317

Lin's Market
James Lin
762 Queen St
Honolulu, HI 96813-5206

Local Motion Inc.
Peggy Chan
870 Kawaiahao St
Honolulu, HI 96813-5208

Lowe's Iwilei- (Store#2336)
3 Dickinson Dr Ste 103
Chadds Ford, PA 19317-8800

LIOLIO
PO Box 38078
Honolulu, HI 96837-1078

LOCO MOCO DRIVE INN
91-919 FORT WEAVER RD.
Ewa Beach, HI 96706

LS AUTOMOTIVE
94-165 LEONUI ST., SHOP F
WAIPAHU, HI 96797

LIOLIO
Bob or Carol
1165 Bethel St
2nd Floor - C/O Liolio
Honolulu, HI 96813-2205

Lola's Grill and Pupu
Doug Morrison
6847 Niumalu Loop
Honolulu, HI 96825-1646

Luana Waikiki AOAO
CLEM (GM)
2045 Kalakaua Ave
Honolulu, HI 96815-5118

LUNALILO HOMES
Leticia Manning
501 KEKAULUOHI ST
Honolulu, HI 96825

Macy's
415 Day Hill Rd
C/O Waste Management
Windsor, CT 06095-1712

MAKAKILO HALE I
PO Box 4009
Honolulu, HI 96812-4009

Lynden Air Freight
Ken Hodges
PO Box 3996
Seattle, WA 98124-3996

Macys Logistics (MLO880028)
Chelsea Wade
PO Box 9208
Old Bethpage, NY 11804-9208

MAKAKILO HALE II
P.O. BOX 4009
HONOLULU, HI 96812

LYNWYD
PO Box 4009
Honolulu, HI 96812-4009

MAHI KO AT WAIKELE
PO Box 4009
C/O Hawaiiana Management
Honolulu, HI 96812-4009

MAKAKILO MALA
P.O. BOX 4009
HONOLULU, HI 96812

LYZ, INC.-R/O
378 N SCHOOL ST., SUITE #201
HONOLULU, HI 96817-3101

MAINSCAPE, INC.
13418 BRITTON PARK ROAD
Fishers, IN 46038-3583

Makalapa Manor Apartments
Armon Wilson
PO Box 35076
Honolulu, HI 96837

M. DYER & SONS
98-054 KULEANA ST.
PEARL CITY, HI 96782

MAINSCAPE, INC.
Adam Casey
13418 Britton Park Rd
ATTN:  KATIE LEWIS
Fishers, IN 46038-3583

MAKEPONO TRANSFER STATION
1114 MAKEPONO ST
HONOLULU, HI 96819

M. DYER & SONS - ON CALL
ERIC
98-054 Kuleana Rd
Pearl City, HI 96782-3237

MAKAHA BEACH CABANAS
Greg Roe
84-965 Farrington Hwy
Waianae, HI 96792-2044

Makiki Christian Church
Yumi Fujinami
829 Pensacola St
Honolulu, HI 96814-2217

M. Shiroma Painting
Eden Jara
94-321 Leonui St
Waipahu, HI 96797-2371

Makaha Shores
Cat Sipe
84-265 Farrington Hwy
Waianae, HI 96792-1864

Makiki Christian Church
Yumi Fujinami
829 Pensacola St
Honolulu, HI 96814-2217

M. TASAKA & SONS, LTD.
2734 Nakookoo St.
Honolului, HI 96826

Makaha Shores
Vernon Keliikipi
711 Kapiolani Blvd Ste 700
Honolulu, HI 96813-5249

MAKIKI CLIFFS
DUNCAN GRAHAM
737 Bishop St Ste 3100
Honolulu, HI 96813-3285

MAC PRODUCTS
1627 REPUBLICAN ST
Honolulu, HI 96819

Makakilo Gardens 1
Holly Frank
PO Box 4009
Honolulu, HI 96812-4009

MAKIKI PALMS
711 KAPIOLANI BLVD #700
C/OHAWAIIANA MANAGEMENT
Honolulu, HI 96813-5249

MACY'S
415 Day Hill Rd
C/O Waste Management
Windsor, CT 06095-1712

MAKAKILO GARDENS I
92-685 MAKAKILO DR
Kapolei, HI 96707

MAKIKI PLAZA
Clifford Penaflor
737 Bishop St Ste 3100
Honolulu, HI 96813-3285

MAKIKI REGENT
P.O. BOX 22752
HONOLULU, HI 96823

Manawa at Mehana
John Crocker
711 Kapiolani Blvd Ste 700
Honolulu, HI 96813-5249

MARCO POLO AOAO, INC.
LINDA MORISHITA
2333 KAPIOLANI BLVD. #207
HONOLULU, HI 96826

MAKIKI TOWERS
680 IWILEI RD #STE 777
C/O TOUCHSTONE PROPERTIES
HONOLULU, HI 96813

Manila Delights
Al Garcia
91-1001 Keaunui Dr #140
Almario Garcia
Ewa Beach, HI 96706-6327

Marcus Construction Services
Kim Villarmia
1045 Mapunapuna St
Honolulu, HI 96819-4423

MAKIKI WEST
P.O. BOX 38078
Honolulu, HI 96837

Manoa Cottage Care Home
Jonathan Shim
2035 Kamehameha Ave
Honolulu, HI 96822-2102

MARCUS CONSTRUCTION SERVICES L
1045 MAPUNAPUNA
HONOLULU, HI 96819

MAKOA PROPERTIES
1824 KAHAI ST.
HONOLULU, HI 96819

Manoa Tree Top Restaurant
Larry Ha'anio
3737 Manoa Rd
Paradise Park Manoa
Honolulu, HI 96822-1125

Marie Louise Fine Garment Cleaner Inc.
Wendy Tia
331 Kamani St
Honolulu, HI 96813-5324

Malama Market
Willy Devera
92-585 Makakilo Dr
Kapolei, HI 96707-1271

Manoa Valley Inn
Mark Glen
4348 Waialae Ave # 334
Honolulu, HI 96816-5767

Marimed Foundation
Frank Shivers
45-021 Likeke Pl
Kaneohe, HI 96744-2426

Malolo Business Center
Mei Li Pascua
PO Box 560261
The Colony, TX 75056-0261

Manoa Valley Theatre
Sara
2833 East Manoa Rd
Honolulu, HI 96822-1823

Marin Tower
60 N. Nimitz Hwy.
Honolulu, HI 96817

MANAGE HAWAII, LLC
1888 Kalakaua Ave. Suite 312-401
HONOLULU, HI 96815

MANSON PRODUCTS, INC.
1618 Kalani St
Honolulu, HI 96817-4924

MARIN TOWER - COMMERCIAL
60 N. Nimitz Hwy
HONOLULU, HI 96817

MANAI HALE
Lillian McCarthy
680 IWILEI RD STE #777
C/O TOUCHSTONE PROPERTIES LTD
Honolulu, HI 96817

Mapco
Tracy Pacarro
1004 Makepono Street #Building B
Honolulu, HI 96819

MARIN TOWER - RESIDENTIAL
60 N. Nimitz Hwy
HONOLULU, HI 96817

Manao Properties LLC.
Maria Santos
PO Box 75698
Honolulu, HI 96836-0698

Marathon Equipment Company
P O Box 1798
Vernon, AL 35592

MARINA BUSINESS-WHSE RENT
BB#01 -39238-CHA001
P.O. BOX 2021
WARREN, MI 48090-2021

Manaolana Partners, LLC
11111 Santa Monica Blvd Ste 2250
Los Angeles, CA 90025-7201

Marble Group
Ray Bella
169 Kokololio Pl
Honolulu, HI 96821

Marine Agrifuture
Wen-Hao Sun
PO Box 423
Kahuku, HI 96731-0423

MARINE SPILL RESPONSE CORP.
179 Sand Island Access Rd Ste A
Honolulu, HI 96819-4936

Mass Electric Construction Co.
Andrew
PO Box 452500
Omaha, NE 68145-2500

MATSON TERMINAL (F & M)
1411 SAND ISLAND PARKWAY
HONOLULU, HI 96819

Mariner's Cove Association
Joe
Po Box 38078 Rd
Honolulu, HI 96837

Masterpiece Construction
Chris
281 N Vineyard Blvd Apt 104
Honolulu, HI 96817-3945

MATSON TERMINAL (PALLET YARD)
1411 SAND ISLAND  PARKWAY
Honolulu, HI 96819

MARINERS PLACE
737 Bishop St Ste 3100
Honolulu, HI 96813-3285

MATLOCK HALE
P.O. BOX 4009
HONOLULU, HI 96812

MATSON TERMINAL-CVS/OCEAN TOWE
1411 SAND ISLAND  PARKWAY
Honolulu, HI 96819

MARKET CITY SHOPPING CENTER
3660 WAIALAE AVE STE #310
Honolulu, HI 96816-3259

MATSON  NAVIGATION
1411 SAND ISLAND  PARKWAY
Honolulu, HI 96819

MATSON TERMINALS, INC.
1411 SAND ISLAND PARKWAY
ATTN:  PURCHASING DEPT.
HONOLULU, HI 96819

Mark's Japanese European Auto
Mark
46-217 Kahuhipa St Ste 16
Kaneohe, HI 96744-3901

MATSON NAVIGATION PAINT & RIGG
1411 SAND ISLAND PARKWAY
HONOLULU, HI 96819

Maui Bay Shirts
Alan Sabate
1806 Kalani St
Honolulu, HI 96819-5004

MARMOL HAWAII, INC.
759 PUULOA ROAD
HONOLULU, HI 96819

MATSON TERMINAL
Mike Lee
1411 SAND ISLAND PARKWAY
HONOLULU, HI 96819

MAUNAKEA MARKET PLACE
1120 MAUNAKEA ST., SUITE 200
HONOLULU, HI 96817

Martin Transportation Services
Christina Nakamatsu
349 Hookela Pl
Honolulu, HI 96819-4316

MATSON TERMINAL
1411 SAND ISLAND PARKWAY
HONOLULU, HI 96819

Maunakea Market Place
Teddy
1120 Maunakea St Ste #200
Honolulu, HI 96817

Maryknoll Grade School (FL)
Lester Oshiro
1526 Alexander St
Honolulu, HI 96822-4940

MATSON TERMINAL - R/O ON CALL
1411 SAND ISLAND PARKWAY
HONOLULU, HI 96819

MAUNAWILI RANCH
1015 Auloa Rd
Kailua, HI 96734-4606

MASA'S CAFETERIA
910 Mapunapuna St
Honolulu, HI 96819-4416

MATSON TERMINAL - RO F & M
1411 SAND ISLAND PARKWAY
HONOLULU, HI 96819

MAX'S OF MANILA
MALY (OWNER
801 DILLINGHAM BLVD., #108
HONOLULU, HI 96819

Mass Electric
Ben
99-1056 Iwaena St
Aiea, HI 96701

MATSON TERMINAL - RO/CFS
1411 SAND ISLAND PARKWAY
HONOLULU, HI 96819

MCBH Facilities Department
MERLE WALKER
PO Box 63082
Facilities Dept.
McBh Kaneohe Bay, HI 96863-3082

McCABE, HAMILTON & RENNY CO.
P.O. BOX 210
Honolulu, HI 96810-0210

Mehana at Kapolei
Malcolm
711 Kapiolani Blvd
C/O HAWAIIANA MANAGEMENT
Honolulu, HI 96813-5237

MID PAC PETROLEUM
Mary Balbas
PO Box 2410
Spokane, WA 99210-2410

McCully Cue
Sandy
1814 Algaroba St
Honolulu, HI 96826-2604

Meheula Hale Patio Homes
Richard Brady
737 Bishop St #ste3100
Honolulu, HI 96813

MIDTOWN INVESTMENTS
733 Bishop St Ste 151
Honolulu, HI 96813-4014

McCully Garden Apts.
Leslie Kau
1330 Ala Moana Blvd Apt 1105
c/o Charles Wong
Honolulu, HI 96814-4202

Mercedes Benz of Honolulu
Tony Ortiola
818 Kapiolani Blvd
Honolulu, HI 96813-5321

Mike Watanabe Farm, LLC
Mike Watanabe
PO Box 971200
Waipahu, HI 96797-8200

McDonalds Corporation - #01206
CUSTOMER SERVICE
PO Box 70
C/O SLM WASTE & RECYCLING SVCS.
Green Lane, PA 18054

MERIT PROPERTIES/YANAGIDA ENT.
1436 YOUNG ST.,STE 310
HONOLULU, HI 96814

Mike's Bake Shop
99-564 Hoio St
Aiea, HI 96701-3401

MCKILLICAN AMERICAN, INC.
2858 KAIHIKAPU ST.
Honolulu, HI 96819

Merriman, Paul
91-226 Kauhi Street, #3A
Kapolei, HI 96707-1884

MIKI'S DRIVE INN
1009 Kapiolani Blvd Apt 4706
Honolulu, HI 96814-2189

McLaren Masonry
705 Kahoa Dr
Kailua, HI 96734

MEXICO RESTAURANT
1247 N SCHOOL ST.
HONOLULU, HI 96817

Mililani Building
Suzie Setzler
820 MILILANI ST. #100
c/o Jones Lang LaSalle Americas, Inc.
Honolulu, HI 96813-2924

MCNEIL WAREHOUSE
P.O. BOX  257
HONOLULU, HI 96809

MH ELECTRIC
2688 G KILIHAU ST
HONOLULU, HI 96819

MILILANI GARDEN HOMES II
737 Bishop St. Ste #3100
Honolulu, HI 96813

MEADOW GOLD DAIRIES
MICHAEL
925 Cedar St
Honolulu, HI 96814-2384

MICHEL'S AT THE COLONY SURF
2895 Kalakaua Ave
Honolulu, HI 96815-4003

Mililani Manor
Mike Baker
737 Bishop St Ste 3100
Honolulu, HI 96813-3285

MEDCAH INC.
P O BOX 1187
Kailua, HI 96734

Micronesia Imports
Archie
905 Hikina Ln # 01
Honolulu, HI 96817-4537

MILILANI PARKWAY
711 KAPIOLANI BLVD. #700
Honolulu, HI 96813

MEG'S DRIVE IN LLC
743  WAIAKAMILO RD
Honolulu, HI 96817

Mid City Restaurant Supply
Bob Vavul 845-5755
500 Alakawa St Rm 118
Honolulu, HI 96817-4576

Mililani Terrace
Kevin
680 Iwilei Rd #777
c/o Touchstone Properties
Honolulu, HI 96817-5388

MILO NURSERY
41-984 KAKAINA PL
WAIMANALO, HI 96820

Moililian
Eva
PO Box 61361
Honolulu, HI 96839-1361

MR.KINGO YAMADA
4476 Pahoa Ave
Honolulu, HI 96816-5450

MIRAMAR AT WAIKIKI
2345 KUHIO AVE.
Honolulu, HI 96815

Mokuleia Beach Apartments
Les Fernandez
737 Bishop St Ste 3100
Honolulu, HI 96813-3285

MT. TERRACE
250 KAWAIHAE ST.
HONOLULU, HI 96825

MITS ENTERPRISES, INC.
1336 Dillingham Blvd
Honolulu, HI 96817-4437

MOKULEIA SHORES AOAO
737 Bishop St. Ste #3100
c/o Associa Hawaii(cmi036-14251)
Honolulu, HI 96813

Mulvadi
Steve Mulgrew
PO Box 235231
Honolulu, HI 96823-3503

MNR Roofing and Rain Gutter
Roger- 772-0603
91-222 Ewa Beach Rd
Ewa Beach, HI 96706-2941

MONTE VISTA
P.O. BOX 4009
HONOLULU, HI 96812

Muramoto, Howard
Howard
1030 15th Ave
Honolulu, HI 96816-3632

MOANA KAI
PO Box 4009
Honolulu, HI 96812-4009

Moon Garden Restaurant
Eric Young
578 N Vineyard Blvd
Honolulu, HI 96817-3833

MUSGRAVE, SANDEE
P.O. BOX 295
KAILUA, HI 96734

Moana Pacific
1296 Kapiolani Blvd
Honolulu, HI 96814-2888

Moped Garage
Joel Pena
505 Kamani St
Honolulu, HI 96813-5227

Musicians Association Hawaii
Jojo Koko
949 Kapiolani Blvd
Honolulu, HI 96814-2128

MOANALUA HILLSIDE APARTMENTS
LATARRA RIVERA
1229 Ala Kapuna St Ste 101
Honolulu, HI 96819-4619

Morden Flooring
Vitali
2001 Democrat St
Honolulu, HI 96819-2268

MUTUAL PLUMBING
2812 AWAAWALOA ST
Honolulu, HI 96819

MOBILE FLEET HAWAII, LLC
2850 Kaihikapu St
Honolulu, HI 96819

Mott Smith Laniloa
Richard Larson
1717 Mott Smith Dr #400
Honolulu, HI 96822

MUTUAL WELDING -  KAPOLEI
2846 UALENA ST.
HONOLULU, HI 96819

MOBILE FLEET HAWAII, LLC
Aysha
2850 Kaihikapu St
Honolulu, HI 96819

Mountain Apple Company
Deidre
PO Box 22569
Honolulu, HI 96823-2569

MUTUAL WELDING CO-AHUA
2846 UALENA ST.
Honolulu 96819

Mobotech
Leo Machado
927 Owen St
Honolulu, HI 96819-4539

MR. SANDMAN, INC
697  AHUA ST*
HONOLULU, HI 96819

MWR
GEORGE PASCO JR
1598 FORT SHAFTER FLATS BLDG 1598
Fort Shafter, HI 96858

MYUNG YOUNG KIM
2122 KALIAWA ST.
Honolulu, HI 96819

NANALA
P.O. Box 4009
Honolulu, HI 96812

NCTAMS PAC
William Soriano
1942 Gaffney St Ste 100
Pearl Harbor, HI 96860-4549

Nakasato Contracting
Lara
1015 Paapu St
Honolulu, HI 96819-4344

NANEA KAI
P.O. BOX 4009
HONOLULU, HI 96812

NEIMAN MARCUS
BILL WILCOXON
PO Box 2998
Phoenix, AZ 85062-2998

NAKATANI FARMS, INC.
94-1096 LUMI ST.
WAIPAHU, HI 96797

NANIWA GARDENS AOAO
1314 S King St Ste 622
Honolulu, HI 96814-1941

NEIMAN MARCUS
Andrew Nordquist
PO Box 2998
c/o Republic Services National Accts
Phoenix, AZ 85062-2998

NAKOA, MARY PU
86-181 MAILIILII RD
Waianae, HI 96792

NAPA DC - #4590000 c/o Republic Services
P.O. BOX 2998
PHOENIX, AZ 85062

Ness Turf Equipment
Alyssa Konia
91-220 Kalaeloa Blvd
Kapolei, HI 96707

Nalanui AOAO Apartments
Sharlene Nahale
636 Nalanui St Apt 307
Honolulu, HI 96817-3058

NAPA RGIS #4591140
P.O. BOX 2998
PHOENIX, AZ 85062

New Diner
1333 N. King St.
Honolulu, HI 96817

Nalanui Hale
737 Bishop St Ste 3100
Honolulu, HI 96813-3285

NAPA RGIS #4591180
P.O. BOX 2998
PHOENIX, AZ 85062

NEW HOPE CHRISTIAN FELLOWSHIP
290 Sand Island Access Rd
Honolulu, HI 96819-2228

Namahana Terrace
Divona Cox
1330 S Beretania St #200
c/o Century 21 Realty Specialist
Honolulu, HI 96814-1500

NATIONAL CARPET
1623 DEMOCRAT ST.
Honolulu, HI 96819

New Hope Kapolei (Waipahu)
Brian Corpuz
94-199 Leonui St #1B
Waipahu, HI 96797-2250

NAN, INC.
Steven
636 LAUMAKA ST.
Honolulu, HI 96819-2312

National Industrial Tire
Roxann Souza
PO Box 17826
Honolulu, HI 96817-0826

New Mui Kwai Chop Suey
Alan Fong
45-1052 Kamehameha Hwy
Kaneohe, HI 96744-3253

NAN, INC. Job 15-03007
636 Laumaka St
Honolulu, HI 96819-2312

NAURU TOWER
1330 ALA MOANA BLVD. #205
HONOLULU, HI 96814

NEW TOWN & COUNTRY STABLES
41-1800 KALANIANAOLE HWY.
WAIMANALO, HI 96795

NAN, INC.- VARIOUS FEL
636 LAUMAKA ST.
Honolulu, HI 96819-2312

Navy Facilities - NAVFAC
Bldg 159 Russell Ave.
Pearl Harbor, HI 96860

NEW YORK TECH BUILDING
P.O. BOX 257
HONOLULU, HI 96809

Nicos Pier 38
Patty
1129 N Nimitz Hwy
Honolulu, HI 96817-4522

NORDIC PCL - KA MAKANA ALII
1099 ALAKEA ST. #1600
Honolulu, HI 96813

NOVA GROUP, INC. - F/L
P.O. BOX 4050
NAPA, CA 94558

NIIHAU APARTMENT
P.O. BOX 38078
Honolulu, HI 96837

Norpac Fisheries Export
1535 COLBURN ST.
Honolulu, HI 96817

NT Automotive, LLC
Noreen Nitta
1316 Kaumualii St Ste 1
Honolulu, HI 96817-4406

Ning, Sam
Sam Ning
1702 Kewalo St Apt 906
Honolulu, HI 96822-5502

North School Apartments
Craig Hanashiro
2146 Halakau St
Honolulu, HI 96821-2604

NUNES AUTOBODY & PAINT, INC.
1620 KAHAI ST.
Honolulu, HI 96817

Nippon Express
Toru Tanaka
3375 Koapaka St
Honolulu, HI 96819-1800

North Shore Marketplace
PO Box 3467
Honolulu, HI 96801

NUUANU GARDEN APTS. C/O ERNIE
1357 Kapiolani Blvd Ste 1400
Honolulu, HI 96814-4534

Niupia Land Company LPT
Billy Pratt
Po Box 1020
Honolulu, HI 96808-1020

NORTH SHORE MARKETPLACE LLC
Sofia - AP
PO Box 3467
Honolulu, HI 96801-3467

NUUANU HALE / LILIHA HEALTHCAR
2900 PALI HWY.
Honolulu, HI 96817

No Ka Oi Auto Repair
Michael Santos
720 Moowaa St #A1
Honolulu, HI 96817-4430

North Shore Shrimp Truck
PO Box 478
Waialua, HI 96791

NUUANU SHOPPING PLAZA
NUUANU SHOPPING PLAZA
 P.O. BOX 2021
WARREN, MI 48090-2021

Noholoa Hale (12/26 and 1/2)
1330 South Beretania St., Suite 200
Honolulu, HI 96814

North Shore Soap Factory
Jerry Driscoll
PO Box 209
Waialua, HI 96791-0209

NUUANU TERRACE
P.O. BOX 4009
HONOLULU, HI 96812

NOHONA AT KAPOLEI
711 KAPIOLANI BLVD. #700
HONOLULU, HI 96813

North Star Scientific
Lianne Uyehara
91-238 Kalaeloa Blvd
Kapolei, HI 96707-1847

O SUNG AUTOBODY
Kyu Sun Cho
1229 N King St
Honolulu, HI 96817-3314

NORDIC CONSTRUCTION, LTD
1099 Alakea St #1600
Honolulu, HI 96813-4500

Northshore Salon Spa
Kandice Lau
66-160 Kamehameha Hwy
Haleiwa, HI 96712-1423

Oahu Battery Sales and Service
Clifford Mizumoto
409 Kamehameha Hwy
Pearl City, HI 96782-3219

NORDIC CONSTRUCTION, LTD
1099 Alakea St #1560
Honolulu, HI 96813-4500

NOVA GROUP, INC.
P.O. BOX 4050
NAPA, CA 94558

Oahu Construction &Consultants
Eric Nedzweckas
91-444 Komohana Street Unit F
Kapolei, HI 96707

OAHU NOODLE
1924 N KING ST.
HONOLULU, HI 96819

OHANA ENVIRONMENTAL CONSTRUCTI
2968 Ualena St
Honolulu, HI 96819

Olino at Mehana FL
Shane
711 Kapiolani Blvd #700
c/o Hawaiiana Management
Honolulu, HI 96813-5237

Ocean Pointe
Leslie Chang
737 Bishop St Ste 3100
Honolulu, HI 96813-3285

OHANA GREENHOUSE
2014 Republican St
Honolulu, HI 96819-2209

One Ala Moana
Davie Felipe
1555 Kapiolani Blvd
Honolulu, HI 96814-4551

Ocean Wood Craft
Ciel Tierra
1171 Uluopihi Loop
Kailua, HI 96734

Ohana Military Communities
PO Box 111220
Carrollton, TX 75011-1220

ONE ARCHER LANE
801 S. KING ST.
Honolulu, HI 96813

Oceanfront Hawaii Inc.
Kyle Yokoyama
1440 Kapiolani Blvd Ste 1010
Honolulu, HI 96814-3613

Ohana Pacific Auto Group
Young
754 Queen St
Honolulu, HI 96813-5206

One Archer Lane
Robert Allman
801 S. KING ST.
Honolulu, HI 96813

Oceanic Co (Pearl Harbor)
PO Box 700669
Kapolei, HI 96709

OILS OF ALOHA
P.O.Box 252
Kunia, HI 96759

ONE KALAKAUA
Robert Sarae
1314 KALAKAUA AVE.
Honolulu, HI 96826

Oceanic Co RO (PH Svc Station)
PO Box #700669
Kapolei, HI 96709

Okada Trucking
Jon Kunimura
818 Moowaa St
Honolulu, HI 96817-4407

ONE SOUTH KING, LLC
33 S King St Ste 600
Honolulu, HI 96813-4327

Oceanside Hawaii
Nui
53-594 Kamehameha Hwy
Hauula, HI 96717-9648

OKAMURA, GARY CONTRACTING
1042 Hunakai St
Honolulu, HI 96816-4611

ONE WATERFRONT
Sterling Paulo
415 South St
Honolulu, HI 96813-5052

OCEANSIDE MANOR
737 Bishop St Ste 3100
Honolulu, HI 96813-3285

OKAMURA, M CONTRACTOR
Amy
1942 Metcalf St Apt A
Honolulu, HI 96822-6306

Ono Construction LLC
91-284 KOMOHANA ST.
Kapolei, HI 96707

Office Max #767
2207 E. ONTARIO ST.
Philadelphia, PA 19134-2615

OKIMURA, LLC dba CHIBA-KEN
468 Ena Rd
Honolulu, HI 96815-1734

Ono Construction-F/L
Carol
91-284 Komohana St
Kapolei, HI 96707-1704

OHANA ENVIRONMENTAL CONST.
2968 UALENA STREET
HONOLULU, HI 96819

OLALOA RETIREMENT COMMUNITY
CONRAD SAKAMOTO
95-1050 Makaikai St
Mililani, HI 96789-4313

Ono Steak & Shrimp Shack
Keoki
PO Box 225
Waimanalo, HI 96795-0225

Ono Sushi and BBQ
Stella
1805 Liliha St
Honolulu, HI 96817-2325

OUTRIGGER MALIA
Maintenance
2375 KUHIO AVE.
HONOLULU, HI 96815

Pacific Aggregate / IPD - R/O
P.O. Box 9
Waianae, HI 96792-3446

Opua Hale Patio Homes - HPH
Glen Suzuki
737 Bishop Street #3100
Honolulu, HI 96813

OUTRIGGER REEF HOTEL
MANDY CRUZ
2169 KALIA  RD
HONOLULU, HI 96815

PACIFIC AVIONICS, INC.
R.SCOTT FRAZIER
100 Kaulele Place, #1
Honolulu, HI 96819-1895

Oriental Cabinet and Granite
Jean
1320 Kalani St
Honolulu, HI 96817

OUTRIGGER REEF HOTEL - F/L
2169 KALIA ROAD
HONOLULU, HI 96814

Pacific Beach Hotel
Rick Inouye
2490 Kalakaaua Ave
Honolulu, HI 96815

OTIS - R/O
JAVIER (P) CASEY (M)
863 Halekauwila St Ste 4
Honolulu, HI 96813-5325

OUTRIGGER SHOPS - R/O
2330 KUHIO AVE./MEZZANINE
Honolulu, HI 96815

Pacific Beach Hotel
Rick Inouye
2490 Kalakaua Ave
Honolulu, HI 96815-3240

OTIS ELEVATOR
Colin
863 HALEKAUWILA ST. #4
Honolulu, HI 96813-5325

Outrigger Waikiki
2335 Kalakaua Ave
HON, HI 96815

Pacific Beach Hotel
Rick Inouye
2490 Kalakaua Ave
Honolulu, HI 96815-3240

Outback Steakhouse - #0904
131 NW 43rd St
Boca Raton, FL 33431-4254

OUTTAPHONE, CHUE
CHUE OUTTAPHONE
PO Box 659
Kahuku, HI 96731-0659

Pacific Building Envelop
Kevin Amin
PO Box 167
Honolulu, HI 96810-0167

Outback Steakhouse #0905
131 NW 43rd St
Boca Raton, FL 33431-4254

Over The Rainbow Eats
Ben Smith
91-212 Makalea St
Ewa Beach, HI 96706-5917

PACIFIC COURIER  INC.
Kaelin 859-585-3729
PO Box 17865
Attn: Accounts Payable
Honolulu, HI 96817-0865

Outback Steakhouse #0907
Sarah
131 NW 43rd St
Boca Raton, FL 33431-4254

Ozzy's Construction
Ozzy
905 Kalanianaole Hwy Spc 2503
Kailua, HI 96734-4661

Pacific Courier Inc.
Kaelin
17865 PO Box
Attn: Accounts Payable
Honolulu, HI 96817-0865

OUTRIGGER - EAST
2375 Kuhio Ave
Honolulu, HI 96815-2939

PACHECO, MICHAEL
MIKE PACHECO
91-1063 Hamana St
Ewa Beach, HI 96706-3940

PACIFIC CUP
91-312 B KOMOHANA ST.
KAPOLEI, HI 96707

OUTRIGGER CANOE CLUB
2909 Kalakaua Ave
Honolulu, HI 96815-4643

PACIFIC AGGREGATE / IPD
P.O. BOX 9
Waianae, HI 96792

PACIFIC EXPRESS
1150 Sand Island Pkwy
Honolulu, HI 96819-4346

Pacific Golf & Turf
Robert
PO Box 16758
Portland, OR 97292-0758

Pacific Rim Glass Tinting
Keith Condon
111 Hekili St # 184
Kailua, HI 96734-2800

PALM VILLAS - R/O
Philip
737 Bishop St Ste 3100
Honolulu, HI 96813-3285

PACIFIC HOME, INC.
SCOTT NUNNERY
744 Ala Moana Blvd
Honolulu, HI 96813-5504

PACIFIC SAUSAGE CO., INC.
1818 REPUBLICAN ST.
HONOLULU, HI 96819

Palo Alto
Diana Doerr
711 Kapiolani Blvd Ste 700
c/o Hawaiiana Management
Honolulu, HI 96813-5249

PACIFIC INDUSTRIAL PRODUCTS
PO Box 19096
Honolulu, HI 96817-8096

PACIFIC TRACTOR & EQUIPMENT, L
P.O. BOX 860717
Wahiawa, HI 96786

Palolo Restaurant
Shirley Tong
1827 Palolo Ave
Honolulu, HI 96816-2947

PACIFIC INTERNATIONAL CONDOMIN
P.O. BOX 4009
HONOLULU, HI 96812

Pacific Village Recreation Center
Sue
711 Kapiolani Blvd Ste 700
Honolulu, HI 96813-5249

Pan Pacific Foods
Marcia Modisette
197 Sand Island Access Rd #104
Honolulu, HI 96819-4901

PACIFIC ISLAND BIBLE CHURCH
95-075 WAIKALANI DR.
MILILANI, HI 96789

PACIFIC WESTERN
Fred
94 LEOWAENA ST #155
WAIPAHU, HI 96797

Pantheon Holdings Company
Bridget Sawai
600 Kapiolani Blvd #200
Honolulu, HI 96818

PACIFIC MARINA INN
Glenn
2082 Michelson Dr Ste 302
Irvine, CA 92612-1214

PACIFICA HONOLULU
1009 KAPIOLANI BLVD.
HONOLULU, HI 96814

PARADISE FLOORING
727 Waiakamilo Rd Ste B12
Honolulu, HI 96817-4300

PACIFIC OHANA MASONRY & LANDSC
P.O. BOX 516
KAHULUI, HI 96732

PACIFIKOOL
718 BANNISTER ST
Honolulu, HI 96819

PARADISE PARK
3737 Manoa Rd
Honolulu, HI 96822-1125

Pacific Pipe Company
Ken Ota
1255 KUALA ST.
Pearl City, HI 96782

Pae Ko Gardens
Valaurie Bohnie
711 Kapiolani Blvd Ste 700
c/o Hawaiiana Management
Honolulu, HI 96813-5249

Paragon Builders
Chris Koike
1403 10th Ave Ste B
Honolulu, HI 96816-7711

Pacific Power Group LLC
Accounts Payable
805 Broadway St Ste 700
Vancouver, WA 98660-3301

PALEHUA HILLSIDE
DARLENE
737 BISHOP St #3100
C/O ASSOCIA HAWAII
Honolulu, HI 96813

PARK SHORE WAIKIKI
2586 KALAKAUA AVE.
Honolulu, HI 96815-6614

PACIFIC PREFERRED CONSTRUCTORS
1805 HOMERULE ST.
Honolulu 96819

Palm Villas
Philip
737 Bishop St Ste 3100
Honolulu, HI 96813-3285

PARK SHORE WAIKIKI
Rudy Baptista
2586 Kalakaua Ave
Honolulu, HI 96815-6614

Parker United Methodist Church
Nadine
Po Box 832
Kaneohe, HI 96744-0832

PARKS & REC- MAINT., SUPPORT
1000 ULU OHIA ST. #309
Kapolei, HI 96707

Paul Eblen
Paul
500 Lunalilo Home Rd
Honolulu, HI 96825-1752

PARKS & REC - ALA MOANA
1000 ULU OHIA ST. #309
Kapolei, HI 96707

PARKSIDE TOWER
Joe Anne Beate
680 Iwilei Rd Ste #777
C/O Touchstone Properties
Honolulu, HI 96817

Paul's Electrical Service
Ronlad Tomishima
99-1400 Koaha Pl
Aiea, HI 96701-3270

PARKS & REC - CENTRAL OAHU
1000 ULU OHIA ST. #309
Kapolei, HI 96707

PARKVIEW AT WAIKELE
angelique Gutierrez
P.O. BOX 4009
HONOLULU, HI 96812

PAUL'S SERVICE
1299 HART STREET
HONOLULU, HI 96817

Parks & Rec - Hanauma Bay
1000 ULU OHIA ST. #309
Kapolei, HI 96707

PARKVIEW VILLAGE
P.O. BOX 4009
HONOLULU, HI 96812

PAVILION AT WAIKIKI
1925 KALAKAUA AVE.
Honolulu, HI 96815

PARKS & REC - WAIPIO PENINSULA
1000 ULU OHIA ST. #309
Kapolei, HI 96707

PARKVIEW VILLAGE
GENE CABAN
4009 P.O. BOX
Honolulu, HI 96812

PCL Construction Resources Inc
Tehani Tanabe
1099 Alakea St. Ste #1560
Honolulu, HI 96813

Parks & Rec - West Loch Shore
1000 ULU OHIA ST. #309
Kapolei, HI 96707

Parkway Phase A
Hong Tran
711 Kapiolani Blvd Ste 700
Honolulu, HI 96813-5249

PD GIFT SHOP
MIKE LUU
2242 KAMEHAMEHA  HWY
Honolulu, HI 96819

PARKS & REC- KAPIOLANI PARK
1000 ULU OHIA ST. #309
Kapolei, HI 96707

Parsons RCI
Erica Kaaihue
1216 140th Avenue Ct E
Sumner, WA 98390-9656

Pearl City Glass Shop Inc.
Caroline/Mark
659 Kamehameha Hwy
Pearl City, HI 96782-3222

PARKS & REC- KEEHI LAGOON
1000 ULU OHIA ST. #309
Kapolei, HI 96707

Patisserie
Bob Paparelli
96-1345 Waihona St
Pearl City, HI 96782-1975

PEARL CITY MEDICAL CENTER
615 PIIKOI ST #2001
c/o Egami & Ichikawa, CPAs Inc.
Honolulu, HI 96814

PARKS & REC- KOKO HEAD MAINT
1000 ULU OHIA ST. #309
Kapolei, HI 96707

Pat's Auto Detailing
Wally
753 Bannister St
Honolulu, HI 96819-3328

Pearl Harbor Commissary
Fe Ligaya
4725 Bourganville Drive Bldg #617
Honolulu, HI 96818-3179

PARKS & REC- Kualoa Maint
1000 ULU OHIA ST. #309
Kapolei, HI 96707

PAU HANA KAUAI, LLC
4485 PAHEE ST. #140
LIHUE, HI 96766

PEARL KAI S/C
98-199 KAMEHAMEHA HWY. #H-14
Aiea, HI 96701

Pearl Regency
Rick Edds
98-402 Koauka Loop
Aiea, HI 96701-4510

PETCO #1178
PO Box 19
Helotes, TX 78023-0019

Pier 1 Imports #1613
Chelsea Wade
PO Box 9280
Old Bethpage, NY 11804

Pearl Regency
Rick Edds
737 Bishop St #3100
Pearl Regency
Honolulu, HI 96813-3285

PETCO #1179
Rodney Smith
PO Box 19
Helotes, TX 78023-0019

Piikoi Plaza
Michael
332 N School St
Honolulu, HI 96817-3101

Pearl Ridge Square
Casey Paet
332 N School St
Honolulu, HI 96817-3101

PETCO #1182
Rodney Smith
PO Box 19
Helotes, TX 78023-0019

PIIKOI VISTA, LP
ADORA
1326 PIIKOI ST. #809
HONOLULU, HI 96814

Pearlridge Center-WM
Brandon Esquer
415 Day Hill Rd
Windsor, CT 06095-1712

PETCO #1185
Rodney Smith
PO Box 19
Helotes, TX 78023-0019

Pine Knoll Villas
Roy Dela Cruz
3179 Koapaka St
Honolulu, HI 96819-1927

PEARLRIDGE SUNSET, AOAO fka PE
P O BOX #38078
HONOLULU, HI 96837-1078

Petrochem
Merritt
2045 Lauwiliwili St Unit 1110
Kapolei, HI 96707-3900

Pine Knoll Villas
Roy Dela Cruz
3179 Koapaka St
Honolulu, HI 96819-1927

PENCO/PACIFIC ENVIRONMENTAL -
Nick Cheung
65 N Nimitz Hwy
Pier 14
Honolulu, HI 96817-5021

PETS PACIFICA INC
94-486 UKEE ST
WAIPAHU, HI 96797

PINKY'S
DIONNE SIRP
970 N. KALAHEO AVE.
Kailua, HI 96734

PENCO/PACIFIC ENVIRONMENTAL CO
PIER14 1ST FLOOR
HONOLULU, HI 96817

PF MARINE
1391 HALOA DR.
HONOLULU, HI 96818

Pint Size Hawaii
Tim Olson/Wendell Namohana
99-1287 Waiua Pl
Aiea, HI 96701-3277

PENSACOLA GARDENS
Edwin (RM)
P.O. Box 4009
Honolulu, HI 96812

PHILIP SERVICES HAWAII LTD. #2
18000 72nd Ave S Ste 217
Kent, WA 98032-1035

Pint Size Hawaii
Tim Olson
99-1287 Waiua Pl
Aiea, HI 96701-3277

PERFORMANCE SYSTEMS, INC.
Micah G.
94-155  Leoole ST. Unit #302
Waipahu, HI 96797

Phoenix Int'l Holdings, Inc.
Bruce Pickering
375 Highway 182
Morgan City, LA 70380

PIONEER ELECTRIC
ADRIANNE
228 MOHONUA PLACE
Honolulu, HI 96819

PETCO
Rodney Smith
PO Box 19
Helotes, TX 78023-0019

PICTURES PLUS - HANUA - ON CAL
91-275 Hanua St
Kapolei, HI 96707-1731

PIONEER SALOON
3046 Monsarrat Ave
Honolulu, HI 96815-4485

PLAYBAR fka SCRUPLES
444 Nahua St. #1110
HONOLULU, HI 96815

POSEIDON POOLS HAWAII
Brandon
343 Manono St Apt A
Kailua, HI 96734-2282

Priesman Builders - R/O
610 ILIAINA ST.
KAILUA, HI 96734

PLAZA LANDMARK
5333 LIKINI  ST.
Honolulu, HI 96818-1762

POWER WISE ELECTRICAL SERVICES
99-1009 Lauole St
Aiea, HI 96701-3034

PRINCESS LEILANI
P.O. BOX 4009
HONOLULU, HI 96812

POHAI NANI
45-090 NAMOKU ST.
ATTN: A/P
Kaneohe, HI 96744-5305

PPG Pitts Paints #9434
PO Box 2998
Phoenix, AZ 85062-2998

PRINTEX FABRIC, INC.
98-025 Hekaha St
Aiea, HI 96701-4913

Pohai Nani R/O
45-090 NAMOKU ST.
Kaneohe, HI 96744-5305

PPG Spectra Paints #9734
Robert Sedillo
PO Box 2998
Phoenix, AZ 85062-2998

Priscilla Shaw
PO Box 2376
Waianae, HI 96792

POINCIANA APARTMENTS
3939 Old Pali  Rd
Brian Sakamaki
Honolulu, HI 96817

Precise Carpentry
Joshua Sandon
46-217 Kahuhipa St Ste 17
Kaneohe, HI 96744-3901

Prism Group LLC
Michael Yang
1038 Kikowaena Pl Ste A
Honolulu, HI 96819-4445

Pokai Bay Beach Cabanas
Hal Brown
1165 Bethel St
Honolulu, HI 96813-2205

Precision Drilling - COD
Tomas Fernandez
373 Waiopua Pl
Honolulu, HI 96825-2359

Pro Building Maintenance
Van
139 N Maple St Ste J
Corona, CA 92880-1772

POLY VISTA
2920 S. KING ST. #1001
HONOLULU, HI 96826

PRECISION MOVING & STORAGE
Ernie
91-544 Awakumoku St
Kapolei, HI 96707-1841

PRO DESIGN
287 KALIHI ST
HONOLULU, HI 96819-3938

Poohala Farms, LLC
Eric
PO Box 860226
Wahiawa, HI 96786-0226

Premium Incorporated
Dion Yasui
2644 Waiwai Loop
Honolulu, HI 96819-1985

PROFESSIONAL COMMERCIAL SERVIC
Eugene Nishimura
650 KAKOI ST UNIT 250
HONOLULU, HI 96819

Popcorn Express
Duane Tanaka
456 Lawelawe St
Honolulu, HI 96821-1955

Premium Incorporated
Dion Yasui
2644 Waiwai Loop
Honolulu, HI 96819-1985

Progressive Air
Aileen Agena
1933 Homerule St
Honolulu, HI 96819-2244

POPEYE'S CHICKEN
P.O. BOX 17787
Honolulu, HI 96817

Prestige Glass Tinting
Tyler Hedemark
46-026 Alaloa St Ste D
Kaneohe, HI 96744-3824

Progressive Landscaping Inc.
P.O.Box 30
Waimanalo, HI 96795

PROJECTS PLUS
1017 MIKOLE STREET
Honolulu, HI 96819

PUBLIC STORAGE  #021710
PO Box 2998
Phoenix, AZ 85062-2998

Pulewa at Mehana
Marc
711 Kapiolani Blvd 700
Honolulu, HI 96813-5237

Property Center, Inc.
Adriana
1314 S King St 612
Honolulu, HI 96814-1937

PUBLIC STORAGE #007004
P.O. BOX 2998
PHOENIX, AZ 85062

PUNAHOU REGENCY AOAO
Clifford Penaflor
737 Bishop St #3100
C/O Associa Hawaii  (cmi1197-31231)
Honolulu, HI 96813

Property Management 808
RYAN #469-0101
PO Box 1301
Kaneohe, HI 96744-1301

PUBLIC STORAGE #007032
P.O. BOX 2998
PHOENIX, AZ 85062

Punahou Royale
Doug / Ashton
737 Bishop St Ste 3100
c/o Associa Hawaii
Honolulu, HI 96813-3285

Property Management JMI
PO Box 972
Pearl City, HI 96782-0972

PUBLIC STORAGE #020191
P.O. BOX 2998
PHOENIX, AZ 85062

Punahou School
Kevin Scullion
1601 Punahou St
Honolulu, HI 96822-3336

PROSPECT TOWER AOAO
Marten
927 PROSPECT ST.
HONOLULU, HI 96822

PUBLIC STORAGE #020484
P.O. BOX 2998
PHOENIX, AZ 85062

PUU HELEAKALA COMMUNITY ASSOC.
Regina Mass
800 Bethel St Ste 501
Honolulu, HI 96813-4338

PROTECH ROOFING
PO Box 31226
Honolulu, HI 96820-1226

PUBLIC STORAGE #029202
P.O. BOX 2998
PHOENIX, AZ 85062

Puukahea Community Center
ANDY STEVENS
85-199 Ala Hema St
Waianae, HI 96792-2410

PUA LANI LANDSCAPE DESIGN, INC
PO Box 1769
Kailua, HI 96734-8769

Public Storage #25770
PO Box 2998
Phoenix, AZ 85062-2998

QUALITY DESIGN BUILD-ON CALL
99-1255C WAIUA STREET
AIEA, HI 96701

PUA LEAHI AOAO
Clifford Penaflor
737 Bishop St #3100
C/O Associa Hawaii  (cmi1227-31231)
HONOLULU, HI 96813

Public Storage #25771
Yvette Meza
PO Box 2998
Phoenix, AZ 85062-2998

QUEEN EMMA GARDENS
1519 NUUANU AVE., STE. A
HONOLULU, HI 96817

PUANA MALU C/O PROF. ISLAND MG
1451 S. KING ST #409
Honolulu, HI 96814

PUBLIC STORAGE R/O
PO Box 2998
Phoenix, AZ 85062-2998

Queen Kapiolani Hotel
Nora
150 Kapahulu Ave
Honolulu, HI 96815-4032

Public Storage
PO Box 2998
Phoenix, AZ 85062-2998

Public Storage-PUB023081
Chuck Williams- District Manag
PO Box 2998
Phoenix, AZ 85062-2998

QUEEN'S COURT AOAO
Clifford Penaflor
737 BISHOP  ST #3100
C/O Associa Hawaii  (cmi1069-31231)
HONOLULU, HI 96813

QUEEN'S MEDICAL CENTER
P.O. BOX 861
Honolulu, HI 96808

Ramar Foods Corp.
Olive Poe
1037 Opule St
Kapolei, HI 96707-1813

REGENCY PARK
Allen Wilson
680 Iwilei Rd Ste 777
Honolulu, HI 96817-5317

QUEEN'S PLAZA
828 FORT STREET, SUITE 310
HONOLULU, HI 96813

Ramtek Fabrication
Lynne Murakami
91-523 Nukuawa St
Kapolei, HI 96707-1801

REGENCY TOWER
P.O. BOX 4009
HONOLULU, HI 96812

R & L OHANA INSTALLATION
99-1295 Waiua Pl Ste 3A2
Aiea, HI 96701-3298

RB SPORTS BAR AND GRILL
2535 Coyne St
Honolulu, HI 96826-1523

Rent A Center
Donna / Ernie
PO Box 2998
Phoenix, AZ 85062-2998

R D OLSON CONSTRUCTION, LP
2955 MAIN ST., 3rd Fl.
IRVINE, CA 92614

Red Ribbon Bakery
Bogz Fortaleza
275 Kalihi St
Honolulu, HI 96819-3967

Republic Services
PO Box 2998
Phoenix, AZ 85062-2998

Rainbow Drive In
Lezlie
3308 Kanaina Ave
Honolulu, HI 96815

REEF DEVELOPMENT
P.O. BOX 1055
AIEA, HI 96701

Republic Services
PO Box 2998
Phoenix, AZ 85062-2998

RAINBOW ROOF MAINTENANCE CO.
648 LAUMAKA ST. #C
Honolulu, HI 96819-2330

Refrigerant Recycling, Inc
91-220 Komohana St
Kapolei, HI 96707-1737

Republic Services
PO Box 2998
Phoenix, AZ 85062-2998

Rainbow School (Kam Hwy)
56-463 Kamehameha Hwy
Kahuku, HI 96731

Regal Cinemas 1828
596 Fishers Station Dr # 8
Victor, NY 14564-9734

REPUBLIC SERVICES
18500 N Allied Way
Phoenix, AZ 85054-6164

Rainbow School (Mililani)
56-463 Kamehameha Hwy
Kahuku, HI 96731

Regal Cinemas 1828 - R/O
596 Fishers Station Dr # 8
Victor, NY 14564-9734

Republic Services
PO Box 2998
Phoenix, AZ 85062-2998

Rainbow School (Waikalua Rd)
56-463 Kamehameha Hwy
Kahuku, HI 96731

Regal Theatre 1951
596 Fishers Station Dr # 8
Victor, NY 14564-9734

REPUBLIC SERVICES - LONGS/CVS
PO Box 2998
Phoenix, AZ 85062-2998

Ramada Plaza Waikiki
1830 ALA MOANA BLVD.
Honolulu, HI 96815

REGENCY ON BEACHWALK, AOAO
GM-Walter Tolentino
255 BEACHWALK AVE.
HONOLULU, HI 96815

REPUBLIC SVCS - LONGS/CVS  R/O
P O BOX 2998 Way
Phoenix, AZ 85054-2998

Residences at Makiki Pensacola
Lourdes de Armas
711 Kapiolani Blvd # Ste 700
Honolulu, HI 96813-5237

RIDGEWAY CONSTRUCTION
1713 REPUBLICAN WAY
HONOLULU, HI 96819

Rolloffs Hawaii
P O BOX #30046
Honolulu, HI 96820

RESIDENTIAL ROUTES
HONOLULU, HI

Ridgeway D AOAO
P.O. BOX 38078
HONOLULU, HI 96837-1078

Rolloffs Hawaii West Yard
91-1085 Enterprise Ave
Kapolei, HI 96707

RESORT MANAGEMENT GROUP, LLC
MARY
PO Box 2366
Kailua Kona, HI 96745-2366

Ritz-Carlton Residences
Richard Gascon
383 Kalaimoku St
Honolulu, HI 96815-2298

RONALD MCDONALD HOUSE CHARITIE
P.O. BOX 61777
HONOLULU, HI 96839

RESTAURANT EQUIPMENT WHOLESALE
Jerry Choi
4184 CONANT ST
LONG BEACH, CA 90808

RiverRoad - Wendy's Honolulu
Michelle Guarino
106 Apple St #225
Tinton Falls, NJ 07724

RONALD T. TAKATA
99-156 MIKALEMI ST.
AIEA, HI 96701

RE-USE HAWAII
200 Keawe St
Honolulu, HI 96813

RJP LANDSCAPING & SERVICES
60 LAUONE LP
Wahiawa, HI 96786

RONDUEN WELDING, INC.
311 KILUA PL
HONOLULU, HI 96819

Reyes Pig Farm
Matt Reyes
85-721 Waianae Valley Rd
Waianae, HI 96792-2558

RMS CONSTRUCTION DISPOSAL SERV
1811 OWANA ST.
HONOLULU, HI 96819

RON'S CONCRETE SPECIALISTS,LTD
P.O. BOX 17370
Honolulu, HI 96817

RGM TRUST - KALAKAUA
909 Kapahulu Ave #5
Honolulu, HI 96816-1472

RMZ Cabinets
Robert Marquez
96-1385 Waihona St # E
Pearl City, HI 96782-1971

Ron's Furniture Repairs
Ron alba
45-642 Holomakani St
Kaneohe, HI 96744-1824

RICHARD Y. SUGIMURA, INC.
1721 HOE ST.
HONOLULU, HI 96819

ROAD BUILDERS
2836 AWAAWALOA ST
Honolulu, HI 96819

Roy S Koki General Contracting
Roy
PO Box 893091
Mililani, HI 96789-0091

RIDGE AT LAUNANI
Keven Whalen
680 IWILEI RD. STE #777
Honolulu, HI 96817

ROBERT J. CLANCY, LTD.
99-1275 WAIUA PL.
AIEA, HI 96701

ROYAL CAPITOL PLAZA
P.O. BOX 4009
HONOLULU, HI 96812

RIDGECREST, AOAO
SISSY NOELANI
95-2040 Waikalani Pl
Mililani, HI 96789

ROCKY'S COFFEE SHOP, INC.
94-316 WAIPAHU DEPOT ST.
WAIPAHU, HI 96797

ROYAL COURT, INC.
P.O. Box 4009
Honolulu, HI 96812

ROYAL HAWAIIAN MOVERS - ON CAL
3017 Ualena St
Honolulu, HI 96819-1915

Rubicon Global
Chris Witherspoon
PO Box 77587
Atlanta, GA 30357-1587

SAFWAY SERVICES, LLC
91-240 KUHELA ST. Unit #1
KAPOLEI, HI 96707

ROYAL IOLANI
581 Kamoku St
Honolulu, HI 96826-5250

Ruby Tuesday Kapolei
Lyle Matsuoka
2298 ALAHAO PL #Q
Honolulu, HI 96819-2271

Sagewater
Gina Thomas
91-444 Komohana St #1
Kapolei, HI 96707

ROYAL MANOA
800 Bethel St Ste 501
AVALON COMMERCIAL
Honolulu, HI 96813-4338

Ruby Tuesday Mililani
Len Ogata
2298 ALAHAO PL #Q
Honolulu, HI 96819-2271

SAIC - SCHOFIELD
6210 Guardian Gtwy
Attn: Lindsey Biscoe
Aberdeen Proving Ground, MD 21005-1322

Royal Towers
PETER
711 Kapiolani Blvd Ste 700
Honolulu, HI 96813-5249

Ruby Tuesday Moanalua
Brian-Mgr.
2298 ALAHAO PL #Q
Honolulu, HI 96819-2271

Saint Francis Healthcare Syste
Tammy Tamashiro
PO Box 29700
FINANCE DEPT.
Honolulu, HI 96820-2100

Royal Vista
Patrice
1022 Prospect St Apt 401
Honolulu, HI 96822-3464

RUI Building Supply
Rui
155 Sand Island Access Rd
Honolulu, HI 96819-4938

Saint Mark Lutheran School
Melelani Lawrence
45-725 Kamehameha Hwy
Kaneohe, HI 96744-2954

ROYAL VISTA c/o HAWAIIANA MGMT
711 KAPIOLANI BLVD #700
Honolulu, HI 96813

S & J BUILDERS
94-240 ANAPAU PL.
Waipahu, HI 96797

SAINTS CONSTANTINE & HELEN GRE
156 Hamakua Dr Ste C
Attn: Angie
Kailua, HI 96734-2834

ROY'S AUTO GLASS SHOP
1224 N. SCHOOL ST.
Honolulu, HI 96817

S & Z CONTRACTORS
16 Ultima Court
Danville, CA 94526

Sai's Auto
Sai Sayakhom
2232 Kamehameha Hwy
Honolulu, HI 96819-2308

ROY'S RESTAURANT
6600 Kalanianaole Hwy
Honolulu, HI 96825-1273

S and M Welding
Ferman
1320 Kalani St
Honolulu, HI 96817

SAKURA
1136 Union  Mall Ste #310
c/o Alii Ohana Property Management, Inc.
Honolulu, HI 96813

RRR Recycling Services
P.O. BOX 4660
KANEOHE, HI 96744

SACRED HEART CHURCH
1701 WILDER AVE.
HONOLULU, HI 96822

Salt Lake - Moanalua Public Library
Ann Fujioka
3225 Salt Lake Blvd Ste 207
Honolulu, HI 96818-2126

Rubber Duckie Designs
Derek Leek
96-1354 Waihona St Ste C
Pearl City, HI 96782-1974

Safeway Center at Windward T&C
PO BOX 36181
Charlotte, NC 28236

Samson Trucking - FL
87-161 Manuoioi Place
Waianae, HI 96792

Sand Island Center
Mei Li Pascua
220 S King St Ste 2150
Honolulu, HI 96813-4542

Schofield Main Exchange
Monica / Bobby
694 Bldg Schofield Main Exchange
Schofield Barracks, HI 96857

SEAGULL SCHOOL - EWA BEACH
1300 KAILUA RD.
KAILUA, HI 96734

Sandalwood
Charles
711 Kapiolani Blvd Ste 700
Honolulu, HI 96813-5249

Scott Hawaii
Michael Scott
1212 Kona St
Honolulu, HI 96814-4303

SEAGULL SCHOOL, INC
1300 KAILUA ROAD
Kailua, HI 96734

SATO & ASSOCIATES
2046 S King St
Honolulu, HI 96826-2219

Screen Products Inc. (FL)
2159 Lauwiliwili St
Kapolei, HI 96707-1844

SEALMASTERS OF HAWAII
80 SAND ISLAND ACCESS RD #103
HONOLULU, HI 96819

Sause Bros.
Michael Leslie
91-550 Malakole St
Kapolei, HI 96707-1809

SCREENS AND THINGS
2960 Mokumoa St
Honolulu, HI 96819-4450

SEARS - R/O
415 Day Hill Rd
Windsor, CT 06095-1712

SAVAGE WHOLESALE BUILDING MATE
2918 Ualena St
Honolulu, HI 96819-1912

SD Automotive
Sean Sprinkel
94-111 Leokane St
Waipahu, HI 96797-2244

Sears Distribution Center
Kalvin (Gen. Manager)
600 Kamehameha Hwy
Pearl City, HI 96782-3221

Sawdust
151 B PUUHALE RD
Honolulu, HI 96819

SEA COUNTRY COMMERCIAL CNTR
46-471 Hololio St
Kaneohe, HI 96744

SEASIDE TOWERS
435 SEASIDE AVENUE*
HONOLULU, HI 96815

SC King LLC.
Michael
800 Bethel St #501
Honolulu, HI 96813-4339

SEA ENGINEERING
863 N Nimitz Hwy
Honolulu, HI 96817-4517

SEAWARD MARINE
91-087 HANUA ST.
KAPOLEI, HI 96707

SCANDIA TOWER AOAO
Clifford Penaflor
737 Bishop St #3100
C/O Associa Hawaii  (cmi1268-31231)
Honolulu, HI 96813

SEA ENGINEERING - F/L ON CALL
863 N Nimitz Hwy
Honolulu, HI 96817-4517

SEC Corp
777 S Hotel St Suite B
Honolulu, HI 96813

SCHNITZER STEEL HAWAII CORP.
Gloria
P.O.BOX #10636
PORTLAND, OR 97296-0636

SEA ENGINEERING, INC.- ON CALL
863 N. NIMITZ HWY
Honolulu, HI 96817-4517

SERTA MATTRESS
Leslie Reyes
94-134 Leowaena St
Waipahu, HI 96797-2225

Schock Electric
Scott Lange
Po Box 10634
Honolulu, HI 96816-0634

SEA SKY USA
680 KAKOI ST., BLDG. E
HONOLULU, HI 96819

SERVICE MASTER BY AK ENTPRS.
P.O.BOX 17811
Honolulu, HI 96817

Service Masters (Hokuula Lp)
P O BOX 17811
HONOLULU, HI 96817

SIBA
TRAVIS
1115 MAKEPONO ST
Honolulu, HI 96819

SMITH, JAMES - COD
JAMES #358-1344
1021 Koloa St
Honolulu, HI 96816-5101

SERVICE SYSTEM ASSOCIATES
151 Kapahulu Ave
Honolulu Zoo - Gift Shop
Honolulu, HI 96815-4011

SIDE LOADER PLACE HOLDER
2ND STREET
KMCB, HI 96744

Sniffen's Towing
Daniel Sniffen
672 Bannister St
Honolulu, HI 96819

Servpac
Katherine
1931 N King St
Honolulu, HI 96819-3455

Sierra Gardens
Lillian McCarthy
680 Iwilei Rd Ste 777
c/o Touchstone Properties Ltd.
Honolulu, HI 96817-5317

SNYDER'S MACHINERY
94-075 LEOKANE ST.
Waipahu, HI 96797

SH Fender Shop, Inc.
Andy Sh Yi
886 Queen St
Honolulu, HI 96813-5204

SIGNATURE RETAIL SERVICES
793 SPRINGER DR
LOMBARD, IL 60148

SOBEL WESTEX
2670 S. S. Western  Ave
LAS VEGAS, NV 89109

SHARK'S COVE GRILL
59-329 D Ke Nui Rd.
Haleiwa, HI 96712

SIGS COLLISION CENTER/WAHIAWA
94-178 LEOKANE ST., 2ND FLOOR
WAIPAHU, HI 96797

Sodexo - Stan Sheriff Center
Patrick Baugh
2573 Dole St
Honolulu, HI 96822-2328

Sherwin Williams #8586
PO Box 2998
Phoenix, AZ 85062-2998

SIMPLEX GRINNELL, LP
Lei Murphy
P.O. BOX 55
Hiawatha, IA 52233-0055

SOFO'S BUILDING  C/O MARCUS &
1045 MAPUNAPUNA ST
c/o Marcus Property Management, LLC
HONOLULU, HI 96818

SHIMA & SON
397 LUNALILO HOME ROAD
HONOLULU, HI 96825

Sixty Parkside
CJ Paet
PO Box 38078
c/o Hawaiian Properties
Honolulu, HI 96837-1078

SOH - Dept of Transportation
Gregory Gomes
48 Sand Island Access Rd
Contract No. HAR-OCG 02-15
Honolulu, HI 96819

Shinnyo-en Hawaii
Ernest Beddow
2348 S Beretania St
Honolulu, HI 96826-1411

SJ Builders R/O (Kewalo ST)
94-240 Anapau Place
Waipahu, HI 96797

SOH Dist. Court 1st Circuit
KEVIN
1111 Alakea St
Fiscal Office - Accts Payable
Honolulu, HI 96813-2801

Shops at Windward T&C Plaza
PO BOX 36181
Charlotte, NC 28236

Sky River Management
140 Kaulele Pl
Honolulu, HI 96819-1842

SOH Family Court 1st Circuit
Mr. Paul Murato
4675 Kapolei Pkwy
Fiscal Office - Accts Payable
Kapolei, HI 96707-3272

SI Construction
Ji Maeng
98-1848 Apelekoka Street
Aiea, HI 96701-1601

Small Engine Clinic
Calvin Bagoyo
98-019 Kamehameha Hwy
Aiea, HI 96701-4923

Soha Living
Brooke
2443 Fillmore St # 380-3502
San Francisco, CA 94115-1814

SONNY'S SERVICE REPAIR
1119 MAKEPONO ST.
Honolulu, HI 96819

SPRUCE RIDGE VILLAS
Reiko Marino
c/o Hawaiian Properties, Ltd.
P.O. Box 38078
Honolulu, HI 96837-1078

ST. LOUIS HIGH SCHOOL - MAMIYA
3142 WAIALAE AV
HONOLULU, HI 96816

Sonny's Service Repair
1119 Makepono St
Honolulu, HI 96819-4340

St. Andrew Cathedral
Jeanette Redmond
229 Queen Emma Sq
Honolulu, HI 96813-2334

ST. LOUIS SCHOOL - MAMIYA THEA
3142 Waialae Ave
Honolulu, HI 96816-1510

Soukheseum, Teo
Teo Soukheseun
PO Box 663
Kahuku, HI 96731-0663

St. Anns Church
Sharon Mattos
46-129 Haiku Road
Kaneohe, HI 96744

St. Rita Catholic Church
Mele
89-318 Farrington Hwy
Waianae, HI 96792-4104

Sourivong, Bobby
Bobby
PO Box 66
Kahuku, HI 96731-0066

St. Ann's Church
Sharon Mattos
46-129 Haiku Rd
Kaneohe, HI 96744-4001

STADIUM AUTHORITY(MASTER BILL)
PO Box 30666
Honolulu, HI 96820-0666

Sourivong, Fong
Ola
Po Box 383
Kahuku, HI 96731-0383

ST. FRANCIS -EAST (R/O) Upper Level
NANI GAUI
P.O. Box #29700
Honolulu, HI 96820

STANDARD SHEETMETAL & MECH
220 Kalihi St
dba Standard Const Group
Honolulu, HI 96819-3943

South Seas Pacific Harley
Mark Ely
2908 Kamehameha Hwy
Honolulu, HI 96819-2057

St. Francis Healthcare Sys R/O Lower Level
Anna Kidder
PO Box 32771
Charlotte, NC 28232-2771

Star of the Sea
Lance Klock
4470 Aliikoa St
Honolulu, HI 96821-1100

Special Education Center of HI
708 Palekaua St
Honolulu, HI 96816-4755

St. Francis Manoa- Adult Day Care
Nani Gaui
PO Box 29700
Finance Department
Honolulu, HI 96820-2100

Starcom Builders
930 McCully Street #207
Honolulu, HI 96826

Speedi Shuttle LLC & Arthur's
Reno Tolentino, GM
1132 Bishop St STE ##2312
Honolulu, HI 96813

St. Francis Medical Pavillion
Ask for Security
P.O. BOX 32771
Charlotte, NC 28232

Stat Medical
CJ Domingo
1804 Hau St
Honolulu, HI 96819-3253

Sports Authority #774 - R/O
P.O. BOX 77587
C/O RUBICON GLOBAL
Atlanta, GA 30357

ST. LOUIS ALUMNI ASSOCIATION
916 COOLIDGE ST.
HONOLULU, HI 96826

State Farm Insurance
Keith Hawkins
POB 5000
Dupont, WA 98327

Sprint #PRLCHIES
PO Box 2998
Phoenix, AZ 85062-2998

ST. LOUIS HIGH SCHOOL
3142 WAIALAE AVE.
Honolulu, HI 96816

State of Hawaii - DAGS
JOYEL HORITA
729 Kakoi St Ste B
Honolulu, HI 96819-2053

State of Hawaii Kauikeaouli Ha
777 PUNCHBOWL ST. / Contract  #J13001
Attn:  Fiscal Office
Honolulu, HI 96813-5001

STRAUB CLINIC & HOSPITAL - F/L
55 MERCHANT ST. 24TH FLR
HONOLULU, HI 96813

SUNDANCE SPAS OF HAWAII
Dan
3140 Koapaka St
Honolulu, HI 96819-1993

State Remodeling LLC
William Leong
PO Box 25867
Honolulu, HI 96825-0867

STRUCTURAL SYSTEM
P.O. BOX 30296
HONOLULU, HI 96820

SUNETRIC
JOLEY
905 KALANIANAOLE HWY #3001
KAILUA, HI 96734

STEADFAST HOUSING /HALE ULUPON
888 Iwilei  Rd Ste #250
Honolulu, HI 96817

STRUCTURAL SYSTEM
P.O. BOX 30296
HONOLULU, HI 96820

Sunrise International
Donna
836 Ilaniwai St
Honolulu, HI 96813-5223

STEELCO HAWAII
3964 C Old Pali Rd
Honolulu, HI 96817-1077

SUBWAY - KAIMUKI
1129 11th Ave
Honolulu, HI 96816-2408

Sunset Chevron
In Chul Kang
59-186 Kamehameha Hwy
Haleiwa, HI 96712-9725

Steve's Auto Air & Body Works
734 Ilaniwai St
Honolulu, HI 96813

Subway Punahou
Sandy Burgess
1602 S KING ST
Honolulu, HI 96826

Sunset Lakeview
3215 ALA Ilima St. # B106
Honolulu, HI 96818

Steve's Plumbing Service
Deven
PO Box 6121
Kahului, HI 96733-6121

Summer Villa
Mapuana Naipo
737 BISHOP St #3100
C/O ASSOCIA HAWAII  (cmi1108-31231)
Honolulu, HI 96813

SUPER FOODS, INC.
Yiing
P.O. BOX 30332
HONOLULU, HI 96820

Stone Concepts
David Steele
3219 Koapaka St
Honolulu, HI 96819-1929

Sumo-Nan JV II
Margaret Hatcher
907 BANNISTER ST
Honolulu, HI 96819-3336

Superb Sushi
Kevin Higa
1322 N King St
Honolulu, HI 96817-3318

STONE PROS HAWAII LLC
87-134 Helelua St Apt A301
Waianae, HI 96792-4929

Sun Run Solar
Josh Cox
775 Fiero Ln Ste 200
San Luis Obispo, CA 93401-7904

SUPERIOR CONCRETE SERVICES
Pam Schubert, Controller
P.O. BOX 700789
Kapolei, HI 96709-0789

STONE STYLE WORKSHOP
2957 Koapaka St Ste B
Honolulu, HI 96819-1990

SUNBELT RENTALS - SBL000682
JAMES ALLISON
PO Box 589
Windsor, CT 06095-0589

Surf View
Cheeney
332 N School St
Honolulu, HI 96817-3101

StorQuest Self Storage
Gio Millan
94-299 Farrington Hwy
Waipahu, HI 96797

SUNBURST SHUTTERS HAWAII
10091 Park Run Dr Ste 190
Las Vegas, NV 89145-8868

SURFACE SHIELD ROOFING
P.O. BOX240119
HONOLULU, HI 96824

Surfside Developers
Donald Dreyer
47-016 Laenani Dr
Kaneohe, HI 96744-4777

Tantalus Vista
Raymond Oishi
1330 S Beretania St., Ste #200
c/o Oishi Property Management
Honolulu, HI 96814

The Box Jelly
Rechung Fujihira
307 Kamani St Ste A
Honolulu, HI 96813-5308

SYK Two Palms
Sang Yi
1023 Kawaiahao St
Honolulu, HI 96814-4101

Target
415 DAY HILL RD
C/O Waste management National Accts.
WINDSOR, CT 06095

The Consulate
Ryan
P.O. Box 4009
Honolulu, HI 96812

Symphony Honolulu
Ray De Smet
888 Kapiolani Blvd Ste 101
Honolulu, HI 96813-5210

Target - Salt Lake
SHANNON
418 Keaniani Sstreet
Honolulu, HI 96818

The Cove Waikiki
RAMONA
711 Kapiolani Blvd
Honolulu, HI 96813-5237

T & S AIR CONDITIONING, INC.
2543 Rose St
Honolulu, HI 96819-2493

Tenn's Enchanted Lake Auto
Todd Tenn
1025 Keolu Dr
Kailua, HI 96734-3846

THE ELMS
Joyce Weiscopf
737 Bishop St #3100
C/O Associa Hawaii  (cmi1297-31231)
Honolulu, HI 96813

TAIRYO
514 Piikoi St
Honolulu, HI 96814-4308

TERRAZZA AOAO MAKIKI
P.O. Box 4009
Honolulu, HI 96812

THE GELLERT CO., INC.
444 WAIKAMILO ROAD
Honolulu, HI 96817-4941

Takai, Courtney
Russell Aquinez
231 Dowsett Ave
Honolulu, HI 96817-5205

TESORO-SAND ISLAND 440800, MAI
PO Box 2410
Spokane, WA 99210-2410

THE ISLANDER GROUP
269 PALII ST.
Mililani, HI 96789

Talion Construction, LLC
Jennifer Wang
819 Moowaa St Ste 209
Honolulu, HI 96817-4433

The 2100 Residences
Jim Caravello
PO Box 38078
Honolulu, HI 96837-1078

THE KALIA
P.O. Box 4009
Honolulu, HI 96812

TAMMY'S POLYNESIAN MARKET
James Razumich
94-839 FARRINGTON HWY.
WAIPAHU, HI 96797

The Arbors
Rodney
91-927 Laaulu St
Ewa Beach, HI 96706-4327

THE KALIA INC.
Christina
425 Ena Rd.
Honolulu, HI 96815

Tammy's Polynesian Market #2
Steve Kim
717 N King St
Honolulu, HI 96817-6500

The Art source Inc.
JOSEPHINE GERNOLD
91-275 Hanua St
Kapolei, HI 96707-1731

THE MALLORY GROUP
KIMBERLY
4294 Swinnea Rd
Memphis, TN 38118-6620

Tamura's
440 Kilani Ave.
Wahiawa,, HI 96786

THE BIKE SHOP
1149 S KING ST.
HONOLULU, HI 96814

The Moorings
Bob Sharp
737 Bishop St Ste 3100
Honolulu, HI 96813-3285

The Old Saimin House
Todd K Yonesaki
2888 Ala Ilima St Apt 2709
Honolulu, HI 96818-5240

THE VILLAS AT ROYAL KUNIA
94-994 ELEU STREET*
WAIPAHU, HI 96797

TIMES SUPERMARKETS - PM
3375 Koapaka St. Unit D108
Honolulu, HI 96819

THE PASHA GROUP
P.O. BOX 75347
Kapolei, HI 96707-0347

The Willows
Garret Kamei
901 Hausten St
Honolulu, HI 96826-3037

TIMES SUPERMARKETS-WAREHOUSE
Sean
3375 KOAPAKA ST.
HONOLULU, HI 96819

The Pearl Number Two
737 Bishop St. Ste. #3100
c/o Associa Hawaii
Honolulu, HI 96813

THREE REGENTS
JUDY NAKAMOTO
737 Bishop St Ste 3100
Honolulu, HI 96813-3285

TINA'S CREATION
519 KAAAHI STREET
Honolulu, HI 96817

The Pinnacle Honolulu, LLC
711 Kapiolani Blvd.  Suite 700
Honolulu, HI 96813

Tien Chai
Tom
PO Box 745
Kahuku, HI 96731-0745

TJ Maxx - c/o West Rock Recycling National
PO Box 9208
Old Bethpage, NY 11804-9208

The Pleasanton
Jennifer Grant
737 Bishop St Ste 3100
c/o Associa Hawaii
Honolulu, HI 96813-3285

TIHATI PRODUCTIONS
3615 Harding Ave Ste 509
Honolulu, HI 96816-3757

Tomco Corp
Brandon Ching
1007 Makepono St
Honolulu, HI 96819-4338

THE PROMENADE
737 Bishop St #3100
C/O Associa Hawaii  (cmi1240-31231)
Honolulu, HI 96813

Timberland Hawaii
Nicole Jale
1122 Makepono St
Honolulu, HI 96819-4341

TONY ROMA'S - WESTRIDGE
98-150 KAONOHI ST.
Aiea, HI 96701

THE ROSALEI
P.O. BOX 4009
HONOLULU, HI 96812

TIME WARNER CABLE
CHEN SWAN
7910 CRESCENT EXECUTIVE DR #21
CHARLOTTE, NC 28217

TONY ROMA'S PLACE - WAIKIKI
2155 KALAKAUA AVE. STE #715
HONOLULU, HI 96815-2341

THE TRADEWINDS
1720 ALA MOANA BLVD.
HONOLULU, HI 96815

TIME WARNER CABLE - AKAMAINUI
7910 CRESCENT EXECUTIVE DR #21
CHARLOTTE, NC 28217

Top Priority, Inc.
Chino
94-061 Leokane St
FKA- Clear Choice Bldrs
Waipahu, HI 96797-2278

THE VILLA AT EATON SQUARE
John Pampalone, GM
P O BOX #38078
C/O The Villa At Eaton Square
HONOLULU, HI 96837-1078

TIME WARNER CABLE - MOFFET ST
7910 CRESCENT EXECUTIVE DR., STE 21
CHARLOTTE, NC 28217

TORY'S ROOFING
96-1382 WAIHONA ST.
PEARL CITY, HI 96782

The Villa at Eaton Square
Jaime / Security
PO Box 38078
Honolulu, HI 96837-1078

TIMES SUPER MARKETS
3375 KOAPAKA ST. #D108
Honolulu, HI 96819

Total Fitness USA
Richard Lewis
2312 Kamehameha Hwy Ste C1
Honolulu, HI 96819-2336

TOWNHOMES AT FAIRWAYS EDGE
737 Bishop St Ste 3100
Honolulu, HI 96813-3285

TRIPLE B FORWARDERS
803 Mapunapuna St
Honolulu, HI 96819-2038

TRUMP INTERNATIONAL HOTEL
Dennis Maher
C/O Hawaiiana Management
223 Saratoga Road
Honolulu, HI 96815

TRACEY'S FOOD SERVICE LLC
TRACEY KANE
95-1151 Koolani Dr Apt 83
Mililani, HI 96789-5900

Triple RT's Catering
Russell Tupinio
94-430 Kahuanani St
Waipahu, HI 96797-3512

TT Games
Sharon Misaki Ho
720 Moowaa St #J
Honolulu, HI 96817-4430

TRADEWINDS PLAZA, AOAO
680 IWILEI RD., SUITE 550
HONOLULU, HI 96817

TRIPLER ARMY MEDICAL CENTER
PROPERTY MANAGEMENT - TAMC
Tripler Army Medical Center, HI 96859

TUNISTA
STEVE TAKEKAWA
500 ALA MOANA BLVD ##7 - 425
Honolulu, HI 96813

Trans Pacific Textiles
Jean Takaki
120 Mokauea St Ste B
Honolulu, HI 96819-3156

TROPIC GARDENS 1
Hann Nguyen
4009 PO Box
Hawaiiana Management
Honolulu, HI 96812-4009

TW Systems F/L
P.O. Box #733
Kailua, HI 96734

TRANSBUILT
PO Box 17338
Honolulu, HI 96817-0338

Tropical Fish
47-641 Ahuimanu Rd
Kaneohe, HI 96744

Twigg-Smith Luxury Modeling
Mr. Twigg Smith
3868  Round Top drive
Kailua, HI 96734-2740

Trendtex Fabrics LTD
1258 KAMAILE ST
Honolulu, HI 96814

TROPICAL J'S, INC.
1052 Ulupono St
Honolulu, HI 96819-4333

U OF H DISBURSING OFFICE
ACCOUNTS PAYABLE
4303 Diamond Head Rd
Attn: Facilities Mgmt & Auxiliary Service
Honolulu, HI 96816-4421

TRINITY BROADCASTING NETWORK (
1152 SMITH STREET*
HONOLULU, HI 96817

Tropical Lamp & Shade
Cliff Garcia
977 Queen St
Honolulu, HI 96814-4117

UH John A Burns School of Med
Janet Meeks
651 Ilalo St
Honolulu, HI 96813-5525

Trinity Missionary Baptist
Wes Green
P.O.  Box 31182
Honolulu, HI 96820

Tropilicious Ice Cream Shop
Lois Shimabukuro
439 Kalihi St
Honolulu, HI 96819-3266

UKEE INDUSTRIAL COURT
PO Box 38078
Honolulu, HI 96837-1078

Trinity United Methodist
Robert Miyake-Stoner
1716 Komo Mai Dr
Pearl City, HI 96782-1402

TRUCK EQUIPMENT HAWAII
CADE
3170 UALENA ST
Honolulu, HI 96819

Underdogs Sports Bar
Winston
3266 Charles St
Honolulu, HI 96816-1214

TRI-PALM INDUSTRIES, INC.
91-180 Olai St
Kapolei, HI 96707

Tru-Door Hawaii
91-295 Kauhi St
Kapolei, HI 96707

UNIBODYTECH
789 MAPUNAPUNA ST.
Honolulu, HI 96819

Union Plaza
Richey
1165 Bethel St
Honolulu, HI 96813-2205

USCG-Commanding Officer SILC
Mary Myers
Coast Guard Island, Bldg 54C CodePCB2
Alameda, CA 94501-5100

Village Green
Jim Ansted
711 Kapiolani Blvd
Ste 700
Honolulu, HI 96813-5237

UNITED FISHING AGENCY, INC.
1131 N NIMITZ HWY.
Honolulu, HI 96817

USS MISSOURI MEMORIAL ASSOCIAT
P.O. BOX 879
AIEA, HI 96701

VILLAS AT ROYAL KUNIA, THE
BARBARA DENNEY
94-994 Eleu St
Waipahu, HI 96797-4731

UNITED REFRIGERATION
P.O. BOX 2998
PHOENIX, AZ 85062

Valluzzi Poteet
1001 Bishop St. Suite 1190
HONOLULU, HI 96813

VIP SANITATION
841 Bishop St Ste 208
c/o RICKY TAKEMOTO, CPA, LLC
Honolulu, HI 96813-3920

UNITED TRUCK RENTAL - KILIHAU
2804 Kilihau St.
Honolulu, HI 96819-2024

VANGUARD LOFTS
FERNANDO
P.O. BOX 4009
HONOLULU, HI 96812

VisionSafe Corporation
Karen Robinson
46-217 Kahuhipa St #Bay 24
Kaneohe, HI 96744-3901

Univar USA, Inc
415 Day Hill Rd
C/O Waste Management
Windsor, CT 06095-1712

VERIZON FEDERAL, INC.
98-736 Moanalua Loop #D
Aiea, HI 96701

VITAMIN SHOPPE - STORE #369
P.O. BOX 346
CARIE PLACE, NY 11550

UNIVERSAL CONSTRUCTION
1038 PUUWAI ST.
Honolulu, HI 96819

VERIZON HAWAII INTERNATIONAL
737 BISHOP ST., SUITE 1695
HONOLULU, HI 96813

Vive Hotel Waikiki
Michael Dolde
2426 Kuhio Ave
Honolulu, HI 96815-3310

UNIVERSAL MANUFACTURES
1711 KALANI ST.*
HONOLULU, HI 96819

Victoria Ward, Limited - F/L:  CO # 1201 VENDOR #
2059134
PO Box 7661
Merrifield, VA 22116-7661

Vivint Solar
Mike Ralphs
PO Box 5500
Norcross, GA 30091-5500

Universal Worldwide Trade
Hsuan
PO Box 89682
Honolulu, HI 96830-7682

Victoria Ward, Limited - R/O
P.O.  BOX 7661 / CO#15001 -#2059134
Merrifield, VA 22116

Volcom
Kristal
1740 Monrovia Ave
Costa Mesa, CA 92627-4407

UNIVERSITY OF HAWAII
651 ILALO ST
Honolulu, HI 96813

VILLA MARINA
737  Bishop St #3100
c/o Associa Hawaii  (cmi1068-31231
Honolulu, HI 96813

Wada's Appliance Sales/Service
Steve
94-879 Farrington Hwy
Waipahu, HI 96797-3192

University of Hawaii at Manoa
Office of Facilities & Grounds
2002 East-West Rd.
Honolulu, HI 96822

Village Green
Jim Ansted
711 Kapiolani Blvd Ste 700
Honolulu, HI 96813-5249

WAHIAWA INDUSTRIAL CENTER, LLC
P.O. BOX 861148
Wahiawa, HI 96786

Waiahole Poi Factory
48-140 Kamehameha Hwy
Kaneohe, HI 96744-5103

Waihonua
Kathy Lau Best
1189 Waimanu St
Honolulu, HI 96814-4248

WAIKIKI TOWNHOUSE
P.O. BOX 4009
HONOLULU, HI 96812

WAIAKAMILO SHOPPING CENTER
Coleen
3737 MANOA ROAD
HONOLULU, HI 96822

Waikele Premium Outlets
PO Box 2998
Phoenix, AZ 85062-2998

WAIKIKI WHALE WATCHER APTS.
P.O. BOX 10309
Honolulu, HI 96816-0309

WAIALAE GARDENS
PO Box 4009
Honolulu, HI 96812-4009

Waikele Premium Outlets
Andrea Hartley
PO Box 31600
Salt Lake City, UT 84131-9917

WAILANA AT SEA COUNTRY
EDD LAUER
711 KAPIOLANI BLVD #700
Honolulu, HI 96813-5249

Waialae Place
Don
680 Iwilei Rd #777
Honolulu, HI 96817-5388

Waikiki Banyan AOAO
Garrett Choy
201 Ohua Ave # 306
Honolulu, HI 96815-3653

WAILANA AT WAIKIKI AOAO
DAVID
680 Iwilei Rd. Ste #777
C/O Touchstone Properties Ltd.
Honolulu, HI 96817

Waialua Shopping Center
John Nakamura
PO Box 860548
Wahiawa, HI 96786-0548

WAIKIKI BEACH WALK VOA/WYNDHAM
227 LEWERS ST.
HONOLULU, HI 96815

WAILANA COFFE HOUSE
1860 ALA MOANA BLVD.
Honolulu, HI 96815

WAIANAE BAPTIST CHURCH
P.O.BOX 836
Waianae, HI 96792

Waikiki Beachwalk Ret. Resort
Bruce Musrasrik
227 Lewers St #150
Honolulu, HI 96815-1947

Wailuna AOAO
Mike Baker
737 Bishop  St Ste #3100
Honolulu, HI 96813

Waianae Express
Mrs. Kwak
85-810 Farrington Hwy
Waianae, HI 96792-2402

WAIKIKI GRAND HOTEL AOAO
CAROL
P.O. Box 4009
Honolulu, HI 96812

Waimalu Industrial Center
Mark Hogue
98-021 Kamehameha Hwy #202
 C/O Realty Works
Aiea, HI 96701-4914

Waiau Garden Court
Stephen Reichard
737 Bishop  St #3100
Honolulu, HI 96813

Waikiki Marina Condominium
P.O. Box 4009
Honolulu, HI 96812

Waimanalo Apartments
Francine Martinez
1916 64th Ave W
Tacoma, WA 98466-6203

WAIEA - WARD VILLAGE
Fernando Bastos
711 Kapiolani Blvd Ste 700
Honolulu, HI 96813-5249

WAIKIKI PARK HEIGHTS
2440 KUHIO AVE.
Honolulu, HI 96815

Waimanalo Apartments
Terry Carvalho
1916 64th Ave W
c/o Waimanalo Apartments
Tacoma, WA 98466-6203

WAIHONA BUILDERS
94-396 Ukee St
Waipio
Waipahu, HI 96797-4274

Waikiki Skytower
Bernice
711 Kapiolani Blvd Ste 700
Honolulu, HI 96813-5249

Waipahu Festival Marketplace
Alette Kanakaole
98-030 Hekaha St #12
Aiea, HI 96701-4900

WAIPIO BUSINESS CENTER
P.O. Box 4009
Honolulu, HI 96812

Waste Harmonics LLC
Leonard, Brian
596 Fishers Station  Dr. SUITE #8
Victor, NY 14564

WESLEY UNITED METHODIST CHURCH
1350 Hunakai St
Honolulu, HI 96816-5542

WAIPIOLANI
1136 UNION MALL STE #310
Honolulu, HI 96813

WASTE MANAGEMENT
415 Day Hill Rd
Windsor, CT 06095-1712

WEST LOCH ELDERLY VILLAGE
Mateo Ramirez
91-1472 Renton Rd
Attn: Mateo Ramirez, Property Manager
Ewa Beach, HI 96706-4200

WAIPUNA
469 Ena Rd
Honolulu, HI 96815-1749

WATABE WEDDING CORP  LAGOON 1
2270 KALAKAUA AVE., 9TH/10TH FLOOR
HONOLULU, HI 96815

WEST LOCH GOLF COURSE
TONY BALADA
91-1126 OKUPE  ST
Ewa Beach, HI 96706

Wallace Theatre Mgmt.Corp.
Corinna Bayley
3375 Koapaka St # 238-6
Honolulu, HI 96819-1800

WATABE WEDDING CORP  LAGOON 2
2270 KALAKAUA AVE., 9TH/10TH FLOOR
HONOLULU, HI 96815

West Marine - F/L
415 Day Hill Rd
Windsor, CT 06095-1712

Walls, John
John Walls
44-130 Kalenakai Pl
Kaneohe, HI 96744-2523

WATANABE FLORAL, INC.
1607 HART ST.
Honolulu, HI 96817

WEST RIDGE SHOPPING CENTER
98-199 KAMEHAMEHA HWY. #H-14
Aiea, HI 96701

Walmart-Sam's Club -c/o RUBICON GLOBAL
Christopher Batterson
PO Box 77587
Atlanta, GA 30357-1587

Water Drop Vegetarian House
Wei Chih Lin
222 Queen St
Honolulu, HI 96813-4607

Western Overhead Door Co.
Eric Carlbom
80 Sand Island Access Rd Ste 226
Honolulu, HI 96819-4912

WALTZ ENGINEERING, INC
500 ALA KAWA ST. #119
Honolulu, HI 96817

WATER MARK
1551 ALA WAI  BLVD.
Waikiki's Premier Residence
Honolulu, HI 96815

WESTERN PACIFIC MECHANICAL
P.O. BOX 25610
Honolulu, HI 96825

WARD KINAU
P.O. Box 4009
Honolulu, HI 96812

WATER RESOURCES INTERNATIONAL
1100 ALAKEA ST., SUITE 2900
HONOLULU, HI 96813

WESTGATE SHOPPING CENTER
Cliff
600 Kapiolani Blvd Ste 200
Honolulu, HI 96813-5139

WAREHOUSE RENTALS
BB #01-39238-CHA001
P.O. BOX 2021
Warren, MI 48090

Watts Constructors
Dave Rainbolt
737 Bishop St #2900
Honolulu, HI 96813-3201

WESTLAKE APARTMENTS
P.O. BOX 38078
Honolulu, HI 96837

Warren's Carpet Installation
Warren or Darlene
98-1089 Komo Mai Dr Apt F
Aiea, HI 96701-1918

Watts Constructors, LLC
Janice Ua
737 Bishop St Ste 2900
Honolulu, HI 96813-3211

WHITMORE MINI MART
1203 WHITMORE AVE.
Wahiawa, HI 96786

Whole Foods Market - F/L
Robin Burton
PO Box 2410
Spokane, WA 99210-2410

WINDWARD COVE
711 Kapiolani Blvd Ste 700
Honolulu, HI 96813-5249

Woodwinds
Bob Bryant
PO Box 38078
Honolulu, HI 96837-1078

WILLIAM & JUDY CAYABAN
47-745 AHILAMA ROAD
KANEOHE, HI 96744

WINDWARD ESTATES
P.O. BOX 4009
HONOLULU, HI 96812

WOORIMART
JOSEPH
1450 S Beretania St
Honolulu, HI 96814-1329

William Scotsman
David Robley
415 Day Hill Rd
Windsor, CT 06095-1712

Windward Nazarene Academy
Trichia Yogi
PO Box 1633
Kaneohe, HI 96744-1633

WOOSOO CONSTRUCTION
NICKY JK CHUNG
5095 Likini St Apt A101
c/o Nick Chung
Honolulu, HI 96818-2362

William Scotsman
David Robley
415 Day Hill Rd
Windsor, CT 06095-1712

WINNIE FASHION
817 PAAHANA ST
Honolulu, HI 96816

World Mission
Geroge Baily
2999 N Nimitz Hwy
Honolulu, HI 96819-1903

Willings, Freddie
Freddie
89-793 Laaunoni Pl
Waianae, HI 96792-3906

WINTECH INC.
JEONGWON SHIN
456 Halapia Place
Honolulu, HI 96817

World Wide Technologies
Mike Myers
60 Weldon Pkwy
Maryland Heights, MO 63043-3202

WINDSOR, THE
P.O. BOX 4009
HONOLULU, HI 96812

WISP - Aqua Lotus
Jon Ishimi
PO Box 283135
Honolulu, HI 96828-3135

WORLDWIDE MOVING & STORAGE INC
91-313 KAUHI ST
Kapolei, HI 96707

WINDWARD ACRES
737 Bishop Street 3100
Honolulu, HI 96813

Wong Construction
98-211 Pali Momi Street
Aiea, HI 96701-4340

Wow Wow Lemonade
Christina Drummond
94-1388 Moaniani St Ste 409
Waipahu, HI 96797-6609

WINDWARD BOATS
SALLY HITCHCOCK
789 KAILUA ROAD
Kailua, HI 96734-2831

WONG, LEN
1240 MOOKAULA ST. UNIT B
HONOLULU, HI 96817

WRENCHY'S AUTO REPAIR
535 CUMMINS ST.
HONOLULU, HI 96814

Windward Boats (R/O)
789 Kailua Rd
Kailua, HI 96734

Wood HI
Dae Son
912 Puuhale Rd
Honolulu, HI 96819-3313

wurlitzer Moving co.
99-702 Malae Pl.
AIEA, HI 96701

WINDWARD COMMUNITY COLLEGE
45-720 KEAALAHALA ROAD
BUSINESS OFFICE
Kaneohe, HI 96744

WOODMAN, DAVID
Woody
3 AIKAHI LOOP
Kailua, HI 96734

WYM CONSTRUCTION, INC.
1878 MAHANA STREET
Honolulu, HI 96816

XCEL SHEETMETAL
410 MAGELLAN AVE., SUITE 609
Honolulu, HI 96813

YORK & COMPANY- AWAAWALOA R/O
1188 Bishop St Ste 1001
c/o Hawaii Bookeeping Services
Honolulu, HI 96813-3304

Xtreme Parasail
Jona Sing
505 Kamani St
Honolulu, HI 96813-5227

YOSHIMURA, T. CONTRACTING
P.O. BOX 235738
HONOLULU, HI 96823

Y Hata
Paul Medeiros
285 Sand Island Access Rd
Honolulu, HI 96819-2227

Young, Michael
Michael Young
94-1202 Kaniau Pl Apt B
Waipahu, HI 96797-3633

YACAPIN, NATHAN
1707 ROYAL PALM
WAHIAWA, HI 96786

Zelinsky Company
91-310 Komohana Street
Kapolei, HI 96707

Yama's Fish Market
Brian Yamamoto
2332 Young St
Honolulu, HI 96826-2307

Zelinsky Company
Jason
91-310 Komohana St
Kapolei, HI 96707-1714

Yamaz Painting
Ivan
94-478 Ukee St #7
Waipahu, HI 96797-4462

Yard House Restaurant
Travis
226 Lewers St
Honolulu, HI 96815

YETT PROPERTY MANAGEMENT, LLC
91-110 HANUA ST. #206
Kapolei`, HI 96707

Yim Building
Merle Sen
PO Box 844
Kaneohe, HI 96744-0844

YMCA ATHERTON
1810 UNIVERSITY AVENUE
HONOLULU, HI 96822

Fill in this information to identify the case:

Debtor name **Rolloffs Hawaii, LLC**

United States Bankruptcy Court for the: _____ District of **Hawaii**
(State)

Case number (If known): **16-01294**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply |
| 2.1 **TrashMasters, LLC** | 3175 Westwood Dr. <br>_Street_ <br><br> Las vegas    NV    89109 <br>_City_   _State_   _ZIP Code_ | American Savings Bank, F.S.B. | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _Street_ <br><br> _City_   _State_   _ZIP Code_ | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _Street_ <br><br> _City_   _State_   _ZIP Code_ | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _Street_ <br><br> _City_   _State_   _ZIP Code_ | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 | _Street_ <br><br> _City_   _State_   _ZIP Code_ | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 | _Street_ <br><br> _City_   _State_   _ZIP Code_ | | ☐ D <br> ☐ E/F <br> ☐ G |

178

U.S. Bankruptcy Court - Hawaii   #16-01294   Dkt # 108   Filed  01/18/17   Page 141 of 168

Fill in this information to identify the case:

Debtor name    **Rolloffs Hawaii, LLC**

United States Bankruptcy Court for the:_____ District of __Hawaii__
                                                                (State)

Case number (If known):    16-01294

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---------|-------------------|

1.  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B* ............................................................ $ 0

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B* ......................................................... $ 4,461,442.62

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B* ........................................................... $ 4,461,442.62

| Part 2: | Summary of Liabilities |
|---------|------------------------|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ........... $ 6,388,121.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F* ......................... $ 74.137.26

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ......... + $ 3.513.261.17

4.  **Total liabilities** ........................................................................... $ 9,975,519.43
    Lines 2 + 3a + 3b

U.S. Bankruptcy Court - Hawaii   #16-01294   Dkt # 108   Filed  01/18/17   Page 142 of 168

Fill in this information to identify the case:

Debtor name  **Rolloffs Hawaii, LLC**

United States Bankruptcy Court for the: _____  District of  **Hawaii**
                                                                      (State)

Case number (If known):  **16-01294**

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   12/15

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 1/1/2016<br>MM / DD / YYYY | to   Filing date | ☑ Operating a business<br>☐ Other _____ | $ 25,458,691.00 |
| **For prior year:** | From 1/1/2015<br>MM / DD / YYYY | to  12/31/2015<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 28,816,810.00 |
| **For the year before that:** | From 1/1/2014<br>MM / DD / YYYY | to  12/31/2014<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 27,236,133.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to  Filing date | _____ | $ _____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to  _____<br>MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to  _____<br>MM / DD / YYYY | _____ | $ _____ |

U.S. Bankruptcy Court - Hawaii   #16-01294   Dkt # 108   Filed  01/18/17   Page 143 of 168

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See Attachment 1<br>Creditor's name<br><br>Street<br><br>City        State    ZIP Code | ____ <br><br>____<br><br>____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | Creditor's name<br><br>Street<br><br>City        State    ZIP Code | ____ <br><br>____<br><br>____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | See Attachment 2<br>Insider's name<br><br>Street<br><br>City        State    ZIP Code<br><br>Relationship to debtor | ____ <br><br>____<br><br>____ | $_____ | _____<br><br>_____<br><br>_____ |
| 4.2. | Insider's name<br><br>Street<br><br>City        State    ZIP Code<br><br>Relationship to debtor | ____ <br><br>____<br><br>____ | $_____ | _____<br><br>_____<br><br>_____ |

U.S. Bankruptcy Court - Hawaii   #16-01294   Dkt # 108   Filed  01/18/17   Page 144 of 168

# Attachment 1

| | | Address 1 | Address 2 | City | State | Zip Code |
|---|---|---|---|---|---|---|
| Advantage Technology Systems LLC | $ 24,063.85 | PO Box 10458 | | Honolulu | HI | 96816 |
| AFFORDABLE TOWING SERVICE | $ 14,361.31 | 1049 Kikiwaena Place | | Honolulu | HI | 96819-4434 |
| Airgas Gaspro | $ 17,778.04 | PO Box 31000 | | Honolulu | HI | 96849-5494 |
| Aloha Waste Systems, Inc. | $ 39,573.33 | 68 Kaupoku Loop | | Puunene | HI | 96784 |
| ALSCO | $ 19,946.74 | P.O. Box 3020 | | Honolulu | HI | 96802-3020 |
| Ascensus Trust | $ 7,303.02 | c/o ExpertPlan, Inc | PO Box 28450 | New York | NY | 10087-8450 |
| BankCard | $ 11,143.50 | - | - | - | - | - |
| Capital Industries Inc. | $ 7,850.00 | 5801 3rd Ave So./PO Box 80983 | | Seattle | WA | 98108 |
| CHARLES LEONARD | $ 11,368.58 | P.O. Box 30046 | | Honolulu | HI | 96820 |
| City & County of Honolulu LF | $ 2,354,887.03 | Division of Treasury | 530 S. King Street, Rm 115 | Honolulu | HI | 96813 |
| City and County of Honolulu DMV | $ 29,926.75 | Honolulu | | | HI | |
| Colbeck Consulting | $ 24,000.00 | 324 BAY VIEW DRIVE | | HERMOSA BEACH | CA | 90254 |
| Cummins Pacific, LLC | $ 22,185.54 | P.O. Box 848731 | | Los Angeles | CA | 90084-8731 |
| Cutter Chevrolet | $ 13,614.89 | 711 Ala Moana Blvd | | Honolulu | HI | 96813 |
| D & M Hydraulic Sales and Service Inc. | $ 10,244.72 | 94-148 Leowaena St. | | Waipahu | HI | 96797 |
| Fastenal Company | $ 7,007.57 | P.O. Box 978 | | Winona | MN | 55987-0978 |
| Garlow Petroleum, Inc | $ 229,828.55 | P.O. Box 29967 | | Honolulu | HI | 96820-2367 |
| HAST Properties, LLC | $ 26,850.00 | 324 BAY VIEW DRIVE | | HERMOSA BEACH | CA | 90254 |
| Hawaii Spring Supply, Inc. | $ 15,773.76 | 63 Silva St | | Hilo | HI | 96720-4727 |
| Hawaii State Tax Collector | $ 303,275.35 | PO Box 1425 | | Honolulu | HI | 96806-1425 |
| Hawaiian Community Development Board | $ 45,481.77 | 1188 Bishop Street | Suite 907 | Honolulu | HI | 96813 |
| Hawaiian Earth Recycling | $ 10,592.77 | 91-400 Malakole Rd. | | Kapolei | HI | 96707 |
| Hawaiian Electric (1020 Ulupono) | $ 7,574.56 | PO Box 3978 | | Honolulu | HI | 96812-3978 |
| Hawthorne Pacific Corp | $ 12,926.35 | 16945 Camino San Bernardo | | San Diego | CA | 92127-2405 |
| Honolulu Ford | $ 6,746.01 | 1370 N. King St. | | Honolulu | HI | 96817 |
| HT&T Truck Center | $ 14,814.66 | 311-A Pacific Street | | Honolulu | HI | 96817 |
| IPFS Corporation | $ 41,963.64 | PO Box 100391 | | Pasadena | CA | 91189-0391 |
| Jared Byrd | $ 27,737.75 | 922 Maunakea | Apt F | Honolulu | HI | 96817 |
| Johnathan Daniel | $ 9,416.00 | 633 Nalanui Street | Apt #309 | Honolulu | HI | 96817 |
| Larry's Auto Parts, Inc. | $ 28,927.32 | 3562 Walalae Avenue | | Honolulu | HI | 96816 |
| Lockton Insurance Brokers, LLC | $ 97,593.99 | 725 S. Figueroa Blvd. | 35th. Fl | Los Angeles | CA | 90017 |
| Matson Navigation Co., Inc. | $ 8,649.82 | P.O. Box 31000 | | Honolulu | HI | 96849-5054 |
| Mid Pacific Steel | $ 9,764.24 | 3169 Ualena Street | | Honolulu | HI | 96819-1917 |
| National Industrial Tire of Hawaii, Inc | $ 46,070.44 | P.O. Box 17826 | | Honolulu | HI | 96817 |
| OfficeTeam | $ 13,218.06 | P.O. Box 743295 | | Los Angeles | CA | 90074-3295 |
| Osung Autobody & Paint | $ 6,888.85 | 1229 N. King Street | | Honolulu | HI | 96817 |
| Performance Truck Repair Inc. | $ 15,058.39 | 892 W. 10th Street | | Azusa | CA | 91702 |
| PVT Land Company LTD | $ 332,595.28 | 87-2020 Farrington Hwy | | Waianae | HI | 96792-3749 |
| Pyramid Insurance Honolulu Branch | $ 120,834.00 | 420 Waiakamilo Road | Suite 411 | Honolulu | HI | 96817-4950 |
| Robert Half Finance & Accounting | $ 24,450.25 | P.O. Box 743295 | | Los Angeles | CA | 90074-3295 |
| Rolloffs Hawaii, Inc | $ 111,762.00 | P.O. Box 4660 | | Kaneohe | HI | 96744 |
| Schnitzer Steel Industries | $ 12,094.24 | 91-056 Hanua St | | Kapolei | HI | 96707 |

| | | | Address 1 | Address 2 | City | State | Zip Code |
|---|---|---|---|---|---|---|---|
| T&G Services | $ | 12,188.22 | 45-662 Kulukeoe St | | Kaneohe | HI | 96744 |
| Tajiri Demolition & Disposal LLC | $ | 15,549.73 | PO Box 19039 | | Honolulu | HI | 96817 |
| Unitek Solvent Services Inc | $ | 7,634.45 | P.O. Box 700370 | | Kapolei | HI | 96709 |
| Verizon Wireless | $ | 16,075.10 | PO BOX 660108 | | DALLAS | TX | 75266-0108 |
| WM Recycle America | $ | 19,370.34 | P. O. Box 932945 | | Atlanta | Georgia | 31193 |
| | $ | - | - | - | - | - | - |
| ASB | $ | 84,679.82 | - | - | - | - | - |
| ASB - Loan #0822 | $ | 7,850.00 | - | - | - | - | - |
| ASB - Loan #0824 | $ | 8,220.00 | - | - | - | - | - |
| ASB - Loan #1438 | $ | 18,000.00 | - | - | - | - | - |
| ASB - Loan #1645 | $ | 9,142.00 | - | - | - | - | - |
| ASB - Loan #1800 | $ | 70,758.62 | - | - | - | - | - |
| ASB - Loan#1800 | $ | 71,090.04 | - | - | - | - | - |
| | $ | - | - | - | - | - | - |
| | $ | - | - | - | - | - | - |
| | $ | - | - | - | - | - | - |
| | $ | - | - | - | - | - | - |
| | $ | - | - | - | - | - | - |

| Trx Date | Orig. Master Name | Debit | Credit | Net |
|---|---|---|---|---|
| 9/16/2016 | Advantage Technology Systems LLC | | $3,738.49 | $3,738.49 |
| 9/23/2016 | Advantage Technology Systems LLC | | $4,902.88 | $4,902.88 |
| 10/13/2016 | Advantage Technology Systems LLC | | $4,842.41 | $4,842.41 |
| 10/28/2016 | Advantage Technology Systems LLC | | $3,730.23 | $3,730.23 |
| 11/18/2016 | Advantage Technology Systems LLC | | $4,950.00 | $4,950.00 |
| 11/29/2016 | Advantage Technology Systems LLC | | $1,899.84 | $1,899.84 |
| 9/16/2016 | AFFORDABLE TOWING SERVICE | | $863.88 | $863.88 |
| 9/23/2016 | AFFORDABLE TOWING SERVICE | | $3,769.65 | $3,769.65 |
| 10/13/2016 | AFFORDABLE TOWING SERVICE | | $2,722.52 | $2,722.52 |
| 10/28/2016 | AFFORDABLE TOWING SERVICE | | $3,822.00 | $3,822.00 |
| 11/11/2016 | AFFORDABLE TOWING SERVICE | | $1,822.00 | $1,822.00 |
| 11/29/2016 | AFFORDABLE TOWING SERVICE | | $1,361.26 | $1,361.26 |
| 9/16/2016 | Airgas Gaspro | | $2,124.46 | $2,124.46 |
| 9/23/2016 | Airgas Gaspro | | $714.03 | $714.03 |
| 9/30/2016 | Airgas Gaspro | | $1,205.56 | $1,205.56 |
| 10/7/2016 | Airgas Gaspro | | $1,808.53 | $1,808.53 |
| 10/13/2016 | Airgas Gaspro | | $635.06 | $635.06 |
| 10/21/2016 | Airgas Gaspro | | $3,423.85 | $3,423.85 |
| 11/4/2016 | Airgas Gaspro | | $2,603.43 | $2,603.43 |
| 11/11/2016 | Airgas Gaspro | | $2,339.69 | $2,339.69 |
| 11/18/2016 | Airgas Gaspro | | $928.74 | $928.74 |
| 11/29/2016 | Airgas Gaspro | | $1,994.69 | $1,994.69 |
| 9/23/2016 | Aloha Waste Systems, Inc. | | $8,263.06 | $8,263.06 |
| 10/4/2016 | Aloha Waste Systems, Inc. | | $24,110.27 | $24,110.27 |
| 10/28/2016 | Aloha Waste Systems, Inc. | | $7,200.00 | $7,200.00 |
| 9/16/2016 | ALSCO | | $5,539.43 | $5,539.43 |
| 10/7/2016 | ALSCO | | $2,783.51 | $2,783.51 |
| 10/13/2016 | ALSCO | | $2,816.74 | $2,816.74 |
| 10/21/2016 | ALSCO | | $1,666.75 | $1,666.75 |
| 11/4/2016 | ALSCO | | $2,565.77 | $2,565.77 |
| 11/11/2016 | ALSCO | | $4,574.54 | $4,574.54 |
| 9/23/2016 | ASB | | $153.18 | $153.18 |
| 9/26/2016 | ASB | | $4,571.00 | $4,571.00 |
| 9/27/2016 | ASB | | $3,925.00 | $3,925.00 |
| 9/27/2016 | ASB | | $4,110.00 | $4,110.00 |
| 9/29/2016 | ASB | | $71,477.76 | $71,477.76 |
| 10/25/2016 | ASB | | $278.89 | $278.89 |
| 11/25/2016 | ASB | | $163.99 | $163.99 |
| 10/27/2016 | ASB - Loan #0822 | | $3,925.00 | $3,925.00 |
| 11/28/2016 | ASB - Loan #0822 | | $3,925.00 | $3,925.00 |
| 10/27/2016 | ASB - Loan #0824 | | $4,110.00 | $4,110.00 |
| 11/28/2016 | ASB - Loan #0824 | | $4,110.00 | $4,110.00 |
| 9/14/2016 | ASB - Loan #1438 | | $4,500.00 | $4,500.00 |
| 10/14/2016 | ASB - Loan #1438 | | $4,500.00 | $4,500.00 |
| 11/14/2016 | ASB - Loan #1438 | | $4,500.00 | $4,500.00 |
| 12/7/2016 | ASB - Loan #1438 | | $4,500.00 | $4,500.00 |
| 10/26/2016 | ASB - Loan #1645 | | $4,571.00 | $4,571.00 |
| 11/28/2016 | ASB - Loan #1645 | | $4,571.00 | $4,571.00 |
| 10/29/2016 | ASB - Loan #1800 | | $70,758.62 | $70,758.62 |
| 11/29/2016 | ASB - Loan#1800 | | $71,090.04 | $71,090.04 |
| 9/13/2016 | Ascensus Trust | | $0.10 | $0.10 |
| 9/14/2016 | Ascensus Trust | | $530.04 | $530.04 |
| 9/22/2016 | Ascensus Trust | | $519.80 | $519.80 |
| 9/29/2016 | Ascensus Trust | | $515.48 | $515.48 |
| 10/6/2016 | Ascensus Trust | | $534.92 | $534.92 |
| 10/14/2016 | Ascensus Trust | | $531.31 | $531.31 |
| 10/24/2016 | Ascensus Trust | | $549.89 | $549.89 |
| 10/27/2016 | Ascensus Trust | | $544.56 | $544.56 |

| Trx Date | Orig. Master Name | Debit | Credit | Net |
|---|---|---|---|---|
| 11/4/2016 | Ascensus Trust | | $517.73 | $517.73 |
| 11/15/2016 | Ascensus Trust | | $537.98 | $537.98 |
| 11/17/2016 | Ascensus Trust | | $653.20 | $653.20 |
| 11/23/2016 | Ascensus Trust | | $597.73 | $597.73 |
| 12/1/2016 | Ascensus Trust | | $623.99 | $623.99 |
| 12/8/2016 | Ascensus Trust | | $646.29 | $646.29 |
| 9/19/2016 | BankCard | $122.69 | | ($122.69) |
| 9/26/2016 | BankCard | | $434.01 | $434.01 |
| 9/28/2016 | BankCard | $1,347.37 | | ($1,347.37) |
| 10/3/2016 | BankCard | | $7,365.49 | $7,365.49 |
| 12/2/2016 | BankCard | | $4,814.06 | $4,814.06 |
| 9/23/2016 | Capital Industries Inc. | | $7,850.00 | $7,850.00 |
| 10/7/2016 | CHARLES LEONARD | | $3,957.27 | $3,957.27 |
| 11/1/2016 | CHARLES LEONARD | | $3,361.80 | $3,361.80 |
| 11/17/2016 | CHARLES LEONARD | | $3,254.66 | $3,254.66 |
| 11/21/2016 | CHARLES LEONARD | | $794.85 | $794.85 |
| 9/15/2016 | City & County of Honolulu LF | | $200,000.00 | $200,000.00 |
| 9/20/2016 | City & County of Honolulu LF | | $150,000.00 | $150,000.00 |
| 9/26/2016 | City & County of Honolulu LF | | $162,000.00 | $162,000.00 |
| 9/30/2016 | City & County of Honolulu LF | | $100,541.44 | $100,541.44 |
| 10/6/2016 | City & County of Honolulu LF | | $200,000.00 | $200,000.00 |
| 10/14/2016 | City & County of Honolulu LF | | $200,000.00 | $200,000.00 |
| 10/21/2016 | City & County of Honolulu LF | | $200,000.00 | $200,000.00 |
| 10/27/2016 | City & County of Honolulu LF | | $200,000.00 | $200,000.00 |
| 10/31/2016 | City & County of Honolulu LF | | $242,345.59 | $242,345.59 |
| 10/31/2016 | City & County of Honolulu LF | | $200,000.00 | $200,000.00 |
| 11/18/2016 | City & County of Honolulu LF | | $100,000.00 | $100,000.00 |
| 11/22/2016 | City & County of Honolulu LF | | $200,000.00 | $200,000.00 |
| 11/29/2016 | City & County of Honolulu LF | | $200,000.00 | $200,000.00 |
| 9/30/2016 | City and County of Honolulu DMV | | $6,668.10 | $6,668.10 |
| 10/28/2016 | City and County of Honolulu DMV | | $4,056.60 | $4,056.60 |
| 10/31/2016 | City and County of Honolulu DMV | | $1,330.50 | $1,330.50 |
| 10/31/2016 | City and County of Honolulu DMV | | $5,563.25 | $5,563.25 |
| 11/29/2016 | City and County of Honolulu DMV | | $10,632.80 | $10,632.80 |
| 12/9/2016 | City and County of Honolulu DMV | | $1,675.50 | $1,675.50 |
| 9/15/2016 | Colbeck Consulting | | $6,000.00 | $6,000.00 |
| 9/30/2016 | Colbeck Consulting | | $6,000.00 | $6,000.00 |
| 10/14/2016 | Colbeck Consulting | | $6,000.00 | $6,000.00 |
| 10/31/2016 | Colbeck Consulting | | $6,000.00 | $6,000.00 |
| 9/16/2016 | Cummins Pacific, LLC | | $5,372.84 | $5,372.84 |
| 9/23/2016 | Cummins Pacific, LLC | | $4,650.59 | $4,650.59 |
| 10/7/2016 | Cummins Pacific, LLC | | $1,831.36 | $1,831.36 |
| 10/21/2016 | Cummins Pacific, LLC | | $4,240.96 | $4,240.96 |
| 10/28/2016 | Cummins Pacific, LLC | | $2,576.94 | $2,576.94 |
| 11/4/2016 | Cummins Pacific, LLC | | $3,512.85 | $3,512.85 |
| 10/5/2016 | Cutter Chevrolet | | $10,737.42 | $10,737.42 |
| 10/21/2016 | Cutter Chevrolet | | $2,624.63 | $2,624.63 |
| 11/4/2016 | Cutter Chevrolet | | $252.84 | $252.84 |
| 9/16/2016 | D & M Hydraulic Sales and Service Inc. | | $1,832.13 | $1,832.13 |
| 9/23/2016 | D & M Hydraulic Sales and Service Inc. | | $1,162.59 | $1,162.59 |
| 9/30/2016 | D & M Hydraulic Sales and Service Inc. | | $927.26 | $927.26 |
| 10/13/2016 | D & M Hydraulic Sales and Service Inc. | | $1,491.22 | $1,491.22 |
| 10/21/2016 | D & M Hydraulic Sales and Service Inc. | | $960.73 | $960.73 |
| 11/11/2016 | D & M Hydraulic Sales and Service Inc. | | $2,102.27 | $2,102.27 |
| 11/18/2016 | D & M Hydraulic Sales and Service Inc. | | $710.43 | $710.43 |
| 11/29/2016 | D & M Hydraulic Sales and Service Inc. | | $1,058.09 | $1,058.09 |
| 9/16/2016 | Fastenal Company | | $907.88 | $907.88 |
| 9/30/2016 | Fastenal Company | | $848.79 | $848.79 |

| Trx Date | Orig. Master Name | Debit | Credit | Net |
|---|---|---|---|---|
| 10/7/2016 | Fastenal Company | | $1,035.28 | $1,035.28 |
| 10/13/2016 | Fastenal Company | | $586.09 | $586.09 |
| 11/29/2016 | Fastenal Company | | $3,629.53 | $3,629.53 |
| 9/16/2016 | Garlow Petroleum, Inc | | $22,840.98 | $22,840.98 |
| 9/23/2016 | Garlow Petroleum, Inc | | $27,177.39 | $27,177.39 |
| 9/30/2016 | Garlow Petroleum, Inc | | $22,636.48 | $22,636.48 |
| 10/7/2016 | Garlow Petroleum, Inc | | $29,705.96 | $29,705.96 |
| 10/13/2016 | Garlow Petroleum, Inc | | $18,408.48 | $18,408.48 |
| 10/21/2016 | Garlow Petroleum, Inc | | $24,011.29 | $24,011.29 |
| 11/2/2016 | Garlow Petroleum, Inc | | $24,908.78 | $24,908.78 |
| 11/2/2016 | Garlow Petroleum, Inc | | $4,873.46 | $4,873.46 |
| 11/4/2016 | Garlow Petroleum, Inc | | $12,169.47 | $12,169.47 |
| 11/11/2016 | Garlow Petroleum, Inc | | $23,366.91 | $23,366.91 |
| 11/18/2016 | Garlow Petroleum, Inc | | $19,729.35 | $19,729.35 |
| 10/3/2016 | HAST Properties, LLC | | $8,950.00 | $8,950.00 |
| 11/1/2016 | HAST Properties, LLC | | $8,950.00 | $8,950.00 |
| 12/1/2016 | HAST Properties, LLC | | $8,950.00 | $8,950.00 |
| 9/16/2016 | Hawaii Spring Supply, Inc. | | $1,008.44 | $1,008.44 |
| 9/23/2016 | Hawaii Spring Supply, Inc. | | $273.46 | $273.46 |
| 9/30/2016 | Hawaii Spring Supply, Inc. | | $409.88 | $409.88 |
| 10/21/2016 | Hawaii Spring Supply, Inc. | | $1,878.16 | $1,878.16 |
| 10/28/2016 | Hawaii Spring Supply, Inc. | | $1,341.72 | $1,341.72 |
| 11/11/2016 | Hawaii Spring Supply, Inc. | | $1,943.43 | $1,943.43 |
| 11/18/2016 | Hawaii Spring Supply, Inc. | | $908.48 | $908.48 |
| 11/29/2016 | Hawaii Spring Supply, Inc. | | $8,010.19 | $8,010.19 |
| 9/16/2016 | Hawaii State Tax Collector | | $113,147.79 | $113,147.79 |
| 10/19/2016 | Hawaii State Tax Collector | | $99,727.90 | $99,727.90 |
| 11/19/2016 | Hawaii State Tax Collector | | $90,399.66 | $90,399.66 |
| 9/12/2016 | Hawaiian Community Development Board | | $14,940.37 | $14,940.37 |
| 10/3/2016 | Hawaiian Community Development Board | | $15,387.00 | $15,387.00 |
| 11/4/2016 | Hawaiian Community Development Board | | $15,154.40 | $15,154.40 |
| 9/30/2016 | Hawaiian Earth Recycling | | $2,589.45 | $2,589.45 |
| 10/28/2016 | Hawaiian Earth Recycling | | $5,050.76 | $5,050.76 |
| 11/29/2016 | Hawaiian Earth Recycling | | $2,952.56 | $2,952.56 |
| 9/16/2016 | Hawaiian Electric (1020 Ulupono) | | $1,905.81 | $1,905.81 |
| 11/4/2016 | Hawaiian Electric (1020 Ulupono) | | $1,944.19 | $1,944.19 |
| 11/18/2016 | Hawaiian Electric (1020 Ulupono) | | $3,724.56 | $3,724.56 |
| 9/16/2016 | Hawthorne Pacific Corp | | $2,009.68 | $2,009.68 |
| 9/23/2016 | Hawthorne Pacific Corp | | $737.88 | $737.88 |
| 9/30/2016 | Hawthorne Pacific Corp | | $749.08 | $749.08 |
| 10/7/2016 | Hawthorne Pacific Corp | | $1,681.25 | $1,681.25 |
| 10/13/2016 | Hawthorne Pacific Corp | | $3,876.60 | $3,876.60 |
| 11/4/2016 | Hawthorne Pacific Corp | | $608.35 | $608.35 |
| 11/11/2016 | Hawthorne Pacific Corp | | $2,637.99 | $2,637.99 |
| 11/29/2016 | Hawthorne Pacific Corp | | $625.52 | $625.52 |
| 9/16/2016 | Honolulu Ford | | $2,176.00 | $2,176.00 |
| 9/23/2016 | Honolulu Ford | | $4,570.01 | $4,570.01 |
| 9/23/2016 | HT&T Truck Center | | $4,437.77 | $4,437.77 |
| 10/28/2016 | HT&T Truck Center | | $4,130.31 | $4,130.31 |
| 11/11/2016 | HT&T Truck Center | | $2,311.34 | $2,311.34 |
| 11/18/2016 | HT&T Truck Center | | $1,889.19 | $1,889.19 |
| 11/29/2016 | HT&T Truck Center | | $2,046.05 | $2,046.05 |
| 9/23/2016 | IPFS Corporation | | $13,987.88 | $13,987.88 |
| 10/27/2016 | IPFS Corporation | | $13,987.88 | $13,987.88 |
| 11/30/2016 | IPFS Corporation | | $13,987.88 | $13,987.88 |
| 9/12/2016 | Jared Byrd | | $3,827.00 | $3,827.00 |
| 9/23/2016 | Jared Byrd | | $3,297.00 | $3,297.00 |
| 9/30/2016 | Jared Byrd | | $4,044.75 | $4,044.75 |

| Trx Date | Orig. Master Name | Debit | Credit | Net |
|---|---|---|---|---|
| 10/7/2016 | Jared Byrd | | $3,317.00 | $3,317.00 |
| 10/13/2016 | Jared Byrd | | $154.00 | $154.00 |
| 10/21/2016 | Jared Byrd | | $3,287.00 | $3,287.00 |
| 10/28/2016 | Jared Byrd | | $90.00 | $90.00 |
| 11/4/2016 | Jared Byrd | | $3,887.00 | $3,887.00 |
| 11/18/2016 | Jared Byrd | | $2,437.00 | $2,437.00 |
| 12/2/2016 | Jared Byrd | | $3,397.00 | $3,397.00 |
| 9/23/2016 | Johnathan Daniel | | $900.00 | $900.00 |
| 9/30/2016 | Johnathan Daniel | | $1,050.00 | $1,050.00 |
| 10/7/2016 | Johnathan Daniel | | $780.00 | $780.00 |
| 10/21/2016 | Johnathan Daniel | | $2,376.00 | $2,376.00 |
| 10/28/2016 | Johnathan Daniel | | $920.00 | $920.00 |
| 11/18/2016 | Johnathan Daniel | | $1,290.00 | $1,290.00 |
| 12/2/2016 | Johnathan Daniel | | $2,100.00 | $2,100.00 |
| 9/16/2016 | Larry's Auto Parts, Inc. | | $7,733.06 | $7,733.06 |
| 9/30/2016 | Larry's Auto Parts, Inc. | | $3,417.28 | $3,417.28 |
| 10/7/2016 | Larry's Auto Parts, Inc. | | $2,079.11 | $2,079.11 |
| 10/13/2016 | Larry's Auto Parts, Inc. | | $2,771.46 | $2,771.46 |
| 10/21/2016 | Larry's Auto Parts, Inc. | | $2,017.72 | $2,017.72 |
| 10/28/2016 | Larry's Auto Parts, Inc. | | $2,739.87 | $2,739.87 |
| 11/4/2016 | Larry's Auto Parts, Inc. | | $2,431.38 | $2,431.38 |
| 11/11/2016 | Larry's Auto Parts, Inc. | | $3,026.49 | $3,026.49 |
| 11/18/2016 | Larry's Auto Parts, Inc. | | $1,986.12 | $1,986.12 |
| 11/29/2016 | Larry's Auto Parts, Inc. | | $724.83 | $724.83 |
| 9/23/2016 | Lockton Insurance Brokers, LLC | | $32,531.33 | $32,531.33 |
| 10/31/2016 | Lockton Insurance Brokers, LLC | | $32,531.33 | $32,531.33 |
| 12/5/2016 | Lockton Insurance Brokers, LLC | | $32,531.33 | $32,531.33 |
| 9/23/2016 | Matson Navigation Co., Inc. | | $8,649.82 | $8,649.82 |
| 10/7/2016 | Mid Pacific Steel | | $3,793.65 | $3,793.65 |
| 10/13/2016 | Mid Pacific Steel | | $1,484.10 | $1,484.10 |
| 11/4/2016 | Mid Pacific Steel | | $2,449.09 | $2,449.09 |
| 11/18/2016 | Mid Pacific Steel | | $696.21 | $696.21 |
| 11/29/2016 | Mid Pacific Steel | | $1,341.19 | $1,341.19 |
| 9/16/2016 | National Industrial Tire of Hawaii, Inc | | $9,241.39 | $9,241.39 |
| 9/23/2016 | National Industrial Tire of Hawaii, Inc | | $4,242.11 | $4,242.11 |
| 9/30/2016 | National Industrial Tire of Hawaii, Inc | | $1,458.51 | $1,458.51 |
| 10/7/2016 | National Industrial Tire of Hawaii, Inc | | $7,146.60 | $7,146.60 |
| 10/13/2016 | National Industrial Tire of Hawaii, Inc | | $3,085.86 | $3,085.86 |
| 10/28/2016 | National Industrial Tire of Hawaii, Inc | | $7,115.05 | $7,115.05 |
| 11/11/2016 | National Industrial Tire of Hawaii, Inc | | $13,010.82 | $13,010.82 |
| 11/29/2016 | National Industrial Tire of Hawaii, Inc | | $770.10 | $770.10 |
| 9/16/2016 | OfficeTeam | | $2,482.10 | $2,482.10 |
| 9/23/2016 | OfficeTeam | | $2,482.10 | $2,482.10 |
| 9/30/2016 | OfficeTeam | | $55.13 | $55.13 |
| 10/21/2016 | OfficeTeam | | $2,233.89 | $2,233.89 |
| 11/4/2016 | OfficeTeam | | $2,064.27 | $2,064.27 |
| 11/11/2016 | OfficeTeam | | $2,254.24 | $2,254.24 |
| 11/18/2016 | OfficeTeam | | $1,646.33 | $1,646.33 |
| 9/30/2016 | Osung Autobody & Paint | | $3,664.85 | $3,664.85 |
| 10/21/2016 | Osung Autobody & Paint | | $1,967.48 | $1,967.48 |
| 10/28/2016 | Osung Autobody & Paint | | $1,256.52 | $1,256.52 |
| 9/16/2016 | Performance Truck Repair Inc. | | $1,492.50 | $1,492.50 |
| 10/21/2016 | Performance Truck Repair Inc. | | $549.30 | $549.30 |
| 11/4/2016 | Performance Truck Repair Inc. | | $10,250.75 | $10,250.75 |
| 11/11/2016 | Performance Truck Repair Inc. | | $1,622.59 | $1,622.59 |
| 11/29/2016 | Performance Truck Repair Inc. | | $1,143.25 | $1,143.25 |
| 9/12/2016 | PVT Land Company LTD | | $17,234.97 | $17,234.97 |
| 9/16/2016 | PVT Land Company LTD | | $28,662.82 | $28,662.82 |

| Trx Date | Orig. Master Name | Debit | Credit | Net |
|---|---|---|---|---|
| 9/20/2016 | PVT Land Company LTD | | $33,807.82 | $33,807.82 |
| 9/23/2016 | PVT Land Company LTD | | $17,435.07 | $17,435.07 |
| 9/28/2016 | PVT Land Company LTD | | $21,364.61 | $21,364.61 |
| 9/30/2016 | PVT Land Company LTD | | $35,000.20 | $35,000.20 |
| 10/13/2016 | PVT Land Company LTD | | $14,976.47 | $14,976.47 |
| 10/21/2016 | PVT Land Company LTD | | $22,993.69 | $22,993.69 |
| 10/28/2016 | PVT Land Company LTD | | $27,740.68 | $27,740.68 |
| 11/4/2016 | PVT Land Company LTD | | $22,318.35 | $22,318.35 |
| 11/15/2016 | PVT Land Company LTD | | $22,685.08 | $22,685.08 |
| 11/18/2016 | PVT Land Company LTD | | $24,393.51 | $24,393.51 |
| 11/30/2016 | PVT Land Company LTD | | $20,824.15 | $20,824.15 |
| 12/6/2016 | PVT Land Company LTD | | $23,157.86 | $23,157.86 |
| 9/23/2016 | Pyramid Insurance Honolulu Branch | | $80,556.00 | $80,556.00 |
| 10/13/2016 | Pyramid Insurance Honolulu Branch | | $40,278.00 | $40,278.00 |
| 9/23/2016 | Robert Half Finance & Accounting | | $10,000.00 | $10,000.00 |
| 9/28/2016 | Robert Half Finance & Accounting | | $14,450.25 | $14,450.25 |
| 10/3/2016 | Rolloffs Hawaii, Inc | | $37,254.00 | $37,254.00 |
| 11/11/2016 | Rolloffs Hawaii, Inc | | $37,254.00 | $37,254.00 |
| 12/6/2016 | Rolloffs Hawaii, Inc | | $37,254.00 | $37,254.00 |
| 9/20/2016 | Schnitzer Steel Industries | | $5,000.00 | $5,000.00 |
| 9/23/2016 | Schnitzer Steel Industries | | $5,000.00 | $5,000.00 |
| 9/30/2016 | Schnitzer Steel Industries | | $2,094.24 | $2,094.24 |
| 9/12/2016 | T&G Services | | $1,540.00 | $1,540.00 |
| 9/16/2016 | T&G Services | | $400.00 | $400.00 |
| 9/23/2016 | T&G Services | | $997.65 | $997.65 |
| 9/30/2016 | T&G Services | | $1,676.65 | $1,676.65 |
| 10/7/2016 | T&G Services | | $2,610.78 | $2,610.78 |
| 10/13/2016 | T&G Services | | $1,635.97 | $1,635.97 |
| 10/21/2016 | T&G Services | | $576.46 | $576.46 |
| 10/28/2016 | T&G Services | | $130.00 | $130.00 |
| 11/18/2016 | T&G Services | | $1,302.64 | $1,302.64 |
| 12/2/2016 | T&G Services | | $1,318.07 | $1,318.07 |
| 9/23/2016 | Tajiri Demolition & Disposal LLC | | $8,481.67 | $8,481.67 |
| 10/13/2016 | Tajiri Demolition & Disposal LLC | | $1,649.21 | $1,649.21 |
| 11/11/2016 | Tajiri Demolition & Disposal LLC | | $5,418.85 | $5,418.85 |
| 11/17/2016 | Transfer to DDA | | $11,594.25 | $11,594.25 |
| 9/23/2016 | Unitek Solvent Services Inc | | $1,666.84 | $1,666.84 |
| 10/7/2016 | Unitek Solvent Services Inc | | $5,062.89 | $5,062.89 |
| 10/21/2016 | Unitek Solvent Services Inc | | $452.36 | $452.36 |
| 11/18/2016 | Unitek Solvent Services Inc | | $452.36 | $452.36 |
| 10/5/2016 | Verizon Wireless | | $398.78 | $398.78 |
| 10/11/2016 | Verizon Wireless | | $1,002.12 | $1,002.12 |
| 10/11/2016 | Verizon Wireless | | $2,723.98 | $2,723.98 |
| 10/11/2016 | Verizon Wireless | | $512.86 | $512.86 |
| 11/7/2016 | Verizon Wireless | | $1,521.05 | $1,521.05 |
| 11/9/2016 | Verizon Wireless | | $1,331.68 | $1,331.68 |
| 11/9/2016 | Verizon Wireless | | $2,675.27 | $2,675.27 |
| 11/9/2016 | Verizon Wireless | | $958.09 | $958.09 |
| 12/7/2016 | Verizon Wireless | | $823.99 | $823.99 |
| 12/8/2016 | Verizon Wireless | | $916.00 | $916.00 |

| Trx Date | Orig. Master Name | Debit | Credit | Net |
|----------|-------------------|-------|--------|-----|
| 12/8/2016 | Verizon Wireless | | $2,705.30 | $2,705.30 |
| 12/8/2016 | Verizon Wireless | | $505.98 | $505.98 |
| 10/5/2016 | WM Recycle America | | $4,952.70 | $4,952.70 |
| 10/11/2016 | WM Recycle America | | $5,279.68 | $5,279.68 |
| 10/24/2016 | WM Recycle America | | $5,103.06 | $5,103.06 |
| 11/16/2016 | WM Recycle America | | $4,034.90 | $4,034.90 |

# Attachment 2

Part 2
No. 4

| Insider's Name and Address | Relationship to Debtor | Amount | Reasons for Payment |
|---|---|---|---|
| Charles Leonard 1600 Ala Moana Blvd #3308 Honolulu, HI 96815 | President and CEO | $14,908.21 | Expense Reimbursement |
| Douglas Asay 12008 NE 40th Ave. Vancouver WA 98686 | Former CEO | $7,414.78 | Expense Reimbursement |
| Thomas Durupt 394 Mananai Pl Honolulu, HI 96818 | Fleet Maintenance Manager | $14,466.26 | Expense Reimbursement |
| John Kojima 44-311 Kaneohe Bay Dr. Kaneohe, HI 96744 | CFO | $3,914.55 | Expense Reimbursement |
| TrashMasters LLC 3175 Westwood Dr. Las Vegas, NV 89109 | Manager | $458,680 | Payroll to: 1. Charlie Leonard 2. Thomas Durupt 3. Douglas Asay |

302186/16-160

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| **5.1.** | | | |
| Creditor's name | | | $_____ |
| Street | | | |
| City　　　State　　ZIP Code | | | |
| **5.2.** | | | |
| Creditor's name | | | $_____ |
| Street | | | |
| City　　　State　　ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $_____ |
| Street | | | |
| City　　　State　　ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

## Part 3:　Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **7.1.** | | | ☐ Pending |
| | | Name | ☐ On appeal |
| Case number | | Street | ☐ Concluded |
| | | City　　　State　　ZIP Code | |
| **7.2.** Case title | | Court or agency's name and address | ☐ Pending |
| | | Name | ☐ On appeal |
| Case number | | Street | ☐ Concluded |
| | | City　　　State　　ZIP Code | |

U.S. Bankruptcy Court - Hawaii　#16-01294　Dkt # 108　Filed　01/18/17　Page 154 of 168

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | | $ |
| Street | Case title | Court name and address |
| | | Name |
| City        State        ZIP Code | Case number | Street |
| | Date of order or assignment | City        State        ZIP Code |

### Part 4:   Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | YMCA | Cash Donations | 3/1-6/1/2016 | $ 1,250.00 |
| | Recipient's name | | | |
| | 1441 Pali Highway | | | |
| | Street | | | |
| | Honolulu,      HI      96813 | | | |
| | City        State        ZIP Code | | | |
| | Recipient's relationship to debtor | | | |
| 9.2. | Child & Family Services | Cash Donations | 7/13/2015 | $ 1,000.00 |
| | Recipient's name | | | |
| | 1001 Bishop Street, Suite 780 | | | |
| | Street | | | |
| | Honolulu,      HI      96813 | | | |
| | City        State        ZIP Code | | | |
| | Recipient's relationship to debtor | | | |

*[Continuation page - See Attachment 3

### Part 5:   Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| Tractor/Trailer overturned on highway | $72,875.00 | 5/28/2016 | $119,206 |
| Company FL Truck rear-ended on highway | $20,442.74 | 9/6/2016 | $ $20,442.74 |

U.S. Bankruptcy Court - Hawaii   #16-01294   Dkt # 108   Filed  01/18/17   Page 155 of 168

# Attachment 3

Part 4
No. 9
(Continuation)

| Recipients Name and Address | Description | Dates Given | Value |
|---|---|---|---|
| Caldwell for Mayor P.O. Box 61208 Honolulu, HI 96839 | Cash Donation | 09/14/2016 | $1,000 |

302187

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Bulchalter Nemer | | 11/22/2016 | $19,360.50 |
| | **Address** | | | |
| | 1000 Wilshire Blvd., Suite 1500 | | | |
| | Street | | | |
| | Los Angeles,          CA      90017 | | | |
| | City                   State    ZIP Code | | | |
| | **Email or website address** | | | |
| | www.buchalter.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | TrashMasters, LLC | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | O'Connor Playdon & Guben LLP | | 11/22/2016 | $25,000.00 |
| | **Address** | | | |
| | 733 Bishop Street | | | |
| | Street | | | |
| | Suite 2400 | | | |
| | Honolulu          HI      96813 | | | |
| | City               State    ZIP Code | | | |
| | **Email or website address** | | | |
| | www.opglaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | TrashMasters LLC | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Convergent Capital | Refinance | 01/05/20115 02/02/2015 | $2,872,270.91 |
| | **Address** 505 N. Highway 169 Street Suite 175 Minneapolis, MN 55441 City    State    ZIP Code | | | |
| | **Relationship to debtor** None | | | |

| | Who received transfer? | | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.2. | | | | $ |
| | **Address** Street City    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |

**Part 7:  Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | Street City    State    ZIP Code | From | To |
| 14.2. | Street City    State    ZIP Code | From | To |

U.S. Bankruptcy Court - Hawaii   #16-01294   Dkt # 108   Filed  01/18/17   Page 158 of 168

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | Facility name _____ | _____ | _____ |
| | Street _____ | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | City          State          ZIP Code | _____ | *Check all that apply:* ☐ Electronically ☐ Paper |
| 15.2. | Facility name _____ | _____ | _____ |
| | Street _____ | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | City          State          ZIP Code | _____ | *Check all that apply:* ☐ Electronically ☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. __Names and addresses_____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Ascensus_____ | EIN: _9_ _4_ – _3_ _4_ _7_ _3_ _5_ _4_ _5_ |

Has the plan been terminated?

☑ No

☐ Yes

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
| --- | --- |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- | --- |
| 18.1. | Name<br>Street<br>City  State  ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | | $_____ |
| 18.2. | Name<br>Street<br>City  State  ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |
| Name<br>Street<br>City  State  ZIP Code | <br><br>**Address** | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |
| Name<br>Street<br>City  State  ZIP Code | <br><br>**Address** | | ☐ No<br>☐ Yes |

U.S. Bankruptcy Court - Hawaii  #16-01294  Dkt # 108  Filed  01/18/17  Page 160 of 168

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

U.S. Bankruptcy Court - Hawaii   #16-01294   Dkt # 108   Filed 01/18/17   Page 161 of 168

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| City   State   ZIP Code | City   State   ZIP Code | _____ | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **25.1.** Name<br>Street<br>City   State   ZIP Code | _____<br>_____<br>_____ | EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From _____   To _____ |
| **25.2.** Name<br>Street<br>City   State   ZIP Code | _____<br>_____<br>_____ | EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From _____   To _____ |
| **25.3.** Name<br>Street<br>City   State   ZIP Code | _____<br>_____<br>_____ | EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From _____   To _____ |

U.S. Bankruptcy Court - Hawaii   #16-01294   Dkt # 108   Filed  01/18/17   Page 162 of 168

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26a.1.** Michael VanDyken<br>Name<br>1020 Ulupono St.<br>Street<br>Honolulu    HI    96819<br>City    State    ZIP Code | From 7/2010    To 7/2016 |
| **26a.2.** John A. Kojima, CFO, Rolloffs Hawaii, LLC<br>Name<br>1020 Ulupono Street<br>Street<br>Honolulu    HI    96819<br>City    State    ZIP Code | From 6/2016    To Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26b.1.** Green, Hasson, Janks<br>Name<br>10990 Wilshire Blvd<br>Street<br>16th Floor<br>Los Angeles    CA    90024<br>City    State    ZIP Code | From 2009    To 2015 |
| **26b.2.** <br>Name<br><br>Street<br><br>City    State    ZIP Code | From _____    To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** John A. Kojima, CFO, Rolloffs Hawaii, LLC<br>Name<br>1020 Ulupono Street<br>Street<br>Honolulu    HI    96819<br>City    State    ZIP Code | _____<br>_____<br>_____ |

U.S. Bankruptcy Court - Hawaii   #16-01294   Dkt # 108   Filed  01/18/17   Page 163 of 168

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. | |
| Name | |
| Street | |
| City                State        ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. See Attachment 4 |
| Name |
| Street |
| City                State        ZIP Code |

| Name and address |
|---|
| 26d.2. |
| Name |
| Street |
| City                State        ZIP Code |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Tom Durupt | 11/30/2016 | $ $199,000 (FIFO cost basis) |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. Tom Durupt |
| Name |
| 1020 Ulupono St. |
| Street |
| Honolulu           HI          96819 |
| City                State        ZIP Code |

# Attachment 4

PART 13
No. 26d

**26d.** **List all financial institutions, creditors, and other parties, including mercantile and trade agencies to whom the debtor issued a financial statement within 2 years before filing this case**

American Savings Bank
P.O. Box 2300
Honolulu, HI 96804-2300

West Oahu Aggregates
855 Umi St.
Honolulu, HI 96819

Aloha Waste Systems of Honolulu, Inc.
P. O. Box 1038
Puunene, HI 96784-1038

Honolulu Disposal Services
1169 Mikole St.
Honolulu, HI 96819

**The Following entities had access to the Debtor's Financial Statement:**

Invision Capital Group
Berkeley Square Capital Management
Blackford Capital, LLC
Graylight Partners, LLC
Mantucket Capital
Platform Partners
Pulte Capital Partners, LLC
Rockwood Equity Partners, LLC
Skylight Capital
Alston Capital Partners
Balmoral Funds LLC
Bow River Capital Partners
Brass Ring Capital, Inc.
Calidant Capital
Chris Swinbank
Driehaus Private Equity
Dubin Clark & Company, Inc.
Eigen Capital

302172/16-160                         Page 1 of 2

U.S. Bankruptcy Court - Hawaii   #16-01294   Dkt # 108   Filed   01/18/17   Page 165 of 168

Elk Capital Partners
Elk Creek Partners
Emigrant Capital
Five Crowns Capital
Gen Cap America
Guard Hill Holdings, LLC
Harper Street Partners
Hillstar Capital
JMH Capital
KCB Management
Leeds Novamark Capital, LLC
Maven Court Partners
Peninsula Capital Partners LLC
Revolution Capital Group LLC
Revolution Group, LLC
Rippowam Partners
Silver Oak Services Partners, LLC
Stone-Goff Partners
The CapStreet Group, LLC
BioPower Operations Corporation
Pacific Waste, Inc.
Athens Services
Kinderhook Industries
Macquarie Infrastructure Co. Trust
RH Acquisition
West Oahu Aggregate Co., Inc./Pineridge Farms Inc.
Harvest Partners, LP
Lariat Partners
Roark Capital
Rock Hill Capital Group, LLC
Summer Street Capital Partners
The Mills Group

U.S. Bankruptcy Court - Hawaii   #16-01294   Dkt # 108   Filed   01/18/17   Page 166 of 168

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Tom Durupt | 10/31/16 | $ 198,858.91 (FIFO Cost Basis) |

|  |  |  |  |
|---|---|---|---|
| **Name and address of the person who has possession of inventory records** | | | |
| 27.2. | Tom Durupt | | |
| | Name | | |
| | 1020 Ulupono St. | | |
| | Street | | |
| | Honolulu | HI | 96819 |
| | City | State | ZIP Code |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Corridor TrashMaster | 12400 Wilshire Blvd., Suite 645 Los Angeles, CA 90025 | Member | 43.3% |
| SPB Waste | 1717 5th Street, 2n Floor, Santa Monica CA 90401 | Member | 21.70 % |
| The KNG Group | PO Box 6145, Kaneohe, HI 96744 | Member | 14.20 % |
| Doug D. Asay | 12008 NE 40th Ave, Vancouver, WA 98686 | Member | 6.90 % |
| Doug L. Asay | 12008 NE 40th Ave, Vancouver, WA 98686 | Member | 1.20% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Doug Asay, Jr. | 12008 NE 40th Ave, Vancouver, WA 98686 | President | From 05/09 To 12/2016 |
| Craig Enestein | 12400 Wilshire Blvd, Ste. 645 Los Angeles, CA 90025 | Board Chairman | From 05/09 To 12/2016 |
| Geoff Greulich | 12400 Wilshire Blvd, Ste. 645 Los Angeles, CA 90025 | Secretary | From 3/2015 To 12/2016 |
| | | | From ____ To ____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.   See Attachment 1 | | | |
| Name | | | |
| Street | | | |
| City     State     ZIP Code | | | |
| Relationship to debtor | | | |

U.S. Bankruptcy Court - Hawaii  #16-01294  Dkt # 108  Filed 01/18/17  Page 167 of 168

| 30.2 | Name and address of recipient | | | | |
|---|---|---|---|---|---|
| | Name | | | _____ | _____ |
| | Street | | | _____ | |
| | | | | _____ | |
| | City | State | ZIP Code | _____ | |
| | Relationship to debtor | | | _____ | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

☑ Yes. Identify below.

Name of the parent corporation

TrashMasters, LLC
_____

Employer identification number of the parent corporation

EIN: 2  6 – 4  7  5  0  3  4  9

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

Name of the pension fund
_____

Employer identification number of the pension fund

EIN: __ __ – __ __ __ __ __ __ __

---

| **Part 14:** | **Signature and Declaration** |
|---|---|

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    01/18/2016
               MM / DD / YYYY

✗ /s/ Ari Bass
_____          Printed name  Ari Bass
Signature of individual signing on behalf of the debtor                    _____

Position or relationship to debtor  Responsible Person

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☐ No

☑ Yes

U.S. Bankruptcy Court - Hawaii   #16-01294   Dkt # 108   Filed  01/18/17   Page 168 of 168