United States Bankruptcy Court
District of Hawaii

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 16-01294-rjf
Rolloffs Hawaii, LLC　　　　　　　　　　　　　　　　　　　　Chapter 11
　　　Debtor

## CERTIFICATE OF NOTICE

District/off: 0975-1　　　User: darlene　　　Page 1 of 2　　　Date Rcvd: Apr 28, 2017
　　　　　　　　　　　　　Form ID: H9022　　Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2017.
```
db          #+Rolloffs Hawaii, LLC,    P.O. Box 30046,    Honolulu, HI 96820-0046
aty          +Karl K. Kobayashi,    1001 Bishop St.reet,    ASB Tower, Ste. 2100,    Honolulu, HI 96813-3429
cr           +CITY AND COUNTY OF HONOLULU,    530 South King Street, Room 110,    Honolulu, HI 96813-3000
sp           +Char Sakamoto Ishii Lum & Ching,    841 Bishop Street, Suite 850,    Davies Pacific Center,
              Honolulu, HI 96813-3957
consult      +Elijahtech, LLC,    841 Bishop St., Ste. 119,    Honolulu, HI 96813-3933
acc          +KMH LLP,    1003 Bishop Street, Suite 2400,    Honolulu, HI 96813-6469
intp         +Oahu Waste Services, Inc.,    1169 Mikole Street,    Honolulu, HI 96819-4327
intp         +West Oahu Aggregate Co., Inc.,    855 Umi Street,    Honolulu, HI 96819-2346
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Aloha Waste Systems, Inc.
                                                                                 TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2017　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2017 at the address(es) listed below:
```
              Alika L. Piper    on behalf of Trustee Dane S. Field apiper@kplawhawaii.com,
               bvierra@kplawhawaii.com;peter@kplawhawaii.com
              Alika L. Piper    on behalf of Plaintiff Dane S. Field apiper@kplawhawaii.com,
               bvierra@kplawhawaii.com;peter@kplawhawaii.com
              Chuck C. Choi    on behalf of Interested Party    Oahu Waste Services, Inc. cchoi@hibklaw.com,
               jczerwinski@hibklaw.com
              Curtis B. Ching    on behalf of U.S. Trustee    Office of the U.S. Trustee.
               USTPRegion15.HI.ECF@usdoj.gov
              Dane S. Field     dfield@hawaii.rr.com,    dsfield@ecf.epiqsystems.com
              Dane S. Field    on behalf of Trustee Dane S. Field dfield@hawaii.rr.com,
               dsfield@ecf.epiqsystems.com
              Jacob M. Merrill    on behalf of Creditor    Moo's Machine Shop, Inc. merrillj001@hawaii.rr.com
              Jeffery S. Flores    on behalf of Debtor    Rolloffs Hawaii, LLC jsf@opglaw.com,
               sherriey@opglaw.com
              Jerrold K. Guben    on behalf of Debtor    Rolloffs Hawaii, LLC jkg@opglaw.com,    julie@opglaw.com
              Kamilla C. K. Chan    on behalf of Creditor    CITY AND COUNTY OF HONOLULU
               kamilla.chan@honolulu.gov,    dikeda1@honolulu.gov
              Nicole D. Stucki    on behalf of Trustee Dane S. Field nstucki@kplawhawaii.com
              Nicole D. Stucki    on behalf of Plaintiff Dane S. Field nstucki@kplawhawaii.com
              Office of the U.S. Trustee.    ustpregion15.hi.ecf@usdoj.gov
              Simon  Klevansky    on behalf of Plaintiff Dane S. Field sklevansky@kplawhawaii.com,
               bvierra@kplawhawaii.com;peter@kplawhawaii.com
              Simon  Klevansky    on behalf of Trustee Dane S. Field sklevansky@kplawhawaii.com,
               bvierra@kplawhawaii.com;peter@kplawhawaii.com
              Susan Tius    on behalf of Creditor    Trustees of the Estate of Bernice Pauahi Bishop, doing
               business as Kamehameha Schools Stius@rmhawaii.com
              Tom E. Roesser    on behalf of Interested Party    West Oahu Aggregate Co., Inc.
               troesser@carlsmith.com,    cimai@carlsmith.com
              Wayne K.T. Mau    on behalf of Attorney    American Savings Bank, F.S.B. wmau@koshibalaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Wayne K.T. Mau    on behalf of Defendant    American Savings Bank, F.S.B. wmau@koshibalaw.com
        TOTAL: 19

H9022 (12/15)

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Rolloffs Hawaii, LLC** <br> Name | **United States Bankruptcy Court** <br> **District of Hawaii** |
| Debtor 2 <br> (Spouse, if filing) | Name | Case number: **16–01294** <br> Chapter: **11** |

# NOTICE OF ENTRY OF ORDER OR JUDGMENT

NOTICE IS GIVEN THAT:

The court entered the following order or judgment on the date below,

**Order Granting Application to Employ Elijahtech, LLC as IT Consultant and Support Service Provider in the Ordinary Course, Filed on April 7, 2017; Exhibits 1 and 2 (Related Doc # 182) Date of Entry: 4/28/2017. (DM)**

The order or judgment may be viewed at the Clerk's Office. It may also be viewed online using PACER, the federal judiciary's electronic records system. Information about obtaining and using a PACER account is available at the court website, www.hib.uscourts.gov.

Date: April 28, 2017

Michael B. Dowling
Clerk

Clerk's Office:
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813
(808) 522–8100
www.hib.uscourts.gov