**Date Signed:**
**September 26, 2017**



SO ORDERED.

Robert J. Faris
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>ROLLOFFS HAWAII, LLC<br><br>Debtor. | Case No. 16-01294<br>(Chapter 7)<br><br>**STIPULATED ORDER APPROVING THE TRUE UP ACCOUNTING AND DISBURSEMENT OF PROCEEDS; DECLARATION OF JOHN KOJIMA; EXHBIT "A"** |

## STIPULATED ORDER APPROVING THE TRUE UP ACCOUNTING AND DISBURSEMENT OF PROCEEDS

THIS STIPULATED ORDER ("Stipulated Order") APPROVING THE TRUE UP ACCOUNTING AND DISBURSEMENT OF PROCEEDS, is entered into by and among DANE S. FIELD (the "Trustee"), Trustee of the estate of Rolloffs Hawaii, LLC (the "Debtor"), WEST OAHU AGGREGATES CO., INC. ("WOA"), and AMERICAN SAVINGS BANK ("ASB") (collectively referred to as the "Parties"), each appearing through their respective counsel below, as follows:

WHEREAS:

A. On December 9, 2016, Debtor filed a voluntary Chapter 11 bankruptcy proceeding commencing Bankruptcy Case No. 16-01294 (the "Bankruptcy Case").

B. On January 19, 2017, the Court entered an Amended Order Re: Motion to Approve Sale of Assets of the Estate and to Approve Overbidding Procedure and Motion to Assume and Assign Customer Services Contract and Assume and Reject Certain Unexpired Leases; Exhibit A (the "Amended Order"), Dkt. No. 110. The Asset Purchase Agreement (the "Agreement"), between the Debtor and WOA, was attached to the Amended Order as Exhibit A.

C. The Amended Order authorized Debtor to sell to WOA the assets described in the Agreement.

D. On February 1, 2017, Debtor sold its assets to WOA for the sum of $5,000,000.00, pursuant to the Amended Order and Agreement.

E. With respect to accounts receivable outstanding as of the sale closing date (the "Accounts Receivable"), the Amended Order provides that the Accounts Receivable are assets of the Estate and that:

> a. Up to the sale closing date, the Debtor is responsible for billing, collecting and receiving all Accounts Receivables [sic] for the benefits [sic] of the Estate;

b. Up to the sale closing date, the Debtor is authorized to pay post-petition ordinary course of business expenses using the collected and received Accounts Receivables [sic];

c. After payment of ordinary course of business expenses, the Debtor is directed to segregate, "carve-out" and hold an amount up to $450,000.00 of the collected and received Accounts Receivables [sic] for the benefit of the administrative, priority and unsecured claims;

d. After the payment of the ordinary business expenses and $450,000.00 "carve-out," then the proceeds of the Accounts Receivables [sic] will be allocated two-thirds (2/3) to the Estate and one-third (1/3) to ASB (assuming ASB has a valid, perfected, first priority security interest in such receivables. If there is a dispute about that issue, the trustee shall hold the disputed proceeds pending further order of this court).

e. After the sale closing, WOA shall use commercially reasonable efforts to collect the Debtor's Account Receivables [sic] for the benefit of the Estate. A "true-up" or reconciliation of the accounts receivable collection and expenses will occur 60 days after the closing in accordance with the terms of the Asset Purchase Agreement.

F. The Parties have delegated to John Kojima ("Mr. Kojima"), former Chief Financial Officer of the Debtor, and former Chief Financial Officer of WOA, the task of preparing the "true-up" or reconciliation of the Accounts Receivable collection and expenses, as described in paragraph 12(e) of the Amended Order (the "True Up Accounting").

G. Mr. Kojima prepared the True Up Accounting, attached to his Declaration, submitted concurrently herewith, as Exhibit "A".

H. On September 18, 2017, the Bankruptcy Case was converted to a Chapter 7 case pursuant to Order Converting Chapter 11 Case to Chapter 7 Case [Docket 279].

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Parties have agreed that the True Up Accounting prepared by Mr. Kojima, and attached as Exhibit "A" to his Declaration, is accepted as an accurate reflection of the Accounts Receivable received by Debtor and WOA.

2. The balance of the Accounts Receivable, after expenses and separate from a holdback of $1,999,400 in proceeds from the asset sale pending resolution of a dispute with ASB, is **$1,726,682.75**.

3. From the balance of the proceeds of the Accounts Receivable:

   a. The Trustee may reserve $450,000.00 as the "carve out" for the benefit of the administrative, priority and unsecured claims.

   b. After reservation of the $450,000.00 "carve out", the remaining proceeds in the amount of $1,276,682.75 shall be allocated as follows and disbursed accordingly:

   (i) 2/3 to the Trustee in the amount of **$851,121.83** and

   (ii) 1/3 to ASB in the amount of **$425,560.92**.

93535_7.docx - 4 -
U.S. Bankruptcy Court - Hawaii   #16-01294   Dkt # 290   Filed 09/26/17   Page 4 of 13

4. The 14-day stay period shall not apply to this Stipulated Order.

**END OF ORDER**

APPROVED AND AGREED:


/s/ Alika L. Piper
SIMON KLEVANSKY
ALIKA L. PIPER
ELAINE T. CHOW
Attorneys for Trustee Dane S. Field

/s/ Tom E. Roesser
TOM E. ROESSER
Attorney for West Oahu
Aggregates Co., Inc.


/s/ Wayne K. T. Mau
WAYNE K.T. MAU
Attorney for American
Savings Bank, F.S.B.

Submitted by:

KLEVANSKY PIPER, LLP
SIMON KLEVANSKY
ALIKA L. PIPER
ELAINE T. CHOW
841 Bishop Street, Suite 1707
Honolulu, Hawaii 96813
Telephone: (808) 536-0200
Facsimile: (808) 237-5758
E-Mail: sklevansky@kplawhawaii.com;
apiper@kplawhawaii.com;
echow@kplawhawaii.com
Attorneys for Trustee Dane S. Field

KLEVANSKY PIPER, LLP
A Limited Liability Law Partnership

SIMON KLEVANSKY        3217-0
ALIKA L. PIPER         6949-0
ELAINE T. CHOW         10377-0
841 Bishop Street, Suite 1707
Honolulu, Hawaii 96813
Telephone: (808) 536-0200
Facsimile: (808) 237-5758
E-Mail: sklevansky@kplawhawaii.com
        apiper@kplawhawaii.com
        echow@kplawhawaii.com

Attorneys for Trustee Dane S. Field

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>ROLLOFFS HAWAII, LLC,<br><br>Debtor. | Case No. 16-01294<br>(Chapter 7)<br><br>**DECLARATION OF JOHN KOJIMA; EXHIBIT "A"** |

### DECLARATION OF JOHN KOJIMA

I, John Kojima, declare under penalty of perjury that:

1. I am an accountant formerly employed by Rolloffs Hawaii, LLC (the "Debtor") and West Oahu Aggregates Co., Inc. ("WOA"). The following statements are based on my personal knowledge, except as otherwise stated.

2. I prepared an accounting of the "true-up" or reconciliation (the "True Up Accounting") of the accounts receivable collection and expenses of the Debtor (the "Accounts Receivable") in accordance with the Amended Order Re: Motion to Approve Sale of Assets of the Estate and to Approve Overbidding Procedure and Motion to Assume and Assign Customer Services Contract and Assume and Reject Certain Unexpired Leases; Exhibit A, Dkt. No. 110, and the Asset Purchase Agreement between the Debtor and WOA.

3. A true and correct copy of the True Up Accounting is attached hereto as Exhibit "A".

4. As set forth in the True Up Accounting, WOA paid for certain expenses on behalf of the Debtor for services that were rendered and straddled the February 1, 2017 closing date. These services include computer services, uniform cleaning services and refuse services provided by WOA for the Debtor shortly before the closing date. These funds were reimbursed by the Debtor to WOA.

5. Also, the Debtor's estate paid for certain expenses on behalf of WOA, e.g. truck registration fees for the succeeding year. These expenses were reimbursed by WOA to the Debtor.

6. Additionally, the Debtor received electronic funds transferred for WOA accounts receivables that were deposited based on bank transfer

instructions which were not switched over on a timely basis. These funds were reimbursed by the Debtor to WOA.

7.  After reconciling the Accounts Receivable collected and expenses paid, pursuant to the Amended Order and Asset Purchase Agreement, the net amount owed to the Debtor's estate from WOA as of July 31, 2017 is $1,403.62.

8.  The process of reconciliation is ongoing as, for example, deposits owed to WOA continue to be received into the Debtor's account.

9.  As of July 31, 2017, the Debtor had a cash balance of $3,726,082.75, as set forth in the chart below:

| Item | Amount |
| --- | --- |
| Balance as of 7/31/17 | $1,710,306.91 |
| Add: Union Bank Balance as of 7/31/17 | $1,999,400.00 |
| Add: Bond Insurance Refund | $21,650.00 |
| Less: Outstanding Checks: | ($5,274.16) |
| Cash Available as of 7/31/17 | $3,726,082.75 |

93537_8

10. Of this amount, $1,999,400 is a holdback in proceeds from the asset sale pending resolution of a dispute with American Savings Bank, F.S.B. After deducting the holdback, there is a cash balance of **$1,726,682.75.**

I, John Kojima, do declare that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: Honolulu, Hawaii, *August 28, 2017*.

_____
JOHN KOJIMA

93537_8                                    - 4 -

U.S. Bankruptcy Court - Hawaii   #16-01294   Dkt # 290   Filed 09/26/17   Page 9 of 13

# EXHIBIT "A"

| True up Accounting MOU | Paid by | Amount | Owed to WOA by ROH | Owed to ROH by WOA | Comments | Comments | Dr (Great Plains) | Cr | Acct. | Acct. Description | Dr (Encore) | Cr | Acct. | Acct. Description | Class |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Toshiba copier | ROH - Minimum charge | $ 644.95 | 161.24 | | 25% | Actual - Bill straddles Jan/Feb (1/7-2/6) | | 161.24 | 10-200-950000-8712 | Copier Expenses | 161.24 | | 6250 | Printing & Repro | G&A |
| | ROH - Minimum charge | $ 640.86 | 640.86 | | 100% | Bill straddles Feb/Mar (2/7-3/6) | | 640.86 | 10-200-950000-8712 | Copier Expenses | 640.86 | | 6250 | Printing & Repro | G&A |
| | Usage 11/29-12/28 | 86.76 | n/c | | | 100% to ROH | 802.10 | | 10-200-000000-1020 | ASB Cash | | 802.10 | 10002 | CPB Cash | |
| | Usage 12/29-1/28 | n/c | | | | 100% to ROH | | | | | | | | | |
| | Usage 1/29-2/28 | n/c | | | | 100% to WOA | | | | | | | | | |
| Office Equipment Lease | | | | | | | | | | | | | | | |
| Mail Finance - Postage Machine/Folding | ROH - 1/21-4/2/17 | $ 1,014.49 | | 312.15 | 4/ of 13 wks | | | 312.15 | 10-200-950000-8712 | Postage Meter Rent | 312.15 | | 6750 | Postage & Delivery | G&A |
| Utilities - HECO | ROH | | | | | | 312.15 | | 10-200-000000-1020 | ASB Cash | | 312.15 | 10001 | CPB Cash | |
| Makepono | 12/28-2/24/17 | $ 625.23 | 234.46 | | 3/ of 8 weeks | Paid by ROH | | 234.46 | 10-200-950000-8721 | Utilities - Electricity | 234.46 | | 6400 | Utilities-Gas/Electric | Refuse |
| Makepono | 2/25-3/2/17 | $ 222.79 | 222.79 | | Final billing | Paid by ROH | | 222.79 | 10-200-950000-8721 | Utilities - Electricity | 222.79 | | 6400 | Utilities-Gas/Electric | Refuse |
| Mikole | 12/28-2/24/17 | $ 1,387.35 | 520.26 | | 3/ of 8 weeks | | | 520.26 | 10-200-950000-8721 | Utilities - Electricity | 520.26 | | 6400 | Utilities-Gas/Electric | Maintenance |
| Ukipono St. | 12/28-2/24/17 | $ 3,243.00 | 1,216.13 | | 3/ of 8 weeks | | | 1,216.13 | 10-200-950000-8721 | Utilities - Electricity | 1,216.13 | | 6400 | Utilities-Gas/Electric | G&A |
| Utilities - Board of Water Supply | ROH | | | | | | 2,193.64 | | 10-200-000000-1020 | ASB Cash | | 2,193.64 | 10001 | CPB Cash | |
| Makepono | 1/13-2/13/17 | $ 183.04 | 91.52 | | 50% | | | 91.52 | 10-200-950000-8722 | Utilities - Water | 91.52 | | 6410 | Utilities Water | Refuse |
| Mikole | 1/13-2/15/17 | $ 86.81 | 43.41 | | 50% | | | 43.41 | 10-200-950000-8722 | Utilities - Water | 43.41 | | 6410 | Utilities Water | Refuse |
| Ukipono St. | 1/13-2/13/17 | $ 579.88 | 289.94 | | 50% | | | 289.94 | 10-200-950000-8722 | Utilities - Water | 289.94 | | 6410 | Utilities Water | Maintenance |
| ~~Utilities - Hawaiian Telcom~~ | ~~ROH-1/1-1/31~~ | ~~948.26~~ | ~~948.26~~ | | | Pd. By ROH | 424.87 | | 10-200-000000-1020 | ASB Cash | | 424.87 | 10001 | CPB Cash | G&A |
| Utilities - Hawaiian Telcom | ROH 2/1-2/28 | $ 692.25 | 692.25 | | 100% | Pd. By ROH | | 692.25 | 10-200-950000-8724 | Communication Exp | 692.25 | | 6340 | Utilities - Telephone | |
| ~~Utilities - Hawaiian Telcom~~ | Cancellation Charge | $ 7,174.88 | | | | In dispute | | | | | | | | | |
| ~~Utilities - Hawaiian Telcom~~ | ~~ROH-3/1-3/28~~ | ~~998.25~~ | | | | Pd by WOA | 692.25 | | 10-200-000000-1020 | ASB Cash | | 692.25 | 10001 | CPB Cash | |
| Utilities - Verizon Wireless | ROH | | | | | | | | | | | | | | |
| 7722376S2-0001 | 12/13-1/12 | $ 456.30 | 88.30 | | | 100% to ROH; 50/50 for 1/13-2/12 | | 88.30 | 10-200-950000-8725 | Mobile Phone Exp | 88.30 | | 6340 | Utilities - Telephone | Refuse |
| | | | | | | 100% to ROH for inactive lines; 50/50 split for active lines for 1/13-2/17 and pro-rata share of monthly charges for 2/13-3/12 | | | | | | | | | |
| 772237652-0001 | 1/13-2/12 | $ 450.97 | 89.08 | | | See computation | | 89.08 | 10-200-950000-8725 | Mobile Phone Exp | 89.08 | | 6340 | Utilities - Telephone | Refuse |
| 772237652-0001 | 2/13-3/12 | $ 461.92 | 206.79 | | | 100% to WOA | | 206.79 | 10-200-950000-8725 | Mobile Phone Exp | 206.79 | | 6340 | Utilities - Telephone | Refuse |
| 772237652-0001 | 3/13-4/12 | $ 1,021.06 | 1,021.06 | | | 100% to WOA | | 1,021.06 | 10-200-950000-8725 | Mobile Phone Exp | 1,021.06 | | 6340 | Utilities - Telephone | Refuse |
| 772237652-0007 | 12/13-1/12 | $ 3,230.98 | 874.55 | | | See computation | | 874.55 | 10-200-950000-8725 | Mobile Phone Exp | 874.55 | | 6340 | Utilities - Telephone | Refuse |
| 772237652-0007 | 1/13/2/12 | $ 2,893.57 | 2,115.48 | | | See computation | | 2,115.48 | 10-200-950000-8725 | Mobile Phone Exp | 2,115.48 | | 6340 | Utilities - Telephone | Refuse |
| 772237652-0007 | 2/13-3/12 | $ 796.94 | 796.94 | | | 100% to WOA - Represents active lines | | 796.94 | 10-200-950000-8725 | Mobile Phone Exp | 796.94 | | 6340 | Utilities - Telephone | Refuse |
| 772237652-0007 | 3/13-4/12 | $ 1,855.40 | 1,855.40 | | | 100% to WOA - Includes Term fees | | 1,855.40 | 10-200-950000-8725 | Mobile Phone Exp | 1,855.40 | | 6340 | Utilities - Telephone | Refuse |
| 772237652-0010 | 12/13-1/12 | $ 923.94 | 353.45 | | | See computation | | 353.45 | 10-200-950000-8725 | Mobile Phone Exp | 353.45 | | 6340 | Utilities - Telephone | Refuse |
| 772237652-0010 | 1/13/2/12 | $ 908.48 | 672.77 | | | See computation | | 672.77 | 10-200-950000-8725 | Mobile Phone Exp | 672.77 | | 6340 | Utilities - Telephone | Refuse |
| 772237652-0010 | 2/13-3/12 | $ 906.31 | 305.30 | | | See computation | | 305.30 | 10-200-950000-8725 | Mobile Phone Exp | 305.30 | | 6340 | Utilities - Telephone | Refuse |
| 772237652-0010 | 3/13-4/12 | $ 1,894.42 | 1,894.42 | | | 100% to WOA - Includes Term fees | | 1,894.42 | 10-200-950000-8725 | Mobile Phone Exp | 1,894.42 | | 6340 | Utilities - Telephone | Refuse |
| 242013937-00001 (MTS) | 1/10-2/9 | $ 135.42 | 40.63 | | | Pd by ROH..9 days allocated to WOA | | 40.63 | 10-200-950000-8725 | Mobile Phone Exp | 40.63 | | 6340 | Utilities - Telephone | Refuse |
| 242013937-00001 (MTS) | 2/10/3/9 | $ 136.65 | 136.65 | | | Pd by ROH...100% to WOA | | 136.65 | 10-200-950000-8725 | Mobile Phone Exp | 136.65 | | 6340 | Utilities - Telephone | Refuse |
| 242013937-00001 (MTS) | 3/10-4/9 | $ 135.37 | 135.37 | | | Pd by ROH...100% to WOA | | 135.37 | 10-200-950000-8725 | Mobile Phone Exp | 135.37 | | 6340 | Utilities - Telephone | Refuse |
| | | | | | | | 10,546.19 | | 10-200-000000-1020 | ASB Cash | | 10,546.19 | 10001 | CPB Cash | |
| Utilities - Sandwich Isle Communications (West Yard Internet) | | | | | | January paid by ROH. Did not pay February or March. | | | | | | | | | |
| Postage on machine at 1/31 | | | | | | $284.57 on meter at 1/31 and $49.38 at 2/28. Usage for January billings and AP. | | | | | | | | | |
| Expenses owed to ROH | | | | | | | | | | | | | | | |
| Tower Support - Monthly fees - February | | | 919.00 | | | | | 919.00 | 10-200-950000-8717 | Computer Systems | 919.00 | | 6230 | 4 Licenses/Permits (?/?) | Refuse |
| | | | | | | | 919.00 | | 10-200-000000-1020 | ASB Cash | | 919.00 | 10001 | CPB Cash | |
| Expenses owed to WOA | | | | | | | | | | | | | | | |
| Trucks Rental | | | | | | | | | | | | | | | |
| 11/9-12/9 Inv/#53934 | Pre-petition | | | | | | | | | | | | | | |
| 12/10-1/9 Inv/#53934 | WOA | $ 10,575.91 | | 5,287.98 | | Paid by ROH to WOA $5,287.93 | | | | | | | | | |
| 1/10-1/31 Inv/# 56217 | WOA | | | | | Paid by ROH to WOA $3,754.45 | | | | | | | | | |
| Dump fees - ROH using WOA trucks | | | | | | | | | | | | | | | |
| November | | $ 25,877.23 | | | | $25,877.23 - Pre-petition | | | | | | | | | |
| December | WOA | $ 43,151.94 | | | | Post petition 12/10-12/31 dump fees. Pd by ROH to WOA $30,034.02. Difference is pre-petition=$13,117.92 | | | | | | | | | |
| January | WOA | $ 4,417.89 | | | | Post Petition January charges. Pd by ROH to WOA $4,417.89 | | | | | | | | | |
| WOA servicing of ROH accounts | | | | | | | | | | | | | | | |
| October | | | | | | | | | | | | | | | |
| Inv. #50176 - rate to be verified (see#51044) (10/13-10/14) | | | | | | Pre-petition | | | | | | | | | |
| Inv. #50177 (10/14) | | | | | | Pre-petition | | | | | | | | | |
| November | | | | | | | | | | | | | | | |
| Inv. #51044 (11/1) | | | | | | Pre-petition | | | | | | | | | |
| Inv. #51045 (11/1) | | | | | | Pre-petition | | | | | | | | | |

| # | True up Accounting MOU | Paid by | Amount | Owed to ROH by WOA | Owed to ROH by WOA | Comments | Comments | | | Acct. Description | | Dr | Cr | Dr | Cr | | Acct. Description | Class | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Grass Plains | | Encore | | | | | |
| 65 | Inv. #52457 (11/9-11/17) | | | | | | Pre-petition | | | | | | | | | | | Class | |
| 66 | Inv. #52763 (11/22-11/25) | | | | | | Pre-petition | | | | | | | | | | | | |
| 67 | December | | | | | | | | | | | | | | | | | | |
| 68 | Inv. #53063 - rate to be verified (see#51044) (12/1) | | | | | | Pre-petition | | | | | | | | | | | | |
| 69 | Inv. #53064 (12/1) | | | | | | Pre-petition | | | | | | | | | | | | |
| 70 | January | | | | | | | | | | | | | | | | | | |
| 71 | Inv. #54441 (Paid) | ROH | | | | | Pd. Check #19803 (ROH) | | | | | | | | | | | | |
| 72 | Inv. #54442 (1/1) | WOA | | 408.38 | | | Pick up material on behalf of ROH | | 10-200-950000-6708 | Equipment Rental | | | | 408.38 | | 1200 | Accts. Receivable | | Note: #53084, #51045, and #50177 |
| 73 | Inv. #54709 (1/5) | WOA | | 157.07 | | | Pick up material on behalf of ROH | | 10-200-950000-6208 | Equipment Rental | | | | 157.07 | | 1200 | Accts. Receivable | 552601 | are pre-petition - Write-off |
| 74 | Inv. #52287 (1/17) | WOA | | 157.07 | | | Pick up material on behalf of ROH | | 10-200-950000-6708 | Equipment Rental | | | | 157.07 | | 1200 | Accts. Receivable | 555300 | |
| 75 | February | | | | | | | | 10-200-000000-1020 | A5B Cash | | 722.52 | | | | 10001 | CPB Cash | 555300 | |
| 76 | Inv# 67898 | WOA | | 1,120.42 | | | Delivery of bins by WOA; receipt by ROH | | 10-200-100000-4020 | ROI Collection Rev | | 1,120.42 | | 1,120.42 | | 1201 | Encore AR | 1052101 | |
| 77 | | | | | | | | | 10-200-000000-1020 | A5B Cash | | 1,120.42 | | | 1,120.42 | 10001 | CPB Cash | | |
| 78 | Hauling and dump fees for material at ROH sites, including Makepono Transfer Station at 1/31 hauled by WOA (United Tire Recapping) | WOA | | 653.40 | | | Actual - United Tire Recapping | | 10-200-100000-4501 | RO Disposal Tires | | 653.40 | | 653.40 | | 5160 | COGS Refuse | Refuse | |
| 79 | | | | | | | | | 10-220-000000-1020 | A5B Cash | | | | | 653.40 | 10001 | CPB Cash | | |
| 80 | ALSCO invoices paid by WOA on behalf of ROH | | | | | | | | | | | | | | | | | | |
| 81 | Inv#HON335292 | ROH | $ | 484.11 | | | | | | | | | | | | | | | |
| 82 | Inv#HON335283 | ROH | $ | 108.89 | | | | | | | | | | | | | | | |
| 83 | Inv#HON337640 | WOA | $ | 723.25 | 723.25 | | | | 10-200-950000-5607 | Uniform Chg Svcs | | 723.75 | | 723.25 | | 6241 | Outside Svcs. Refuse | Refuse | |
| 84 | Inv#HON337641 | WOA | $ | 153.53 | 153.53 | | Invoices dated 2/1 for soiled uniforms | | 10-200-950000-5607 | Uniform Chg Svcs | | 153.53 | | 153.53 | | 6241 | Outside Svcs. Refuse | Refuse | |
| 85 | Inv#HON337642 | WOA | $ | 131.80 | 131.80 | | picked up on 1/25 | | 10-200-950000-5607 | Uniform Chg Svcs | | 131.80 | | 131.80 | | 6241 | Outside Svcs. Refuse | Refuse | |
| 86 | ALSCO Invoices paid by ROH for cleaning of W Yard | | | | | | | | 10-200-000000-1020 | A5B Cash | | 1,008.58 | | | 1,208.58 | 10001 | CPB Cash | | |
| 87 | uniforms soiled during the week of 1/30-2/3 | | | | | | | | | | | | | | | | | | |
| 88 | Inv#HON341775-76 | ROH | $ | 518.26 | | 310.93 | 60% share to WOA. | | 10-200-950000-5607 | Uniform Chg Svcs | | 310.93 | | 310.93 | | 6241 | Outside Svcs. Refuse | Refuse | |
| 89 | | | | | | | | | 10-200-000000-1020 | A5B Cash | | | | | 310.93 | 10001 | CPB Cash | | |
| 90 | AMCS | ROH | $ | 3,472.73 | 1,629.00 | | See recapitulation | | 10-200-950000-5570 | Computer Systems | | 1,629.00 | | 1,629.00 | | 6730 | Licenses/Permits (???) | Refuse | Should be revenue diversion. To be corrected in final recap |
| 91 | | | | | | | | | 10-200-000000-1020 | A5B Cash | | | | | 1,629.00 | 10001 | CPB Cash | | |
| 92 | AT&T | ROH | $ | 553.81 | | 514.72 | See recapitulation | | 10-200-950000-8724 | Long Distance Chgs | | 514.72 | | 514.72 | | 6340 | Utilities - Telephone | Refuse | |
| 93 | | | | | | | | | 10-200-000000-1020 | A5B Cash | | | | | 514.72 | 10001 | CPB Cash | | |
| 94 | Advantage Technology Systems | | | | | | | | | | | | | | | | | | |
| 95 | Invoice#9949 (Feb) | WOA | $ | 3,499.48 | 1,931.94 | | 80% share (4 of 5 servers shared of hosting fee, backup, support), split 50/50 + GET Hosting fee for Trashmasterscorp.com/Trashmasterslic.net + GET | | 10-200-950000-5570 | Computer Systems | | 1,931.94 | | 1,931.94 | | 6230 | Licenses/Permits (???) | Refuse | |
| 96 | Invoice#9949 (Feb) | WOA | $ | 3,499.48 | 83.77 | | | | 10-200-950000-5570 | Computer Systems | | 83.77 | | 83.77 | | 6230 | Licenses/Permits (???) | Refuse | |
| 97 | Invoice#10003 (March) | WOA | $ | 3,219.89 | 1,287.96 | | | | 10-200-950000-5570 | Computer Systems | | 1,287.96 | | 1,287.96 | | 6230 | Licenses/Permits (???) | Refuse | |
| 98 | | | | | | | | | 10-200-000000-1020 | A5B Cash | | 3,308.67 | | | 3,308.67 | 10001 | CPB Cash | | |
| 99 | Postage to mail out Customer Stmts 3/31 (318 x .46) | ROH | $ | 146.28 | 146.28 | | | | 10-200-950000-8711 | Postage | | 146.28 | | 146.28 | | 6250 | Postage & Delivery | G&A | |
| 100 | | | | | | | | | 10-200-000000-1020 | A5B Cash | | 146.28 | | | 146.28 | 10001 | CPB Cash | | |
| 101 | Use of driver/truck on 1/23 and 1/30 to cover Route 13M | WOA | $ | 2,846.86 | 2,846.86 | | 10.75 hrs - 1/23; 11 hrs - 1/30. Total 21.75 hrs. @ $125/hr. + GET | | 10-200-200000-5401 | Equipment Rental | | 2,846.86 | | 2,846.86 | | 4040 | Refuse Income FEL | Refuse | |
| 102 | | | | | | | | | 10-200-000000-1020 | A5B Cash | | 2,846.86 | | | 2,846.86 | 10001 | CPB Cash | | |
| 103 | REVENUES DEPOSITED TO ROH BANK ACCT FOR WOA | | | | | | | | | | | | | | | | | | |
| 104 | Revenues collected by ROH owed to WOA | ROH | | | | | Paid $12,369.59 - 5/12 | | | | | | | | | | | | |
| 105 | Revenues collected by ROH owed to WOA | ROH | | | | | Paid $7,217.39 - 5/12 | | | | | | | | | | | | |
| 106 | Revenues collected by ROH owed to WOA | ROH | | | 9,964.64 | | Paid $20,507.69, less Rubicon $9,964.64 | | 10-200-000000-2000 | Accounts Payable | | 9,964.64 | | 9,964.64 | | 1201 | Encore AR | Refuse | |
| 107 | Revenues collected by ROH owed to WOA | ROH | | | 6,861.51 | | March remittances for WOA | | 10-200-000000-2000 | Accounts Payable | | 6,861.51 | | 6,861.51 | | 1201 | Encore AR | Refuse | |
| 108 | Revenues collected by ROH owed to WOA | ROH | | | 13,777.66 | | May remittances for WOA | | 10-200-950000-6205 | Vehicle Permit/Lic | | 13,777.66 | | 13,777.66 | | 1201 | Encore AR | Refuse | |
| 109 | | | | | | | | | 10-200-000000-1020 | A5B Cash | | 30,603.81 | | | 30,603.81 | 10001 | CPB Cash | | |
| 110 | Revenues collected by WOA owed to ROH | | | | | | | | | | | | | | | | | | |
| 111 | Expenses owed to ROH | | | | | | | | | | | | | | | | | | |
| 112 | Tower Monthly support fees - February | ROH | | | | 919.00 | | | 10-200-000000-0342 | Computer-Systems | | 919.00 | | 919.00 | | 6284 | Licenses/Permits (???) | Refuse | Duplicate of Row 45 |
| 113 | | | | | | | | | 10-200-000000-1020 | A5B Cash | | | | | 919.00 | 1000 | CPB Cash | | |
| 114 | Safety checks for vehicles on 1/31 | | | | | 140.00 | AMCS | Paul's Safety Service | | 10-200-950000-6205 | Vehicle Permit/Lic | | 140.00 | | 140.00 | | 6233 | Vehicle Registration Ref | Refuse | |
| 115 | Truck registrations for vehicles on 1/31 | | | | | 5,433.25 | | City & County | | 10-200-950000-6205 | Vehicle Permit/Lic | | 5,433.25 | | 5,433.25 | | 6233 | Vehicle Registration Ref | Refuse | |
| 116 | Revenues collected by WOA owed to ROH | | | | | 5,573.25 | | | | 10-200-000000-1020 | A5B Cash | | 5,573.25 | | | 5,573.25 | 10001 | CPB Cash | | |
| 117 | | | | | | | | | | | | | | | | | | | |
| 118 | Aloha Nursing Note Receivable | | | | | 13,977.31 | | | | 10-200-000000-1101 | Accrued AR | | 13,977.31 | | 13,977.31 | | 10125 | Transaction Clearing Acct | | Each month, Dr. Refuse Income, Cr. Transaction Clrng Acct. based on amortization schedule |
| 119 | | | | | | | | | 10-200-000000-1020 | A5B Cash | | 13,977.31 | | | 13,977.31 | 10001 | CPB Cash | | |
| 120 | Discount on disposal of residue from recycling | | | | | 647.12 | | | | 10-200-100000-4101 | RO Recy-Mixed | | 647.12 | | 647.12 | | 4040 | Refuse Inc. FEL | Refuse | |
| 121 | operations - January 2017 | | | | | | | | | 10-200-000000-1020 | A5B Cash | | 647.12 | | | 647.12 | 10001 | CPB Cash | | |

| True up Accounting MOU | Paid by | Amount | Owed to | Owed to | Comments | Comments | | | Great Plains | | | Acct. Description | Encore | | | Acct. Description | Class |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | WOA by ROH | ROH by WOA | | | | | Dr | Cr | | | Dr | Cr | | | |
| Post closing cut-off issues | | | | | | | | | $ 37,912.51 | $ 42,034.54 | | | $ 42,034.54 | $ 37,912.51 | | | |
| Rolloffs | | | | | | | | | | $ 4,122.01 | | | | $ (4,122.01) | | | |
| Can deliveries prior to 1/3); billed afterw | Delivery charge for cans delivered by ROH prior to 1/31 were billed by ROH; the pick-up and disposal serviced by WOA and was billed by WOA. | | | | Delivery billed from Tower; Dump&Return billed by WOA | | | | | | | | | | | | |
| Rolloff routes picked up by WOA | N/A. Loaned driver and truck to cover ROH route 13M. See Row 95 | | | | Dump tickets to ROH for billing in Tower | | | | | | | | | | | | |
| | | | Owed to | Owed to | Net | | | | | | | | | | | | |
| OTHER | | | WOA by ROH | ROH by WOA | | | | | | | | | | | | | |
| | | | 42,034.53 | 37,912.51 | (4,122.02) | | | | | | | | | | | | |
| | | | | | Owed to WOA by ROH | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| POST CLOSING - TRUE-UP SCHEDULE | | | | | | | | | | | | | | | | | |
| AMCS | ROH | $ 3,472.73 | | 3,258.00 | Correction of Row 90 above | | | | $ 3,258.00 | $ 3,258.00 | 10-200-950000-5570 | Computer Systems | $ 3,258.00 | | 6230.4 | Licenses/Permits (???) | Refuse |
| AMCS Invoices Paid by WOA | | | | | | | | | $ 3,258.00 | | 10-200-000000-1020 | ASB Cash | | $ 3,258.00 | 10001 | CPB Cash | |
| #41608 - May | | $ 919.00 | 919.00 | | | | | | $ 919.00 | | 10-200-950000-5570 | Computer Systems | | $ 919.00 | 10001 | Licenses/Permits (???) | Refuse |
| #42021 - June | | $ 919.00 | 919.00 | | | | | | | $ 919.00 | 10-200-000000-1020 | ASB Cash | $ 919.00 | | 10001 | CPB Cash | |
| | | | | | | | | | $ 919.00 | | 10-200-950000-5570 | Computer Systems | | $ 919.00 | 6230.4 | Licenses/Permits (???) | Refuse |
| Tower Monthly support fees - February | ROH | $ 919.00 | 919.00 | | Reverse duplicate charge. Row 45/112 | | | | $ 919.00 | $ 919.00 | 10-200-950000-8717 | Computer Systems | $ 919.00 | | 10001 | CPB Cash | |
| | | | | | | | | | | $ 919.00 | 10-200-000000-1020 | ASB Cash | | $ 919.00 | 6230.4 | Licenses/Permits (???) | Refuse |
| Cash Deposits to WOA for ROH | WOA | | | 902.62 | Greenleaf Compaction. Inv#247755 | | | | $ 902.62 | | 10-200-000000-1020 | ASB Cash | $ 902.62 | | 10001 | CPB Cash | |
| | | | | | | | | | | $ 902.62 | 10-200-000000-1100 | Accounts Receivable | | $ 902.62 | 1201 | AR Encore | |
| | | | Owed to | Owed to | Net | | | | | | | | | | | | |
| | | | WOA by ROH | ROH by WOA | | | | | | | | | | | | | |
| | | | 2,757.00 | 4,160.62 | 1,403.62 | | | | | | | | | | | | |
| | | | | | Owed to ROH by WOA | | | | | | | | | | | | |