KLEVANSKY PIPER, LLP
A Limited Liability Law Partnership

SIMON KLEVANSKY         3217-0
ALIKA L. PIPER             6949-0
ELAINE T. CHOW          10377-0
841 Bishop Street, Suite 1707
Honolulu, Hawaii 96813
Telephone: (808) 536-0200
Facsimile: (808) 237-5757
E-Mail: sklevansky@kplawhawaii.com
        apiper@kplawhawaii.com

Attorneys for Trustee DANE S. FIELD

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>ROLLOFFS HAWAII, LLC,<br><br>        Debtor. | Case No. 16-01294<br>(Chapter 7) (Converted)<br><br>**TRUSTEE'S FINAL REPORT AND ACCOUNT**<br><br>(Pursuant to U.S. Trustee's Requirements) |

TO:   THE HONORABLE ROBERT J. FARIS
        UNITED STATES BANKRUPTCY JUDGE

    DANE S. FIELD (the "Trustee"), Trustee of the estate of ROLLOFFS HAWAII, LLC, as Debtor-In-Possession, hereby files his Final Report and Account pursuant to the United States Trustee's Operating and Reporting

Requirements for Chapter 11 cases and the Bankruptcy Court's Order Converting Chapter 11 Case to Chapter 7 Case, filed on September 18, 2017.

## CERTIFICATE OF COUNSEL

The undersigned counsel certifies that counsel has reviewed the Trustee's Final Report and Account and that it has been prepared in compliance with LBR 2015-7

DATED: Honolulu, Hawaii, December 1, 2017.

/s/ Alika L. Piper
SIMON KLEVANSKY
ALIKA L. PIPER
Attorney for Trustee Dane S. Field

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF HAWAII

In Re:

Rolloffs Hawaii, LLC

Debtor(s).

CHAPTER 11

CASE NO. 16-01294

**FINAL REPORT AND ACCOUNT**

Date Order Converting Case to
Chapter 7 Entered: September 18, 2017

**Schedule I - Disposition of Assets**

| Asset Description (Scheduled and Unscheduled Property) | Petition/ Unscheduled Value | Status and Location of Property (Including Information on Disposal, if Property is Currently Not Property of the Estate) |
|---|---|---|
| | | SEE ATTACHED SCHEDULE I |

U.S. Bankruptcy Court - Hawaii    #16-01294    Dkt # 330    Filed  12/01/17    Page 3 of 8

# Schedule I – Disposition of Assets

| Asset Description | Petition/Unscheduled Value | Status and Location of Property |
|---|---|---|
| Equipment, business contracts, inventory, vehicles, seller intellectual property, records, and contracts, defined as "Acquired Assets" in "Asset Purchase Agreement", approved by Court order entered on January 19, 2017 | $5,000,000 (sales price) | Sold to West Oahu Aggregate Co, Inc. |
| | | |
| Assets Excluded From Sale: | | |
| Accounts receivable | $133,939.40 (est. value $55,449) | |
| Bank Accounts | $3,436,601.08 | |
| Preference and Avoidance Claims | Unknown | Trustee will seek collection in Chapter 7 |
| Claim for Security Deposit (C. Leonard) | $4,000 | Trustee will seek collection in Chapter 7 |
| Claim for Security Deposit (T. Durupt) | $1,900 | Trustee will seek collection in Chapter 7 |

Case No: 16-01294

Case Name: Rolloffs Hawaii, LLC

**Schedule II - Post-Petition Creditors**

| Name and Address | Type (Administrative, Super priority, etc.) | Amount Due |
|---|---|---|
| See Attached Schedule II | | |
| Subtotal (Total of this page) | | |
| Total (Use only on the last page of Schedule II) | | |

# Schedule II – Post-Petition Creditors – Outstanding Chapter 11 Administrative Claims as of Conversion of Case

The Trustee reserves his rights to object to any of the claims set forth below.

| Name of Holder of Claim | Address of Holder of Claim | Amount of Claim | Notes |
|---|---|---|---|
| Elijahtech, LLC – claimed assigned to Klevansky Piper, LLP | c/o Klevansky Piper, LLP<br>841 Bishop St, Suite 1707<br>Honolulu, HI 96813 | 4,214.66 | See "Stipulated Order Regarding Payment Under 'Order Granting Motion for Order Authorizing Trustee to Employ and Compensate IT Consultant and Support Service Provider in the Ordinary Course, filed on April 7, 2017'", filed on November 28, 2017, Dkt. No. 322 |
| Claire Pilar – claim assigned to Dane S. Field, bankruptcy trustee | c/o Dane S. Field<br>PO Box 4198<br>Honolulu, Hawaii 96812 | 314.14 | See "Stipulated Order Regarding Payment Owed for Bookkeeping Services", filed on November 28, 2017, Dkt. No. 321 |
| Lockton Insurance Brokers, LLC | 725 S. Figueroa St, 35th Floor<br>Los Angeles, CA 90017 | 102,271.02 | Alleged claim for overpayment of refund of insurance premiums |
| West Oahu Aggregate Company, Inc. | c/o Carlsmith Ball, LLP<br>1001 Bishop St, Suite 2100<br>Honolulu, Hawaii 96813 | 4,122.02 | Returned Rolloffs Check regarding True-Up Accounting |
| Office of the United States Trustee | 1132 Bishop St., Ste 602<br>Honolulu, Hawaii 96813 | 4,875.00 | US Trustee Quarterly Fees (for period July 2017-Sept 2017) |
| KMH, LLP | 1003 Bishop St, Suite 2400<br>Honolulu, Hawaii 96813 | 6,185.34 | Professional Fees Accrued Between August 16 to September 18, 2017, subject to filing of fee application and Court approval |
| Klevansky Piper, LLP | 841 Bishop St, Suite 1707<br>Honolulu, Hawaii 96813 | 15,156.11 | Professional Fees Accrued Between August 16 to September 18, 2017, subject to filing of fee application and Court approval |
| Chapter 11 Trustee Dane S. Field | PO Box 4198<br>Honolulu, Hawaii 96812 | 5,127.50 | Professional Fees Accrued Between August 16 to September 18, 2017, subject to filing of fee application and Court approval |

Case No: 16-01294

Case Name: Rolloffs Hawaii, LLC

Schedule III - Post-Petition Payments to Professionals

| Name and Address of Professional | Amount Paid Post-Petition | Retainer |
|---|---|---|
| See Attached Schedule III | | |

I, Dane Field bankruptcy trustee (Name and title), declare under penalty of perjury that I have fully read and understood the foregoing Final Report and Account and that the information contained herein is true and complete to the best of my knowledge.

Date: 12-1-17

_____
Principal for Debtor-In-Possession

Ch. 11 Post Confirmation Report - Page 3 of 3

ORR-page 31 (rev. 04/28/11)

U.S. Bankruptcy Court - Hawaii   #16-01294   Dkt # 330   Filed  12/01/17   Page 7 of 8

# SCHEDULE III – POST-PETITION PAYMENTS TO PROFESSIONALS

| Name and Address of Professional | Amount Paid Post-Petition | Retainer |
|---|---|---|
| Dane Field<br>PO Box 4198<br>Honolulu, HI 96812 | 85,667.50<br>29.13 | n/a |
| Klevansky Piper, LLP<br>841 Bishop Street, Suite 1707<br>Honolulu, Hawaii 96813 | 156,769.43 | n/a |
| KMH, LLP<br>1003 Bishop Street, Suite 2400<br>Honolulu, Hawaii 96813 | 52,624.06 | n/a |
| Char Sakamoto Ishii Lum & Ching<br>841 Bishop Street, Suite 850<br>Honolulu, Hawaii 96813 | 1,949.74 | n/a |