OFFICE OF THE UNITED STATES TRUSTEE

TIFFANY L. CARROLL
Acting United States Trustee
CURTIS CHING  3931
Assistant United States Trustee
1132 Bishop Street, Suite 602
Honolulu, Hawaii  96813
Telephone:  (808) 522-8154
ustpregion15.hi.ecf@usdoj.gov

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| In re | ) | Case No. 16-01294 |
| | ) | (Chapter 7) |
| ROLLOFFS HAWAII, LLC, | ) | (Related docket # 344) |
| | ) | |
| | ) | Date:   April 9, 2018 |
| Debtor. | ) | Time:   10:30 a.m. |
| | ) | Judge:  Hon. ROBERT J. FARIS |

**UNITED STATES TRUSTEE'S STATEMENT REGARDING FIRST AND FINAL APPLICATION FOR ALLOWANCE, AWARD AND PAYMENT OF PROFESSIONAL FEES AND COSTS FOR DEBTOR'S GENERAL COUNSEL**

The United States Trustee submits this statement regarding the First And Final Application For Allowance, Award And Payment Of Professional Fees And Costs For Debtor's General Counsel ("Application") filed on March 1, 2018.

Pursuant to 28 U.S.C. §586(a)(3), the United States Trustee has the duty and authority to file comments regarding fee applications.

The United States Trustee opposes allowance of fees for pre-petition work. Fees for pre-petition work "are not properly part of an application for allowance of compensation under § 330 of the Code." In re Uncommon Ground, Inc., 1999 WL 33490233 at *1 (Bankr. D. Idaho 1999).

Wherefore, the United States Trustee opposes the portion of the Application which seeks approval of fees under Section 330(a) for services that were performed pre-petition.

DATE: Honolulu, Hawaii,   March 26, 2018.

TIFFANY L. CARROLL<br>
Acting United States Trustee<br>
<br>
By /s/ CURTIS CHING<br>
Assistant U.S. Trustee