**Date Signed:**
**December 3, 2018**




**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| In re<br><br>ROLLOFFS HAWAII, LLC,<br><br>Debtor. | Case No. 16-01294<br>(Chapter 7)<br><br>**STIPULATED ORDER RESPECTING PACIFIC SERIES OF LOCKTON COMPANIES, LLC'S VERIFIED APPLICATION FOR ALLOWANCE OF PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(1)(A), FILED ON JULY 30, 2018** |

**STIPULATED ORDER RESPECTING PACIFIC SERIES OF LOCKTON COMPANIES, LLC'S VERIFIED APPLICATION FOR ALLOWANCE OF PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(1)(A), FILED ON JULY 30, 2018**

This Stipulated Order Respecting Pacific Series of Lockton Companies, LLC's Verified Application for Allowance of Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A), filed on

July 30, 2018, is entered into between Pacific Series of Lockton Companies, LLC ("Lockton") and Trustee Dane S. Field (the "Trustee"), the duly appointed trustee of the estate of Rolloffs Hawaii, LLC (the "Debtor") with reference to the following facts:

A. On December 9, 2016, the Debtor filed a voluntary Chapter 11 bankruptcy petition. On January 17, 2017, the Court entered an order approving the appointment of the Trustee as the bankruptcy trustee of the Debtor's Chapter 11 estate.

B. The Debtor's vehicles were previously insured with an automobile insurance policy through AIG (the "Policy"). After the vehicles were sold to a third party pursuant to a court approved sale, the Trustee cancelled the Policy, effective as of February 2, 2017.

C. In connection with the cancellation of the Policy, Lockton asserts that it furnished an insurance premium refund check to the Trustee in error, which resulted in an overpayment of $102,271.02 to the Trustee in the Chapter 11 case.

D. By order entered on September 18, 2017, the case was converted to a Chapter 7 proceeding and the Trustee was appointed as Chapter 7 Trustee.

E. The Trustee was not advised of the alleged overpayment until after the case was converted to a Chapter 7 proceeding.

F. On July 30, 2018, Lockton filed a Verified Application for Allowance of Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) (the "Application"), in which Lockton sought an order directing the Trustee to immediately remit the sum of $102,271.02 to Lockton on account of its administrative claim.

G. On September 4, 2018, the Trustee filed a Memorandum in Opposition to the Application in which the Trustee asserted that: (i) if Lockton has a claim for the alleged overpayment, it is a Chapter 11 administrative claim, and cannot be paid until the end of the bankruptcy case, after Chapter 7 administrative claims have been determined and paid, and (ii) the amount of Lockton's alleged Chapter 11 administrative claim should be reduced since the entire $102,271.02 alleged overpayment is not an actual necessary cost of preserving the estate under 11. U.S.C. §506(b).

H. The parties have determined that it is in their respective best interests to settle Lockton's claim, asserted in the Application, as set forth below.

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1. Lockton shall have an allowed Chapter 11 administrative claim in the amount of $90,101.87, which shall be paid pro-rata with other allowed




U.S. Bankruptcy Court - Hawaii #16-01294 Dkt # 489 Filed 12/03/18 Page 3 of 4

Chapter 11 administrative claims at the end of the case after all Chapter 7 administrative claims have been determined and paid.

2. All remaining requests in the Application are DENIED.

**END OF ORDER**

APPROVED AND AGREED:

/s/ Alika L. Piper
SIMON KLEVANSKY
ALIKA L. PIPER
ELAINE T. CHOW
Attorneys for Trustee Dane S. Field

/s/ Brian Holland
BRIAN HOLLAND
SUSAN TIUS
Attorneys for Pacific Series of Lockton Companies, LLC

Submitted by:

KLEVANSKY PIPER, LLP
SIMON KLEVANSKY
ALIKA L. PIPER
ELAINE T. CHOW
841 Bishop Street, Suite 1707
Honolulu, Hawaii 96813
Telephone: (808) 536-0200
Facsimile: (808) 237-5759
E-Mail: sklevansky@kplawhawaii.com; apiper@kplawhawaii.com; echow@kplawhawaii.com
Attorneys for Trustee Dane S. Field