**SPB PARTNERS, LLC**
2932 Wilshire Blvd., Suite 204
Santa Monica, CA 90403
T: 310-255-0025
F: 310-255-0029

July 29, 2019

United States Bankruptcy Court　　　　　　　　　　　　　VIA CERTIFIED MAIL
District of Hawaii
1132 Bishop Street, Suite 250
Honolulu, HI 96813

Re: Change of address request for notice for below-referenced individuals and entities

To whom it may concern:

With regard to bankruptcy case # 16-01294 and adversary proceeding # 18-90035 and the associated notice requirements, the office address has changed for <u>only</u> the below-referenced individuals and entities.

This office has also contacted BAE Systems' Bankruptcy Noticing Center to notify them of the address change for the below-referenced individuals and entities.

**Individuals**: Ari D. Bass; Scott R. Bulloch; and Kenneth M. Pressberg

**Entities**: Trashmasters, LLC; SPB Management, LLC; SPB Waste, LLC; SPB Capital GP; SPB Capital Partners, LP; SPB Partners, LLC

**Old address**: 1317 5th Street, 2nd Floor, Santa Monica, CA 90401

**New address**: 2932 Wilshire Blvd., Suite 204, Santa Monica, CA 90403

Thank you for making the requested address change. Should you have any questions please do not hesitate to contact me directly, at 310-255-0025.

Sincerely,

Ari D. Bass
Authorized Signatory for the above-referenced individuals and entities