LAW OFFICE OF WAYNE K. T. MAU

WAYNE K. T. MAU    3455-0
1003 Bishop Street, Suite 320
Honolulu, Hawaii 96813
Telephone No.: (808) 380-8498
Email: wayne@wmaulaw.com

Attorney for Creditor
AMERICAN SAVINGS BANK, F.S.B.

## IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>ROLLOFFS HAWAII, LLC,<br><br>    Debtor. | Case No. 16-01294<br>(Chapter 11)<br><br>CREDITOR AMERICAN SAVINGS BANK, F.S.B.'S STATEMENT IN SUPPORT OF TRUSTEE'S MOTION FOR ORDER APPROVING SETTLEMENT AGREEMENT WITH DEFENDANT TRASHMASTERS, LLC, THE CORRIDOR DEFENDANTS AND THE SPB DEFENDANTS FILED JULY 10, 2020<br><br>Hearing<br>Date: August 17, 2020<br>Time: 10:30 a.m.<br>Judge: Honorable Robert J. Faris<br><br>Related Doc.: #557 |

# CREDITOR AMERICAN SAVINGS BANK, F.S.B.'S STATEMENT IN SUPPORT OF TRUSTEE'S MOTION FOR ORDER APPROVING SETTLEMENT AGREEMENT WITH DEFENDANT TRASHMASTERS, LLC, THE CORRIDOR DEFENDANTS AND THE SPB DEFENDANTS FILED JULY 10, 2020

Creditor AMERICAN SAVINGS BANK, F.S.B., a federal savings bank ("ASB"), by and through their attorney, Wayne K. T. Mau, respectfully submits this statement in support of *Trustee's Motion for Order Approving Settlement Agreement with Defendant Trashmasters, LLC, the Corridor Defendants and the SPB Defendants* filed herein on July 10, 2020 ("Trustee's Motion").

Specifically, the Trustee's Motion seeks an order approving the *Settlement Agreement* dated July 3, 2020, which is attached to the Trustee's Motion as Exhibit "1", which the Trustee reached with Trashmasters, LLC ("Trashmasters"); Corridor Capital, LLC; Corridor Capital Advisors, LLC; Corridor Trashmasters, L.P.; Craig Enenstein; L. Geoffrey Greulich; Edward A. Monnier; and Jessamyn Davis (collectively "Corridor Defendants"); SPB Management, LLC; SPB Waste, LLC; SPB Capital GP, LLC; SPB Capital Partners, L.P.; SPB Partners, LLC; Ari D. Bass; Scott R. Bulloch and Kenneth M. Pressberg (collectively "SPB Defendants") and in which Corridor Capital, LLC will pay to the Trustee the sum of $943,500 and SBP Capital Partners, L.P. will pay to the Trustee in the sum of $756,500 for a aggregate settlement sum of ONE MILLION SEVEN HUNDRED THOUSAND AND NO/100 DOLLARS ($ 1,700,000.00).

U.S. Bankruptcy Court - Hawaii   #16-01294   Dkt # 565   Filed  08/12/20   Page 2 of 3

In addition, the settlement between the Trustee and Trashmasters, the Corridor Defendants and the SPB Defendants, once approved by this Court, terminates a large portion of the costly complex litigation initiated by the Trustee to recover amounts from the syndicators and insiders of the Debtors.

Based on all of the above, ASB is in support of the Trustee's request for an order approving the settlement.

Dated: Honolulu, Hawaii, August 12, 2020.

/s/ Wayne K. T. Mau
WAYNE K. T. MAU
Attorney for Creditor
American Savings Bank, F.S.B.