In re:  
Rolloffs Hawaii, LLC  
    Debtor(s)

Case No. 16-01294-rjf  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0975-1      User: lisa      Page 1 of 6  
Date Rcvd: Nov 04, 2020      Form ID: H9022      Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2020:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | #+ | Rolloffs Hawaii, LLC, P.O. Box 30046, Honolulu, HI 96820-0046 |
| aty | + | Karl K. Kobayashi, 1001 Bishop St.reet, ASB Tower, Ste. 2100, Honolulu, HI 96813-3429 |
| aty | + | O'Connor Playdon Guben & Inouye LLP, 733 Bishop Street, Suite 2400, Honolulu, HI 96813-4070 |
| intp | | Brian Holland, Lathrop Gage LLP, 2345 Grand Blvd., Ste. 2200, Kansas City, MO 64108-2618 |
| cr | + | CITY AND COUNTY OF HONOLULU, 530 South King Street, Room 110, Honolulu, HI 96813-3000 |
| sp | + | Char Sakamoto Ishii Lum & Ching, 841 Bishop Street, Suite 850, Davies Pacific Center, Honolulu, HI 96813-3957 |
| acc | + | Claire Pilar, West Oahu Aggregate, 855 Umi Street, Honolulu, HI 96819-2346 |
| consult | + | Elijahtech, LLC, 841 Bishop St., Ste. 119, Honolulu, HI 96813-3933 |
| consult | + | Gary Kuba, GMK Consulting, 1001 Bishop Street, Suite 2680, Honolulu, HI 96813-3681 |
| acc | + | KMH LLP, 1003 Bishop Street, Suite 2400, Honolulu, HI 96813-6469 |
| intp | + | Oahu Waste Services, Inc., 1169 Mikole Street, Honolulu, HI 96819-4327 |
| sp | + | Stephen M Magro, 14101 Yorba Street, Ste. 101, Tustin, CA 92780-2041 |
| cr | + | TrashMasters, LLC, 2932 Wilshire Blvd., Ste. 204, Santa Monica, CA 90403-4943 |
| intp | + | West Oahu Aggregate Co., Inc., 855 Umi Street, Honolulu, HI 96819-2346 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/Text: ipfscollectionsreferrals@ipfs.com | Nov 05 2020 03:28:00 | IPFS Corporation, 30 Montgomery Street, Suite 1000, Jersey City, NJ 07302 |
| cr | | Email/Text: ari@spbpartners.com | Nov 05 2020 03:28:00 | SPB Partners, 2932 Wilshire Blvd., Ste. 204, Santa Monica, CA 90403 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Aloha Waste Systems, Inc. |
| cr | | Hawaiian Electric Company |
| md | | James N. Duca |
| cr | | Trustees of the Estate of Bernice Pauahi Bishop, d |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2020     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2020 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Alika L. Piper | on behalf of Trustee Dane S. Field apiper@kplawhawaii.com bvierra@kplawhawaii.com;peter@kplawhawaii.com;bshin@kplawhawaii.com;kplaw@ecf.courtdrive.com |
| Alika L. Piper | on behalf of Plaintiff Dane S. Field apiper@kplawhawaii.com bvierra@kplawhawaii.com;peter@kplawhawaii.com;bshin@kplawhawaii.com;kplaw@ecf.courtdrive.com |
| Allison A. Ito | on behalf of Defendant SPB Capital GP LLC aito@hibklaw.com, jczerwinski@hibklaw.com;ItoAR70906@notify.bestcase.com;csouza@hibklaw.com |
| Allison A. Ito | on behalf of Defendant SPB Waste LLC aito@hibklaw.com, jczerwinski@hibklaw.com;ItoAR70906@notify.bestcase.com;csouza@hibklaw.com |
| Allison A. Ito | on behalf of Defendant Kenneth M. Pressberg aito@hibklaw.com jczerwinski@hibklaw.com;ItoAR70906@notify.bestcase.com;csouza@hibklaw.com |
| Allison A. Ito | on behalf of Defendant Corridor Capital LLC aito@hibklaw.com jczerwinski@hibklaw.com;ItoAR70906@notify.bestcase.com;csouza@hibklaw.com |
| Allison A. Ito | on behalf of Defendant SPB Capital Partners L.P. aito@hibklaw.com, jczerwinski@hibklaw.com;ItoAR70906@notify.bestcase.com;csouza@hibklaw.com |
| Allison A. Ito | on behalf of Defendant Ari D. Bass aito@hibklaw.com jczerwinski@hibklaw.com;ItoAR70906@notify.bestcase.com;csouza@hibklaw.com |
| Allison A. Ito | on behalf of Defendant Edward A. Monnier aito@hibklaw.com jczerwinski@hibklaw.com;ItoAR70906@notify.bestcase.com;csouza@hibklaw.com |
| Allison A. Ito | on behalf of Defendant Jessamyn Davis aito@hibklaw.com jczerwinski@hibklaw.com;ItoAR70906@notify.bestcase.com;csouza@hibklaw.com |
| Allison A. Ito | on behalf of Defendant SPB Management LLC aito@hibklaw.com, jczerwinski@hibklaw.com;ItoAR70906@notify.bestcase.com;csouza@hibklaw.com |
| Allison A. Ito | on behalf of Defendant Corridor Capital Advisors LLC aito@hibklaw.com, jczerwinski@hibklaw.com;ItoAR70906@notify.bestcase.com;csouza@hibklaw.com |
| Allison A. Ito | on behalf of Defendant SPB Partners LLC aito@hibklaw.com, jczerwinski@hibklaw.com;ItoAR70906@notify.bestcase.com;csouza@hibklaw.com |
| Allison A. Ito | on behalf of Defendant L. Geoffrey Greulich aito@hibklaw.com jczerwinski@hibklaw.com;ItoAR70906@notify.bestcase.com;csouza@hibklaw.com |
| Allison A. Ito | on behalf of Defendant Craig Enenstein aito@hibklaw.com jczerwinski@hibklaw.com;ItoAR70906@notify.bestcase.com;csouza@hibklaw.com |
| Allison A. Ito | on behalf of Defendant Scott R. Bulloch aito@hibklaw.com jczerwinski@hibklaw.com;ItoAR70906@notify.bestcase.com;csouza@hibklaw.com |

| | |
|---|---|
| Allison A. Ito | on behalf of Defendant Corridor TrashMasters L.P. aito@hibklaw.com, jczerwinski@hibklaw.com;ItoAR70906@notify.bestcase.com;csouza@hibklaw.com |
| Allison A. Ito | on behalf of Defendant TrashMasters LLC aito@hibklaw.com, jczerwinski@hibklaw.com;ItoAR70906@notify.bestcase.com;csouza@hibklaw.com |
| Brett R. Tobin | on behalf of Debtor Rolloffs Hawaii LLC tobin@smlhawaii.com, sandi@smlhawaii.com |
| Brett R. Tobin | on behalf of Defendant Rolloffs Hawaii Inc. tobin@smlhawaii.com, sandi@smlhawaii.com |
| Carisa L. K. Duffy | on behalf of Trustee Dane S. Field kduffy@kplawhawaii.com kplaw@ecf.courtdrive.com |
| Carisa L. K. Duffy | on behalf of Plaintiff Dane S. Field kduffy@kplawhawaii.com kplaw@ecf.courtdrive.com |
| Chuck C. Choi | on behalf of Defendant SPB Waste LLC cchoi@hibklaw.com, jczerwinski@hibklaw.com;csouza@hibklaw.com |
| Chuck C. Choi | on behalf of Defendant Corridor Capital Advisors LLC cchoi@hibklaw.com, jczerwinski@hibklaw.com;csouza@hibklaw.com |
| Chuck C. Choi | on behalf of Defendant SPB Capital GP LLC cchoi@hibklaw.com, jczerwinski@hibklaw.com;csouza@hibklaw.com |
| Chuck C. Choi | on behalf of Defendant TrashMasters LLC cchoi@hibklaw.com, jczerwinski@hibklaw.com;csouza@hibklaw.com |
| Chuck C. Choi | on behalf of Defendant SPB Capital Partners L.P. cchoi@hibklaw.com, jczerwinski@hibklaw.com;csouza@hibklaw.com |
| Chuck C. Choi | on behalf of Defendant Scott R. Bulloch cchoi@hibklaw.com jczerwinski@hibklaw.com;csouza@hibklaw.com |
| Chuck C. Choi | on behalf of Creditor Corridor Capital LLC cchoi@hibklaw.com, jczerwinski@hibklaw.com;csouza@hibklaw.com |
| Chuck C. Choi | on behalf of Defendant Corridor TrashMasters L.P. cchoi@hibklaw.com, jczerwinski@hibklaw.com;csouza@hibklaw.com |
| Chuck C. Choi | on behalf of Creditor TrashMasters LLC cchoi@hibklaw.com, jczerwinski@hibklaw.com;csouza@hibklaw.com |
| Chuck C. Choi | on behalf of Defendant SPB Partners LLC cchoi@hibklaw.com, jczerwinski@hibklaw.com;csouza@hibklaw.com |
| Chuck C. Choi | on behalf of Defendant Kenneth M. Pressberg cchoi@hibklaw.com jczerwinski@hibklaw.com;csouza@hibklaw.com |
| Chuck C. Choi | on behalf of Defendant SPB Management LLC cchoi@hibklaw.com, jczerwinski@hibklaw.com;csouza@hibklaw.com |
| Chuck C. Choi | on behalf of Defendant Jessamyn Davis cchoi@hibklaw.com jczerwinski@hibklaw.com;csouza@hibklaw.com |
| Chuck C. Choi | on behalf of Defendant Ari D. Bass cchoi@hibklaw.com jczerwinski@hibklaw.com;csouza@hibklaw.com |
| Chuck C. Choi | on behalf of Defendant Corridor Capital LLC cchoi@hibklaw.com jczerwinski@hibklaw.com;csouza@hibklaw.com |
| Chuck C. Choi | on behalf of Interested Party Oahu Waste Services Inc. cchoi@hibklaw.com, jczerwinski@hibklaw.com;csouza@hibklaw.com |
| Chuck C. Choi | on behalf of Defendant Edward A. Monnier cchoi@hibklaw.com jczerwinski@hibklaw.com;csouza@hibklaw.com |
| Chuck C. Choi | on behalf of Defendant L. Geoffrey Greulich cchoi@hibklaw.com jczerwinski@hibklaw.com;csouza@hibklaw.com |
| Chuck C. Choi | on behalf of Defendant Craig Enenstein cchoi@hibklaw.com jczerwinski@hibklaw.com;csouza@hibklaw.com |
| Chuck C. Choi | on behalf of Creditor SPB Partners cchoi@hibklaw.com jczerwinski@hibklaw.com;csouza@hibklaw.com |
| Cia Mackle | on behalf of Defendant Kenneth M. Pressberg cmackle@pszjlaw.com |

Cia Mackle
    on behalf of Defendant Scott R. Bulloch cmackle@pszjlaw.com

Cia Mackle
    on behalf of Defendant SPB Capital GP LLC cmackle@pszjlaw.com

Cia Mackle
    on behalf of Defendant Corridor Capital Advisors LLC cmackle@pszjlaw.com

Cia Mackle
    on behalf of Defendant SPB Capital Partners L.P. cmackle@pszjlaw.com

Cia Mackle
    on behalf of Defendant Ari D. Bass cmackle@pszjlaw.com

Cia Mackle
    on behalf of Defendant Jessamyn Davis cmackle@pszjlaw.com

Cia Mackle
    on behalf of Defendant Corridor Capital LLC cmackle@pszjlaw.com

Cia Mackle
    on behalf of Defendant SPB Waste LLC cmackle@pszjlaw.com

Cia Mackle
    on behalf of Defendant Corridor TrashMasters L.P. cmackle@pszjlaw.com

Cia Mackle
    on behalf of Defendant SPB Partners LLC cmackle@pszjlaw.com

Cia Mackle
    on behalf of Defendant L. Geoffrey Greulich cmackle@pszjlaw.com

Cia Mackle
    on behalf of Defendant SPB Management LLC cmackle@pszjlaw.com

Cia Mackle
    on behalf of Defendant Craig Enenstein cmackle@pszjlaw.com

Cia Mackle
    on behalf of Defendant Edward A. Monnier cmackle@pszjlaw.com

Cia Mackle
    on behalf of Defendant TrashMasters LLC cmackle@pszjlaw.com

Curtis B. Ching
    on behalf of U.S. Trustee Office of the U.S. Trustee. USTPRegion15.HI.ECF@usdoj.gov

Dane S. Field
    on behalf of Trustee Dane S. Field dfield@hawaii.rr.com dsfield@ecf.axosfs.com

Dane S. Field
    dfield@hawaii.rr.com dsfield@ecf.axosfs.com

Elaine T. Chow
    on behalf of Trustee Dane S. Field echow@kplawhawaii.com

Elaine T. Chow
    on behalf of Plaintiff Dane S. Field echow@kplawhawaii.com

Ellen Andrea Swick
    on behalf of Interested Party Kristian Gourlay eas@caselombardi.com
    tnp@caselombardi.com;shy@caselombardi.com;elm@caselombardi.com

Ellen Andrea Swick
    on behalf of Defendant Kristian Gourlay eas@caselombardi.com
    tnp@caselombardi.com;shy@caselombardi.com;elm@caselombardi.com

Enver W. Painter, Jr.
    on behalf of Trustee Dane S. Field enver.painter@hawaiiantel.net

Enver W. Painter, Jr.
    on behalf of Plaintiff Dane S. Field enver.painter@hawaiiantel.net

Jacob M. Merrill
    on behalf of Creditor 1136 Union Mall PH2 merrillj001@hawaii.rr.com

Jacob M. Merrill
    on behalf of Creditor Moo's Machine Shop Inc. merrillj001@hawaii.rr.com

Jerrold K. Guben
    on behalf of Attorney O'Connor Playdon Guben & Inouye LLP jkg@opgilaw.com julie@opgilaw.com

Jerrold K. Guben
    on behalf of Debtor Rolloffs Hawaii LLC jkg@opglaw.com, julie@opgilaw.com

Kamilla C. K. Chan
    on behalf of Creditor CITY AND COUNTY OF HONOLULU kamilla.chan@honolulu.gov dikeda1@honolulu.gov

Kenneth H. Brown
    on behalf of Defendant SPB Capital GP LLC kbrown@pszjlaw.com

Kenneth H. Brown
    on behalf of Defendant Scott R. Bulloch kbrown@pszjlaw.com

Kenneth H. Brown
    on behalf of Creditor Corridor Capital LLC kbrown@pszjlaw.com

Kenneth H. Brown
    on behalf of Defendant SPB Management LLC kbrown@pszjlaw.com

Kenneth H. Brown
    on behalf of Defendant Edward A. Monnier kbrown@pszjlaw.com

Kenneth H. Brown
    on behalf of Defendant Ari D. Bass kbrown@pszjlaw.com

Kenneth H. Brown
    on behalf of Defendant Kenneth M. Pressberg kbrown@pszjlaw.com

Kenneth H. Brown
    on behalf of Defendant Corridor Capital LLC kbrown@pszjlaw.com

Kenneth H. Brown
    on behalf of Defendant Jessamyn Davis kbrown@pszjlaw.com

Kenneth H. Brown
    on behalf of Defendant Corridor Capital Advisors LLC kbrown@pszjlaw.com

Kenneth H. Brown
    on behalf of Defendant SPB Capital Partners L.P. kbrown@pszjlaw.com

Kenneth H. Brown
    on behalf of Defendant Corridor TrashMasters L.P. kbrown@pszjlaw.com

Kenneth H. Brown
    on behalf of Defendant Craig Enenstein kbrown@pszjlaw.com

Kenneth H. Brown
    on behalf of Defendant TrashMasters LLC kbrown@pszjlaw.com

Kenneth H. Brown
    on behalf of Defendant L. Geoffrey Greulich kbrown@pszjlaw.com

Nicole D. Stucki
    on behalf of Trustee Dane S. Field nstucki@kplawhawaii.com

Nicole D. Stucki
    on behalf of Plaintiff Dane S. Field nstucki@kplawhawaii.com

Office of the U.S. Trustee.
    ustpregion15.hi.ecf@usdoj.gov

Roy F. Epstein
    on behalf of Creditor Farmers Insurance Hawaii royepsteinesq@hotmail.com

Simon Klevansky
    on behalf of Plaintiff Dane S. Field sklevansky@kplawhawaii.com bvierra@kplawhawaii.com;peter@kplawhawaii.com;ecfnotices@kplawhawaii.onmicrosoft.com;bshin@kplawhawaii.com;kplaw@ecf.courtdrive.com

Simon Klevansky
    on behalf of Trustee Dane S. Field sklevansky@kplawhawaii.com bvierra@kplawhawaii.com;peter@kplawhawaii.com;ecfnotices@kplawhawaii.onmicrosoft.com;bshin@kplawhawaii.com;kplaw@ecf.courtdrive.com

Susan Tius
    on behalf of Creditor Lockton Companies LLC Stius@rmhawaii.com

Ted N. Pettit
    on behalf of Defendant The KNG Group LLC tnp@caselombardi.com, shy@caselombardi.com;mav@caselombardi.com;eas@caselombardi.com;elm@caselombardi.com;sms@caselombardi.com

Ted N. Pettit
    on behalf of Defendant Kristian Gourlay tnp@caselombardi.com shy@caselombardi.com;mav@caselombardi.com;eas@caselombardi.com;elm@caselombardi.com;sms@caselombardi.com

| | |
|---|---|
| Ted N. Pettit | on behalf of Interested Party Kristian Gourlay tnp@caselombardi.com shy@caselombardi.com;mav@caselombardi.com;eas@caselombardi.com;elm@caselombardi.com;sms@caselombardi.com |
| Tom E. Roesser | on behalf of Interested Party West Oahu Aggregate Co. Inc. troesser@carlsmith.com, cimai@carlsmith.com |
| Wayne K.T. Mau | on behalf of Defendant American Savings Bank F.S.B. wayne@wmaulaw.com |
| Wayne K.T. Mau | on behalf of Attorney American Savings Bank F.S.B. wayne@wmaulaw.com |

TOTAL: 100

H9022 (12/15)

| Information to identify the case: | |
|---|---|
| Debtor 1: **Rolloffs Hawaii, LLC** Name | **United States Bankruptcy Court District of Hawaii** |
| Debtor 2 (Spouse, if filing): Name | Case number: **16–01294** Chapter: **7** |

# NOTICE OF ENTRY OF ORDER OR JUDGMENT

NOTICE IS GIVEN THAT:

The court entered the following order or judgment on the date below,

**Order Granting Motion to Strike Kristian Gourlay's Objection to IRS Claim Nos. 15–1 and 15–2 (Related Doc # 579) Date of Entry: 11/4/2020. (LL)**

The order or judgment may be viewed at the Clerk's Office. It may also be viewed online using PACER, the federal judiciary's electronic records system. Information about obtaining and using a PACER account is available at the court website, www.hib.uscourts.gov.

Date:   November 4, 2020                                                Michael B. Dowling
                                                                         Clerk
Clerk's Office:
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813
(808) 522–8100
www.hib.uscourts.gov