

SO ORDERED.

Robert J. Faris
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>ROLLOFFS HAWAII, LLC<br><br>Debtor. | Case No. 16-01294<br>(Chapter 7)<br><br>**STIPULATED ORDER REGARDING DISBURSEMENT OF PROCEEDS FROM COLLECTED ACCOUNTS RECEIVABLE** |

**STIPULATED ORDER REGARDING DISBURSEMENT OF PROCEEDS
FROM COLLECTED ACCOUNTS RECEIVABLE**

THIS STIPULATED ORDER ("Stipulated Order") REGARDING DISBURSEMENT OF PROCEEDS FROM COLLECTED ACCOUNTS RECEIVABLE, is entered into by and between DANE S. FIELD (the "Trustee"), Trustee of the estate of Rolloffs Hawaii, LLC (the "Debtor") and AMERICAN SAVINGS BANK ("ASB") (collectively referred to as the "Parties"), appearing through their respective counsel below, as follows:

WHEREAS:

A. On December 9, 2016, the Debtor filed a voluntary Chapter 11 bankruptcy proceeding commencing this case. Dkt. 1. By order entered on September 18, 2017, the case was converted to a Chapter 7 case. Dkt. 279.

B. Pursuant to a Court order entered on January 19, 2017 (the "Sales Order"), Dkt. 110, the Debtor sold substantially all its assets to West Oahu Aggregate Co., Inc. ("WOA").

C. With respect to accounts receivable outstanding as of the closing date of the sale (the "Accounts Receivable"), the Sales Order provided that the Accounts Receivable are assets of the bankruptcy estate and that

> [i]. After payment of ordinary course of business expenses, the Debtor is directed to segregate, "carve-out" and hold an amount up to $450,000.00 of the collected and received Accounts Receivables for the benefit of the administrative, priority and unsecured claims;
>
> [ii]. After the payment of the ordinary business expenses and $450,000.00 "carve-out," then the proceeds of the Accounts Receivables will be allocated two-thirds (2/3) to the Estate and one-third (1/3) to ASB (assuming ASB has a valid, perfected, first priority security interest in such receivables. If there is a dispute about that issue, the trustee shall hold the disputed proceeds pending further order of this court).

See Dkt. 110, page 7.

D. Pursuant to the Stipulated Order Approving the True Up Accounting and Disbursement of Proceeds, filed on September 26, 2017, Dkt. 290,

the Trustee, ASB, and WOA agreed, among other things, to a true up accounting of the amounts owed as between the Trustee and WOA.  The parties further agreed that with respect to the balance of the proceeds of the Accounts Receivable: (1) the Trustee may reserve $450,000.00 as the "carve out" for the benefit of the administrative, priority and unsecured claims, and (2) after reservation of the $450,000.00 "carve out", the remaining proceeds shall be allocated as follows and disbursed accordingly: (a) 2/3 to the Trustee and (b) 1/3 to ASB.

E.  Since that time, the Trustee has collected Accounts Receivable totaling $15,995.72, and paid general excise taxes of $765.12, for a net collected Accounts Receivable, after reservation of the $450,000 carve out, of $15,230.60 ("Collected Net Accounts Receivable").

F.  Pursuant to the foregoing, 2/3 of the Collected Net Accounts Receivable is allocated to the bankruptcy estate ($10,153.73) and 1/3 of the Collected Net Accounts Receivable is allocated to ASB ($5,076.87).

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1.  The Trustee is authorized and directed to disburse to ASB the sum of $5,076.87 for its share of the Collected Net Accounts Receivable.

2.  The payment shall be mailed to ASB's counsel at the following address:

Law Office of Wayne K.T. Mau
1003 Bishop Street
Pauahi Tower, Suite 320
Honolulu, Hawaii 96813

3. The Trustee is authorized to retain the estate's share ($10,153.73) of the Collected Net Accounts Receivable for the estate, pending further order of the Court.

**END OF ORDER**

APPROVED AND AGREED:

/s/ Alika L. Piper
SIMON KLEVANSKY
ALIKA L. PIPER
ELAINE T. CHOW
Attorneys for Trustee Dane S. Field

/s/ Wayne K. T. Mau
WAYNE K.T. MAU
Attorney for American
Savings Bank, F.S.B.

Submitted by:

KLEVANSKY PIPER, LLP
SIMON KLEVANSKY
ALIKA L. PIPER
ELAINE T. CHOW
841 Bishop Street, Suite 1707
Honolulu, Hawaii 96813
Telephone: (808) 536-0200
Facsimile: (808) 237-5758
E-Mail: sklevansky@kplawhawaii.com;
apiper@kplawhawaii.com;
echow@kplawhawaii.com
Attorneys for Trustee Dane S. Field