DANE S. FIELD
PO BOX 4198
HONOLULU, HI 96812
(808) 232-8788

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

In re:

Rolloffs Hawaii, Llc

        Debtor(s)

) Case No.16-01294
) (Chapter 7)
)
) Judge: Honorable Robert J. Faris
)

## INTERIM REPORT OF TRUSTEE

    I, DANE S. FIELD, TRUSTEE of the above referenced estate hereby submit the Trustee's Interim Report for the period ending September 30, 2022.

Executed this 31st day of October 2022, at Honolulu, Hawaii.

                                    /s/ DANE S. FIELD
                                      TRUSTEE

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 16-01294 | RJF | Judge: | Robert J. Faris | Trustee Name: | DANE S. FIELD, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | Rolloffs Hawaii, Llc | | | | Date Filed (f) or Converted (c): | 09/18/2017 (c) |
| | | | | | 341(a) Meeting Date: | 10/18/2017 |
| For Period Ending: | 09/30/2022 | | | | Claims Bar Date: | 05/03/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Accounts Receivable | 55,449.00 | 15,995.72 | OA | 15,995.72 | FA |
| Trustee believes most of the receivables are not recoverable. A determinaton of assets to be included in form one was made from reviewing the asset purchase agreement (where majority of assets were sold to WOA in Chapter 11) and by reviewing records of the debtor. | | | | | |
| 2. Preference and Avoidance Claims (u) | 0.00 | 1,412,800.00 | | 728,582.24 | 684,217.76 |
| Value is total due including interest. Claims in litigation value 1.00. Colbeck claims OA dkt 532 \ Remaining fraudulent transfer claims in litigation are against : 1. KRISTIAN GOURLAY 2. DOUGLAS L. ASAY 3. DOUGLAS D. ASAY 4. CHARLES E. LEONARD 5. ROLLOFFS HAWAII, INC. 6. THE KNG GROUP, LLC  Fraudulent transfer trial ended in verdict for $753,488.96 plus prejudgment interest in favor of the bankruptcy estate against ROHI. Judgment to be entered shortly. CLaims still pending against Charlie Leonard who agreed to a settlement but is now trying to renegotiate the terms of the settlement he agreed to. Attorneys working with Magistrate on that issue. | | | | | |
| 3. Funds in Bank Account | 3,436,601.08 | 3,436,062.60 | | 3,436,062.60 | FA |
| Includes amount in dispute with ASB regarding vehicles (lien avoidance) All funds were transferred from the Chapter 11 accounts. | | | | | |
| 4. Overpayment refund (u) | 0.00 | 0.00 | | 93.42 | FA |

# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
# ASSET CASES

| Case No: | 16-01294 | RJF | Judge: | Robert J. Faris | Trustee Name: | DANE S. FIELD, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Rolloffs Hawaii, Llc | | | | Date Filed (f) or Converted (c): | 09/18/2017 (c) |
| | | | | | 341(a) Meeting Date: | 10/18/2017 |
| For Period Ending: | 09/30/2022 | | | | Claims Bar Date: | 05/03/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 5. Avoidance actions<br><br>Fraudulent Transfer Claims aginst the SPB Defendants listed in Ex. 1 of dkt 570 | Unknown | 756,500.00 | | 756,500.00 | FA |
| 6. Avoidance actions<br><br>Fraudulent Transfer Claims aginst the Corridor Defendants listed in Ex. 1 of dkt 570 | Unknown | 943,500.00 | | 943,500.00 | FA |
| 7. Chapter 11 Bond Refund (u) | 0.00 | 4,775.00 | | 4,775.00 | FA |
| 8. Claim for Security Deposit C. Leonard<br><br>CLaims still pending against Charlie Leonard who agreed to a settlement but is now trying to renegotiate the terms of the settlement he agreed to. Attorneys working with Magistrate on that issue. | 4,000.00 | 0.00 | | 2,700.00 | FA |
| 9. Claim for Security Deposit T. Durupt | 1,900.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

                                                                                                                        Gross Value of Remaining Assets
| TOTALS (Excluding Unknown Values) | $3,497,950.08 | $6,569,633.32 | | $5,888,208.98 | $684,217.76 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

- Dane Field 10/22/2022 Payments under the settlement agreement are current. The next payment is due 1/1/23.

- Dane Field 9/19/2022 The Trustee previously negotiated a settlement with Rolloffs Hawaii, Inc. ("ROHI") and Linda Henriques for payment of the amounts due on a judgment against ROHI. The settlement agreement provides that the settlement payment will be made as follows: (i) a $700,000 immediate cash payment and (ii) a promissory note in the amount of $660,000, with quarterly interest only payments at the rate of 4% per year and full payment at the end of March 2024. The settlement agreement was approved by the court. The Trustee has received the $700,000 initial payment and continues to receive payments under the promissory note.

On June 24, 2022, the Trustee filed (i) a motion for order extending the employment of Elijahtech as the Trustee's IT consultant, (ii) a fee application for Elijahtech, (iii) a motion for order authorizing the trustee to destroy certain business records and computer data.  Both motions and the fee application were granted by court orders entered on July 21, 2022.

The Trustee and his counsel are in the process of reviewing the proofs of claim filed in the case.

 - Dane Field 6/30/2022 The Court has approved settlement in the case.  I am told the first settlement payment has been mailed and should be in my P.O .Box tomorrow.

 - Dane Field 2/15/2022  Judgment filed of record in property records.  Settlement discussions ongoing with ROHI.

 - Dane Field 2/4/2022 ROHI filed motion for bond but has not set it for hearing and has not responded to us about whether they have a bond or not.    Estate will move forward on collection of judgment.

 - Dane Field 1/3/2022 Requested CPA to get 1099's out on time.    Appeal of the Estate judgment against ROHI now pending.

 - Dane Field 10/21/2021  Fraudulent transfer trial ended in verdict for  $753,488.96 plus prejudgment interest in favor of the bankruptcy estate against ROHI.    Judgment to be entered shortly.  CLaims still pending against Charlie Leonard who agreed to a settlement but is now trying to renegotiate the terms of the settlement he agreed to.  Attorneys working with Magistrate on that issue.

 - Dane Field 10/1/2021 We await Judge Faris' ruling on claims in the ROHI and KNG lawsuit.    C Leonard settlement conference scheduled for October 8, 2021 and trial set for March 2022.

 - Dane Field 8/19/2021 Attorneys actively preparing for trial.  Depositions to preserve testimony may be needed on all witnesses (even those authenticating documents) if  ROHI attorney, Tobin  will not agree to the authenticity of documents.  Defendant, Gourley, continues to seek delay of trial.    Status conf. to be Aug. 26th.

 - Dane Field 6/30/2021 Attorneys preparing for trial against ROHI, Gourley etc.

 - Dane Field 4/14/2021 Mediation never really happened.  Trustee made opening offer and Defendant walked out of mediation.  Special counsel is preparing for trail before the bankruptcy court.

  - Dane Field 2/1/2021  Jury trial of C Leonard scheduled in Fed. DIst. Ct.  March 28, 2022.

 - Dane Field 10/28/2020  Hearing set for Nov. 2, 2020 to strike the objection to claim of the IRS filed by a party who is not a creditor in the case (for lack of standing).  The report and recommendation to approve the good faith settlement is pending before Judge Seabright.  Adv. Pro. to recover fraudulent transfers is ongoing.

 - Dane Field 7/3/2020 Settlement terms agreed to and signatures being obtained.  MSJ filed in adversary against non settling defendants.


 - Dane Field 6/16/2020  Settlement terms being worked out with settling defendants \ MSJ  almost ready to be filed against other defendants.

 - Dane Field 5/25/2020  Settlement has been reached after mediation with key Defendants in the adversary proceeding.  Settlement is being circulated and a motion to approve will be filed shortly.
 - Dane Field 3/5/2020  Mediation to take place in April with Jim Duca being the mediatior.
 - Dane Field 10/29/2019  Syndicator Adversary (Adv. Proc. No. 18-90035): On December 7, 2018, the Trustee filed an adversary proceeding against 24 defendants, including (i) certain Corridor Capital entities, principals and officers, (ii) certain SPB entities, principals and officers, (iii) TrashMasters, and (iv) certain officers, directors, and/or equity holders of the Debtor and TrashMasters.  The 61 count Complaint sought to avoid various fraudulent transfers, and included additional claims of breach of fiduciary duty, civil conspiracy, aiding and abetting, alter ego and unjust enrichment.  The Complaint was served on all defendants.
On February 15, 2019, the Syndicator Defendants filed a motion to dismiss the Complaint. After extensive briefing on both sides, the Court issued a Memorandum of Decision on Motion to Dismiss Complaint, on June 25, 2019, in which the Court granted the motion to dismiss in part, and granted the Trustee leave to file an amended complaint.
On July 9, 2019, the parties entered into a Stipulated Order Extending Deadlines to file the Amended Complaint and responses, which extended the Trustee's deadline to file the Amended Complaint to July 31, 2019, and extended the deadline for the "Syndicator Defendants"  to respond to September 5, 2019.
On July 31, 2019, the Trustee filed a First Amended Complaint against the Syndicator Defendants to specifically identify the challenged transfers and to add more information regarding each specific defendant's wrongdoing.
On August 26, 2019, the parties entered into a Stipulated Order Respecting Motion to Dismiss hearing date, briefing and deadlines, which extended the Syndicator Defendants' deadline to file a motion to dismiss the Amended Complaint to September 19, 2019, and set certain hearing date and briefing parameters.
A Scheduling Conference was held on September 13, 2019, and continued to November 15, 2019.  A discovery conference was held on September 24, 2019.  A Rule 26 conference of parties was also held with certain defendants on that date, and a Joint Report summarizing the conference of parties was filed on September 26, 2019.
The Trustee has commenced discovery, serving subpoenas on Green Hasson & Janks, Convergent Capital Partners II, Fifth Third Bank, and Lincoln International LLC, and requests for production of documents on defendant Rolloffs Hawaii, Inc.
On September 19, 2019, the Syndicator Defendants filed a motion to dismiss the entire First Amended Complaint for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6)

and failure to join an indispensable party pursuant to Fed. R. Civ. P. 12(b)(7) and 19.  The deadline for the Trustee to respond is October 25, 2019, and the matter is set for hearing on November 15, 2019.  Certain defendants in the case have filed answers, and others are in default.
Colbeck Adversary (Adv. Proc. No. 18-90035): On December 6, 2018, the Trustee also filed an adversary proceeding against Brian Colbeck and Colbeck Consulting LLC to recover $24,000 in preferential transfers.   It has been reported that Mr. Colbeck passed away in May 2019.  Counsel for the Trustee is seeking to retain counsel in California to assist with probate matters in respect of Mr. Colbeck's death

 - Dane Field 8/14/2019 TT counsel in early stages working with Chuck Choi to set up a mediation.  Both sides seem to agree that Don Gelber would be a good choice as mediator.

 - Dane Field 4/25/2019  Syndicator Adversary (Adv. Proc. No. 18-90035): On December 7, 2018, the Trustee filed an adversary proceeding against 24 defendants, including (i) certain Corridor Capital entities, principals and officers, (ii) certain SPB entities, principals and officers, (iii) TrashMasters, and (iv) certain officers, directors, and/or equity holders of the Debtor and TrashMasters.  The 61 count Complaint seeks to avoid various fraudulent transfers, and includes additional claims of breach of fiduciary duty, civil conspiracy, aiding and abetting, alter ego and unjust enrichment.  The Complaint was served on all defendants.
On February 4, 2019, the Trustee served 16 Requests for Production of Documents upon the Syndicator Defendants.  The Syndicator Defendants have refused to participate in a Fed. R. Civ. P. 26(f) conference of the parties, and have refused to engage in early discovery.  On February 13, 2019, the Trustee requested a status conference with the Court to discuss a proposed stipulation between the Trustee and the Syndicator Defendants to stay discovery in the case, to set forth a proposed hearing and briefing schedule for the Syndicator Defendants' Motion to Dismiss, and to extend the setting of a trial date for 18 months.  The Court entered that certain Stipulated Order Respecting: (1) Hearing Date and Briefing Schedule for the TrashMasters/Corridor/SPB Defendants' Motion to Dismiss, (2) Stay on Discovery, and (3) Trial Date, filed on February 15, 2019, which, among other things, stays discovery in the case as between the Trustee and the Syndicator Defendants until the pleadings in the case are deemed "final".
On February 15, 2018, the Syndicator Defendants filed their 106 page Motion to Dismiss and supporting declarations.  On March 19, 2019, the Trustee filed his 96 page opposition and supporting declaration and documents.  The Trustee also filed an objection to the declaration of Ari Bass, filed on April 11, 2019, in support of the Syndicator Defendants' reply.  The matter came on for hearing on April 12, 2019.  While the Court issued an inclination from the bench to permit the Trustee to amend certain of his claims, the Court has taken the matter under advisement and has not yet issued a ruling.
The scheduling conference in the case has been continued until June 7, 2019, and no trial date has been set.
The Trustee has engaged experts in the case, and has had extensive discussions with outside professionals regarding insolvency and statute of limitations issues in the case.
2.      Colbeck Adversary (Adv. Proc. No. 18-90035): On December 6, 2018, the Trustee also filed an adversary proceeding against Brian Colbeck and Colbeck Consulting LLC to recover $24,000 in preferential transfers.  The Complaint has been served on Mr. Colbeck, and discovery in the case stayed as between the Trustee and TrashMasters, pursuant to that certain Stipulated Order Respecting: (1) Stay on Discovery and (2) Trial Date, filed on February 15, 2019, until the pleadings in Adv. Proc. No. 18-90035 are deemed final.  The scheduling conference in the case has been continued until June 7, 2019, and no trial date has been set.

 - Dane Field 2/25/2019 F. Trans. case being pursued.

 - Dane Field 10/25/2018 Attorneys and CPA analyzing potential causes of action to pursue.

 - Dane Field 8/1/2018 Discovery disputes are ongoing.

 - Dane Field 5/24/2018 Counsel actively looking to determine if the Estate has any viable claims to pursue.

 - Dane Field 2/8/2018 Demand letters sent out 1/22/18 .  WOA to turn over server with AR on it. CPA still obtaining documents and analyzing avoidance actions.

 - Dane Field 1/19/2018 KMH reviewing records for avoidance actions. Discovery still on going.  Working on getting demand letters to go out on accounts receivable.

 - Dane Field 12/30/2017 KMH reviewing records for avoidance actions.

 - Dane Field 9/18/2017  Case converted to Chapter 7.  Trustee to get professionals hired and review financial records of debtor via KMH.

Initial Projected Date of Final Report (TFR): 12/07/2018  Current Projected Date of Final Report (TFR): 03/31/2024

Trustee Signature: <u>/s/ DANE S. FIELD, TRUSTEE</u>  Date: 10/28/2022

DANE S. FIELD, TRUSTEE
P.O. Box 4198
Honolulu, HI 96812
(808) 232-8788
dfield1963@spectrum.net

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 16-01294  
Case Name: Rolloffs Hawaii, Llc  
Taxpayer ID No: XX-XXX3545  
For Period Ending: 09/30/2022  

Trustee Name: DANE S. FIELD, TRUSTEE  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX5718  
Checking  
Blanket Bond (per case limit): $7,750,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/29/17 | 3 | Estate of Rolloffs Hawaii | Funds turnedover by CH11 Estate | 1121-000 | $3,283,114.56 | | $3,283,114.56 |
| 09/29/17 | 101 | American Savings Bank | per court order stip. dkt 290 | 4210-000 | | $425,560.92 | $2,857,553.64 |
| 10/02/17 | 3 | Estate of Rolloffs Hawaii | Funds turnedover by CH11 Estate | 1121-000 | $70.00 | | $2,857,623.64 |
| 10/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $314.82 | $2,857,308.82 |
| 11/10/17 | 1 | Anheuser-Busch | A/r | 1121-000 | $5,917.88 | | $2,863,226.70 |
| 11/13/17 | 102 | American Savings Bank, Fsb C/O Wayne K.T. Mau, Esq. 1003 Bishop St., Ste. 2600 Honolulu, Hi 96813 | Order # 307 | 4210-000 | | $1,400,000.00 | $1,463,226.70 |
| 11/20/17 | 4 | City and COunty of Honolulu | Overpayment Refund | 1290-000 | $93.42 | | $1,463,320.12 |
| 11/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $4,110.18 | $1,459,209.94 |
| 12/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $3,039.93 | $1,456,170.01 |
| 01/16/18 | 103 | International Securities, Ltd. Suite 420 701 Poydras St. New Orleans, LA 70139 | bond payment | 2300-000 | | $858.48 | $1,455,311.53 |
| 01/22/18 | 7 | Global Surety LLC Operating Accouint 701 Pydraws St. Ste 420 New Orleans, LA 70139 | Chapt 11 Bond refund | 1290-000 | $4,775.00 | | $1,460,086.53 |
| 01/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $2,167.95 | $1,457,918.58 |
| 02/05/18 | 1 | D and N Auto Body and Painting Inc. 1937 Democrat St. Honolulu HI 96819 | A/r | 1121-000 | $160.06 | | $1,458,078.64 |

Page Subtotals: $3,294,130.92  $1,836,052.28

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 16-01294 | Trustee Name: | DANE S. FIELD, TRUSTEE |
| Case Name: Rolloffs Hawaii, Llc | Bank Name: | Union Bank |
| | Account Number/CD#: | XXXXXX5718 |
| | | Checking |
| Taxpayer ID No: XX-XXX3545 | Blanket Bond (per case limit): | $7,750,000.00 |
| For Period Ending: 09/30/2022 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $2,165.08 | $1,455,913.56 |
| 03/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,118.32 | $1,454,795.24 |
| 03/30/18 | | Union Bank | Refund | 2600-000 | | ($135.44) | $1,454,930.68 |
| 03/30/18 | | Union Bank | Refund | 2600-000 | | ($927.89) | $1,455,858.57 |
| 03/30/18 | | Union Bank | Refund | 2600-000 | | ($932.51) | $1,456,791.08 |
| 03/30/18 | | Union Bank | Refund | 2600-000 | | ($1,307.57) | $1,458,098.65 |
| 03/30/18 | | Union Bank | Refund | 2600-000 | | ($1,767.93) | $1,459,866.58 |
| 04/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,236.62 | $1,458,629.96 |
| 05/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,199.69 | $1,457,430.27 |
| 06/04/18 | 104 | International Sureties, Ltd. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Blanket Bond | 2300-000 | | $85.44 | $1,457,344.83 |
| 06/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,238.61 | $1,456,106.22 |
| 07/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,197.64 | $1,454,908.58 |
| 08/27/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,236.46 | $1,453,672.12 |

Page Subtotals: $0.00 $4,406.52

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 16-01294 | Trustee Name: DANE S. FIELD, TRUSTEE |
| Case Name: Rolloffs Hawaii, Llc | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX5718 |
| | Checking |
| Taxpayer ID No: XX-XXX3545 | Blanket Bond (per case limit): $7,750,000.00 |
| For Period Ending: 09/30/2022 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,235.51 | $1,452,436.61 |
| 10/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,194.60 | $1,451,242.01 |
| 11/01/18 | | Transfer to Acct # xxxxxx0167 | Transfer of Funds | 9999-000 | | $1,451,242.01 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $3,294,130.92 | $3,294,130.92 |
| Less: Bank Transfers/CD's | $0.00 | $1,451,242.01 |
| Subtotal | $3,294,130.92 | $1,842,888.91 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,294,130.92 | $1,842,888.91 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $1,453,672.12 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 16-01294  
Case Name: Rolloffs Hawaii, Llc  
Taxpayer ID No: XX-XXX3545  
For Period Ending: 09/30/2022  

Trustee Name: DANE S. FIELD, TRUSTEE  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX5726  
AR Carve Out Acct.  
Blanket Bond (per case limit): $7,750,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/29/17 | 3 | Estate of Rolloffs Hawaii | Funds turnedover by CH11 Estate | 1121-000 | $152,878.04 | | $152,878.04 |
| 10/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $152,863.04 |
| 11/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $219.89 | $152,643.15 |
| 12/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $219.83 | $152,423.32 |
| 01/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $226.81 | $152,196.51 |
| 02/05/18 | 1 | Kamehameha Schools 567 King St. Honolulu, HI 96813 | A/r | 1121-000 | $1,062.17 | | $153,258.68 |
| 02/05/18 | 1 | Ohana Greenhouse | A/r | 1121-000 | $119.70 | | $153,378.38 |
| 02/09/18 | 1 | EMS Design LLC 99 630 Pohuli St. Aiea, HI 96701 | A/r | 1121-000 | $2,410.79 | | $155,789.17 |
| 02/09/18 | 1 | EMS Design LLC 99 630 Pohuli St. Aiea HI 96701 | A/r | 1121-000 | $2,410.99 | | $158,200.16 |
| 02/09/18 | 1 | EMS Design LLC 99 630 Pohuli St. Aiea, HI 96701 | A/r Reversal .99 instead of .79 | 1121-000 | ($2,410.79) | | $155,789.37 |
| 02/16/18 | 1001 | Hawaii State Tax Collector PO Box 1425 Honolulu, HI 96806-1425 | GET 193 328 9472 | 2820-000 | | $311.60 | $155,477.77 |
| 02/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $226.47 | $155,251.30 |
| 03/02/18 | 1 | Reality Lua LLC 3049 Ualena St. Ste 1000 Honolulu, HI 96819 | A/r | 1121-000 | $6,125.41 | | $161,376.71 |

Page Subtotals: $162,596.31 $1,219.60

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

| | | |
|---|---|---|
| Case No: 16-01294 | Trustee Name: | DANE S. FIELD, TRUSTEE |
| Case Name: Rolloffs Hawaii, Llc | Bank Name: | Union Bank |
| | Account Number/CD#: | XXXXXX5726 |
| | | AR Carve Out Acct. |
| Taxpayer ID No: XX-XXX3545 | Blanket Bond (per case limit): | $7,750,000.00 |
| For Period Ending: 09/30/2022 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/05/18 | 1 | Kai Aloha LTD<br>235 Saratoga Rd.<br>Honolulu, HI 96815 | A/r | 1121-000 | $199.51 | | $161,576.22 |
| 03/20/18 | 1002 | Hawaii State Tax Collector<br>Hawaii Dept. of Taxation<br>PO Box 1425<br>Honolulu, HI 96806 | Feb 2018 GET 193 328 9472 01 | 2820-000 | | $168.89 | $161,407.33 |
| 03/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $118.49 | $161,288.84 |
| 03/30/18 | | Union Bank | Refund | 2600-000 | | ($94.56) | $161,383.40 |
| 03/30/18 | | Union Bank | Refund | 2600-000 | | ($94.58) | $161,477.98 |
| 03/30/18 | | Union Bank | Refund | 2600-000 | | ($97.06) | $161,575.04 |
| 03/30/18 | | Union Bank | Refund | 2600-000 | | ($97.56) | $161,672.60 |
| 04/19/18 | 1003 | Hawaii Dept. of Taxation<br>PO Box 1425<br>Honolulu, HI 96806-1425 | GET March 2018 # 193 329 9472 01 | 2820-000 | | $284.63 | $161,387.97 |
| 04/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $136.36 | $161,251.61 |
| 05/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $132.87 | $161,118.74 |
| 06/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $136.99 | $160,981.75 |
| 07/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $132.40 | $160,849.35 |
| 08/27/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $136.70 | $160,712.65 |

Page Subtotals: $199.51 $863.57

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 16-01294 | Trustee Name: DANE S. FIELD, TRUSTEE |
| Case Name: Rolloffs Hawaii, Llc | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX5726 |
| | AR Carve Out Acct. |
| Taxpayer ID No: XX-XXX3545 | Blanket Bond (per case limit): $7,750,000.00 |
| For Period Ending: 09/30/2022 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $136.59 | $160,576.06 |
| 10/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $132.07 | $160,443.99 |
| 11/01/18 | | Transfer to Acct # xxxxxx0175 | Transfer of Funds | 9999-000 | | $160,443.99 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $162,795.82 | $162,795.82 |
| Less: Bank Transfers/CD's | $0.00 | $160,443.99 |
| Subtotal | $162,795.82 | $2,351.83 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $162,795.82 | $2,351.83 |

Page Subtotals: $0.00 $160,712.65

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-01294  
Case Name: Rolloffs Hawaii, Llc  
Taxpayer ID No: XX-XXX3545  
For Period Ending: 09/30/2022  

Trustee Name: DANE S. FIELD, TRUSTEE  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0167  
Checking  
Blanket Bond (per case limit): $7,750,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/01/18 | | Transfer from Acct # xxxxxx5718 | Transfer of Funds | 9999-000 | $1,451,242.01 | | $1,451,242.01 |
| 01/28/19 | 7001 | International Sureties Ltd. 701 Poydras St. Ste. 420 New Orleans, LA 70139 | bond payment | 2300-000 | | $769.48 | $1,450,472.53 |
| 02/28/19 | 7002 | Klevansky Piper LLP 841 Bishop St., Ste. 1707 Honolulu, HI 96813 | Order 504 | | | $278,326.54 | $1,172,145.99 |
| | | Klevansky Piper LLP | ($16,792.61) | 6220-000 | | | |
| | | Klevansky Piper LLP | ($261,533.93) | 6210-000 | | | |
| 07/16/19 | 7003 | Elijahtexh PO Box 3352 Honolulu, HI 96801 | Order 327 | 2990-000 | | $3,368.28 | $1,168,777.71 |
| 11/11/19 | 7004 | Gary Kuba 1001 Bishop St. Ste. 2680 Honolulu, HI 96813 | dkt 514 | 3731-000 | | $29,795.80 | $1,138,981.91 |
| 12/23/19 | 7005 | Klevansky Piper LLP Davies Pacific Center, Suite 1707 841 Bishop Street Honolulu, Hawaii 96813 | Order 525 | 3210-000 | | $125,000.00 | $1,013,981.91 |
| 01/07/20 | 7006 | Klevansky Piper LLP Davies Pacific Center, Suite 1707 841 Bishop Street Honolulu, Hawaii 96813 | Order 525 | | | $197,046.09 | $816,935.82 |
| | | Klevansky Piper LLP | ($179,795.69) | 3210-000 | | | |
| | | Klevansky Piper LLP | ($17,250.40) | 3220-000 | | | |
| 01/30/20 | 7007 | International Securities, Ltd. 701 Poydras St. Suite 420 New Orleans, LA 70139 | 2020 Bond Payments | 2300-000 | | $1,936.70 | $814,999.12 |

Page Subtotals: $1,451,242.01  $636,242.89

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 16-01294 | Trustee Name: DANE S. FIELD, TRUSTEE |
| Case Name: Rolloffs Hawaii, Llc | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0167 |
| | Checking |
| Taxpayer ID No: XX-XXX3545 | Blanket Bond (per case limit): $7,750,000.00 |
| For Period Ending: 09/30/2022 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/12/20 | 7008 | Klevansky Piper LLP<br>Davies Pacific Center, Suite 1707<br>841 Bishop Street<br>Honolulu, Hawaii 96813 | Order 548 | | | $176,934.23 | $638,064.89 |
| | | Klevansky Piper LLP | ($8,607.59) | 3220-000 | | | |
| | | Klevansky Piper LLP | ($168,326.64) | 3210-000 | | | |
| 06/12/20 | 7009 | Law offices of Stephen M. Magro<br>14101 Yorba St, Ste 101, Tustin, CA 92780 | Order 547 | 3210-000 | | $1,614.00 | $636,450.89 |
| 07/16/20 | 7010 | James N. Duca<br>841 Bishop St., Ste. #1800<br>Honolulu, HI 96813 | Order No. 554 | 3721-000 | | $16,806.28 | $619,644.61 |
| 07/17/20 | 7011 | James N. Duca | Order 554 | 3722-000 | | $39.65 | $619,604.96 |
| 09/04/20 | 7012 | KMH LLP<br>1003 Bishop St. Suite 2400<br>Honolulu, HI 96813 | Order 576 | | | $143,174.68 | $476,430.28 |
| | | KMH LLP | ($138,499.95) | 3410-000 | | | |
| | | KMH LLP | ($4,674.73) | 3420-000 | | | |
| 12/10/20 | 5 | SPB CAPITAL PARTNERS LP<br>2932 WILSHIRE BLVD STE 204 | Incoming Wire dkt 570 short 100.00 Kahala to collect Estate of Rolloffs Hawaii LLC | 1141-000 | $756,400.00 | | $1,232,830.28 |
| 12/11/20 | 6 | Corridor Capital, LLC<br>12400 Wilshire Blvd., Suite 645<br>Los Angeles, CA 90025 | Incoming Wire dkt 570 | 1141-000 | $943,500.00 | | $2,176,330.28 |
| 12/16/20 | 7013 | International Securities, Ltd.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | 2020 Dec. Bond Payment | 2300-000 | | $530.65 | $2,175,799.63 |
| 12/22/20 | 5 | SPB | settlement payment | 1141-000 | $100.00 | | $2,175,899.63 |

Page Subtotals: $1,700,000.00 $339,099.49

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 16-01294 | Trustee Name: DANE S. FIELD, TRUSTEE |
| Case Name: Rolloffs Hawaii, Llc | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0167 |
| | Checking |
| Taxpayer ID No: XX-XXX3545 | Blanket Bond (per case limit): $7,750,000.00 |
| For Period Ending: 09/30/2022 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/05/21 | 7014 | International Sureties, Ltd.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | Bond premium | 2300-000 | | $67.50 | $2,175,832.13 |
| 02/09/21 | 7015 | Klevansky Piper LLP<br>Davies Pacific Center, Suite 1707<br>841 Bishop Street<br>Honolulu, Hawaii 96813 | Orde 609 | | | $217,081.79 | $1,958,750.34 |
| | | Klevansky Piper LLP | ($214,924.53) | 3210-000 | | | |
| | | Klevansky Piper LLP | ($2,157.26) | 3220-000 | | | |
| 02/26/21 | 7016 | DANE S. FIELD<br>P.O. BOX 4198, HONOLULU, HI 96812 | order 612 | 2100-000 | | $108,019.80 | $1,850,730.54 |
| 02/26/21 | 7017 | DANE S. FIELD<br>P.O. BOX 4198, HONOLULU, HI 96812 | order 612 | 2200-000 | | $71.31 | $1,850,659.23 |
| 03/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,700.00 | $1,848,959.23 |
| 04/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,700.00 | $1,847,259.23 |
| 05/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,700.00 | $1,845,559.23 |
| 06/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,700.00 | $1,843,859.23 |
| 07/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,700.00 | $1,842,159.23 |
| 08/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,700.00 | $1,840,459.23 |
| 09/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,700.00 | $1,838,759.23 |

Page Subtotals: $0.00 $337,140.40

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-01294  
Case Name: Rolloffs Hawaii, Llc  

Trustee Name: DANE S. FIELD, TRUSTEE  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0167  
Checking  

Taxpayer ID No: XX-XXX3545  
For Period Ending: 09/30/2022  

Blanket Bond (per case limit): $7,750,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,700.00 | $1,837,059.23 |
| 10/07/21 | 7018 | Klevansky Piper LLP<br>Davies Pacific Center, Suite 1707<br>841 Bishop Street<br>Honolulu, Hawaii 96813 | Order 631 | | | $201,733.94 | $1,635,325.29 |
| | | Klevansky Piper LLP | | ($181,156.47) | 3210-000 | | |
| | | Klevansky Piper LLP | | ($20,577.47) | 3220-000 | | |
| 11/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,700.00 | $1,633,625.29 |
| 11/19/21 | 7019 | KMH LLP<br>1003 Bishop St. Suite 2400<br>Honolulu, HI 96813 | order 655 | 3410-000 | | $148,383.19 | $1,485,242.10 |
| 11/19/21 | 7020 | Gary Kuba<br>1001 Bishop St.<br>Ste. 2680<br>Honolulu, HI 96813 | order 656 | 3731-000 | | $30,157.06 | $1,455,085.04 |
| 12/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,700.00 | $1,453,385.04 |
| 12/02/21 | 7021 | James N. Duca<br>841 Bishop St. Ste 1800<br>Honolulu, HI 96813 | Distribution | 3721-000 | | $4,209.42 | $1,449,175.62 |
| 01/03/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,100.00 | $1,448,075.62 |
| 02/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,100.00 | $1,446,975.62 |
| 02/08/22 | 8 | KP Trust Acct. | settlement payment from C Leonard | 1149-000 | $2,700.00 | | $1,449,675.62 |

Page Subtotals: $2,700.00   $391,783.61

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 16-01294  
Case Name: Rolloffs Hawaii, Llc  

Trustee Name: DANE S. FIELD, TRUSTEE  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0167  
Checking  

Taxpayer ID No: XX-XXX3545  
For Period Ending: 09/30/2022  

Blanket Bond (per case limit): $7,750,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/15/22 | 7022 | Klevansky Piper LLP<br>Davies Pacific Center, Suite 1707<br>841 Bishop Street<br>Honolulu, Hawaii 96813 | Order No. 667 | | | $375,384.19 | $1,074,291.43 |
| | | Klevansky Piper LLP | ($358,697.24) | 3210-000 | | | |
| | | Klevansky Piper LLP | ($16,686.95) | 3220-000 | | | |
| 03/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,100.00 | $1,073,191.43 |
| 03/24/22 | 2 | Rolloffs Hawaii Inc. | taxable costs on judgment | 1241-000 | $5,382.24 | | $1,078,573.67 |
| 04/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,100.00 | $1,077,473.67 |
| 04/20/22 | 7023 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | 2022 Bond Invoice | 2300-000 | | $2,040.37 | $1,075,433.30 |
| 05/02/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,100.00 | $1,074,333.30 |
| 06/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,357.40 | $1,072,975.90 |
| 07/01/22 | 2 | KP Trust Account | settlement payment ROHI | 1241-000 | $700,000.00 | | $1,772,975.90 |
| 07/01/22 | 2 | ROHI<br>PO Box 4660<br>Kaneohe, HI 96744 | settlement payement | 1241-000 | $10,000.00 | | $1,782,975.90 |
| 07/01/22 | 2 | ROHI<br>PO Box 4660<br>Kaneohe, HI 96744 | settlement payment (interest) on payout | 1241-000 | $6,600.00 | | $1,789,575.90 |
| 07/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,100.00 | $1,788,475.90 |

Page Subtotals: $721,982.24  $383,181.96

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 16-01294 | Trustee Name: DANE S. FIELD, TRUSTEE |
| Case Name: Rolloffs Hawaii, Llc | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0167 |
| | Checking |
| Taxpayer ID No: XX-XXX3545 | Blanket Bond (per case limit): $7,750,000.00 |
| For Period Ending: 09/30/2022 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,700.00 | $1,786,775.90 |
| 08/08/22 | 7024 | Elijahtech LLP<br>PO Box 3352<br>Honolulu, HI 96801 | order 696 | | | $5,129.62 | $1,781,646.28 |
| | | Elijahtech LLP | ($4,894.02) | 3991-000 | | | |
| | | Elijatech LLP | ($235.60) | 3992-000 | | | |
| 09/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,700.00 | $1,779,946.28 |
| 09/16/22 | 2 | Rolloffs Hawaii Inc. | settlement payment (interest) on payout | 1241-000 | $6,600.00 | | $1,786,546.28 |
| 09/27/22 | 7025 | Enver W Painter, Jr.<br>1188 Bishop St. , Suite 2505<br>Honolulu, HI 96813 | Order 7/20/22 | 3210-000 | | $176,031.34 | $1,610,514.94 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $3,882,524.25 | $2,272,009.31 |
| Less: Bank Transfers/CD's | $1,451,242.01 | $0.00 |
| Subtotal | $2,431,282.24 | $2,272,009.31 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $2,431,282.24 | $2,272,009.31 |

| | | |
|---|---:|---:|
| Page Subtotals: | $6,600.00 | $184,560.96 |

# FORM 2
# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 16-01294  
Case Name: Rolloffs Hawaii, Llc  
Taxpayer ID No: XX-XXX3545  
For Period Ending: 09/30/2022  

Trustee Name: DANE S. FIELD, TRUSTEE  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0175  
AR Carve Out Acct.  
Blanket Bond (per case limit): $7,750,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/01/18 | | Transfer from Acct # xxxxxx5726 | Transfer of Funds | 9999-000 | $160,443.99 | | $160,443.99 |
| 01/19/21 | 8001 | American Savings Bank c/o Law Office of Wayne K.T. Mau 1003 Bishop St. Pauah Tower, Suite 320 Honolulu, HI 96813 | Order 594 | 4210-000 | | $5,076.87 | $155,367.12 |
| 05/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $166.01 | $155,201.11 |
| 07/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $165.83 | $155,035.28 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $160,443.99 | $5,408.71 |
| Less: Bank Transfers/CD's | $160,443.99 | $0.00 |
| Subtotal | $0.00 | $5,408.71 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $5,408.71 |

Page Subtotals: $160,443.99 $5,408.71

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX0167 - Checking | $2,431,282.24 | $2,272,009.31 | $1,610,514.94 |
| XXXXXX0175 - AR Carve Out Acct. | $0.00 | $5,408.71 | $155,035.28 |
| XXXXXX5718 - Checking | $3,294,130.92 | $1,842,888.91 | $0.00 |
| XXXXXX5726 - AR Carve Out Acct. | $162,795.82 | $2,351.83 | $0.00 |
|  | $5,888,208.98 | $4,122,658.76 | $1,765,550.22 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $5,888,208.98 |
| Total Gross Receipts: | $5,888,208.98 |

Trustee Signature:   /s/ DANE S. FIELD, TRUSTEE   Date: 10/28/2022

DANE S. FIELD, TRUSTEE
P.O. Box 4198
Honolulu, HI 96812
(808) 232-8788
dfield1963@spectrum.net

Page Subtotals:   $0.00   $0.00